**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF VIRGINIA**

Case number (if known): _____

Chapter you are filing under:

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/22

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Tommy** First Name **Dewayne** Middle Name **Dobson** Last Name _____ Suffix (Sr., Jr., II, III) | **Anne** First Name **Christine** Middle Name **Dobson** Last Name _____ Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and "doing business as" names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First Name Middle Name Last Name First Name Middle Name Last Name Business name (if applicable) Business name (if applicable) | First Name Middle Name Last Name First Name Middle Name Last Name Business name (if applicable) Business name (if applicable) |

Debtor 1 **Tommy Dewayne Dobson**

Debtor 2 **Anne Christine Dobson**

Case number (if known) _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx – xx – __7__ __1__ __5__ __2__

OR

9xx – xx – ____ ____ ____ ____

xxx – xx – __6__ __5__ __1__ __7__

OR

9xx – xx – ____ ____ ____ ____

**4. Your Employer Identification Number (EIN), if any.**

____ ____ – ____ ____ ____ ____ ____ ____ ____
EIN

____ ____ – ____ ____ ____ ____ ____ ____ ____
EIN

____ ____ – ____ ____ ____ ____ ____ ____ ____
EIN

____ ____ – ____ ____ ____ ____ ____ ____ ____
EIN

**5. Where you live**

**91 Beaver Dam Court**
Number    Street

_____

_____

**Keswick          VA     22947**
City                State   ZIP Code

**Louisa**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                State   ZIP Code

If Debtor 2 lives at a different address:

_____
Number    Street

_____

_____

_____
City                State   ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                State   ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

## Part 2:   Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **Tommy Dewayne Dobson**

Debtor 2    **Anne Christine Dobson**          Case number (if known) _____

| | |
|---|---|
| **8. How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.**  Please check with the clerk's office in your local court for more details about how you may pay.  Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order.  If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
| | ☐ **I need to pay the fee in installments.**  If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A). |
| | ☐ **I request that my fee be waived**  (You may request this option only if you are filing for Chapter 7.  By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments).  If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition. |

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District _____ When _____ Case number _____
                                          MM / DD / YYYY

District _____ When _____ Case number _____
                                          MM / DD / YYYY

District _____ When _____ Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                                          MM / DD / YYYY   if known

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                                          MM / DD / YYYY   if known

**11. Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

         ☐ No.  Go to line 12.

         ☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Tommy Dewayne Dobson**

Debtor 2   **Anne Christine Dobson**

Case number (if known) _____

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12.   Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____

Name of business, if any

_____

Number      Street

_____

City _____  State _____  ZIP Code _____

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13.   Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.  If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4:   Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.   Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard? _____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____

Number      Street

_____

City _____  State _____  ZIP Code _____

Debtor 1   **Tommy Dewayne Dobson**

Debtor 2   **Anne Christine Dobson**

Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                    Case number (if known) _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16.** What kind of debts do you have?

16a.    **Are your debts primarily consumer debts?**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No.  Go to line 16b.
☐ Yes.  Go to line 17.

16b.    **Are your debts primarily business debts?**  *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No.  Go to line 16c.
☑ Yes.  Go to line 17.

16c.    State the type of debts you owe that are not consumer or business debts.

_____

**17.** Are you filing under Chapter 7?

☑ No.    I am not filing under Chapter 7.  Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.    I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18.** How many creditors do you estimate that you owe?

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19.** How much do you estimate your assets to be worth?

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1    **Tommy Dewayne Dobson**

Debtor 2    **Anne Christine Dobson**                                         Case number (if known) _____

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.


