| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Tommy Dewayne Dobson<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–7152<br>__–_____ |
| Debtor 2:<br>(Spouse, if filing) | Anne Christine Dobson<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–6517<br>__–_____ |
| United States Bankruptcy Court: | Western District of Virginia | Date case filed for chapter: | 11    2/7/23 |
| Case number: | 23–60148 | | |

Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case    12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| 1. **Debtor's full name** | Tommy Dewayne Dobson | Anne Christine Dobson |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 91 Beaver Dam Court<br>Keswick, VA 22947 | 91 Beaver Dam Court<br>Keswick, VA 22947 |
| 4. **Debtor's attorney**<br>Name and address | H. David Cox<br>Cox Law Group, PLLC<br>900 Lakeside Drive<br>Lynchburg, VA 24501 | Contact phone  (434) 845–2600<br><br>Email  ecf@coxlawgroup.com |
| 5. **Bankruptcy trustee**<br>Name and address | William E. Callahan[Ch.11] Jr.<br>Gentry Locke<br>PO Box 40013<br>Roanoke, VA 24022–0013 | Contact phone 540–983–9309<br><br>Email:  callahan@gentrylocke.com |

**For more information, see page 2 >**

Debtor  **Tommy Dewayne Dobson**  and  **Anne Christine Dobson**                                             Case number **23–60148**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Lynchburg Division<br>1101 Court St, Room 166<br>Lynchburg, VA 24504 | Hours open:<br>8:00 a.m. – 4:30 p.m.<br><br>Contact phone  434–845–0317<br><br>Date: 2/9/23 |
| **7.** **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 6, 2023 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**See attached list for meeting participation details.** |
| **8.** **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: 5/5/23** |
| | **Deadline for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | A proof of claim deadline has been or will be set by separate order. |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| **9.** **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10.** **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |

**For more information, see page 3 >**

Debtor  **Tommy Dewayne Dobson**  and  **Anne Christine Dobson**                                                                                   Case number **23–60148**

| | | |
|---|---|---|
| **11.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |

| Bridge Line | Chapter | Trustee | Instructions | Meeting Contact | Meeting Code |
|---|---|---|---|---|---|
|  | 13 | Beskin | Zoom | Zoom ID: 852 568 9053 | Password: 341meeting |
|  | 13 | Micale | Zoom | Zoom ID: 603 226 2142 | Password: 341meeting |
| 3 | 7 | Callahan | By Telephone | 877−934−5491 | 9319497# |
| 4 | 7 | Farthing | By Telephone | 877−953−6090 | 8983497# |
| 5 | 7 | Goldstein | By Telephone | 877−492−0156 | 7313672# |
| 6 | 7 | Higgs | By Telephone | 877−960−3871 | 4647388# |
| 7 | 7 | Hutman | By Telephone | 866−527−4091 | 8515643# |
| 9 | 7 | Scott | By Telephone | 877−491−5685 | 9012607# |
| 10 | 7 | Stevens | By Telephone | 877−953−5197 | 7811951# |
| 11 | 7 | Vogel | By Telephone | 877−953−5927 | 9995849# |
| 1 |  | UST Roanoke Office | By Telephone | 877−451−9313 | 9499523# |

**Zoom Instructions:**

Five minutes before the scheduled time, go to: **zoom.us/join** and enter the Zoom ID and password listed next to the presiding trustee. Mute your mic until your case is called. Participants not able to log in may call **1−301−715−8592** and enter the Zoom ID and password listed next to the presiding trustee. Place your phone on mute until your case is called.

**Telephonic Instructions:**

Five minutes before the scheduled time, dial the call−in number and enter the passcode listed next to the presiding trustee. Place your phone on mute until your case is called.

