**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tommy** | **Dewayne** | **Dobson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Anne** | **Christine** | **Dobson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number **23-60148**
(if known)

☐ Check if this is an
amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.**

**91 Beaver Dam Ct**
Street address, if available, or other description

**Keswick            VA     22947**
City                  State   ZIP Code

**Albemarle**
County

**91 Beaver Dam Ct, Keswick, VA 22947**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,510,000.00** | **$1,510,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenants by Entireties**

☐ Check if this is community property
(see instructions)

Debtor 1   **Tommy Dewayne Dobson**
Debtor 2   **Anne Christine Dobson**                                    Case number (if known)   **23-60148**

---

**1.2.**                                 **What is the property?**          Do not deduct secured claims or exemptions.  Put the
                                         Check all that apply.               amount of any secured claims on *Schedule D:*
**Burial Plot - River View Cemetery**                                       *Creditors Who Have Claims Secured by Property.*
**Burial Plot - River View Cemetery**    ☐ Single-family home
                                         ☐ Duplex or multi-unit building     **Current value of the     Current value of the
                                         ☐ Condominium or cooperative        entire property?           portion you own?**
County                                   ☐ Manufactured or mobile home
_____                 ☐ Land                             _____     _____
                                         ☐ Investment property                         **$1,000.00**              **$1,000.00**
                                         ☐ Timeshare
                                         ☑ Other _____              **Describe the nature of your ownership
                                                                             interest (such as fee simple, tenancy by the
                                         **Who has an interest in the property?**   entireties, or a life estate), if known.**
                                         Check one.
                                                                             **Fee Simple**
                                         ☐ Debtor 1 only                     _____
                                         ☐ Debtor 2 only
                                         ☑ Debtor 1 and Debtor 2 only        ☐ **Check if this is community property**
                                         ☐ At least one of the debtors and another   (see instructions)

                                         **Other information you wish to add about this item, such as local
                                         property identification number:**
                                         _____

**2.**   Add the dollar value of the portion you own for all of your entries from Part 1, including any
         entries for pages you have attached for Part 1.  Write that number here...........................................➔   | **$1,511,000.00** |

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles
you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.**   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1.**                                 **Who has an interest in the property?**   Do not deduct secured claims or exemptions.  Put the
Make:        **Ford**                    Check one.                          amount of any secured claims on *Schedule D:*
                                                                             *Creditors Who Have Claims Secured by Property.*
Model:       **F-150 Lariat**            ☐ Debtor 1 only
Year:        **2013**                    ☐ Debtor 2 only                     **Current value of the     Current value of the
                                         ☑ Debtor 1 and Debtor 2 only        entire property?           portion you own?**
Approximate mileage: **270,476**         ☐ At least one of the debtors and another
Other information:                                                           _____     _____
**2013 Ford F-150 Lariat (approx.**                                                    **$17,710.00**             **$17,710.00**
**270,476 miles)**                       ☐ **Check if this is community property**
**Client's Estimated Value: $17,710**       (see instructions)

**3.2.**                                 **Who has an interest in the property?**   Do not deduct secured claims or exemptions.  Put the
Make:        **Chevrolet**               Check one.                          amount of any secured claims on *Schedule D:*
                                                                             *Creditors Who Have Claims Secured by Property.*
Model:       **Tahoe**                   ☐ Debtor 1 only
Year:        **2007**                    ☐ Debtor 2 only                     **Current value of the     Current value of the
                                         ☑ Debtor 1 and Debtor 2 only        entire property?           portion you own?**
Approximate mileage: **316,621**         ☐ At least one of the debtors and another
Other information:                                                           _____     _____
**2007 Chevrolet Tahoe (approx.**                                                       **$8,100.00**              **$8,100.00**
**316,621 miles)**                       ☐ **Check if this is community property**
**Client's Estimated Value: $8100**         (see instructions)

---

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                    Case number (if known)    **23-60148**

---

**3.3.**

| | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
|---|---|---|
| Make: **Toyota** | Check one. | |
| Model: **Avenza** | ☐ Debtor 1 only | |
| Year: **2009** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | ☒ Debtor 1 and Debtor 2 only | |
| Other information: | ☐ At least one of the debtors and another | $7,090.00 / $7,090.00 |
| **2009 Toyota Avenza** | ☐ Check if this is community property | |
| **Client's Estimated Value: $7090** | (see instructions) | |

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................... ➔ | **$32,900.00** |

---

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**6.** **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes. Describe..... | **See Attached Household Goods and Furnishings Exhibit A** | **$8,519.00** |

**7.** **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes. Describe..... | **See Attached Household Goods and Furnishings Exhibit A** | **$0.00** |

**8.** **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No
☐ Yes. Describe.....

**9.** **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☒ Yes. Describe..... | **See Attached Household Goods and Furnishings Exhibit A** | **$0.00** |

**10.** **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☒ No
☐ Yes. Describe.....

**11.** **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes. Describe..... | **Clothing** | **$500.00** |

Debtor 1   **Tommy Dewayne Dobson**
Debtor 2   **Anne Christine Dobson**                    Case number (if known)   **23-60148**

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
gold, silver

☐ No
☑ Yes. Describe..... | **See continuation page(s).** | $3,800.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes. Give specific
information............. | **6 Eyeglasses** | $5.00

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here................................................................** → | $12,824.00

---

**Part 4:**   **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your
petition

☐ No
☑ Yes.............................................................................................................. Cash: ......................... | $650.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions,
brokerage houses, and other similar institutions. If you have multiple accounts with the same
institution, list each.

☐ No
☑ Yes........................... | Institution name:

17.1. | Checking account: | **Wells Fargo Checking account** | $2.35
17.2. | Checking account: | **Wells Fargo Checking account** **Joint w/ daughter** | $1.00
17.3. | Savings account: | **Wells Fargo Savings account (overdrawn)** | $0.00

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes........................... | Institution or issuer name:

| Debtor 1 | **Tommy Dewayne Dobson** | | |
|---|---|---|---|
| Debtor 2 | **Anne Christine Dobson** | Case number (if known) | **23-60148** |

**19.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific information about them..........................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Shareholder in Dobson Homes, Inc.** **No longer operating** **Corporation filed chapter 7 proceeding 2/8/23, Case** **No. 23-60158** | **100%** | **Unknown** |
| **Shareholder in Plumb Line Foundations and** **Excavating, Inc.** | **33.3%** | **$26,700.00** |

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them..........................  Issuer name:

**21.** **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes.  List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| IRA: | **IRA** | **$3,219.00** |
| IRA: | **IRA** | **$3,220.00** |
| Additional account: | **SEP IRA** | **$8,020.00** |

**22.** **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes..........................  Institution name or individual:

**23.** **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes..........................  Issuer name and description:

**24.** **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes..........................  Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific information about them

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific information about them

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                      Case number (if known)    **23-60148**

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
   information about them    _____

**Money or property owed to you?**

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**28.  Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
   about them, including whether
   you already filed the returns
   and the tax years....................

Federal: _____
State: _____
Local: _____

**29.  Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30.  Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information    _____

**31.  Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance
   company of each policy
   and list its value................    Company name:         Beneficiary:              Surrender or refund value:

                                         **Life Insurance Policy, no cash value**    _____    **$1.00**

                                         **Life Insurance Policy, no cash value**    _____    **$1.00**

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information    _____

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........    _____

Debtor 1  **Tommy Dewayne Dobson**
Debtor 2  **Anne Christine Dobson**                                    Case number (if known)  **23-60148**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim........ _____     _____

35. **Any financial assets you did not already list**

☐ No
☑ Yes.  Give specific information   **Potential funds due to debtor, unknown at this time, including State and Federal Tax refunds, potential federal stimulus checks, possible garnishment funds, insurance proceeds, proceeds related to claims or causes of action that may be asserted by the debtor, any claim for earned but unpaid wages, and/or inheritance.**     **$1.00**

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here**......................................................... ➔     **$41,815.35**

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe.. _____     _____

39. **Office equipment, furnishings, and supplies**
*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe.. _____     _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe.. _____     _____

41. **Inventory**

☑ No
☐ Yes.  Describe.. _____     _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                         % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
    ☐ No
    ☐ Yes.  Describe.... _____     _____

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                    Case number (if known)    **23-60148**

**44.** **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have
attached for Part 5.  Write that number here...................................................................................... ➔ | $0.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46.** **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47.** **Farm animals**
*Examples:*  Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

**48.** **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific information...............

**49.** **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50.** **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51.** **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific information...............

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6.  Write that number here...................................................................................... ➔ | $0.00 |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53.** **Do you have other property of any kind you did not already list?**
*Examples:*  Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

**54.** Add the dollar value of all of your entries from Part 7.  Write that number here.............................. ➔ | $0.00 |

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**

Case number (if known)    **23-60148**

| **Part 8:** | **List the Totals of Each Part of this Form** |

55.  **Part 1: Total real estate, line 2** ..........................................................................................➔  **$1,511,000.00**

56.  **Part 2: Total vehicles, line 5**  **$32,900.00**

57.  **Part 3: Total personal and household items, line 15**  **$12,824.00**

58.  **Part 4: Total financial assets, line 36**  **$41,815.35**

59.  **Part 5: Total business-related property, line 45**  **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**  **$0.00**

61.  **Part 7: Total other property not listed, line 54**  +  **$0.00**

62.  **Total personal property.**    Add lines 56 through 61 ...................  **$87,539.35**    Copy personal property total  ➔  +  **$87,539.35**

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62 ..............................................................  **$1,598,539.35**

Debtor 1   **Tommy Dewayne Dobson**

Debtor 2   **Anne Christine Dobson**                                    Case number (if known)   **23-60148**

12.  **Jewelry (details):**

**Rings, Watch, 10 Earrings, 5 Necklaces, 4 Bracelets**                              **$300.00**

**Wedding rings**                                                                    **$3,500.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tommy** | **Dewayne** | **Dobson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Anne** | **Christine** | **Dobson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number **23-60148**
(if known)

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**91 Beaver Dam Ct, Keswick, VA 22947**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: **1.1** | **$1,510,000.00** | ☑ **$143,726.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| Brief description:<br>**91 Beaver Dam Ct, Keswick, VA 22947**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: **1.1** | **$1,510,000.00** | ☑ **$50,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**Burial Plot - River View Cemetery**<br>**Burial Plot - River View Cemetery**<br>Line from *Schedule A/B*: **1.2** | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(3)(i)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**
_____    Case number (if known)   **23-60148**

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2013 Ford F-150 Lariat (approx. 270,476 miles)**<br>**Client's Estimated Value: $17,710**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*:   **3.1** | **$17,710.00** | ☑ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**2013 Ford F-150 Lariat (approx. 270,476 miles)**<br>**Client's Estimated Value: $17,710**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*:   **3.1** | **$17,710.00** | ☑ **$12,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(8)** |
| Brief description:<br>**2007 Chevrolet Tahoe (approx. 316,621 miles)**<br>**Client's Estimated Value: $8100**<br>Line from *Schedule A/B*:   **3.2** | **$8,100.00** | ☑ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**2009 Toyota Avenza**<br>**Client's Estimated Value: $7090**<br>Line from *Schedule A/B*:   **3.3** | **$7,090.00** | ☑ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**See Attached Household Goods and Furnishings Exhibit A**<br>Line from *Schedule A/B*:   **6** | **$8,519.00** | ☑ **$8,519.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description:<br>**Clothing**<br>Line from *Schedule A/B*:   **11** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4)** |
| Brief description:<br>**Rings, Watch, 10 Earrings, 5 Necklaces, 4 Bracelets**<br>Line from *Schedule A/B*:   **12** | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**Wedding rings**<br>Line from *Schedule A/B*:   **12** | **$3,500.00** | ☑ **$3,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(1a)** |
| Brief description:<br>**6 Eyeglasses**<br>Line from *Schedule A/B*:   **14** | **$5.00** | ☑ **$5.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(6)** |

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**
Case number (if known)    **23-60148**

