## Exhibit A – Household Good & Furnishings

| Item | Quantity | Notes |
|---|---|---|
| **Basement and Office** | | |
| Musical Keyboard and Stand | 1 | |
| Leather couch | 1 | |
| leather loveseat | 1 | |
| Desk | 5 | |
| Laptop computers | 2 | |
| nightstand | 1 | |
| Table | 1 | Wooden table could be used as a kitchen table - no chairs |
| Glass table with 4 chairs | 1 | |
| Latteral file cabinet ( metal) | 1 | |
| Refrigerator | 1 | note: the freezer part doesn't work brand is Kitchen Aid |
| Coffee Pot | 1 | Cuisinart |
| Hot Water Pot | 1 | Hamilton Beach |
| Paper Towel holder - marble | 1 | |
| Plastic utincil holder | 1 | |
| Latteral file cabinet wooden | 2 | |
| Glass Vase | 2 | different sizes |
| Glass Container with lid | 1 | |
| Metal File Cabinet w/ lock | 1 | legal size |
| 9' Pool Table | 1 | |
| TV Stand | 1 | Big piece - holds audio equipment and could hold a TV |
| Pool Sticks | 9 | some are custom pool sticks |
| Area rug | 1 | |
| Roomba | 1 | |
| Candles and Plate set | 1 | |
| Wall Table | 1 | |
| Large Decrative Mirror | 1 | |
| Chair | 1 | |
| Trash cans | 7 | |
| TV | 1 | Wall Mounted |
| Pool stick holder | 2 | 1 wall mount and one stand alone |
| Kitchen Table with 6 chairs | 1 | |
| Chess set | 1 | |
| wooden standing DVD holder | 1 | |
| Old stereo storage unit | 1 | wood and glass |
| Throw Pillows | | |
| **Disabled Sister Room in Basment** | | |
| trash can | 1 | |
| wicker basket | 1 | |
| picture frames | 4 | |
| Vase | 1 | multicolored |
| lamps | 2 | |
| Scooter | 1 | |
| clock | 2 | |
| bedspread or comforter | 1 | |
| Throw pillows and bedding | | |
| **Exercize Room** | | |
| Infared Sauna | 1 | This is a large piece |
| Inverter | 1 | |
| Rebounder | 1 | |
| Total Gym | 1 | |
| weight bench | 1 | |
| Suntan/ Vitamin D machine | 1 | |
| monitor | 1 | |
| TV | 1 | mounted on wall |
| trash can | 1 | |
| Electronic Rack | 1 | |

**Exhibit A – Household Good & Furnishings (continued)**

| Item | Quantity | Notes |
|---|---|---|
| First Floor Master Bedroom | | |
| King Size matress and box springs | 1 | |
| King Size Wooden Headboard and footboard | 1 | |
| Nightstands | 2 | |
| Dresser | 1 | |
| Armoir | 1 | |
| Leather seated bench | 1 | |
| recliners | 2 | |
| end table | 1 | |
| headphones | 1 | |
| chair massager | 1 | This is a piece you put in your chair - it plugs in |
| Set of stairs for dog to get onto bed | 1 | Dog is old and cant jump up |
| Cushioned mats | 2 | have on both sides of bed |
| Eye mask | 1 | |
| Back piece | 1 | used to curve your spine when lying on floor |
| Small suit case | 1 | |
| Foot massager | 1 | Plug in foot massager |
| Table Mirror | 1 | |
| Framed Jewelery case | 1 | |
| Floor fan | 1 | |
| Storage bin in closet | 3 | |
| Nasal irrigator | 1 | |
| Electric shaver | 2 | |
| Lotions - shampoo - misc grooming products etc | | |
| medicine drawer with various otc medicines | | |
| trash can | | |
| Blow dryer and curling iron | 1 | |
| Clothing inside of master closet | | |
| Linens and misc inside of bathroom linen closet | | |
| cloth storage bins | 7 | |
| cell phones | 4 | |
| travel neck pillow | 2 | |
| Pillows and blankets | | |
| Art - Couples wooden piece of artwork from Jamaica | | |
| Hats/ sunglass/ reading glasses | | |
| Living Room | | |
| Large area rug | 1 | |
| 4 seat leather couch | 2 | |
| Leather ottoman | 2 | |
| square glass coffee table | 1 | |
| Artificial Plant | 1 | |
| Artificial Flower arrangement | 2 | 1 is a white orchid and the other is puple tulips |
| Glass Lantern with artificial candles | 2 | |
| TV | 1 | |
| Coat Closet - coats/ hats to keep and bags for Goodwill | | |
| Misc games and cards | | |
| Screen Porch | | |
| Couch | 1 | Outdoor furniture |
| swivel chair | 2 | Outdoor furniture |
| Artificial Sunflower arrangement | 1 | |
| Area Rug | 1 | |
| Coffee table | 1 | |

