**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| TOMMY DEWAYNE DOBSON | : | |
| and | : | Case No. 23-60148 |
| ANNE CHRISTINE DOBSON | : | |
| Debtors[1]. | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the attorneys set forth below hereby appear as counsel for Michael and Nina Murray (collectively, "Murray") in the Chapter 11 bankruptcy case of the above-captioned debtor. Request is hereby made, pursuant to Rule 2002 of the Bankruptcy Rules, that all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following persons at the mailing addresses and email addresses indicated below:

Stephan W. Milo, Esq. (VSB No. 42156)
Wharton Aldhizer & Weaver, PLC
125 S. Augusta Street, Suite 2000
Staunton, VA 24401
Telephone: (540) 885-0199
Facsimile: (540) 434-5502
Email: smilo@wawlaw.com

---

[1] The principal address of the Debtors as of the petition date was 91 Beaver Dam Court, Keswick, Virginia 22947, and the last four digits of the Debtors' social security numbers are 7152 and 6517.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Rule 2002 of the Bankruptcy Rules, but also, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document (including, without limitation, operating reports, statements of affairs, schedules of assets and liabilities, disclosure statements and/or plans of reorganization) filed with, or otherwise brought before, this Court with respect to the above-captioned cases, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Documents and any subsequent appearance, pleading, claim, or suit is not intended and shall not be deemed or construed as a waiver of any of Murray's rights: (1) to have final orders in non-core matters entered only after an opportunity to object to proposed findings of fact and conclusions of law and *de novo* review by an Article III judge; (2) for any matter as to which a non-Article III judge may not enter a final order or final judgment by reason of Article III of the United States Constitution, to have an Article III judge adjudicate such matter in the first instance; (3) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (4) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Murray is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  March 1, 2023            /s/Stephan W. Milo
       Staunton, Virginia           STEPHAN W. MILO (VSB# 42156)
                                        Wharton, Aldhizer & Weaver PLC
                                        125 S. Augusta Street, Suite 2000
                                        Staunton, VA  24401
                                        Telephone:  (540) 885-0199
                                        Facsimile:  (540) 213-0390
                                        Email:  smilo@wawlaw.com
                                        *Counsel for Michael and Nina Murray*

*Remainder of page intentionally left blank.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 1st day of March, 2023, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Documents was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned case.

Tommy Dewayne Dobson
91 Beaver Dam Court
Keswick, VA 22947
*Debtor*

Anne Christine Dobson
91 Beaver Dam Court
Keswick, VA 22947
*Debtor*

H. David Cox, Esq.
Cox Law Group, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
Telephone: (434) 845-2600
Email: ecf@coxlawgroup.com
*Counsel for Debtors*

William E. Callahan[Ch.11], Jr., Esq.
Gentry Locke
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone: (540) 983-9309
Email: callahan@gentrylocke.com
*Chapter 11 Trustee*

/s/Stephan W. Milo
Stephan W. Milo

S65010-1/23003336