

**SIGNED THIS 7th day of March, 2023**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| IN RE: | | |
| TOMMY DEWAYNE DOBSON | : | CASE NO. 23-60148 |
| ANNE CHRISTINE DOBSON, | : | CHAPTER 11 |
|    Debtors. | : | JUDGE REBECCA CONNELLY |

### ORDER AUTHORIZING DEBTORS TO EMPLOY COX LAW GROUP PLLC AS COUNSEL FOR DEBTORS EFFECTIVE AS OF THE PETITION DATE

This matter came before the Court upon the Application by the Debtors to Employ Cox Law Group PLLC as Attorneys for the Debtors effective as of February 7, 2023, the date this case was filed. And upon its review of the Application and the Declaration of prospective counsel, no objections having been filed, and the endorsement of the Subchapter V Trustee and the United States Trustee hereto, the Court finds as follows:

    A.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

    B.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

  C.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

  D.  Notice of the Application was sufficient under the circumstances for the consideration of this matter by the Court;

  E.  The Application and the Declaration appear in full compliance with all applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court;

  F.  As of the date of this Order, prospective counsel neither holds nor represents any interest adverse to the above-referenced Debtors' estates and is a "disinterested person" as defined in § 101(14) of the Bankruptcy Code and as required by § 327(a) of the Bankruptcy Code; and

  G.  This Order and the Debtors' employment of Cox Law Group PLLC in accordance with the Application and the Engagement Agreement attached to the Application as an Exhibit are in the best interests of the Debtors, the estate, and creditors.

  It is therefore and accordingly **ORDERED** as follows:

  1.  The Application is granted.

  2.  The Debtors are authorized to retain and employ Cox Law Group PLLC as their attorneys in this Chapter 11 case, pursuant to § 327 of the Bankruptcy Code, on the terms and conditions set forth in the Application and Engagement Agreement, effective as of the Petition Date.

  3.  All of Debtors' counsel's fees and expenses in this case shall be subject to approval of the Court in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court, and any applicable orders of this Court.

4. The payment of approved fees and expenses of Debtors' counsel in this case from any funds then held as a retainer on behalf of the Debtors in Debtors' counsel's trust account shall occur only pursuant to an order of this Court.

***END OF ORDER***

I ask for this:

By: /s/ David Cox
David Cox, (VSB #38670)
*David@coxlawgroup.com*
COX LAW GROUP, PLLC
900 Lakeside Drive, Lynchburg, Virginia 24501
434/845-2600, 434/845-0727 (Facsimile)
Proposed Counsel for the Debtor/Movant

Seen:

/s/ W. Joel Charboneau
W. Joel Charboneau (VSB #: 687025)
Trial Attorney for the United States Trustee
Office of the United States Trustee
210 First Street, Ste. 505
Roanoke, VA 24011
(540)798-8323 (cell)

Seen:

/s/ William E. Callahan, Jr.
William E. Callahan, Jr.
Subchapter V Trustee
10 Franklin Road SE, Suite 900
Roanoke, VA 24011
540-983-9009
callahan@gentrylocke.com