X **/s/ Tommy Dewayne Dobson**                    X **/s/ Anne Christine Dobson**
  Tommy Dewayne Dobson, Debtor 1                      Anne Christine Dobson, Debtor 2

Executed on **02/07/2023**                              Executed on **02/07/2023**
           MM / DD / YYYY                                          MM / DD / YYYY


Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 7

Debtor 1  **Tommy Dewayne Dobson**

Debtor 2  **Anne Christine Dobson**                                     Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X  **/s/ David Cox for Cox Law Group, PLLC**                    Date  **02/07/2023**
Signature of Attorney for Debtor                                            MM / DD / YYYY

**David Cox for Cox Law Group, PLLC**
Printed name

**Cox Law Group, PLLC**
Firm Name

**900 Lakeside Drive**
Number        Street



**Lynchburg**                                    **VA**        **24501-3602**
City                                               State        ZIP Code

Contact phone  **(434) 845-2600**         Email address  _____

**38670**
Bar number                                         State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tommy** | **Dewayne** | **Dobson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Anne** | **Christine** | **Dobson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  |  |  | Unsecured claim |
|---|---|---|---|
| **1** | **Thomas and Sally Daly**<br>Creditor's name | What is the nature of the claim?  **Business Debt** | **$1,350,000.00** |
| | **4 Dolphin Rd.**<br>Number        Street | As of the date you file, the claim is:   Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>☐ None of the above apply | |
| | **New City        NY    10956**<br>City             State    ZIP Code | Does the creditor have a lien on your property?<br>☑ No | |
| | _____<br>Contact | ☐ Yes.  Total claim (secured and unsecured):  _____ | |
| | _____<br>Contact phone | Value of security   — _____<br>Unsecured claim:      _____ | |
| **2** | **Michael and Nina Murray**<br>Creditor's name | What is the nature of the claim?  **Business Debt** | **$1,347,553.64** |
| | **1162 Greenway Trail**<br>Number        Street | As of the date you file, the claim is:   Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>☐ None of the above apply | |
| | **Forest        VA    24551**<br>City             State    ZIP Code | Does the creditor have a lien on your property?<br>☑ No | |
| | _____<br>Contact | ☐ Yes.  Total claim (secured and unsecured):  _____ | |
| | _____<br>Contact phone | Value of security   — _____<br>Unsecured claim:      _____ | |

| Debtor 1 | **Tommy Dewayne Dobson** |
|---|---|
| Debtor 2 | **Anne Christine Dobson** |

Case number (if known) _____

| | | **Unsecured claim** |
|---|---|---|

**3** | **Terry Lynn**
Creditor's name

**4106 Earlysville Rd**
Number          Street

_____

**Earlysville          VA      22936**
City                    State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?    **Business Debt**          **$499,000.00**

As of the date you file, the claim is:    Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes.  Total claim (secured and unsecured):      _____
                Value of security                      ▬    _____
                Unsecured claim:                           _____

---

**4** | **Pella Windows & Doors**
Creditor's name

**2207 Station Road**
Number          Street

_____

**North Chesterfield  VA      23234**
City                    State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?    **Business Debt**          **$317,236.40**

As of the date you file, the claim is:    Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes.  Total claim (secured and unsecured):      _____
                Value of security                      ▬    _____
                Unsecured claim:                           _____

---

**5** | **Union Bank & Trust**
Creditor's name

**3643 S 48th Lincoln St.**
Number          Street

_____

**Lincoln              NE      68506**
City                    State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?    **Business Debt**          **$299,900.00**

As of the date you file, the claim is:    Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes.  Total claim (secured and unsecured):      _____
                Value of security                      ▬    _____
                Unsecured claim:                           _____

---

**6** | **Michael G and Karen R. Littlefield**
Creditor's name

**1951 Lewis Mountain Rd.**
Number          Street

_____

**Charlottesville      VA      22903**
City                    State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?    **Business Debt**          **$169,561.00**

As of the date you file, the claim is:    Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes.  Total claim (secured and unsecured):      _____
                Value of security                      ▬    _____
                Unsecured claim:                           _____

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**

Case number (if known) _____

|  |  | Unsecured claim |
|---|---|---|

| **7** | **Ferguson Enterprises** | What is the nature of the claim? | **Business Debt** | **$135,709.95** |