United States Bankruptcy Court

Western District of Virginia

| | |
|---|---|
| In re: | Case No. 23-60148-rbc |
| Tommy Dewayne Dobson | Chapter 11 |
| Anne Christine Dobson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0423-6 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 09, 2023 | Form ID: 309E2 | Total Noticed: 145 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tommy Dewayne Dobson, Anne Christine Dobson, 91 Beaver Dam Court, Keswick, VA 22947-2186 |
| 5133519 | + | A G Dillard Inc., PO Box 7427, Charlottesville, VA 22906-7427 |
| 5133520 | + | A. C. Fox Paving, 1605 Hunters Lodge Rd, Troy, VA 22974-4341 |
| 5133521 | + | Advanced Concrete Foundation Inc., 3798 Three Notch Rd, Louisa, VA 23093-2719 |
| 5133522 | + | Affordable Lawns & Landscapes LLC, 910 Thessalonia Rd, Bremo Bluff, VA 23022-2225 |
| 5133523 | + | Airflow Systems, Inc., 1134 Rose Hill Drive, Charlottesville, VA 22903-5128 |
| 5133524 | + | Al's Concrete Pumping, 9457 Cross Country Rd, Mineral, VA 23117-2900 |
| 5133525 | + | Allied Portables, PO Box 93, Charlottesville, VA 22902-0093 |
| 5133527 | #+ | Annie Hyder, 3679 Red Foz Lane, Keswick, VA 22947-2623 |
| 5133528 | + | Anthem Health, PO Box 11792, Newark, NJ 07101-4792 |
| 5133529 | #+ | Aric and Lara Holsinger, 11720 Plantation Dr., Great Falls, VA 22066-1032 |
| 5133531 | + | Atlantic Union Bank, PO Box 5568, Glen Allen, VA 23058-5568 |
| 5133533 | + | Belew's Hauling & Excavating, 1891 Payne Mill Rd, Troy, VA 22974-3618 |
| 5133534 | + | Better Living, Inc., PO Box 7627, Charlottesville, VA 22906-7627 |
| 5133535 | + | Blue Ridge Soil Consulting Inc., PO Box 418, Ruckersville, VA 22968-0418 |
| 5133537 | + | Bradley and Marcy Daniel, c/o James P. Cox III, Esq, 310 4th Street NE, PO Box 298, Charlottesville, VA 22902-0298 |
| 5133536 | + | Bradley and Marcy Daniel, 938 Apero Way, El Dorado Hills, CA 95762-7732 |
| 5133538 | + | Brother2s Construction LLC, 3703 Lancaster Ring Rd., Fredericksburg, VA 22408-7710 |
| 5133539 | + | Browns HVAC LLC, 2138 Martin Kings Rd, Scottsville, VA 24590-4261 |
| 5133540 | + | C2C Resources, LLC, 1455 Lincoln Pkwy E Ste. 550, Atlanta, GA 30346-2288 |
| 5133545 | + | CGM - Classic Granite & Marble, 1355 Anderson Hwy, Powhatan, VA 23139-8002 |
| 5133551 | + | CNH Industrial Capital, PO Box 71264, Philadelphia, PA 19176-6264 |
| 5133542 | + | Cardinal Home Center, 322 Washington Street, Madison, VA 22727-3019 |
| 5133543 | + | Carter Machinery Company, PO Box 751053, Charlotte, NC 28275-1053 |
| 5133548 | + | Chris Neese Hauling & Excavating LLC, 1135 Tanbark Dr., Afton, VA 22920-2711 |
| 5133547 | | Chris and Helen Karls, 2224 Summit Ridge Trail, Charlottesville, VA 22911 |
| 5133549 | + | Christopher P Hopkins, dba C&D Doors, 18278 Verling Dr., Gordonsville, VA 22942-8888 |
| 5133550 | + | Clemente Roofing, 84 Jessica St, Crimora, VA 24431-2309 |
| 5133552 | + | Commonwealth Building Materials, PO Box 935993, Atlanta, GA 31193-5993 |
| 5133553 | + | Creations Unlimited, Inc, PO Box 704, Stuarts Draft, VA 24477-0704 |
| 5133561 | + | DKP Contruction LLC, 13458 Lock Loop, Woodbridge, VA 22192-4447 |
| 5133556 | + | Davenport & Valley Insulation, PO Box 534451, Atlanta, GA 30353-4451 |
| 5133557 | + | David Roberts and David Spencer, 409 Fennel Rd, Crozet, VA 22932-2320 |
| 5133558 | + | Davis Appliances LLC, 1202 E. High St., Charlottesville, VA 22902-4926 |
| 5133559 | + | Davis Pest Management, 12331 Spotswood Trail, Ruckersville, VA 22968-2856 |
| 5133560 | + | DeHaan & Bach, 25 Whitney Dr., Ste. #106, Milford, OH 45150-8400 |
| 5133562 | + | Dobson Homes, Inc., PO Box 7181, Charlottesville, VA 22906-7181 |
| 5133563 | + | Dominion Energy, 3546 Stoney Point Rd, Charlottesville, VA 22911-6260 |
| 5133564 | + | Eco Marble & Granite Inc., 4297 Carolina Ave, Richmond, VA 23222-1403 |
| 5133566 | + | Farrish Plumbing, 3796 Glenmore Rd, Scottsville, VA 24590-6364 |
| 5133567 | + | Ferguson Enterprises, PO Box 417592, Boston, MA 02241-7592 |