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Cash** Line from *Schedule A/B*: __16__ | $650.00 | ☑ $650.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **Wells Fargo Checking account** Line from *Schedule A/B*: __17.1__ | $2.35 | ☑ $2.35 ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **Wells Fargo Checking account Joint w/ daughter** Line from *Schedule A/B*: __17.2__ | $1.00 | ☑ $1.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **Shareholder in Plumb Line Foundations and Excavating, Inc.** Line from *Schedule A/B*: __19__ | $26,700.00 | ☑ $1.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **IRA (1st exemption claimed for this asset)** Line from *Schedule A/B*: __21__ | $3,219.00 | ☑ $1.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **IRA (2nd exemption claimed for this asset)** Line from *Schedule A/B*: __21__ | $3,219.00 | ☑ $1.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-34** |
| Brief description: **IRA (3rd exemption claimed for this asset)** Line from *Schedule A/B*: __21__ | $3,219.00 | ☑ $3,219.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| Brief description: **IRA (1st exemption claimed for this asset)** Line from *Schedule A/B*: __21__ | $3,220.00 | ☑ $1.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **IRA (2nd exemption claimed for this asset)** Line from *Schedule A/B*: __21__ | $3,220.00 | ☑ $1.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-34** |

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                                 Case number (if known)    **23-60148**

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**IRA**<br>**(3rd exemption claimed for this asset)**<br>Line from *Schedule A/B*:    **21** | **$3,220.00** | ☑ **$3,220.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| Brief description:<br>**SEP IRA**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*:    **21** | **$8,020.00** | ☑ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**SEP IRA**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*:    **21** | **$8,020.00** | ☑ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-34** |
| Brief description:<br>**SEP IRA**<br>**(3rd exemption claimed for this asset)**<br>Line from *Schedule A/B*:    **21** | **$8,020.00** | ☑ **$8,020.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| Brief description:<br>**Life Insurance Policy, no cash value**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*:    **31** | **$1.00** | ☑ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**Life Insurance Policy, no cash value**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*:    **31** | **$1.00** | ☑ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. §§ 38.2-3122, 3123** |
| Brief description:<br>**Life Insurance Policy, no cash value**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*:    **31** | **$1.00** | ☑ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**Life Insurance Policy, no cash value**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*:    **31** | **$1.00** | ☑ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. §§ 38.2-3122, 3123** |

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**

Case number (if known)    **23-60148**

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Potential funds due to debtor, unknown at this time, including State and Federal Tax refunds, potential federal stimulus checks, possible garnishment funds, insurance proceeds, proceeds related to claims or causes of action that may be asserted by the debtor, any claim for earned but unpaid wages, and/or inheritance.** Line from *Schedule A/B*: **35** | **$1.00** | ☑ **$1.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |

Official Form 106C                    **Schedule C: The Property You Claim as Exempt**                    page 5

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tommy** | **Dewayne** | **Dobson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Anne** | **Christine** | **Dobson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number **23-60148**
(if known)

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**

**Atlantic Union Bank**
Creditor's name
**PO Box 5568**
Number      Street

Describe the property that secures the claim:

**Residence**

| | |
|---|---|
| **$299,900.00** | **$1,510,000.00** |

**Glen Allen      VA    23058**
City                State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**

| |
|---|
| **$299,900.00** |

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**

Case number (if known)    **23-60148**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2**

**Better Living, Inc.**
Creditor's name
**PO Box 7627**
Number     Street

Describe the property that secures the claim:
**Residence**

Column A: **$356,437.00**    Column B: **$1,510,000.00**

**Charlottesville    VA    22906**
City                State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**2.3**

**Shellpoint Mortgage Servicing**
Creditor's name
**Attn: Bankruptcy**
Number     Street
**PO Box 10826**

Describe the property that secures the claim:
**Residence/Home Office**

Column A: **$709,937.00**    Column B: **$1,510,000.00**

**Greenville      SC    29603**
City                State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Conventional Real Estate Mortgage**

Date debt was incurred    **04/2017**

Last 4 digits of account number    **5   8   2   2**

---

Add the dollar value of your entries in Column A on this page. Write that number here:

**$1,066,374.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

**$1,366,274.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tommy** | **Dewayne** | **Dobson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Anne** | **Christine** | **Dobson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number  **23-60148**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                                                12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left.  Attach the Continuation Page to this page.  On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2.   **List all of your priority unsecured claims.**  If a creditor has more than one priority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts.  As much as possible, list the claims in alphabetical order according to the creditor's name.  If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| **2.1** | | **Unknown** | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service*****
Priority Creditor's Name
**P O Box 7346**
Number          Street

_____

**Philadelphia            PA     19101**
City                         State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify _____

Debtor 1   **Tommy Dewayne Dobson**
Debtor 2   **Anne Christine Dobson**

Case number (if known)   **23-60148**

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| 2.2 | | **Unknown** | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Va Department Of Taxation***
Priority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**P O Box 2156**

**Richmond                VA     23218-0000**
City                        State        ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify _____

Debtor 1 **Tommy Dewayne Dobson**
Debtor 2 **Anne Christine Dobson**
Case number (if known) **23-60148**

---

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | Total claim |
|---|---|

**4.1** | **$412.00**

**84 Lumber**
Nonpriority Creditor's Name
**PO Box 365**
Number        Street

_____

**Eighty Four        PA        15330**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **0  3  2  2**
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Debt**

---

**4.2** | **$20,460.00**

**A G Dillard Inc.**
Nonpriority Creditor's Name
**PO Box 7427**
Number        Street

_____

**Charlottesville        VA        22906**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **3  0  0  1**
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Debt**

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                    Case number (if known)    **23-60148**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.3 | | **$5,157.00** |
|---|---|---|

**A. C. Fox Paving**
Nonpriority Creditor's Name
**1605 Hunters Lodge Rd**
Number        Street

_____

**Troy**                    **VA    22974**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Business Debt**

---

| 4.4 | | **$72.63** |
|---|---|---|

**Advanced Concrete Foundation Inc.**
Nonpriority Creditor's Name
**3798 Three Notch Rd**
Number        Street

_____

**Louisa**                    **VA    23093**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Business Debt**

---

| 4.5 | | **$2,225.00** |
|---|---|---|

**Affordable Lawns & Landscapes LLC**
Nonpriority Creditor's Name
**910 Thessalonia Rd**
Number        Street

_____

**Bremo Bluff**                    **VA    23022**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Business Debt**

Debtor 1      **Tommy Dewayne Dobson**
Debtor 2      **Anne Christine Dobson**                                    Case number (if known)   **23-60148**

## Part 2:      Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.6 | | $8,374.00 |

**Al's Concrete Pumping**
Nonpriority Creditor's Name
**9457 Cross Country Rd**
Number        Street

**Mineral**              **VA**     **23117**
City                State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Business Debt**

| 4.7 | | $3,915.00 |

**Allied Portables**
Nonpriority Creditor's Name
**PO Box 93**
Number        Street

**Charlottesville**      **VA**     **22906**
City                State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Business Debt**

| 4.8 | | $30,161.00 |

**Amex**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
Number        Street
**PO Box 981540**

**El Paso**              **TX**     **79998**
City                State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    2   0   7   3
**When was the debt incurred?**   **02/2007**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Credit Card**

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                              Case number (if known)  **23-60148**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.9**                                                                                  **$21,182.00**

**Amex**                                      Last 4 digits of account number   **6  3  8  3**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**                 When was the debt incurred?   **08/2005**
Number    Street
**PO Box 981540**                             As of the date you file, the claim is: Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed
**El Paso**               **TX**   **79998**
City                State   ZIP Code          Type of NONPRIORITY unsecured claim:
Who incurred the debt?    Check one.
☐ Debtor 1 only                               ☐ Student loans
☑ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                              ☑ Other.  Specify
☐ Check if this claim is for a community debt     **Credit Card**
Is the claim subject to offset?
☑ No
☐ Yes

**4.10**                                                                                  **Unknown**

**Annie Hyder**                               Last 4 digits of account number   __ __ __ __
Nonpriority Creditor's Name
**3679 Red Foz Lane**                         When was the debt incurred?   _____
Number    Street
                                              As of the date you file, the claim is: Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed
**Keswick**               **VA**   **22947**
City                State   ZIP Code          Type of NONPRIORITY unsecured claim:
Who incurred the debt?    Check one.
☐ Debtor 1 only                               ☐ Student loans
☐ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                              ☑ Other.  Specify
☐ Check if this claim is for a community debt     **Business Debt**
Is the claim subject to offset?
☑ No
☐ Yes

**4.11**                                                                                  **Unknown**

**Aric and Lara Holsinger**                   Last 4 digits of account number   __ __ __ __
Nonpriority Creditor's Name
**11720 Plantation Dr.**                      When was the debt incurred?   _____
Number    Street
                                              As of the date you file, the claim is: Check all that apply.
                                              ☑ Contingent
                                              ☑ Unliquidated
                                              ☑ Disputed
**Great Falls**           **VA**   **22066**
City                State   ZIP Code          Type of NONPRIORITY unsecured claim:
Who incurred the debt?    Check one.
☐ Debtor 1 only                               ☐ Student loans
☐ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                              ☑ Other.  Specify
☐ Check if this claim is for a community debt     **Business Debt**
Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                          Case number (if known)    **23-60148**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

<div style="float:right">**Total claim**</div>

### 4.12
**AT&T**
Nonpriority Creditor's Name
**PO Box 6241**
Number        Street

_____

**Sioux Falls            SD      57117-0000**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Total claim        $270.15**

Last 4 digits of account number  **2   8   6   8**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify    **Business Debt**

---

### 4.13
**BB&T**
Nonpriority Creditor's Name
**PO Box 580048**
Number        Street

_____

**Charlotte              NC      28258**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Total claim        $8,500.00**

Last 4 digits of account number  **4   2   8   5**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify    **Business Debt**

---

### 4.14
**Belew's Hauling & Excavating**
Nonpriority Creditor's Name
**1891 Payne Mill Rd**
Number        Street

_____

**Troy                   VA      22974**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Total claim        $16,995.66**

Last 4 digits of account number  __  __  __  __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify    **Business Debt**

---

Debtor 1    **Tommy Dewayne Dobson**

Debtor 2    **Anne Christine Dobson**                              Case number (if known)    **23-60148**

---

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

---

| **4.15** | | **$1,000.00** |

**Blue Ridge Soil Consulting Inc.**
Nonpriority Creditor's Name
**PO Box 418**
Number       Street

_____

**Ruckersville        VA        22968**
City                    State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Business Debt**

---

| **4.16** | | **$73,094.68** |

**Bradley and Marcy Daniel**
Nonpriority Creditor's Name
**938 Apero Way**
Number       Street

_____

**El Dorado Hills        CA        95762**
City                    State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Business Debt**

---

| **4.17** | | **$74,563.00** |

**Brother2s Construction LLC**
Nonpriority Creditor's Name
**3703 Lancaster Ring Rd.**
Number       Street

_____

**Fredericksburg        VA        22408**
City                    State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Business Debt**

---

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                    Case number (if known)    **23-60148**

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

| 4.18 | | $88,403.08 |
|---|---|---|

**Capital One Services, LLC**
Nonpriority Creditor's Name
**PO Box 30285**
Number       Street

**Salt Lake City          UT      84130**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **2   8   6   6**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Business Debt**

| 4.19 | | $29,292.55 |
|---|---|---|

**Cardinal Home Center**
Nonpriority Creditor's Name
**322 Washington Street**
Number       Street

**Madison           VA      22727**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **7   1   8   1**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Business Debt**

| 4.20 | | $2,890.14 |
|---|---|---|

**Carter Machinery Company**
Nonpriority Creditor's Name
**PO Box 751053**
Number       Street

**Charlotte          NC      28275**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Business Debt**

---

Official Form 106E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**              page 9

Debtor 1    **Tommy Dewayne Dobson**

Debtor 2    **Anne Christine Dobson**

Case number (if known)    **23-60148**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.21**

**CAT Financial**
Nonpriority Creditor's Name
**PO Box 13834**
Number    Street

_____

**Newark**            **NJ    07188**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    8  6  4  4

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

**$26,079.92**

---

**4.22**

**CGM - Classic Granite & Marble**
Nonpriority Creditor's Name
**1355 Anderson Hwy**
Number    Street

_____

**Powhatan**          **VA    23139**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    ___  ___  ___  ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

**$17,160.30**

---

**4.23**

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**P.O. 15298**

_____

**Wilmington**        **DE    19850**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    7  9  3  3

**When was the debt incurred?**  03/2020

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

**$19,433.00**

---

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**

Case number (if known)    **23-60148**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.24**