**Exhibit A – Household Good & Furnishings (continued)**

| | | |
|---|---|---|
| Kitchen and Breakfast Nook | | |
| Area mat | 1 | |
| Toaster | 1 | |
| Kerug | 1 | |
| Big Thermos | 1 | |
| glassware regular and adult beverage | | |
| Wine decantor | | |
| Pots and pans | | |
| Silverware sets and extra pieces | | |
| plate and bowl sets | | |
| Glass and Plastic food storage | | |
| Big bowls and glass cooking pans | | |
| serving platters | | |
| garlic press , pizza slicer, and alike | | |
| Crockpot | 1 | |
| air fryer | 1 | |
| ninja blender | 1 | |
| Wustoff knife set | 2 | |
| Water Dispencer | 1 | |
| popcorn popping set or pan | 1 | |
| Mandoline Slicer | 1 | |
| Step Stool | 1 | |
| Cooler - | 1 | Purple |
| Glass Cake plate w/attached stand | 1 | |
| Cook books | | various |
| Metal Shelf | 2 | 1 is in use and the other is still in the box - its used for a pull out shelf |
| food saver | 1 | note: have some extra bags to go along with it |
| Cast Iron pot | 1 | |
| Insta Pot | 1 | |
| Coffee Grinder | 1 | |
| Bacon Press for microwave | 1 | |
| Zero Water filter | 1 | |
| Kitchen table with 6 chairs | 1 | |
| Door mats | 2 | |
| Small white light up tree | 2 | These are plug in trees |
| Mudroom and Laundry | | |
| Air purifier | 1 | |
| Cat beds | 2 | |
| Cat climber | 1 | |
| Cat scratcher | 1 | |
| small shark vacuum | 1 | |
| broom | 1 | |
| mop | 1 | |
| Table Sweater dryer | 2 | one is mesh and the other is hard plastic |
| built in iron board | 1 | |
| small hand held vacuum | 1 | |
| puppy pads | | |
| unopened "goodnights | 5 | |
| Coat closet - coats and zip up reusable bags | | |
| Misc cleaning supplies | | |
| Dining Room | | |
| Dining Room Table with 10 chairs | 1 | |
| Foyer | | |
| Big Wooden Vase | 1 | |

**Exhibit A – Household Good & Furnishings (continued)**

| Office | | |
|---|---|---|
| Desk | 1 | |
| Desk Chairs | 2 | one is a gaming chair |
| Leather chair | 1 | |
| end table | 1 | |
| latteral wooden file cabinets | 2 | |
| File sorter trays | 2 | |
| Office Jet Printer | 1 | |
| Misc pictures | | misc pictures one was painted for Tommy by a client |
| Sons and daughters brozed shoes | 2 | |
| emergency radio | 1 | |
| bookend | 1 | |
| Tall candle holders | 2 | |
| TV | 1 | |
| Monitor | 2 | |
| trash can | 1 | |
| Gun Safe with 2 handguns | | |
| Garage | | |
| work benches | 3 | |
| 4 shelf shelves | 7 | |
| Big storage boxes with and without lids | | |
| Misc storage holders for stand up items like rakes / | 2 | |
| Wall holder for ball | 1 | |
| Floor container for misc sporting equipment | | |
| bikes | 3 | |
| kids easle | 1 | |
| ladder | 1 | |
| washer and dryer | 1 | both broken |
| ice scraper | 1 | |
| Cat carrier | 1 | |
| Step stool | | |
| Metal shelves with 4 shelves each | 2 | |
| Freezer | 1 | |
| twin bed ( headboard and footboard) | 1 | |
| suitcase | 1 | |
| Misc. household tools | | |
| corn hole | | |
| shovel | | |
| baseball gloves | | |
| other sporting | | |
| Blue Area Rug to donate | | |
| folding event chairs | | |
| childrens outdoor chairs | | |
| Rolling storage for beach | | |
| gas cans | | |
| Misc cleaning products | | |
| Deck and outside | | |
| Round table with 6 chairs | 1 | |
| Metal Trash Can with lid | | |
| Storage Bin | | |
| Lawn Chair | | |
| Empty flower pots | | |
| Trampoline | | |
| Chairs for the outside fireplace | | |