Creditor's name
**PO Box 417592**
Number        Street

_____

**Boston**            **MA**    **02241**
City            State    ZIP Code

Contact

Contact phone

As of the date you file, the claim is:    Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security  – _____
  - Unsecured claim: _____

| **8** | **Capital One Services, LLC** | What is the nature of the claim? | **Business Debt** | **$88,403.08** |

Creditor's name
**PO Box 30285**
Number        Street

**Salt Lake City**        **UT**    **84130**
City            State    ZIP Code

Contact

Contact phone

As of the date you file, the claim is:    Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security  – _____
  - Unsecured claim: _____

| **9** | **Steve and Barbara Ryan** | What is the nature of the claim? | **Business Debt** | **$88,400.00** |

Creditor's name
**8 Fleetwood Dr.**
Number        Street

**Palmyra**            **VA**    **22963**
City            State    ZIP Code

Contact

Contact phone

As of the date you file, the claim is:    Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security  – _____
  - Unsecured claim: _____

| **10** | **Davenport & Valley Insulation** | What is the nature of the claim? | **Business Debt** | **$83,068.00** |

Creditor's name
**PO Box 534451**
Number        Street

**Atlanta**            **GA**    **30353**
City            State    ZIP Code

Contact

Contact phone

As of the date you file, the claim is:    Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security  – _____
  - Unsecured claim: _____

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**

Case number (if known) _____

|  | | Unsecured claim |
|---|---|---|

**11** | **Morris Tile** | What is the nature of the claim? **Business Debt** | **$80,125.41**

Creditor's name
**PO Box 6446**
Number    Street

**Richmond**    **VA**    **23230**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Business Debt**    **$80,125.41**
As of the date you file, the claim is:    Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
          Value of security     — _____
          Unsecured claim:        _____

---

**12** | **Brother2s Construction LLC**

Creditor's name
**3703 Lancaster Ring Rd.**
Number    Street

**Fredericksburg**    **VA**    **22408**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Business Debt**    **$74,563.00**
As of the date you file, the claim is:    Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
          Value of security     — _____
          Unsecured claim:        _____

---

**13** | **Skyline Brick**

Creditor's name
**4700 Annapolis Rd**
Number    Street

**Bladensburg**    **MD**    **20710**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Business Debt**    **$73,256.01**
As of the date you file, the claim is:    Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
          Value of security     — _____
          Unsecured claim:        _____

---

**14** | **Bradley and Marcy Daniel**

Creditor's name
**938 Apero Way**
Number    Street

**El Dorado Hills**    **CA**    **95762**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Business Debt**    **$73,094.68**
As of the date you file, the claim is:    Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
          Value of security     — _____
          Unsecured claim:        _____

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                                Case number (if known) _____

|  |  | Unsecured claim |
|---|---|---|

| **15** | **Luck Stone Corporation** | What is the nature of the claim?    **Business Debt** | **$69,089.07** |

Creditor's name
**PO Box 22696**
Number        Street
_____

**New York**          **NY**    **10087**
City              State    ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim?    **Business Debt**

As of the date you file, the claim is:    Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes.  Total claim (secured and unsecured):    _____
          Value of security    —    _____
          Unsecured claim:         _____

---

| **16** | **Foster Well & Pump Co.** | | **$63,687.00** |

Creditor's name
**PO Box 260**
Number        Street
_____

**Earlysville**          **VA**    **22936**
City              State    ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim?    **Business Debt**

As of the date you file, the claim is:    Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes.  Total claim (secured and unsecured):    _____
          Value of security    —    _____
          Unsecured claim:         _____

---

| **17** | **Frank & Debbie Hollowell** | | **$55,000.00** |

Creditor's name
**353 Oak Point Dr.**
Number        Street
_____

**Richmond Hill**      **GA**    **31324**
City              State    ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim?    **Business Debt**

As of the date you file, the claim is:    Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes.  Total claim (secured and unsecured):    _____
          Value of security    —    _____
          Unsecured claim:         _____

---

| **18** | **Clemente Roofing** | | **$51,215.71** |

Creditor's name
**84 Jessica St**
Number        Street
_____

**Crimora**            **VA**    **24431**
City              State    ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim?    **Business Debt**