| | | |
|---|---|---|
| District/off: 0423-6 | User: admin | Page 2 of 5 |
| Date Rcvd: Feb 09, 2023 | Form ID: 309E2 | Total Noticed: 145 |

| | | |
|---|---|---|
| 5133568 | + | Financial Recovery, Inc., PO Box 21107, Roanoke, VA 24018-0112 |
| 5133569 | | Fireside Hearth & Home, PO Box 414845, Elkridge, MD 21075 |
| 5133570 | + | Flameless Specialties Inc., 512 Brookway Dr., Charlottesville, VA 22901-3711 |
| 5133571 | + | Foster Well & Pump Co., PO Box 260, Earlysville, VA 22936-0260 |
| 5133573 | | Frank & Debbie Hollowell, c/o Peter Caramanis, Esq, 200-C, 200 Garret St., Charlottesville, VA 22902 |
| 5133574 | + | Fullerton & Knowles, 12642 Chapel Rd, Clifton, VA 20124-1953 |
| 5133575 | + | Gene T. Gibson, dba Gibson Backhoe, c/o W. Jeffrey Dalton CPA, 3052 Berkmar Drive, Ste. A, Charlottesville, VA 22901-3406 |
| 5133576 | + | Gerald V 'Kirk' Hughes, dba Kirk Hughes & Associates, 220 East High St., Charlottesville, VA 22902-5177 |
| 5133578 | + | Green For Life Environmental, 26999 Central Park Blvd Ste. 200, Southfield, MI 48076-4145 |
| 5133579 | + | H&P Painting Services LLC, 924 Henry Ave., Charlottesville, VA 22903-5272 |
| 5133580 | + | H&P Services, 924 Henry Ave., Charlottesville, VA 22903-5272 |
| 5133581 | + | Homestead Building Systems, Inc., 10109 Piper Lane, Bristow, VA 20136-1418 |
| 5133584 | + | Jamerson's Plumbing, 821 Self Rd, Scottsville, VA 24590-6376 |
| 5133585 | + | Jason Williams, 4104 Ruritan Lake Rd, Palmyra, VA 22963-5027 |
| 5133586 | + | Jerry Sikman Flooring Inc., 1575 Overlook Dr, Charlottesville, VA 22903-9621 |
| 5133587 | + | Jessica Primm, dba Jessica Primm Landscape Architecture, PO Box 1422, Charlottesville, VA 22902-1422 |
| 5133588 | #+ | John and Lina McMurry, 2350 N. Spring Ct., Lafayette, CO 80026-2738 |
| 5133590 | + | Jon and Pamela Freedman, c/o David W. Thomas, Esq, 310 4th Street NE, PO Box 298, Charlottesville, VA 22902-0298 |
| 5133592 | + | Jonathan and Linda Alexander, c/o Kristina M. Hofmann, Esq., 414 East Jefferson St., Charlottesville, VA 22902-5109 |
| 5133591 | | Jonathan and Linda Alexander, 6170 Indian Ridge Dr., Earlysville, VA 22936 |
| 5133593 | + | Landscape Supply, PO Box 12706, Roanoke, VA 24027-2706 |
| 5133594 | + | Lawrence Equipment, PO Box 335, Cloverdale, VA 24077-0335 |
| 5133596 | + | Local Storage Fluvanna, 21 Burns Plaza, Palmyra, VA 22963-3170 |
| 5133598 | + | Louis R. Morris, c/o James P. Cox, Esq., 310 4th Street NE, PO Box 298, Charlottesville, VA 22902-0298 |
| 5133597 | #+ | Louis R. Morris, 3567 Glasgow Lane, Keswick, VA 22947-2748 |
| 5133599 | + | Luck Ecosystems, PO Box 22696, New York, NY 10087-2696 |
| 5133600 | + | Luck Stone Corporation, PO Box 22696, New York, NY 10087-2696 |
| 5133602 | + | MAUA, Inc., 181 Whitney Lane, Bumpass, VA 23024-3443 |
| 5133601 | | Marco Metals LLC, 4776 S. Valley Pike, Harrisonburg, VA 22801 |
| 5133604 | + | Mayank and Sejal Gala, c/o Thaddeus L. Lyman, Esq., 619 E High St., Charlottesville, VA 22902-5135 |