**Unknown**

**Chris and Helen Karls**
Nonpriority Creditor's Name
**2224 Summit Ridge Trail**
Number      Street

**Charlottesville      VA      22911**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

**4.25**

**$2,100.00**

**Chris Neese Hauling & Excavating LLC**
Nonpriority Creditor's Name
**1135 Tanbark Dr.**
Number      Street

**Afton                VA      22920**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

**4.26**

**$34,640.00**

**Christopher P Hopkins**
Nonpriority Creditor's Name
**dba C&D Doors**
Number      Street
**18278 Verling Dr.**

**Gordonsville      VA      22942**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

Debtor 1    **Tommy Dewayne Dobson**

Debtor 2    **Anne Christine Dobson**

Case number (if known)   **23-60148**

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

---

| 4.27 | | Total claim |
|---|---|---|
| | | **$144,798.00** |

**Clemente Roofing**
Nonpriority Creditor's Name
**84 Jessica St**
Number        Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☐ Unliquidated
☒ Disputed

**Crimora**            **VA      24431**
City            State    ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Business Debt**

---

| 4.28 | | |
|---|---|---|
| | | **$10,477.12** |

**CNH Industrial Capital**
Nonpriority Creditor's Name
**PO Box 71264**
Number        Street

Last 4 digits of account number    **6  2  8  4**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Philadelphia**          **PA      19176**
City            State    ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Business Debt**

---

| 4.29 | | |
|---|---|---|
| | | **$37,020.76** |

**Commonwealth Building Materials**
Nonpriority Creditor's Name
**PO Box 935993**
Number        Street

Last 4 digits of account number    **7  1  6  0**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Atlanta**            **GA      31193**
City            State    ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Business Debt**

---

Debtor 1   **Tommy Dewayne Dobson**
Debtor 2   **Anne Christine Dobson**                              Case number (if known)   **23-60148**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.                          **Total claim**

---

**4.30**                                                                                                        **$10,627.41**

**Creations Unlimited, Inc**              Last 4 digits of account number   __ __ __ __
Nonpriority Creditor's Name
**PO Box 704**                            When was the debt incurred?
Number      Street
                                          As of the date you file, the claim is: Check all that apply.
_____           ☐ Contingent
                                          ☐ Unliquidated
**Stuarts Draft      VA    24477**         ☑ Disputed
City                State  ZIP Code
Who incurred the debt?  Check one.        Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                           ☐ Student loans
☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                 that you did not report as priority claims
☑ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other.  Specify
Is the claim subject to offset?              **Business Debt**
☑ No
☐ Yes

---

**4.31**                                                                                                        **$400.00**

**Credence Resource Management, LLC**     Last 4 digits of account number   **2  9  8  2**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                      When was the debt incurred?   **12/2022**
Number      Street
**4222 Trinity Mills Road Suite 260**     As of the date you file, the claim is: Check all that apply.
                                          ☐ Contingent
                                          ☐ Unliquidated
**Dallas          TX    75287**            ☐ Disputed
City                State  ZIP Code
Who incurred the debt?  Check one.        Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                           ☐ Student loans
☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                 that you did not report as priority claims
☐ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other.  Specify
Is the claim subject to offset?              **Collection Attorney**
☑ No
☐ Yes

---

**4.32**                                                                                                        **$400.00**

**Credit Control Corporation**            Last 4 digits of account number   **0  5  0  0**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                      When was the debt incurred?   **07/2022**
Number      Street
**PO Box 120570**                         As of the date you file, the claim is: Check all that apply.
                                          ☐ Contingent
                                          ☐ Unliquidated
**Newport News    VA    23612**            ☐ Disputed
City                State  ZIP Code
Who incurred the debt?  Check one.        Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                           ☐ Student loans
☑ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                 that you did not report as priority claims
☐ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other.  Specify
Is the claim subject to offset?              **Collection Attorney**
☑ No
☐ Yes

---

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**

Case number (if known)    **23-60148**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.33**                                                                                        **$350.00**

**Credit Control Corporation**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number       Street
**PO Box 120570**

**Newport News**       **VA**    **23612**
City                   State    ZIP Code

**Who incurred the debt?**   Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **0**  **3**  **4**  **7**
When was the debt incurred?    **06/2022**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Collection Attorney**

---

**4.34**                                                                                        **$83,068.00**

**Davenport & Valley Insulation**
Nonpriority Creditor's Name
**PO Box 534451**
Number       Street

**Atlanta**       **GA**    **30353**
City              State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Liability may be under guaranty**

Last 4 digits of account number    **8**  **1**  **2**  **3**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Business Debt**

---

**4.35**                                                                                        **Unknown**

**David Roberts and David Spencer**
Nonpriority Creditor's Name
**409 Fennel Rd**
Number       Street

**Crozet**       **VA**    **22932**
City             State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Business Debt**

---

Debtor 1   **Tommy Dewayne Dobson**
Debtor 2   **Anne Christine Dobson**

Case number (if known)   **23-60148**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

### 4.36

**$6,666.54**

**Davis Appliances LLC**
Nonpriority Creditor's Name
**1202 E. High St.**
Number    Street

_____

**Charlottesville    VA    22902**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Business Debt**

---

### 4.37

**$2,130.00**

**Davis Pest Management**
Nonpriority Creditor's Name
**12331 Spotswood Trail**
Number    Street

_____

**Ruckersville    VA    22968**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Business Debt**

---

### 4.38

**Unknown**

**Department Of Motor Vehicles**
Nonpriority Creditor's Name
**5517 S Laburnum Avenue**
Number    Street

_____

**Richmond    VA    23231-4430**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Business Debt**

---

Debtor 1 **Tommy Dewayne Dobson**

Debtor 2 **Anne Christine Dobson**

Case number (if known) **23-60148**

---

**Part 2:**  **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

---

**4.39** | | **$27,000.00**

**DKP Construction LLC**
Nonpriority Creditor's Name
**13458 Lock Loop**
Number      Street

_____

**Woodbridge          VA      22192**
City                State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify **Business Debt**

---

**4.40** | | **$1,766.11**

**Dominion Energy**
Nonpriority Creditor's Name
**3546 Stoney Point Rd**
Number      Street

_____

**Charlottesville      VA      22911**
City                State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify **Business Debt**

---

**4.41** | | **$26,359.20**

**Eco Marble & Granite Inc.**
Nonpriority Creditor's Name
**4297 Carolina Ave**
Number      Street

_____

**Richmond          VA      23222**
City                State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify **Business Debt**

---

Debtor 1     **Tommy Dewayne Dobson**
Debtor 2     **Anne Christine Dobson**                                    Case number (if known)   **23-60148**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.42

**Unknown**

**Elizabeth River Tunnels**
Nonpriority Creditor's Name
**309 County St**
Number     Street

_____

**Portsmouth**          **VA     23704**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Tolls**

### 4.43

**$6,000.00**

**Farrish Plumbing**
Nonpriority Creditor's Name
**3796 Glenmore Rd**
Number     Street

_____

**Scottsville**          **VA     24590**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

### 4.44

**$150,100.00**

**Ferguson Enterprises**
Nonpriority Creditor's Name
**PO Box 417592**
Number     Street

_____

**Boston**          **MA     02241**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Liability under guaranty**

**Last 4 digits of account number**  **8   4   7   2**
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

| Debtor 1 | **Tommy Dewayne Dobson** | | |
|---|---|---|---|
| Debtor 2 | **Anne Christine Dobson** | Case number (if known) | **23-60148** |

---

**Part 2:**     **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

---

**4.45**                         **$31,950.00**

**Fireside Hearth & Home**
Nonpriority Creditor's Name
**PO Box 414845**
Number     Street

**Elkridge**       **MD**    **21075**
City         State     ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   **4**   **9**   **4**   **2**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business Debt**

---

**4.46**                         **Unknown**

**Fireside Hearth and Home**
Nonpriority Creditor's Name
**Attn: Kathy McKenzie**
**6671 Santa Barbara Road #J**
Number     Street

**Elkridge**       **MD**    **21075**
City         State     ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   **6**   **6**   **8**   **5**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business Debt**

---

**4.47**                         **$19.20**

**Flameless Specialties Inc.**
Nonpriority Creditor's Name
**512 Brookway Dr.**
Number     Street

**Charlottesville**       **VA**    **22901**
City         State     ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business Debt**

---

Debtor 1 **Tommy Dewayne Dobson**

Debtor 2 **Anne Christine Dobson**

Case number (if known) **23-60148**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.48

**$77,187.00**

**Foster Well & Pump Co.**
Nonpriority Creditor's Name
**PO Box 260**
Number      Street

**Earlysville          VA     22936**
City            State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

### 4.49

**$55,000.00**

**Frank & Debbie Hollowell**
Nonpriority Creditor's Name
**353 Oak Point Dr.**
Number      Street

**Richmond Hill          GA     31324**
City            State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

### 4.50

**$43,033.62**

**Gene T. Gibson**
Nonpriority Creditor's Name
**dba Gibson Backhoe**
Number      Street
**c/o W. Jeffrey Dalton CPA**

**3052 Berkmar Drive, Ste. A**

**Charlottesville          VA     22901**
City            State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

Debtor 1 **Tommy Dewayne Dobson**
Debtor 2 **Anne Christine Dobson**

Case number (if known) **23-60148**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.51**

**Unknown**

**Glen and Nancy Littlefield**
Nonpriority Creditor's Name
**132 The Green**
Number        Street

**Williamsburg        VA    23185**
City            State    ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

---

**4.52**

**$41.00**

**Green For Life Environmental**
Nonpriority Creditor's Name
**26999 Central Park Blvd Ste. 200**
Number        Street

**Southfield        MI    48076**
City            State    ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number **7  4  6  6**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

---

**4.53**

**$2,275.00**

**H&P Painting Services LLC**
Nonpriority Creditor's Name
**924 Henry Ave.**
Number        Street

**Charlottesville        VA    22903**
City            State    ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

---

Debtor 1   **Tommy Dewayne Dobson**

Debtor 2   **Anne Christine Dobson**                                    Case number (if known)   **23-60148**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.54**                                                                          **$69,755.89**

**H&P Services**                                    Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**924 Henry Ave.**                                  When was the debt incurred?  _____
Number        Street

                                                    As of the date you file, the claim is: Check all that apply.
_____                ☑ Contingent
                                                    ☐ Unliquidated
**Charlottesville    VA    22903**                   ☑ Disputed
City                State   ZIP Code
**Who incurred the debt?**  Check one.              **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                                     ☐ Student loans
☐ Debtor 2 only                                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                           that you did not report as priority claims
☑ At least one of the debtors and another           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**    ☑ Other.  Specify
**Is the claim subject to offset?**                     **Business Debt**
☑ No
☐ Yes

**4.55**                                                                          **$39,163.74**

**Homestead Building Systems, Inc.**                Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**10109 Piper Lane**                                When was the debt incurred?  _____
Number        Street

                                                    As of the date you file, the claim is: Check all that apply.
_____                ☐ Contingent
                                                    ☐ Unliquidated
**Bristow             VA    20136**                  ☑ Disputed
City                State   ZIP Code
**Who incurred the debt?**  Check one.              **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                                     ☐ Student loans
☐ Debtor 2 only                                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                           that you did not report as priority claims
☑ At least one of the debtors and another           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**    ☑ Other.  Specify
**Is the claim subject to offset?**                     **Business Debt**
☑ No
☐ Yes

**4.56**                                                                          **$5,075.00**

**HydroGeo Environmental LLC**                      Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**418 East Main St**                                When was the debt incurred?  _____
Number        Street

                                                    As of the date you file, the claim is: Check all that apply.
_____                ☐ Contingent
                                                    ☐ Unliquidated
**Charlottesville    VA    22902**                   ☑ Disputed
City                State   ZIP Code
**Who incurred the debt?**  Check one.              **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                                     ☐ Student loans
☐ Debtor 2 only                                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                           that you did not report as priority claims
☑ At least one of the debtors and another           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**    ☑ Other.  Specify
**Is the claim subject to offset?**                     **Business Debt**
☑ No
☐ Yes

---

Debtor 1 **Tommy Dewayne Dobson**
Debtor 2 **Anne Christine Dobson**

Case number (if known) **23-60148**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| Total claim |
|---|

**4.57**                                                                                                        **$24,717.30**