### Exhibit A – Household Good & Furnishings (continued)

| Item | Qty | Notes |
|---|---|---|
| *Jason's bedroom* | | |
| dresser with mirror | 1 | |
| Desk | | |
| faux leather storage bens | 2 | |
| chest of drawers | 1 | |
| guitar and case | 1 | |
| stuffed animals and toys | | |
| camera case with lens no camera | | |
| suit case | | |
| dart board | | |
| binoculars | | |
| trash can | | |
| clothing | | |
| *Spare Room Jason uses this room too* | | |
| Bunk Bed | 1 | |
| end table | 1 | |
| White Desk | 1 | |
| White dresser with mirror | 1 | |
| red suitcase | 1 | |
| Bean bag | 1 | |
| trash can | 1 | |
| *Loft* | | |
| TV stand with 2 drawers | 1 | |
| Vacuum cleaner | 1 | |
| *Storage* | | |
| Kids Easle | 1 | |
| desk lamp | | |
| Storage box | | |
| purse | | |
| guitar with case (kids) | | |
| sleeping bag | | |
| Sleeve case for small laptop | | |
| suitcases | 7 | |
| Christmas tree | 1 | |
| Bunch of decorations for Christmas and other holiday decorations | | |
| space heater | | |
| headbaord & Footboard | | |
| posters, bags, wrapping paper and misc items | | |
| *Guest Room* | | |
| trashcan | | |
| Funk and Wagnals encyclopedia | | editions 1 though 29 |
| Dictionary | 3 | |
| end table | 1 | |
| bath mat | 1 | |

### Exhibit B – SOFA No. 23

| Britney Dobson (Daughter) | | | | |
|---|---|---|---|---|
| KD stuff | 1 | | $ | 15.00 |
| Queen Bed | 1 | | $ | 125.00 |
| dresser | 1 | | $ | 50.00 |
| Floor mirror | 1 | | $ | 30.00 |
| end table | 1 | | $ | 20.00 |
| 5 shelf glass shelf | 1 | | $ | 20.00 |
| elephant and fake plants | 1 | | $ | 1.00 |
| Area rug | 1 | | $ | 25.00 |
| Bed | 1 | | $ | 75.00 |
| Dresser | 1 | | $ | 50.00 |
| Floor Mirror | 1 | | $ | 30.00 |
| Floor shelf | 1 | | $ | 20.00 |
| night stands | 1 | | $ | 20.00 |
| trash cans (2) | 2 | | $ | 3.00 |
| Clothing inside of closet | 1 | | $ | 100.00 |
| Bedding linens | 1 | | $ | 10.00 |
| Mercola juicer | 1 | | $ | 10.00 |
| Toaster | 1 | | $ | 5.00 |
| | Total: | | $ | 609.00 |
| **Kerry Griggs (Nephew)** | | | | |
| Power washer | | belongs to Kerry (nephew) | $ | 10.00 |
| rubber matting - light fixtures | | holding for Kerry nephew | $ | 15.00 |
| Shop vac | 2 | one is Kerry's | $ | 20.00 |
| Large guns | 1 | large guns in safe belong to nephew | $ | 1,800.00 |
| | Total: | | $ | 1,845.00 |
| **Mary Kay Wilson (Christine's sister)** | | | | |
| Footprints and petrified wood from colorado forest 1936 | 1 | belongs to sister Mary Kay/ heirloom from grandparents | $ | 10.00 |
| heirloom dresser | 1 | Belongs to Christine's sister Mary Kay | $ | 100.00 |
| heirloom Iron lamp | 1 | Belongs to Christine's sister Mary Kay | $ | 100.00 |
| petrified wood | 1 | belongs to my sister/ family heirloom | | |
| Bibles | 3 | 1 is a large bible and has centimental - family value (family heirloom to my sister - holding for her) | $ | 20.00 |
| | Total: | | $ | 230.00 |
| **Ronda Griggs (Tommy's sister)** | | | | |
| Flag in wooden frame | 1 | belongs to sister Ronda | $ | 10.00 |
| Queen Size matress and Box Springs | 1 | Belongs to disabled siter Ronda | $ | 10.00 |
| Queen Size Bed Frame | 1 | Belongs to disabled siter Ronda | $ | 75.00 |
| Love seat | 1 | Belongs to disabled siter Ronda | $ | 50.00 |
| end table | 1 | Belongs to disabled siter Ronda | $ | 20.00 |
| very large dresser | 1 | Belongs to disabled siter Ronda | $ | 20.00 |
| bathroom rug | 1 | Belongs to disabled siter Ronda | $ | 2.00 |
| | Total: | | $ | 187.00 |
| **Al Boerner (Friend of the family)** | | | | |
| Billiard Room Art Work | 4 | Approx 4 - 6 pieces (holding onto for Al Boerner - Have to return at some point) | $ | 200.00 |
| | | Total | $ | 3,071.00 |