As of the date you file, the claim is:    Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes.  Total claim (secured and unsecured):    _____
          Value of security    —    _____
          Unsecured claim:         _____

Debtor 1  **Tommy Dewayne Dobson**

Debtor 2  **Anne Christine Dobson**

Case number (if known) _____

| | | Unsecured claim |
|---|---|---|

**19** | **Cardinal Home Center**
Creditor's name

**322 Washington Street**
Number        Street

_____

**Madison**        **VA**    **22727**
City            State    ZIP Code

Contact
_____

Contact phone
_____

**What is the nature of the claim?**    **Business Debt**        $48,300.92

**As of the date you file, the claim is:**    Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes.  Total claim (secured and unsecured):    _____

Value of security    −    _____

Unsecured claim:    _____

---

**20** | **Peter and Theresa Reines**
Creditor's name

**1432 Sandown Lane**
Number        Street

_____

**Keswick**        **VA**    **22947**
City            State    ZIP Code

Contact
_____

Contact phone
_____

**What is the nature of the claim?**    **Business Debt**        $45,000.00

**As of the date you file, the claim is:**    Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes.  Total claim (secured and unsecured):    _____

Value of security    −    _____

Unsecured claim:    _____

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.


X **/s/ Tommy Dewayne Dobson**        X **/s/ Anne Christine Dobson**

Tommy Dewayne Dobson, Debtor 1        Anne Christine Dobson, Debtor 2


Date  **02/07/2023**            Date  **02/07/2023**

MM / DD / YYYY                MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

IN RE:   **Tommy Dewayne Dobson**                              CASE NO
         **Anne Christine Dobson**

                                                              CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/7/2023                                 Signature   **/s/ Tommy Dewayne Dobson**
                                                           **Tommy Dewayne Dobson**

Date  2/7/2023                                 Signature   **/s/ Anne Christine Dobson**
                                                           **Anne Christine Dobson**

84 Lumber
PO Box 365
Eighty Four, PA 15330


A G Dillard Inc.
PO Box 7427
Charlottesville, VA 22906


A. C. Fox Paving
1605 Hunters Lodge Rd
Troy, VA 22974


Advanced Concrete Foundation Inc.
3798 Three Notch Rd
Louisa, VA 23093


Affordable Lawns & Landscapes LLC
910 Thessalonia Rd
Bremo Bluff, VA 23022


Airflow Systems, Inc.
1134 Rose Hill Drive
Charlottesville, VA 22903


Al's Concrete Pumping
9457 Cross Country Rd
Mineral, VA 23117


Allied Portables
PO Box 93
Charlottesville, VA 22906


Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998

Annie Hyder
3679 Red Foz Lane
Keswick, VA 22947


Anthem Health
PO Box 11792
Newark, NJ 07101


Aric and Lara Holsinger
11720 Plantation Dr.
Great Falls, VA 22066


AT&T
PO Box 6241
Sioux Falls, SD 57117-0000


Atlantic Union Bank
PO Box 5568
Glen Allen, VA 23058


BB&T
PO Box 580048
Charlotte, NC 28258


Belew's Hauling & Excavating
1891 Payne Mill Rd
Troy, VA 22974


Better Living, Inc.
PO Box 7627
Charlottesville, VA 22906


Blue Ridge Soil Consulting Inc.
PO Box 418
Ruckersville, VA 22968

```
Bradley and Marcy Daniel
938 Apero Way
El Dorado Hills, CA 95762



Bradley and Marcy Daniel
c/o James P. Cox III, Esq
310 4th Street NE
PO Box 298
Charlottesville, VA 22902

Brother2s Construction LLC
3703 Lancaster Ring Rd.
Fredericksburg, VA 22408



Browns HVAC LLC
2138 Martin Kings Rd
Scottsville, VA 24590



C2C Resources, LLC
1455 Lincoln Pkwy E Ste. 550
Atlanta, GA 30346



Capital One Services, LLC
PO Box 30285
Salt Lake City, UT 84130



Cardinal Home Center
322 Washington Street
Madison, VA 22727



Carter Machinery Company
PO Box 751053
Charlotte, NC 28275



CAT Financial
PO Box 13834
Newark, NJ 07188
```