| 5133603 | + | Mayank and Sejal Gala, 131 Hancock Dr., Ruckersville, VA 22968-3553 |
| 5133607 | + | Michael G and Karen R. Littlefield, 1951 Lewis Mountain Rd., Charlottesville, VA 22903-2436 |
| 5133606 | + | Michael and Nina Murray, c/o Michael E. Derdeyn, Esq, PO Box 2057, Charlottesville, VA 22902-2057 |
| 5133605 | #+ | Michael and Nina Murray, 1162 Greenway Trail, Forest, VA 24551-1081 |
| 5133608 | + | Miguel Navarro, dba First Class Painting, 1631 Crenshaw Court, Charlottesville, VA 22901-1382 |
| 5133609 | + | Miguel Trujillo, dba M.T. Stone & Stucco LLC, 100 Dorset Court, Charlottesville, VA 22911-8336 |
| 5133610 | + | Morris Tile, PO Box 6446, Richmond, VA 23230-0446 |
| 5133611 | + | Nancy Mumm, 11581 Avondale Dr., Fairfax, VA 22030-6057 |
| 5133612 | + | O'Reilly Auto Parts, 1242 Richmond Rd., Charlottesville, VA 22911-3515 |
| 5133613 | + | O'Toole Distribution, Inc., 2207 Station Rd, Richmond, VA 23234-5132 |
| 5133614 | + | Pedro Matias, 2480 Ponderosa Trail, Charlottesville, VA 22903-7829 |
| 5133615 | + | Pella Windows & Doors, 2207 Station Road, North Chesterfield, VA 23234-5132 |
| 5133617 | + | Plumb Line Foundations & Excavating, 91 Beaver Dam Ct, Keswick, VA 22947-2186 |
| 5133618 | + | Precision Gass Piping LLC, 68 Branchland Court, Ruckersville, VA 22968-9545 |
| 5133619 | + | Quarles Petroleum Inc., PO Box 745736, Atlanta, GA 30374-5736 |
| 5133621 | + | RC Contractor LLC, 227 Shamrock Dr., Charlottesville, VA 22903-3736 |
| 5133624 | + | RMC Design LLC, 4996 Fairwinds Ct, Crozet, VA 22932-3153 |
| 5133622 | | Rexel, Inc., 1197A 5th St. SW, Charlottesville, VA 22902 |
| 5133623 | + | Ricoh USA, Inc., PO Box 827577, Philadelphia, PA 19182-7577 |
| 5133625 | + | Roy and Mary Whitley, PO Box 488, Corolla, NC 27927-0488 |
| 5133626 | + | Ruben Gatica Larrea, 360 Minor Ridge Rd, Charlottesville, VA 22901-1652 |
| 5133628 | + | Salmon Masonry, Concrete Division, 14640 Jefferson Hwy, Bumpass, VA 23024-3520 |
| 5133631 | + | Sherwin Williams Co, 12787 Booker T. Washington Hwy, Ste. 105, Hardy, VA 24101-3975 |
| 5133632 | + | Skyline Brick, 4700 Annapolis Rd, Bladensburg, MD 20710-1202 |
| 5133633 | + | Staples, 243 Ridge Mcintire Rd, Charlottesville, VA 22903-5043 |
| 5133634 | | Steve & Barbara Ryan, c/o Peter J. Caramanis, 200-C, 200 Garrett St., Charlottesville, VA 22902 |
| 5133635 | + | Steve and Barbara Ryan, 8 Fleetwood Dr., Palmyra, VA 22963-2652 |
| 5133638 | + | Sunbelt Rentals, PO Box 409211, Atlanta, GA 30384-9211 |
| 5133639 | + | Sylvia Bailey, 4303 Ragged View Ct., Charlottesville, VA 22903-9338 |
| 5133640 | + | T&A Drywall, 2495 Ponderosa Trail, Charlottesville, VA 22903-7829 |
| 5133641 | + | T&N Printing, 205 12th Street NE, Charlottesville, VA 22902-5404 |
| 5133643 | + | TC2 Design Inc., 261 Oak Park Rd, Ste. 201, Madison, VA 22727-4218 |
| 5133644 | + | Terry Lynn, 4106 Earlysville Rd, Earlysville, VA 22936-2501 |