**Jamerson's Plumbing**
Nonpriority Creditor's Name
**821 Self Rd**
Number        Street

_____

**Scottsville**          **VA**    **24590**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

---

**4.58**                                                                                                          **$648.00**

**Jason Williams**
Nonpriority Creditor's Name
**4104 Ruritan Lake Rd**
Number        Street

_____

**Palmyra**            **VA**    **22963**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

---

**4.59**                                                                                                        **$19,576.00**

**Jerry Sikman Flooring Inc.**
Nonpriority Creditor's Name
**1575 Overlook Dr**
Number        Street

_____

**Charlottesville**      **VA**    **22901**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                      Case number (if known)    **23-60148**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.60 | | **$2,203.75** |

**Jessica Primm**
Nonpriority Creditor's Name
**dba Jessica Primm Landscape Architecture**
Number    Street
**PO Box 1422**

**Charlottesville    VA    22906**
City            State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Business Debt**

| 4.61 | | **$10,000.00** |

**John and Lina McMurry**
Nonpriority Creditor's Name
**2350 N. Spring Ct.**
Number    Street

**Lafayette    CO    80026**
City            State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Business Debt**

| 4.62 | | **$15,910.00** |

**Jon and Pamela Freedman**
Nonpriority Creditor's Name
**3300 Rosewood Ln.**
Number    Street

**Charlottesville    VA    22903**
City            State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Construction Claim**

| | |
|---|---|
| Debtor 1 **Tommy Dewayne Dobson** | |
| Debtor 2 **Anne Christine Dobson** | Case number (if known) **23-60148** |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.63**

**Unknown**

**Jonathan and Linda Alexander**
Nonpriority Creditor's Name
**6170 Indian Ridge Dr.**
Number      Street

_____

**Earlysville          VA      22936**
City              State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

---

**4.64**

**$258,889.00**

**Juanita Haydel**
Nonpriority Creditor's Name
**c/o Peter J. Caramanis, Esq.**
Number      Street
**200-C Garrett St.**

_____

**Charlottesville          VA      22902**
City              State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?      May 2021**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

---

**4.65**

**$807.76**

**Landscape Supply**
Nonpriority Creditor's Name
**PO Box 12706**
Number      Street

_____

**Roanoke          VA      24027**
City              State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt**

---

Debtor 1   **Tommy Dewayne Dobson**

Debtor 2   **Anne Christine Dobson**                                    Case number (if known)   **23-60148**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.66 | | **$2,365.85** |

**Lawrence Equipment**
Nonpriority Creditor's Name
**PO Box 335**
Number     Street

**Cloverdale          VA      24077**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   9  9  2  1

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Business Debt**

---

| 4.67 | | **$598.00** |

**Local Storage Fluvanna**
Nonpriority Creditor's Name
**21 Burns Plaza**
Number     Street

**Palmyra          VA      22963**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Open Account**

---

| 4.68 | | **Unknown** |

**Louis R. Morris**
Nonpriority Creditor's Name
**3567 Glasgow Lane**
Number     Street

**Keswick          VA      22947**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Business Debt**

---

Debtor 1    **Tommy Dewayne Dobson**

Debtor 2    **Anne Christine Dobson**    Case number (if known)    **23-60148**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.69 | | $1,568.49 |

**Luck Ecosystems**
Nonpriority Creditor's Name

**PO Box 22696**
Number    Street

_____

_____

**New York**    **NY**    **10087**
City    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **4    4    8    5**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify    **Business Debt**

| 4.70 | | $68,089.07 |

**Luck Stone Corporation**
Nonpriority Creditor's Name

**PO Box 22696**
Number    Street

_____

_____

**New York**    **NY**    **10087**
City    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify    **Business Debt**

| 4.71 | | $9,086.44 |

**Marco Metals LLC**
Nonpriority Creditor's Name

**4776 S. Valley Pike**
Number    Street

_____

**Harrisonburg**    **VA**    **22801**
City    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify    **Business Debt**

Debtor 1  **Tommy Dewayne Dobson**
Debtor 2  **Anne Christine Dobson**                                          Case number (if known)  **23-60148**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.72**                                                                                          **$3,604.00**

**MAUA, Inc.**
Nonpriority Creditor's Name
**181 Whitney Lane**
Number      Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Bumpass**          **VA**    **23024**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.73**                                                                                          **Unknown**

**Mayank and Sejal Gala**
Nonpriority Creditor's Name
**131 Hancock Dr.**
Number      Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Ruckersville**       **VA**    **22968**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.74**                                                                                          **$1,347,553.64**

**Michael and Nina Murray**
Nonpriority Creditor's Name
**1162 Greenway Trail**
Number      Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Forest**          **VA**    **24551**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                              Case number (if known)  **23-60148**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.                                                                                            **Total claim**

| 4.75 | | **$169,561.00** |

**Michael G and Karen R. Littlefield**
Nonpriority Creditor's Name
**1951 Lewis Mountain Rd.**
Number        Street

_____

**Charlottesville      VA      22903**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

| 4.76 | | **$42,388.08** |

**Miguel Navarro**
Nonpriority Creditor's Name
**dba First Class Painting**
Number        Street
**1631 Crenshaw Court**

_____

**Charlottesville      VA      22901**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

| 4.77 | | **$575.00** |

**Miguel Trujillo**
Nonpriority Creditor's Name
**dba M.T. Stone & Stucco LLC**
Number        Street
**100 Dorset Court**

_____

**Charlottesville      VA      22911**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

Debtor 1 **Tommy Dewayne Dobson**

Debtor 2 **Anne Christine Dobson**

Case number (if known) **23-60148**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

Total claim

---

| | |
|---|---|
| 4.78 | $18,910.00 |

**Morris Tile**
Nonpriority Creditor's Name
**PO Box 6446**
Number    Street

**Richmond**    **VA**    **23230**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Liability may be under guaranty**

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business Debt**

---

| | |
|---|---|
| 4.79 | Unknown |

**Nancy Mumm**
Nonpriority Creditor's Name
**11581 Avondale Dr.**
Number    Street

**Fairfax**    **VA**    **22030**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business Debt**

---

| | |
|---|---|
| 4.80 | $22,177.50 |

**Pedro Matias**
Nonpriority Creditor's Name
**2480 Ponderosa Trail**
Number    Street

**Charlottesville**    **VA**    **22903**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business Debt**

---

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                          Case number (if known)  **23-60148**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.81**                                                                                   **$284,547.02**

**Pella Windows & Doors**                        Last 4 digits of account number ___ ___ ___ ___
Nonpriority Creditor's Name
**2207 Station Road**                            **When was the debt incurred?** _____
Number       Street

_____          **As of the date you file, the claim is:** Check all that apply.
                                                 ☑ Contingent
_____          ☐ Unliquidated
                                                 ☑ Disputed
**North Chesterfield     VA     23234**
City                State    ZIP Code            **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**  Check one.
☐ Debtor 1 only                                  ☐ Student loans
☐ Debtor 2 only                                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                        that you did not report as priority claims
☑ At least one of the debtors and another        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt     ☑ Other.  Specify
**Is the claim subject to offset?**                  **Business Debt**
☑ No
☐ Yes

**4.82**                                                                                   **$45,000.00**

**Peter and Theresa Reines**                     Last 4 digits of account number ___ ___ ___ ___
Nonpriority Creditor's Name
**1432 Sandown Lane**                            **When was the debt incurred?** _____
Number       Street

_____          **As of the date you file, the claim is:** Check all that apply.
                                                 ☑ Contingent
_____          ☑ Unliquidated
                                                 ☑ Disputed
**Keswick            VA     22947**
City                State    ZIP Code            **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**  Check one.
☐ Debtor 1 only                                  ☐ Student loans
☐ Debtor 2 only                                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                        that you did not report as priority claims
☑ At least one of the debtors and another        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt     ☑ Other.  Specify
**Is the claim subject to offset?**                  **Business Debt**
☑ No
☐ Yes

**4.83**                                                                                   **$60.00**

**Phydos Clinic**                                Last 4 digits of account number ___ ___ ___ ___
Nonpriority Creditor's Name
**1011 East Jefferson Street, Ste. 204**         **When was the debt incurred?** _____
Number       Street

_____          **As of the date you file, the claim is:** Check all that apply.
                                                 ☐ Contingent
_____          ☐ Unliquidated
                                                 ☐ Disputed
**Charlottesville     VA     22903**
City                State    ZIP Code            **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**  Check one.
☐ Debtor 1 only                                  ☐ Student loans
☐ Debtor 2 only                                  ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                        that you did not report as priority claims
☐ At least one of the debtors and another        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt     ☑ Other.  Specify
**Is the claim subject to offset?**                  **Medical**
☑ No
☐ Yes

---

Debtor 1    **Tommy Dewayne Dobson**

Debtor 2    **Anne Christine Dobson**                                    Case number (if known)  **23-60148**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.84 | | **Unknown** |
|---|---|---|

**Plumb Line Foundations & Excavating**
Nonpriority Creditor's Name
**91 Beaver Dam Ct**
Number        Street




**Keswick**                **VA**      **22947**
City                            State      ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

| 4.85 | | **$2,063.16** |
|---|---|---|

**Precision Gass Piping LLC**
Nonpriority Creditor's Name
**68 Branchland Court**
Number        Street




**Ruckersville**          **VA**      **22968**
City                            State      ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

| 4.86 | | **$3,761.40** |
|---|---|---|

**Quarles Petroleum Inc.**
Nonpriority Creditor's Name
**PO Box 745736**
Number        Street




**Atlanta**                **GA**      **30374**
City                            State      ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                          Case number (if known) __**23-60148**__

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.87 | | $1,368.38 |
|---|---|---|

**Ricoh USA, Inc.**
Nonpriority Creditor's Name
**PO Box 827577**
Number        Street

**Philadelphia        PA      19182**
City                State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **9  4  1  5**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Business Debt**

| 4.88 | | $6,290.00 |
|---|---|---|

**RMC Design LLC**
Nonpriority Creditor's Name
**4996 Fairwinds Ct**
Number        Street

**Crozet        VA      22932**
City                State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __  __  __  __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Business Debt**

| 4.89 | | Unknown |
|---|---|---|

**Roy and Mary Whitley**
Nonpriority Creditor's Name
**PO Box 488**
Number        Street

**Corolla        NC      27927**
City                State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __  __  __  __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Business Debt**

Debtor 1   **Tommy Dewayne Dobson**
Debtor 2   **Anne Christine Dobson**                     Case number (if known)  **23-60148**

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| **4.90** | **$17,630.00** |
|---|---|

**Ruben Gatica Larrea**
Nonpriority Creditor's Name
**360 Minor Ridge Rd**
Number      Street

_____

**Charlottesville      VA      22901**
City                State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

| **4.91** | **$22,747.00** |
|---|---|

**Sallie Mae, Inc**
Nonpriority Creditor's Name
**Attn:  Bankruptcy**
Number      Street
**PO Box 9500**

_____

**Wilkes Barre      PA      18773**
City                State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **0   8   1   0**

**When was the debt incurred?**   **08/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other.  Specify

| **4.92** | **$21,558.00** |
|---|---|

**Sallie Mae, Inc**
Nonpriority Creditor's Name
**Attn:  Bankruptcy**
Number      Street
**PO Box 9500**

_____

**Wilkes Barre      PA      18773**
City                State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **0   8   1   6**

**When was the debt incurred?**   **08/2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other.  Specify

Debtor 1  **Tommy Dewayne Dobson**
Debtor 2  **Anne Christine Dobson**                              Case number (if known)  **23-60148**

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.93** | | **$40,760.49**

**Salmon Masonry**
Nonpriority Creditor's Name
**Concrete Division**
Number    Street
**14640 Jefferson Hwy**

**Bumpass**         **VA    23024**
City              State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Business Debt**

---

**4.94** | | **$10,420.20**

**Sherwin Williams Co**
Nonpriority Creditor's Name
**12787 Booker T. Washington Hwy, Ste. 105**
Number    Street

**Hardy**         **VA    24101**
City              State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Business Debt**

---

**4.95** | | **$91,570.02**

**Skyline Brick**
Nonpriority Creditor's Name
**4700 Annapolis Rd**
Number    Street

**Bladensburg**         **MD    20710**
City              State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**  1  9  3  0
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Business Debt**