CGM - Classic Granite & Marble
1355 Anderson Hwy
Powhatan, VA 23139


Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850


Chris and Helen Karls
2224 Summit Ridge Trail
Charlottesville, VA 22911


Chris Neese Hauling & Excavating LLC
1135 Tanbark Dr.
Afton, VA 22920


Christopher P Hopkins
dba C&D Doors
18278 Verling Dr.
Gordonsville, VA 22942


Clemente Roofing
84 Jessica St
Crimora, VA 24431


CNH Industrial Capital
PO Box 71264
Philadelphia, PA 19176


Commonwealth Building Materials
PO Box 935993
Atlanta, GA 31193


Creations Unlimited, Inc
PO Box 704
Stuarts Draft, VA 24477

Credence Resource Management, LLC
Attn: Bankruptcy
4222 Trinity Mills Road Suite 260
Dallas, TX 75287


Credit Control Corporation
Attn: Bankruptcy
PO Box 120570
Newport News, VA 23612


Davenport & Valley Insulation
PO Box 534451
Atlanta, GA 30353


David Roberts and David Spencer
409 Fennel Rd
Crozet, VA 22932


Davis Appliances LLC
1202 E. High St.
Charlottesville, VA 22902


Davis Pest Management
12331 Spotswood Trail
Ruckersville, VA 22968


DeHaan & Bach
25 Whitney Dr., Ste. #106
Milford, OH 45150


DKP Contruction LLC
13458 Lock Loop
Woodbridge, VA 22192


Dobson Homes, Inc.
PO Box 7181
Charlottesville, VA 22906

Dominion Energy
3546 Stoney Point Rd
Charlottesville, VA 22911


Eco Marble & Granite Inc.
4297 Carolina Ave
Richmond, VA 23222


Elizabeth River Tunnels
309 County St
Portsmouth VA 23704


Farrish Plumbing
3796 Glenmore Rd
Scottsville, VA 24590


Ferguson Enterprises
PO Box 417592
Boston, MA 02241


Financial Recovery, Inc.
PO Box 21107
Roanoke, VA 24018


Fireside Hearth & Home
PO Box 414845
Elkridge, MD 21075


Flameless Specialties Inc.
512 Brookway Dr.
Charlottesville, VA 22901


Foster Well & Pump Co.
PO Box 260
Earlysville, VA 22936

```
Frank & Debbie Hollowell
353 Oak Point Dr.
Richmond Hill, GA 31324



Frank & Debbie Hollowell
c/o Peter Caramanis, Esq
200-C, 200 Garret St.
Charlottesville, VA 22902


Fullerton & Knowles
12642 Chapel Rd
Clifton, VA 20124



Gene T. Gibson
dba Gibson Backhoe
c/o W. Jeffrey Dalton CPA
3052 Berkmar Drive, Ste. A
Charlottesville, VA 22901

Gerald V "Kirk" Hughes
dba Kirk Hughes & Associates
220 East High St.
Charlottesville, VA 22906


Glen and Nancy Littlefield
132 The Green
Williamsburg, VA 23185



Green For Life Environmental
26999 Central Park Blvd Ste. 200
Southfield, MI 48076



H&P Painting Services LLC
924 Henry Ave.
Charlottesville, VA 22903



H&P Services
924 Henry Ave.
Charlottesville, VA 22903
```

Homestead Building Systems, Inc.
10109 Piper Lane
Bristow, VA 20136


HydroGeo Environmental LLC
418 East Main St
Charlottesville, VA 22902


Internal Revenue Service***
P O Box 7346
Philadelphia, PA 19101


Jamerson's Plumbing
821 Self Rd
Scottsville, VA 24590


Jason Williams
4104 Ruritan Lake Rd
Palmyra, VA 22963


Jerry Sikman Flooring Inc.
1575 Overlook Dr
Charlottesville, VA 22901


Jessica Primm
dba Jessica Primm Landscape Architecture
PO Box 1422
Charlottesville, VA 22906