| District/off: 0423-6 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 09, 2023 | Form ID: 309E2 | Total Noticed: 145 |

| | | |
|---|---|---|
| 5133645 | + | The Harriston Group LLC, PO Box 1084, Harrisonburg, VA 22803-1084 |
| 5133646 | + | The Luchair Co., 261 Thornrose Ave, Staunton, VA 24401-3168 |
| 5133647 | + | The Sherwin Williams Co., 341 Towncenter Lane, Ste. 100, Charlottesville, VA 22911-5618 |
| 5133651 | + | Thomas Marsh, 76 Windy Acres Loop, Afton, VA 22920-2726 |
| 5133648 | | Thomas and Elizabeth Rollo, 6310 Indian Ridge Dr., Earlysville, VA 22936 |
| 5133649 | + | Thomas and Sally Daly, 4 Dolphin Rd., New City, NY 10956-6307 |
| 5133650 | + | Thomas and Sally Daly, c/o James Hundley, Esq., 5501 Staples Mill Road, Richmond, VA 23228-5438 |
| 5133652 | + | Tiger Fuel Co., PO Box 1607, Charlottesville, VA 22902-1607 |
| 5133653 | + | Town Flooring, 3285 Berkmar Dr, Charlottesville, VA 22901-1475 |
| 5133654 | | Union Bank & Trust, 3643 S 48th Lincoln St., Lincoln, NE 68506 |
| 5133655 | + | University of Virginia Health System, PO Box 743977, Atlanta, GA 30374-3977 |
| 5133657 | + | Van Der Linde Crane Services LLC, 3073 Craigs Store Road, Afton, VA 22920-2841 |
| 5133658 | | Van Der Linde Recycling, 820 Hydraulic Rd, Ste. 1, Charlottesville, VA 22901 |
| 5133660 | + | Virginia Asphalt Services Inc, 499 Burchs Creed Rd, Crozet, VA 22932-3606 |
| 5133661 | + | Virginia Contractors Supply, Inc., 9106 Owens Drive, Manassas, VA 20111-4803 |
| 5133662 | + | Wakefield Law, PLLC, 881 Harrison Street, SE, Leesburg, VA 20175-4033 |
| 5133664 | + | White Cap, LP, PO Box 4852, Orlando, FL 32802-4852 |
| 5133665 | + | Wilson Ready Mix, PO Box 1347, Harrisonburg, VA 22803-1347 |
| 5133666 | + | Witmer's Boom Pumping LLC, 188 Coffman Rd, Weyers Cave, VA 24486-2108 |
| 5133667 | + | Witmer's Concrete Pumping LLC, 188 Coffman Rd, Weyers Cave, VA 24486-2108 |