---

Debtor 1   **Tommy Dewayne Dobson**
Debtor 2   **Anne Christine Dobson**                                    Case number (if known)   **23-60148**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.96**                                                                                      **$272,105.00**

**Steve and Barbara Ryan**                        Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**8 Fleetwood Dr.**                               When was the debt incurred?
Number         Street

_____           As of the date you file, the claim is: Check all that apply.
_____           ☑ Contingent
                                                   ☑ Unliquidated
**Palmyra**              **VA**    **22963**       ☑ Disputed
City                    State    ZIP Code
Who incurred the debt?   Check one.               Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                   ☐ Student loans
☐ Debtor 2 only                                   ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                         that you did not report as priority claims
☑ At least one of the debtors and another         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt      ☑ Other.  Specify
Is the claim subject to offset?                      **Business Debt**
☑ No
☐ Yes

---

**4.97**                                                                                       **$3,811.00**

**Sunbelt Rentals**                               Last 4 digits of account number    **7  2  4  9**
Nonpriority Creditor's Name
**PO Box 409211**                                 When was the debt incurred?
Number         Street

_____           As of the date you file, the claim is: Check all that apply.
_____           ☐ Contingent
                                                   ☐ Unliquidated
**Atlanta**              **GA**    **30384**       ☑ Disputed
City                    State    ZIP Code
Who incurred the debt?   Check one.               Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                   ☐ Student loans
☐ Debtor 2 only                                   ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                         that you did not report as priority claims
☑ At least one of the debtors and another         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt      ☑ Other.  Specify
Is the claim subject to offset?                      **Business Debt**
☑ No
☐ Yes

---

**4.98**                                                                                       **$8,432.00**

**T&A Drywall**                                   Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**2495 Ponderosa Trail**                          When was the debt incurred?
Number         Street

_____           As of the date you file, the claim is: Check all that apply.
_____           ☐ Contingent
                                                   ☐ Unliquidated
**Charlottesville**      **VA**    **22903**       ☑ Disputed
City                    State    ZIP Code
Who incurred the debt?   Check one.               Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                   ☐ Student loans
☐ Debtor 2 only                                   ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                         that you did not report as priority claims
☑ At least one of the debtors and another         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt      ☑ Other.  Specify
Is the claim subject to offset?                      **Business Debt**
☑ No
☐ Yes

---

Debtor 1   **Tommy Dewayne Dobson**
Debtor 2   **Anne Christine Dobson**                              Case number (if known)  **23-60148**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.99 | | **$1,092.00** |

**T&N Printing**
Nonpriority Creditor's Name
**205 12th Street NE**
Number      Street

**Charlottesville      VA    22902**
City                  State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __1__ __1__ __8__ __8__
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Business Debt**

---

| 4.100 | | **$400.63** |

**T-Mobile**
Nonpriority Creditor's Name
**PO Box 742596**
Number      Street

**Cincinnati      OH    45274-2596**
City                  State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Business Debt**

---

| 4.101 | | **$9,610.00** |

**TC2 Design Inc.**
Nonpriority Creditor's Name
**261 Oak Park Rd, Ste. 201**
Number      Street

**Madison      VA    22727**
City                  State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Business Debt**

---

| Debtor 1 | **Tommy Dewayne Dobson** |
|---|---|
| Debtor 2 | **Anne Christine Dobson** |

Case number (if known)   **23-60148**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.102

**Terry Lynn**
Nonpriority Creditor's Name
**4106 Earlysville Rd**
Number       Street

**$525,000.00**

**Earlysville**          **VA**      **22936**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

### 4.103

**The Luchair Co.**
Nonpriority Creditor's Name
**261 Thornrose Ave**
Number       Street

**$6,590.00**

**Staunton**           **VA**      **24401**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

### 4.104

**The Sherwin Williams Co.**
Nonpriority Creditor's Name
**341 Towncenter Lane, Ste. 100**
Number       Street

**$11,361.04**

**Charlottesville**     **VA**    **22911**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  0  0  7  7

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt**

Debtor 1   **Tommy Dewayne Dobson**
Debtor 2   **Anne Christine Dobson**

Case number (if known)   **23-60148**

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

---

**4.105**

        **Unknown**

**Thomas and Elizabeth Rollo**
Nonpriority Creditor's Name
**6310 Indian Ridge Dr.**
Number     Street

**Earlysville**     **VA**    **22936**
City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Business Debt**

---

**4.106**

        **$1,350,000.00**

**Thomas and Sally Daly**
Nonpriority Creditor's Name
**4 Dolphin Rd.**
Number     Street

**New City**     **NY**    **10956**
City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Business Debt**

---

**4.107**

        **$1,080.30**

**Tiger Fuel Co.**
Nonpriority Creditor's Name
**PO Box 1607**
Number     Street

**Charlottesville**     **VA**    **22902**
City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **8**   **2**   **0**   **5**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Business Debt**

---

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                              Case number (if known)   **23-60148**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.108 | | $22,700.00 |

**Town Flooring**
Nonpriority Creditor's Name
**3285 Berkmar Dr**
Number        Street

_____

**Charlottesville      VA     22901**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?       _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

| 4.109 | | $5,435.93 |

**Van Der Linde Recycling**
Nonpriority Creditor's Name
**820 Hydraulic Rd, Ste. 1**
Number        Street

_____

**Charlottesville      VA     22901**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?       _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

| 4.110 | | $1,694.44 |

**Verizon****
Nonpriority Creditor's Name
**500 Technology Dr. # 550**
Number        Street

_____

**Weldon Spring      MO     63304-2225**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1   5   9   9**
When was the debt incurred?       _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

Debtor 1  **Tommy Dewayne Dobson**
Debtor 2  **Anne Christine Dobson**

Case number (if known)  **23-60148**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.111

**$912.47**

**Verizon****
Nonpriority Creditor's Name
**500 Technology Dr. # 550**
Number      Street

**Weldon Spring      MO      63304-2225**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

### 4.112

**$781.97**

**Verizon****
Nonpriority Creditor's Name
**500 Technology Dr. # 550**
Number      Street

**Weldon Spring      MO      63304-2225**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

### 4.113

**$48,627.36**

**Virginia Contractors Supply, Inc.**
Nonpriority Creditor's Name
**9106 Owens Drive**
Number      Street

**Manassas      VA      20111**
City                  State      ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **1   2   0   7**
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt**

Debtor 1    **Tommy Dewayne Dobson**

Debtor 2    **Anne Christine Dobson**                                    Case number (if known)   **23-60148**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** |
|---|---|

### 4.114

| | |
|---|---|
| **Wells Fargo-pl&l** | **$4,856.00** |

**Nonpriority Creditor's Name**

**MAX F8234F-02F**

Number      Street

**PO Box 10438**

| | | |
|---|---|---|
| **Des Moines** | **IA** | **50306** |

City            State    ZIP Code

**Who incurred the debt?**  Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  5  8  6  6

**When was the debt incurred?**  05/2002

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Check Credit or Line of Credit**

---

### 4.115

| | |
|---|---|
| **White Cap, LP** | **$10,943.61** |

**Nonpriority Creditor's Name**

**PO Box 4852**

Number      Street

| | | |
|---|---|---|
| **Orlando** | **FL** | **32802** |

City            State    ZIP Code

**Who incurred the debt?**  Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __  __  __  __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify

**Business Debt**

---

### 4.116

| | |
|---|---|
| **Wilson Ready Mix** | **$17,364.58** |

**Nonpriority Creditor's Name**

**PO Box 1347**

Number      Street

| | | |
|---|---|---|
| **Harrisonburg** | **VA** | **22803** |

City            State    ZIP Code

**Who incurred the debt?**  Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __  __  __  __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify

**Business Debt**

**Liability under guaranty**

---

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                      Case number (if known)  **23-60148**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.117 | | **$5,345.19** |

**Witmer's Boom Pumping LLC**
Nonpriority Creditor's Name
**188 Coffman Rd**
Number        Street

**Weyers Cave**      **VA**   **24486**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

| 4.118 | | **$3,182.35** |

**Witmer's Concrete Pumping LLC**
Nonpriority Creditor's Name
**188 Coffman Rd**
Number        Street

**Weyers Cave**      **VA**   **24486**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

| 4.119 | | **$100.00** |

**Yan L. Chan**
Nonpriority Creditor's Name
**dba DD&T Custom Woodworking, Inc.**
Number        Street
**792 S. Villier Court**

**Virginia Beach**      **VA**   **23452**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                          Case number (if known)    **23-60148**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5.    Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Airflow Systems, Inc.**
Name
**1134 Rose Hill Drive**
Number      Street

_____

**Charlottesville      VA    22903**
City            State    ZIP Code

**Notice Only; Believes no guaranty**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __0_ __1_ __1_ __2_

---

**Anthem Health**
Name
**PO Box 11792**
Number      Street

_____

**Newark          NJ    07101**
City            State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**AT&T**
Name
**PO Box 6463**
Number      Street

_____

**Carol Stream      IL    60197**
City            State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.12** of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Bradley and Marcy Daniel**
Name
**c/o James P. Cox III, Esq**
Number      Street
**310 4th Street NE**

**PO Box 298**
**Charlottesville      VA    22902**
City            State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.16** of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Browns HVAC LLC**
Name
**2138 Martin Kings Rd**
Number      Street

_____

**Scottsville      VA    24590**
City            State    ZIP Code

**Notice Only; Believes no guaranty**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

Debtor 1    **Tommy Dewayne Dobson**

Debtor 2    **Anne Christine Dobson**                                    Case number (if known)    **23-60148**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**C2C Resources, LLC**
Name
**1455 Lincoln Pkwy E Ste. 550**
Number    Street



**Atlanta**            **GA**    **30346**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.7**  of  (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Creditors Collection Service**
Name
**PO Box 21504**
Number    Street



**Roanoke**            **VA**    **24018-0000**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.42**  of  (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**DeHaan & Bach**
Name
**25 Whitney Dr., Ste. #106**
Number    Street



**Milford**            **OH**    **45150**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.94**  of  (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Financial Recovery, Inc.**
Name
**PO Box 21107**
Number    Street



**Roanoke**            **VA**    **24018**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.20**  of  (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Frank & Debbie Hollowell**
Name
**c/o Peter Caramanis, Esq**
Number    Street
**200-C, 200 Garret St.**



**Charlottesville**        **VA**    **22902**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.49**  of  (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Fullerton & Knowles**
Name
**12642 Chapel Rd**
Number    Street



**Clifton**            **VA**    **20124**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.70**  of  (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

Debtor 1   **Tommy Dewayne Dobson**
Debtor 2   **Anne Christine Dobson**                                      Case number (if known)  **23-60148**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Gerald V "Kirk" Hughes**
Name
**dba Kirk Hughes & Associates**
Number     Street
**220 East High St.**

**Charlottesville         VA      22906**
City                  State    ZIP Code

**Notice Only; Believes no guaranty**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one)*:  ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Jon and Pamela Freedman**
Name
**c/o David W. Thomas, Esq**
Number     Street
**310 4th Street NE**

**PO Box 298**
**Charlottesville         VA      22902**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one)*:  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Jonathan and Linda Alexander**
Name
**c/o Kristina M. Hofmann, Esq.**
Number     Street
**414 East Jefferson St.**

**Charlottesville         VA      22902**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.63** of *(Check one)*:  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**LC Marshall & Sons Landscaping**
Name
**432 Mosely Drive**
Number     Street

**Charlottesville         VA      22902**
City                  State    ZIP Code

**Notice Only; Believes no guaranty**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one)*:  ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Louis R. Morris**
Name
**c/o James P. Cox, Esq.**
Number     Street
**310 4th Street NE**

**PO Box 298**
**Charlottesville         VA      22902**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.68** of *(Check one)*:  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Mayank and Sejal Gala**
Name
**c/o Thaddeus L. Lyman, Esq.**
Number     Street
**619 E High St.**

**Charlottesville         VA      22902**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.73** of *(Check one)*:  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

Debtor 1 **Tommy Dewayne Dobson**

Debtor 2 **Anne Christine Dobson**

Case number (if known) **23-60148**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

---

**Michael and Nina Murray**
Name
**c/o Michael E. Derdeyn, Esq**
Number       Street
**PO Box 2057**

**Charlottesville         VA      22902**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.74** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**O'Reilly Auto Parts**
Name
**1242 Richmond Rd.**
Number       Street