John and Lina McMurry
2350 N. Spring Ct.
Lafayette, CO 80026


Jon and Pamela Freedman
3300 Rosewood Ln.
Charlottesville, VA 22903

Jon and Pamela Freedman
c/o David W. Thomas, Esq
310 4th Street NE
PO Box 298
Charlottesville, VA 22902

Jonathan and Linda Alexander
6170 Indian Ridge Dr.
Earlysville, VA 22936

Jonathan and Linda Alexander
c/o Kristina M. Hofmann, Esq.
414 East Jefferson St.
Charlottesville, VA 22902

Landscape Supply
PO Box 12706
Roanoke, VA 24027

Lawrence Equipment
PO Box 335
Cloverdale, VA 24077

LC Marshall & Sons Landscaping
432 Mosely Drive
Charlottesville, VA 22902

Local Storage Fluvanna
21 Burns Plaza
Palmyra, VA 22963

Louis R. Morris
3567 Glasgow Lane
Keswick, VA 22947

Louis R. Morris
c/o James P. Cox, Esq.
310 4th Street NE
PO Box 298
Charlottesville, VA 22902

Luck Ecosystems
PO Box 22696
New York, NY 10087


Luck Stone Corporation
PO Box 22696
New York, NY 10087


Marco Metals LLC
4776 S. Valley Pike
Harrisonburg, VA 22801


MAUA, Inc.
181 Whitney Lane
Bumpass, VA 23024


Mayank and Sejal Gala
131 Hancock Dr.
Ruckersville, VA 22968


Mayank and Sejal Gala
c/o Thaddeus L. Lyman, Esq.
619 E High St.
Charlottesville, VA 22902


Michael and Nina Murray
1162 Greenway Trail
Forest, VA 24551


Michael and Nina Murray
c/o Michael E. Derdeyn, Esq
PO Box 2057
Charlottesville, VA 22902


Michael G and Karen R. Littlefield
1951 Lewis Mountain Rd.
Charlottesville, VA 22903

Miguel Navarro
dba First Class Painting
1631 Crenshaw Court
Charlottesville, VA 22901


Miguel Trujillo
dba M.T. Stone & Stucco LLC
100 Dorset Court
Charlottesville, VA 22911