TOTAL: 124

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecf@coxlawgroup.com | Feb 09 2023 21:10:00 | H. David Cox, Cox Law Group, PLLC, 900 Lakeside Drive, Lynchburg, VA 24501 |
| tr | | Email/Text: callahan@gentrylocke.com | Feb 09 2023 21:10:00 | William E. CallahanCh.11, Jr., Gentry Locke, PO Box 40013, Roanoke, VA 24022-0013 |
| 5133518 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 21:15:49 | 84 Lumber, PO Box 365, Eighty Four, PA 15330-0365 |
| 5133530 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2023 21:15:46 | AT&T, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5133526 | + | Email/PDF: bncnotices@becket-lee.com | Feb 09 2023 21:26:31 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5133532 | + | Email/Text: bankruptcy@bbandt.com | Feb 09 2023 21:10:00 | BB&T, PO Box 580048, Charlotte, NC 28258-0048 |
| 5133544 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Feb 09 2023 21:10:00 | CAT Financial, PO Box 13834, Newark, NJ 07188 |
| 5133555 | | Email/Text: bankruptcy@credcontrol.com | Feb 09 2023 21:10:00 | Credit Control Corporation, Attn: Bankruptcy, PO Box 120570, Newport News, VA 23612 |
| 5133541 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2023 21:15:48 | Capital One Services, LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5133554 | + | Email/Text: bankruptcy@credencerm.com | Feb 09 2023 21:10:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 5133565 | + | Email/Text: bankruptcy@ercopco.com | Feb 09 2023 21:10:00 | Elizabeth River Tunnels, 309 County St, Portsmouth VA 23704-3701 |
| 5133583 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 09 2023 21:10:00 | Internal Revenue Service***, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5133546 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 09 2023 21:15:45 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 5133620 | + | Email/Text: bknotice@raslavrar.com | Feb 09 2023 21:10:00 | RAS LaVrar, LLC, 1133 S. University Dr. 2nd Fl, Fort Lauderdale, FL 33324-3303 |
| 5133627 | + | Email/PDF: pa_dc_claims@navient.com | Feb 09 2023 21:15:48 | Sallie Mae, Inc, Attn: Bankruptcy, PO Box 9500, |

| District/off: 0423-6 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 09, 2023 | Form ID: 309E2 | Total Noticed: 145 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Wilkes Barre, PA 18773-9500 |
| 5133629 | + | Email/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com | Feb 09 2023 21:10:00 | Sentara Martha Jefferson Hos., 500 Martha Jefferson Dr., Charlottesville, VA 22911-4668 |
| 5133630 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 09 2023 21:10:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 5133642 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Feb 09 2023 21:15:42 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 5133656 | + | Email/Text: va_tax_bk@harriscollect.com | Feb 09 2023 21:10:00 | Va Department Of Taxation*, Attn: Bankruptcy, P O Box 2156, Richmond, VA 23218-2156 |
| 5133659 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 09 2023 21:10:00 | Verizon****, 500 Technology Dr. # 550, Weldon Spring, MO 63304-2225 |
| 5133663 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 09 2023 21:15:48 | Wells Fargo-pl&l, MAX F8234F-02F, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5133636 | | Steve and Barbara Ryan, c/o Peter J. Caramanis, Esq. |
| 5133572 | ##+ | Frank & Debbie Hollowell, 353 Oak Point Dr., Richmond Hill, GA 31324-5316 |
| 5133577 | ##+ | Glen and Nancy Littlefield, 132 The Green, Williamsburg, VA 23185-8252 |
| 5133582 | ##+ | HydroGeo Environmental LLC, 418 East Main St, Charlottesville, VA 22902-5236 |
| 5133589 | ##+ | Jon and Pamela Freedman, 3300 Rosewood Ln., Charlottesville, VA 22903-9359 |
| 5133595 | ##+ | LC Marshall & Sons Landscaping, 432 Mosely Drive, Charlottesville, VA 22903-4310 |
| 5133616 | ##+ | Peter and Theresa Reines, 1432 Sandown Lane, Keswick, VA 22947-9184 |
| 5133637 | ##+ | Story House Real Estate, Kristin Sorotki, 2248 Ivy Rd, Charlottesville, VA 22903-4977 |
| 5133668 | ##+ | Yan L. Chan, dba DD&T Custom Woodworking, Inc., 792 S. Villier Court, Virginia Beach, VA 23452-3848 |

TOTAL: 1 Undeliverable, 0 Duplicate, 8 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| H. David Cox | on behalf of Debtor Tommy Dewayne Dobson ecf@coxlawgroup.com CoxLawGroup@jubileebk.net |
| H. David Cox | on behalf of Joint Debtor Anne Christine Dobson ecf@coxlawgroup.com CoxLawGroup@jubileebk.net |
| USTrustee | |

| District/off: 0423-6 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Feb 09, 2023 | Form ID: 309E2 | Total Noticed: 145 |

USTPRegion04.RN.ECF@usdoj.gov

William E. Callahan[Ch.11], Jr.
callahan@gentrylocke.com knicely@gentrylocke.com;VA45@ecfcbis.com

TOTAL: 4