**Charlottesville         VA      22911**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**O'Toole Distribution, Inc.**
Name
**2207 Station Rd**
Number       Street

**Richmond                VA      23234**
City                State   ZIP Code

**Collecting for Pella**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**RAS LaVrar, LLC**
Name
**1133 S. University Dr. 2nd Fl**
Number       Street

**Fort Lauderdale         FL      33324**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.23** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**RC Contractor LLC**
Name
**227 Shamrock Dr.**
Number       Street

**Charlottesville         VA      22903**
City                State   ZIP Code

**Notice Only; Believes no guaranty**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Rexel, Inc.**
Name
**1197A 5th St. SW**
Number       Street

**Charlottesville         VA      22902**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **0** **0** **3** **1**

Debtor 1   **Tommy Dewayne Dobson**
Debtor 2   **Anne Christine Dobson**                                    Case number (if known) **23-60148**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Sentara Martha Jefferson Hos.**
Name
**500 Martha Jefferson Dr.**
Number      Street

**Charlottesville      VA      22911**
City                         State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.32** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Staples**
Name
**243 Ridge Mcintire Rd**
Number      Street

**Charlottesville      VA      22903**
City                         State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Steve & Barbara Ryan**
Name
**c/o Peter J. Caramanis**
Number      Street
**200-C, 200 Garrett St.**

**Charlottesville      VA      22902**
City                         State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Story House Real Estate**
Name
**Kristin Sorotki**
Number      Street
**2248 Ivy Rd**

**Charlottesville      VA      22902**
City                         State      ZIP Code
**Notice Only; Believes no guaranty**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Sylvia Bailey**
Name
**4303 Ragged View Ct.**
Number      Street

**Charlottesville      VA      22903**
City                         State      ZIP Code
**Notice Only; Believes no guaranty**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**The Harriston Group LLC**
Name
**PO Box 1084**
Number      Street

**Harrisonburg      VA      22803**
City                         State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

Debtor 1    **Tommy Dewayne Dobson**

Debtor 2    **Anne Christine Dobson**                                   Case number (if known)   **23-60148**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Thomas and Sally Daly**
Name
**c/o James Hundley, Esq.**
Number      Street
**5501 Staples Mill Road**

**Richmond**          **VA**    **23228**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.106** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Thomas Marsh**
Name
**76 Windy Acres Loop**
Number      Street

**Afton**            **VA**    **22920**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt**             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Truist Bank**
Name
**214 N. Tyson Street**
Number      Street

**Charlotte**         **NC**    **28202**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.13** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**University of Virginia Health System**
Name
**PO Box 743977**
Number      Street

**Atlanta**           **GA**    **30374**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.33** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Van Der Linde Crane Services LLC**
Name
**3073 Craigs Store Road**
Number      Street

**Afton**            **VA**    **22920**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt**             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Virginia Asphalt Services Inc**
Name
**499 Burchs Creed Rd**
Number      Street

**Crozet**           **VA**    **22932**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt**             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

Debtor 1   **Tommy Dewayne Dobson**
Debtor 2   **Anne Christine Dobson**

Case number (if known)   **23-60148**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Wakefield Law, PLLC**
Name
**881 Harrison Street, SE**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.113**  of  *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___  ___  ___  ___

**Leesburg**          **VA**   **20175**
City          State   ZIP Code

Debtor 1    **Tommy Dewayne Dobson**

Debtor 2    **Anne Christine Dobson**    Case number (if known)    **23-60148**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.    Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

| | | | | Total claim |
|---|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | | **$0.00** |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | | **$0.00** |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | | **$0.00** |
| 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. | **+** | **$0.00** |
| 6e. | **Total.**  Add lines 6a through 6d. | 6d. | | **$0.00** |

**Total claims from Part 2**

| | | | | Total claim |
|---|---|---|---|---|
| 6f. | **Student loans** | 6f. | | **$44,305.00** |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | | **$0.00** |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | | **$0.00** |
| 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. | **+** | **$6,151,170.12** |
| 6j. | **Total.**  Add lines 6f through 6i. | 6j. | | **$6,195,475.12** |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Tommy** | **Dewayne** | **Dobson** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Anne** | **Christine** | **Dobson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number   **23-60148**
(if known)

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                                12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ☐  No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

    ☑  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

2.1  **The Local Storage Group**                              Storage Unit
     Name
     **21 Burns Plaza**                                       Contract to be ASSUMED
     Number  Street

     **Palmyra**                            **VA**   **22963**
     City                                   State    ZIP Code

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tommy** | **Dewayne** | **Dobson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Anne** | **Christine** | **Dobson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number  **23-60148**
(if known)

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☒ No.  Go to line 3.
   ☐ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.1 | **Dobson Homes, Inc.** | |
|---|---|---|
| | Name | |
| | **PO Box 7181** | |
| | Number        Street | |

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.62**
☐ Schedule G, line _____

| **Charlottesville** | **VA** | **22906** |
|---|---|---|
| City | State | ZIP Code |

**Jon and Pamela Freedman**

| 3.2 | **Dobson Homes, Inc.** | |
|---|---|---|
| | Name | |
| | **PO Box 7181** | |
| | Number        Street | |

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.1**
☐ Schedule G, line _____

| **Charlottesville** | **VA** | **22906** |
|---|---|---|
| City | State | ZIP Code |

**84 Lumber**

| 3.3 | **Dobson Homes, Inc.** | |
|---|---|---|
| | Name | |
| | **PO Box 7181** | |
| | Number        Street | |

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.2**
☐ Schedule G, line _____

| **Charlottesville** | **VA** | **22906** |
|---|---|---|
| City | State | ZIP Code |

**A G Dillard Inc.**

Official Form 106H                    Schedule H: Your Codebtors                    page 1

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                     Case number (if known)   **23-60148**

## Additional Page to List More Codebtors

Column 1: **Your codebtor**                                 Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.4** | **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number        Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.3**
☐ Schedule G, line_____

**Charlottesville**          **VA**    **22906**
City                    State    ZIP Code

**A. C. Fox Paving**

**3.5** | **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number        Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.4**
☐ Schedule G, line_____

**Charlottesville**          **VA**    **22906**
City                    State    ZIP Code

**Advanced Concrete Foundation Inc.**

**3.6** | **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number        Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.5**
☐ Schedule G, line_____

**Charlottesville**          **VA**    **22906**
City                    State    ZIP Code

**Affordable Lawns & Landscapes LLC**

**3.7** | **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number        Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.1**
☐ Schedule G, line _____

**Charlottesville**          **VA**    **22906**
City                    State    ZIP Code

**Airflow Systems, Inc.**

**3.8** | **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number        Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.6**
☐ Schedule G, line _____

**Charlottesville**          **VA**    **22906**
City                    State    ZIP Code

**Al's Concrete Pumping**

**3.9** | **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number        Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.7**
☐ Schedule G, line _____

**Charlottesville**          **VA**    **22906**
City                    State    ZIP Code

**Allied Portables**

**3.10** | **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number        Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.13**
☐ Schedule G, line _____

**Charlottesville**          **VA**    **22906**
City                    State    ZIP Code

**BB&T**

Debtor 1     **Tommy Dewayne Dobson**
Debtor 2     **Anne Christine Dobson**                                          Case number (if known)   **23-60148**

| **Additional Page to List More Codebtors** |

Column 1:  **Your codebtor**                                    Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

3.11 | **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.14**
☐ Schedule G, line _____
**Belew's Hauling & Excavating**

**Charlottesville**          **VA**      **22906**
City                         State      ZIP Code

3.12 | **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.15**
☐ Schedule G, line _____
**Blue Ridge Soil Consulting Inc.**

**Charlottesville**          **VA**      **22906**
City                         State      ZIP Code

3.13 | **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.16**
☐ Schedule G, line _____
**Bradley and Marcy Daniel**

**Charlottesville**          **VA**      **22906**
City                         State      ZIP Code

3.14 | **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.17**
☐ Schedule G, line _____
**Brother2s Construction LLC**

**Charlottesville**          **VA**      **22906**
City                         State      ZIP Code

3.15 | **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.18**
☐ Schedule G, line _____
**Capital One Services, LLC**

**Charlottesville**          **VA**      **22906**
City                         State      ZIP Code

3.16 | **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.19**
☐ Schedule G, line _____
**Cardinal Home Center**

**Charlottesville**          **VA**      **22906**
City                         State      ZIP Code

3.17 | **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.20**
☐ Schedule G, line _____
**Carter Machinery Company**

**Charlottesville**          **VA**      **22906**
City                         State      ZIP Code

Debtor 1   **Tommy Dewayne Dobson**
Debtor 2   **Anne Christine Dobson**
_____   Case number (if known)   **23-60148**

| **Additional Page to List More Codebtors** |

Column 1: **Your codebtor**                          Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.18**   **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number    Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.21**
☐ Schedule G, line _____

**Charlottesville**      **VA**    **22906**
City                State    ZIP Code

**CAT Financial**

**3.19**   **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number    Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.22**
☐ Schedule G, line _____

**Charlottesville**      **VA**    **22906**
City                State    ZIP Code

**CGM - Classic Granite & Marble**

**3.20**   **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number    Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.23**
☐ Schedule G, line _____

**Charlottesville**      **VA**    **22906**
City                State    ZIP Code

**Chase Card Services**

**3.21**   **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number    Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.25**
☐ Schedule G, line _____

**Charlottesville**      **VA**    **22906**
City                State    ZIP Code

**Chris Neese Hauling & Excavating LLC**

**3.22**   **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number    Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.26**
☐ Schedule G, line _____

**Charlottesville**      **VA**    **22906**
City                State    ZIP Code

**Christopher P Hopkins**

**3.23**   **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number    Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.27**
☐ Schedule G, line _____

**Charlottesville**      **VA**    **22906**
City                State    ZIP Code

**Clemente Roofing**

**3.24**   **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number    Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.28**
☐ Schedule G, line _____

**Charlottesville**      **VA**    **22906**
City                State    ZIP Code

**CNH Industrial Capital**

Debtor 1   **Tommy Dewayne Dobson**
Debtor 2   **Anne Christine Dobson**                                    Case number (if known)   **23-60148**

## Additional Page to List More Codebtors

Column 1:  **Your codebtor**                           Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.25 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.29**
☐ Schedule G, line _____

**Charlottesville**          **VA**    **22906**
City                    State    ZIP Code

**Commonwealth Building Materials**

| 3.26 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.30**
☐ Schedule G, line _____

**Charlottesville**          **VA**    **22906**
City                    State    ZIP Code

**Creations Unlimited, Inc**

| 3.27 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.34**
☐ Schedule G, line _____

**Charlottesville**          **VA**    **22906**
City                    State    ZIP Code

**Davenport & Valley Insulation**

| 3.28 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.36**
☐ Schedule G, line _____

**Charlottesville**          **VA**    **22906**
City                    State    ZIP Code

**Davis Appliances LLC**

| 3.29 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.37**
☐ Schedule G, line _____

**Charlottesville**          **VA**    **22906**
City                    State    ZIP Code

**Davis Pest Management**

| 3.30 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.39**
☐ Schedule G, line _____

**Charlottesville**          **VA**    **22906**
City                    State    ZIP Code

**DKP Construction LLC**

| 3.31 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.41**
☐ Schedule G, line _____

**Charlottesville**          **VA**    **22906**
City                    State    ZIP Code

**Eco Marble & Granite Inc.**

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**
                                                    Case number (if known)   **23-60148**

| **Additional Page to List More Codebtors** |

Column 1: **Your codebtor**                          Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.32 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.43**
☐ Schedule G, line _____

**Charlottesville          VA      22906**
City                      State    ZIP Code

**Farrish Plumbing**

| 3.33 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.44**
☐ Schedule G, line _____

**Charlottesville          VA      22906**
City                      State    ZIP Code

**Ferguson Enterprises**

| 3.34 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.45**
☐ Schedule G, line _____

**Charlottesville          VA      22906**
City                      State    ZIP Code

**Fireside Hearth & Home**

| 3.35 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.48**
☐ Schedule G, line _____

**Charlottesville          VA      22906**
City                      State    ZIP Code

**Foster Well & Pump Co.**

| 3.36 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.49**
☐ Schedule G, line _____

**Charlottesville          VA      22906**
City                      State    ZIP Code

**Frank & Debbie Hollowell**

| 3.37 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.50**
☐ Schedule G, line _____