Morris Tile
PO Box 6446
Richmond, VA 23230


Nancy Mumm
11581 Avondale Dr.
Fairfax, VA 22030


O'Reilly Auto Parts
1242 Richmond Rd.
Charlottesville, VA 22911


O'Toole Distribution, Inc.
2207 Station Rd
Richmond, VA 23234


Pedro Matias
2480 Ponderosa Trail
Charlottesville, VA 22903


Pella Windows & Doors
2207 Station Road
North Chesterfield, VA 23234


Peter and Theresa Reines
1432 Sandown Lane
Keswick, VA 22947

Plumb Line Foundations & Excavating
91 Beaver Dam Ct
Keswick, VA 22947


Precision Gass Piping LLC
68 Branchland Court
Ruckersville, VA 22968


Quarles Petroleum Inc.
PO Box 745736
Atlanta, GA 30374


RAS LaVrar, LLC
1133 S. University Dr. 2nd Fl
Fort Lauderdale, FL 33324


RC Contractor LLC
227 Shamrock Dr.
Charlottesville, VA 22903


Rexel, Inc.
1197A 5th St. SW
Charlottesville, VA 22902


Ricoh USA, Inc.
PO Box 827577
Philadelphia, PA 19182


RMC Design LLC
4996 Fairwinds Ct
Crozet, VA 22932


Roy and Mary Whitley
PO Box 488
Corolla, NC 27927

Ruben Gatica Larrea
360 Minor Ridge Rd
Charlottesville, VA 22901


Sallie Mae, Inc
Attn:  Bankruptcy
PO Box 9500
Wilkes Barre, PA 18773


Salmon Masonry
Concrete Division
14640 Jefferson Hwy
Bumpass, VA 23024


Sentara Martha Jefferson Hos.
500 Martha Jefferson Dr.
Charlottesville, VA 22911


Shellpoint Mortgage Servicing
Attn: Bankruptcy
PO Box 10826
Greenville, SC 29603


Sherwin Williams Co
12787 Booker T. Washington Hwy, Ste. 105
Hardy, VA 24101


Skyline Brick
4700 Annapolis Rd
Bladensburg, MD 20710


Staples
243 Ridge Mcintire Rd
Charlottesville, VA 22903


Steve & Barbara Ryan
c/o Peter J. Caramanis
200-C, 200 Garrett St.
Charlottesville, VA 22902

Steve and Barbara Ryan
8 Fleetwood Dr.
Palmyra, VA 22963


Steve and Barbara Ryan
c/o Peter J. Caramanis, Esq.


Story House Real Estate
Kristin Sorotki
2248 Ivy Rd
Charlottesville, VA 22902

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384


Sylvia Bailey
4303 Ragged View Ct.
Charlottesville, VA 22903


T&A Drywall
2495 Ponderosa Trail
Charlottesville, VA 22903


T&N Printing
205 12th Street NE
Charlottesville, VA 22902


T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596


TC2 Design Inc.
261 Oak Park Rd, Ste. 201
Madison, VA 22727

Terry Lynn
4106 Earlysville Rd
Earlysville, VA 22936


The Harriston Group LLC
PO Box 1084
Harrisonburg, VA 22803


The Luchair Co.
261 Thornrose Ave
Staunton, VA 24401


The Sherwin Williams Co.
341 Towncenter Lane, Ste. 100
Charlottesville, VA 22911


Thomas and Elizabeth Rollo
6310 Indian Ridge Dr.
Earlysville, VA 22936


Thomas and Sally Daly
4 Dolphin Rd.
New City, NY 10956


Thomas and Sally Daly
c/o James Hundley, Esq.
5501 Staples Mill Road
Richmond, VA 23228


Thomas Marsh
76 Windy Acres Loop
Afton, VA 22920


Tiger Fuel Co.
PO Box 1607
Charlottesville, VA 22902

Town Flooring
3285 Berkmar Dr
Charlottesville, VA 22901


Union Bank & Trust
3643 S 48th Lincoln St.
Lincoln, NE 68506


University of Virginia Health System
PO Box 743977
Atlanta, GA 30374


Va Department Of Taxation*
Attn: Bankruptcy
P O Box 2156
Richmond, VA 23218-0000


Van Der Linde Crane Services LLC
3073 Craigs Store Road
Afton, VA 22920


Van Der Linde Recycling
820 Hydraulic Rd, Ste. 1
Charlottesville, VA 22901


Verizon****
500 Technology Dr. # 550
Weldon Spring, MO 63304-2225


Virginia Asphalt Services Inc
499 Burchs Creed Rd
Crozet, VA 22932


Virginia Contractors Supply, Inc.
9106 Owens Drive
Manassas, VA 20111

Wakefield Law, PLLC
881 Harrison Street, SE
Leesburg, VA 20175


Wells Fargo-pl&l
MAX F8234F-02F
PO Box 10438
Des Moines, IA 50306


White Cap, LP
PO Box 4852
Orlando, FL 32802


Wilson Ready Mix
PO Box 1347
Harrisonburg, VA 22803


Witmer's Boom Pumping LLC
188 Coffman Rd
Weyers Cave, VA 24486


Witmer's Concrete Pumping LLC
188 Coffman Rd
Weyers Cave, VA 24486


Yan L. Chan
dba DD&T Custom Woodworking, Inc.
792 S. Villier Court
Virginia Beach, VA 23452