**Charlottesville          VA      22906**
City                      State    ZIP Code

**Gene T. Gibson**

| 3.38 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.53**
☐ Schedule G, line _____

**Charlottesville          VA      22906**
City                      State    ZIP Code

**H&P Painting Services LLC**

| Debtor 1 | **Tommy Dewayne Dobson** | | |
|---|---|---|---|
| Debtor 2 | **Anne Christine Dobson** | Case number (if known) | **23-60148** |

## Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.39**

**Dobson Homes, Inc.**
Name
**PO Box 7181**
Number       Street

**Charlottesville**               **VA**       **22906**
City                                State       ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line    **4.54**
☐ Schedule G, line _____
**H&P Services**

**3.40**

**Dobson Homes, Inc.**
Name
**PO Box 7181**
Number       Street

**Charlottesville**               **VA**       **22906**
City                                State       ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line    **4.55**
☐ Schedule G, line _____
**Homestead Building Systems, Inc.**

**3.41**

**Dobson Homes, Inc.**
Name
**PO Box 7181**
Number       Street

**Charlottesville**               **VA**       **22906**
City                                State       ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line    **4.56**
☐ Schedule G, line _____
**HydroGeo Environmental LLC**

**3.42**

**Dobson Homes, Inc.**
Name
**PO Box 7181**
Number       Street

**Charlottesville**               **VA**       **22906**
City                                State       ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line    **4.57**
☐ Schedule G, line _____
**Jamerson's Plumbing**

**3.43**

**Dobson Homes, Inc.**
Name
**PO Box 7181**
Number       Street

**Charlottesville**               **VA**       **22906**
City                                State       ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line    **4.59**
☐ Schedule G, line _____
**Jerry Sikman Flooring Inc.**

**3.44**

**Dobson Homes, Inc.**
Name
**PO Box 7181**
Number       Street

**Charlottesville**               **VA**       **22906**
City                                State       ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line    **4.61**
☐ Schedule G, line _____
**John and Lina McMurry**

**3.45**

**Dobson Homes, Inc.**
Name
**PO Box 7181**
Number       Street

**Charlottesville**               **VA**       **22906**
City                                State       ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line    **4.64**
☐ Schedule G, line _____
**Juanita Haydel**

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                    Case number (if known)   **23-60148**

## Additional Page to List More Codebtors

Column 1:  **Your codebtor**                                    Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.46 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number    Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.66**
☐ Schedule G, line _____
**Lawrence Equipment**

**Charlottesville**      **VA**      **22906**
City            State      ZIP Code

| 3.47 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number    Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.70**
☐ Schedule G, line _____
**Luck Stone Corporation**

**Charlottesville**      **VA**      **22906**
City            State      ZIP Code

| 3.48 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number    Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.71**
☐ Schedule G, line _____
**Marco Metals LLC**

**Charlottesville**      **VA**      **22906**
City            State      ZIP Code

| 3.49 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number    Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.74**
☐ Schedule G, line _____
**Michael and Nina Murray**

**Charlottesville**      **VA**      **22906**
City            State      ZIP Code

| 3.50 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number    Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.75**
☐ Schedule G, line _____
**Michael G and Karen R. Littlefield**

**Charlottesville**      **VA**      **22906**
City            State      ZIP Code

| 3.51 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number    Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.76**
☐ Schedule G, line _____
**Miguel Navarro**

**Charlottesville**      **VA**      **22906**
City            State      ZIP Code

| 3.52 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number    Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.78**
☐ Schedule G, line _____
**Morris Tile**

**Charlottesville**      **VA**      **22906**
City            State      ZIP Code

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                Case number (if known)   **23-60148**

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**                        Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.53 | **Dobson Homes, Inc.** |
|---|---|
Name
**PO Box 7181**
Number     Street

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.80**

☐ Schedule G, line _____

**Charlottesville**            **VA**    **22906**
City                          State    ZIP Code

**Pedro Matias**

| 3.54 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number     Street

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.81**

☐ Schedule G, line _____

**Charlottesville**            **VA**    **22906**
City                          State    ZIP Code

**Pella Windows & Doors**

| 3.55 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number     Street

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.82**

☐ Schedule G, line _____

**Charlottesville**            **VA**    **22906**
City                          State    ZIP Code

**Peter and Theresa Reines**

| 3.56 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number     Street

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.85**

☐ Schedule G, line _____

**Charlottesville**            **VA**    **22906**
City                          State    ZIP Code

**Precision Gass Piping LLC**

| 3.57 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number     Street

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.86**

☐ Schedule G, line _____

**Charlottesville**            **VA**    **22906**
City                          State    ZIP Code

**Quarles Petroleum Inc.**

| 3.58 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number     Street

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.88**

☐ Schedule G, line _____

**Charlottesville**            **VA**    **22906**
City                          State    ZIP Code

**RMC Design LLC**

| 3.59 | **Dobson Homes, Inc.** |
Name
**PO Box 7181**
Number     Street

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.90**

☐ Schedule G, line _____

**Charlottesville**            **VA**    **22906**
City                          State    ZIP Code

**Ruben Gatica Larrea**

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                    Case number (if known)   **23-60148**

███  **Additional Page to List More Codebtors**

Column 1:  **Your codebtor**                                    Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.60 | **Dobson Homes, Inc.** |
|------|------------------------|

Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.91**
☐ Schedule G, line _____

**Charlottesville**          **VA**    **22906**
City                        State    ZIP Code

**Sallie Mae, Inc**

| 3.61 | **Dobson Homes, Inc.** |
|------|------------------------|

Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.92**
☐ Schedule G, line _____

**Charlottesville**          **VA**    **22906**
City                        State    ZIP Code

**Sallie Mae, Inc**

| 3.62 | **Dobson Homes, Inc.** |
|------|------------------------|

Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.93**
☐ Schedule G, line _____

**Charlottesville**          **VA**    **22906**
City                        State    ZIP Code

**Salmon Masonry**

| 3.63 | **Dobson Homes, Inc.** |
|------|------------------------|

Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.94**
☐ Schedule G, line _____

**Charlottesville**          **VA**    **22906**
City                        State    ZIP Code

**Sherwin Williams Co**

| 3.64 | **Dobson Homes, Inc.** |
|------|------------------------|

Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.95**
☐ Schedule G, line _____

**Charlottesville**          **VA**    **22906**
City                        State    ZIP Code

**Skyline Brick**

| 3.65 | **Dobson Homes, Inc.** |
|------|------------------------|

Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.96**
☐ Schedule G, line _____

**Charlottesville**          **VA**    **22906**
City                        State    ZIP Code

**Steve and Barbara Ryan**

| 3.66 | **Dobson Homes, Inc.** |
|------|------------------------|

Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.97**
☐ Schedule G, line _____

**Charlottesville**          **VA**    **22906**
City                        State    ZIP Code

**Sunbelt Rentals**

Debtor 1      **Tommy Dewayne Dobson**
Debtor 2      **Anne Christine Dobson**                                                Case number (if known)   **23-60148**

| | **Additional Page to List More Codebtors** |

Column 1:  **Your codebtor**                                  Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.67**   **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.98**
☐ Schedule G, line _____
**T&A Drywall**

**Charlottesville**            **VA**      **22906**
City                          State     ZIP Code

**3.68**   **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.101**
☐ Schedule G, line _____
**TC2 Design Inc.**

**Charlottesville**            **VA**      **22906**
City                          State     ZIP Code

**3.69**   **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.102**
☐ Schedule G, line _____
**Terry Lynn**

**Charlottesville**            **VA**      **22906**
City                          State     ZIP Code

**3.70**   **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.103**
☐ Schedule G, line _____
**The Luchair Co.**

**Charlottesville**            **VA**      **22906**
City                          State     ZIP Code

**3.71**   **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.104**
☐ Schedule G, line _____
**The Sherwin Williams Co.**

**Charlottesville**            **VA**      **22906**
City                          State     ZIP Code

**3.72**   **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.106**
☐ Schedule G, line _____
**Thomas and Sally Daly**

**Charlottesville**            **VA**      **22906**
City                          State     ZIP Code

**3.73**   **Dobson Homes, Inc.**
Name
**PO Box 7181**
Number      Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.108**
☐ Schedule G, line _____
**Town Flooring**

**Charlottesville**            **VA**      **22906**
City                          State     ZIP Code

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                    Case number (if known)    **23-60148**

### Additional Page to List More Codebtors

Column 1: **Your codebtor**                          Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.74**    **Dobson Homes, Inc.**
Name
**PO Box 7181**                                          ☐ Schedule D, line _____
Number        Street
                                                         ☑ Schedule E/F, line    **4.109**

                                                         ☐ Schedule G, line _____
**Charlottesville**        **VA**      **22906**
City                       State    ZIP Code            **Van Der Linde Recycling**

**3.75**    **Dobson Homes, Inc.**
Name
**PO Box 7181**                                          ☐ Schedule D, line _____
Number        Street
                                                         ☑ Schedule E/F, line    **4.113**

                                                         ☐ Schedule G, line _____
**Charlottesville**        **VA**      **22906**
City                       State    ZIP Code            **Virginia Contractors Supply, Inc.**

**3.76**    **Dobson Homes, Inc.**
Name
**PO Box 7181**                                          ☐ Schedule D, line _____
Number        Street
                                                         ☑ Schedule E/F, line    **4.115**

                                                         ☐ Schedule G, line _____
**Charlottesville**        **VA**      **22906**
City                       State    ZIP Code            **White Cap, LP**

**3.77**    **Dobson Homes, Inc.**
Name
**PO Box 7181**                                          ☐ Schedule D, line _____
Number        Street
                                                         ☑ Schedule E/F, line    **4.116**

                                                         ☐ Schedule G, line _____
**Charlottesville**        **VA**      **22906**
City                       State    ZIP Code            **Wilson Ready Mix**

**3.78**    **Dobson Homes, Inc.**
Name
**PO Box 7181**                                          ☐ Schedule D, line _____
Number        Street
                                                         ☑ Schedule E/F, line    **4.117**

                                                         ☐ Schedule G, line _____
**Charlottesville**        **VA**      **22906**
City                       State    ZIP Code            **Witmer's Boom Pumping LLC**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tommy** | **Dewayne** | **Dobson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Anne** | **Christine** | **Dobson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number **23-60148**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed  ☑ Not employed | ☐ Employed  ☑ Not employed |
| Occupation | _____ | _____ |
| Employer's name | _____ | _____ |
| Employer's address | _____ | _____ |
| | Number  Street | Number  Street |
| | _____ | _____ |
| | _____ | _____ |
| | City       State   Zip Code | City       State   Zip Code |
| How long employed there? | _____ | _____ |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $0.00 | $0.00 |

| Debtor 1 | **Tommy Dewayne Dobson** | | |
|---|---|---|---|
| Debtor 2 | **Anne Christine Dobson** | Case number (if known) | **23-60148** |

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|

Copy line 4 here ................................................... ➔ 4.    **$0.00**     **$0.00**

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. | Insurance | 5e. | $0.00 | $0.00 |
| 5f. | Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. | Union dues | 5g. | $0.00 | $0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $0.00 | $0.00 |

**6.** **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6.    $0.00     $0.00

**7.** **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.    7.    $0.00     $0.00

**8.** List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| 8b. | Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. | Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. | Social Security | 8e. | $0.00 | $0.00 |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. | Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. | Other monthly income.<br>Specify: **See continuation sheet** | 8h.+ | $13,500.00 | $0.00 |

**9.** **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9.    $13,500.00     $0.00

**10.** **Calculate monthly income.**   Add line 7 + line 9.    10.    $13,500.00   +   $0.00   =   $13,500.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11.   +   $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.   **$13,500.00**

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:

> **The Dobsons' employment with Dobson Homes, Inc., terminated with the bankruptcy filing of that entity. The Dobsons anticipate moving forward with a design/build business they are starting. Income and expense projections will be updated, as appropriate.**

Debtor 1    **Tommy Dewayne Dobson**

Debtor 2    **Anne Christine Dobson**

Case number (if known)    **23-60148**

|  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|
| **8h.  Other Monthly Income (details)** | | |
| **Projected income going forward** | **$10,000.00** | |
| **Plumb Line Projected Distributions** | **$3,500.00** | |
| Totals: | **$13,500.00** | **$0.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tommy** | **Dewayne** | **Dobson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Anne** | **Christine** | **Dobson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number **23-60148**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
      ☑ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent.....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | **24** | ☐ No   ☑ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** 4. **$5,022.76**
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a. Real estate taxes 4a. _____

   4b. Property, homeowner's, or renter's insurance 4b. _____

   4c. Home maintenance, repair, and upkeep expenses 4c. **$200.00**

   4d. Homeowner's association or condominium dues 4d. _____

| Debtor 1 | **Tommy Dewayne Dobson** |
|---|---|
| Debtor 2 | **Anne Christine Dobson** |

Case number (if known) **23-60148**

**Your expenses**

| | | | |
|---|---|---|---|
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| **6.** | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas    **(See continuation sheet(s) for details)** | 6a. | **$775.00** |
| | 6b. Water, sewer, garbage collection | 6b. | |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$235.00** |
| | 6d. Other. Specify: _____ | 6d. | |
| **7.** | **Food and housekeeping supplies** | 7. | **$1,500.00** |
| **8.** | **Childcare and children's education costs** | 8. | |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. | **$350.00** |
| **10.** | **Personal care products and services** | 10. | **$250.00** |
| **11.** | **Medical and dental expenses** | 11. | **$550.00** |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$650.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$200.00** |
| **14.** | **Charitable contributions and religious donations** | 14. | |
| **15.** | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | |
| | 15b. Health insurance | 15b. | **$1,000.00** |
| | 15c. Vehicle insurance | 15c. | |
| | 15d. Other insurance. Specify: _____ | 15d. | |
| **16.** | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Personal Property Taxes** | 16. | **$100.00** |
| **17.** | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: _____ | 17c. | |
| | 17d. Other. Specify: _____ | 17d. | |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |
| **20.** | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. | |
| | 20b. Real estate taxes | 20b. | |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | |
| | 20e. Homeowner's association or condominium dues | 20e. | |

Debtor 1    **Tommy Dewayne Dobson**

Debtor 2    **Anne Christine Dobson**

Case number (if known)    **23-60148**

| | | | | |
|---|---|---|---|---|
| **21.** | **Other.** Specify: **See continuation sheet** | 21. | **+** | **$1,150.00** |

**22.  Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$11,982.76** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$11,982.76** |

**23.  Calculate your monthly net income.**

| | | | | |
|---|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | | **$13,500.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | **−** | **$11,982.76** |
| 23c. | Subtract your monthly expenses from your monthly income.<br>The result is your monthly net income. | 23c. | | **$1,517.24** |

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.   Explain here:
**Depending on the plan of reorganization that is filed, expense projections may change and will be amended,
as appropriate.  Expects to need to obtain health insurance.**

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                    Case number (if known)   **23-60148**

**6a.**  **Electricity, heat, natural gas (details):**

**Electric**                                                                                    $650.00
**Heating Fuel**                                                                                $125.00

                                                                        Total:    | $775.00 |

**21.**  **Other.  Specify:**

**Pet Care/Food**                                                                               $150.00
**Admin/Professional Fees**                                                                     $1,000.00

                                                                        Total:    | $1,150.00 |

**Fill in this information to identify your case:**

| Debtor 1 | **Tommy** | **Dewayne** | **Dobson** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Anne** | **Christine** | **Dobson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number   **23-60148**
(if known)

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

|  |  | Your assets Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $1,511,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................... | $87,539.35 |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................ | $1,598,539.35 |

### Part 2:    Summarize Your Liabilities

|  |  | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | $1,366,274.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | $0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + | $6,195,475.12 |
| | **Your total liabilities** | $7,561,749.12 |

### Part 3:    Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of Schedule I.............................................................. | $13,500.00 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of Schedule J................................................................ | $11,982.76 |

Debtor 1  **Tommy Dewayne Dobson**

Debtor 2  **Anne Christine Dobson**                                        Case number (if known)  **23-60148**

---

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---------|------------------------------------------------------------------|

**6.   Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑  Yes

**7.   What kind of debt do you have?**

☐  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.   From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$\rule{3cm}{0.4pt}$

**9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

|                                                                                                                  | Total claim |
|------------------------------------------------------------------------------------------------------------------|-------------|
| **From Part 4 on *Schedule E/F,* copy the following:**                                                           |             |
| 9a.   Domestic support obligations.  (Copy line 6a.)                                                              | _____ |
| 9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.)                                      | _____ |
| 9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)                            | _____ |
| 9d.   Student loans.  (Copy line 6f.)                                                                             | _____ |
| 9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | _____ |
| 9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)                         | + _____ |
| 9g.   **Total.**   Add lines 9a through 9f.                                                                       | _____ |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tommy** | **Dewayne** | **Dobson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Anne** | **Christine** | **Dobson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number   **23-60148**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Tommy Dewayne Dobson**                    X **/s/ Anne Christine Dobson**
Tommy Dewayne Dobson, Debtor 1                    Anne Christine Dobson, Debtor 2

Date   **02/28/2023**                              Date   **02/28/2023**
MM / DD / YYYY                                      MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tommy** | **Dewayne** | **Dobson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Anne** | **Christine** | **Dobson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number **23-60148**
(if known)

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy           04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**
    ☒ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**
    ☒ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
    *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☒ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☒ Wages, commissions,<br>bonuses, tips | $0.00 | ☒ Wages, commissions,<br>bonuses, tips | $0.00 |
| | ☒ Operating a business | | ☒ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, __2022__ )<br>YYYY | ☒ Wages, commissions,<br>bonuses, tips | $40,384.61 | ☒ Wages, commissions,<br>bonuses, tips | $21,538.44 |
| | ☒ Operating a business | | ☒ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2021__ )<br>YYYY | ☒ Wages, commissions,<br>bonuses, tips | $144,230.00 | ☐ Wages, commissions,<br>bonuses, tips | $83,077.00 |
| | ☐ Operating a business | | ☒ Operating a business | |

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                    Case number (if known)   **23-60148**

**5.    Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☒  No
☐  Yes. Fill in the details.

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒  No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☒  No.  Go to line 7.

☐  Yes.  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐  Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐  No.  Go to line 7.

☐  Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

**7.    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☒  No
☐  Yes.  List all payments to an insider.

**8.    Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☒  No
☐  Yes.  List all payments that benefited an insider.

---

Debtor 1   **Tommy Dewayne Dobson**
Debtor 2   **Anne Christine Dobson**                     Case number (if known)   **23-60148**

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Commonwealth Building Materials Inc. v. Dobson Homes, et al** | **Complaint** | **Albemarle Co. Circuit Court**<br>Court Name<br>**501 E Jefferson St.**<br>Number   Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number **CL22-1733** | | **Charlottesville   VA   22902**<br>City   State   ZIP Code | |
| **Terry Lynn v. Dobson Homes, et al** | **Complaint** | **Albemarle Co. Circuit Court**<br>Court Name<br>**501 E Jefferson St.**<br>Number   Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number **CL23-16** | | **Charlottesville   VA   22902**<br>City   State   ZIP Code | |
| **Bradley & Marcy Daniel v. Dobson Homes, et al** | **Summons to Answer Interrogatories** | **Albemarle Co. Circuit Court**<br>Court Name<br>**501 E Jefferson St.**<br>Number   Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number **003CL22001434-00** | | **Charlottesville   VA   22902**<br>City   State   ZIP Code | |
| **Michael P. Murray v. Dobson Homes, et al** | **Complaint** | **Albemarle Circuit Court**<br>Court Name<br>**501 E Jefferson St.**<br>Number   Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number **003CL22001784-00** | | **Charlottesville   VA   22902**<br>City   State   ZIP Code | |
| **O'Toole Distribution v. Dobson Homes, et al** | **Complaint** | **City of Richmond Circuit Court**<br>Court Name<br>**400 N 9th St.**<br>Number   Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number **CL23-80-8** | | **Richmond   VA   23219**<br>City   State   ZIP Code | |

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                          Case number (if known)    **23-60148**

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Virginia Contractors Supply Inc. v. Dobson Homes, et al** | **Complaint** | **Albemarle Circuit Court** Court Name **501 E Jefferson St.** Number   Street | ☑ Pending ☐ On appeal ☐ Concluded |
| Case number   **003CL22001755-00** | | **Charlottesville    VA    22902** City   State   ZIP Code | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Kenneth Belew v. Dobson** | **Warrant in Debt** | **Albemarle Co Gen Dist Court** Court Name **501 E. Jefferson St.** Number   Street | ☐ Pending ☐ On appeal ☑ Concluded |
| Case number   **GV22002747-00** | | **Charlottesville    VA    22902** City   State   ZIP Code | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Ferguson Enterprises v. Dobson Homes, et al** | **Garnishment** | **Lynchburg Circuit Court** Court Name **900 Court St** Number   Street | ☑ Pending ☐ On appeal ☐ Concluded |
| Case number   **CL23000087-00** | | **Lynchburg    VA    24505** City   State   ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
   Check all that apply and fill in the details below.

   ☑ No.  Go to line 11.
   ☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ☑ No
   ☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

   ☑ No
   ☐ Yes

| Debtor 1 | **Tommy Dewayne Dobson** | | |
|---|---|---|---|
| Debtor 2 | **Anne Christine Dobson** | Case number (if known) | **23-60148** |

<div style="background:black;color:white">

**Part 5:**    **List Certain Gifts and Contributions**

</div>

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

<div style="background:black;color:white">

**Part 6:**    **List Certain Losses**

</div>

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

<div style="background:black;color:white">

**Part 7:**    **List Certain Payments or Transfers**

</div>

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Cox Law Group PLLC**<br>Person Who Was Paid | **$9922.00 comprised of the following charges: $8080.00 in attorney's fees, $74.00 in credit report costs, $30.00 in credit counseling costs, and $1738.00 for the chapter 11 filing fee** | | |
| **900 Lakeside Drive**<br>Number      Street | | **2/7/23** | **$9,922.00** |
| | | | |
| **Lynchburg**           **VA**     **24501**<br>City                          State      ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                    Case number (if known)    **23-60148**

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

---

### Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **The Local Storage Group** | | **Personal papers/memorabilia and files for Dobson Homes, Inc.** | ☐ No ☑ Yes |
| Name of Storage Facility | Name | | |
| **21 Burns Plaza** | | | |
| Number    Street | Number    Street | | |
| **Palmyra        VA    22963** | | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

---

### Part 9:    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Dobson Homes, Inc.** | | **business related files of Dobson Homes, Inc.** | |
| Owner's Name | | | |
| **PO Box 7181** | **The Local Storage Group** | | |
| Number    Street | Number    Street | | |
| | **21 Burns Plaza** | | |
| **Charlottesville    VA    22906** | **Palmyra        VA    22963** | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                         Case number (if known)    **23-60148**

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **See Attached Exhibit B-SOFA No.23** | | **See Attached Exhibit B - SOFA No. 23** | $3,071.00 |
| Owner's Name | | | |
| | **91 Beaver Dam Ct** | | |
| Number    Street | Number    Street | | |
| | | | |
| | | | |
| City    State    ZIP Code | **Keswick    VA    22947** | | |
| | City    State    ZIP Code | | |

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Fill in the details.

25.  **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes.  Fill in the details.

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes.  Fill in the details.

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                Case number (if known)    **23-60148**

## Part 11:    Give Details About Your Business or Connections to Any Business

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

**Dobson Homes, Inc.**
Business Name

**PO Box 7181**
Number    Street

**Charlottesville      VA    22906**
City                         State    ZIP Code

Describe the nature of the business
**Residential building contractor**

Name of accountant or bookkeeper
**Hoffman & Associates, P.C.**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  **2   0 – 5   9   8   3   3   0   1**

Dates business existed

From    **2006**    To    **02/2023**

**Plumb Line Foundations & Excavating**
Business Name

**250 E. High St.**
Number    Street

**Charlottesville      VA    22902**
City                         State    ZIP Code

Describe the nature of the business
**Foundation and excavating contracting business**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  **8   6 – 3   5   4   0   1   3   3**

Dates business existed

From    **4/28/21**    To    **ongoing**

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes.  Fill in the details below.

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Tommy Dewayne Dobson**                    X **/s/ Anne Christine Dobson**
Tommy Dewayne Dobson, Debtor 1                    Anne Christine Dobson, Debtor 2

Date    **02/28/2023**                              Date    **02/28/2023**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____        Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).