

**SIGNED THIS 5th day of April, 2023**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| IN RE: | | |
| TOMMY DEWAYNE DOBSON | : | CASE NO. 23-60148 |
| ANNE CHRISTINE DOBSON, | : | CHAPTER 11 |
| Debtors. | : | JUDGE REBECCA CONNELLY |

### ORDER WITHDRAWING MOTION

Come now Tommy D. Dobson and Anne C. Dobson, the debtors and debtors-in-possession (collectively, the "Dobsons" or the "Debtors"), by counsel, upon their *Motion to Dismiss the Objection of the United States Trustee to the Debtors' Election to Proceed Under Subchapter V of Chapter 11* (the "Motion"), and the Debtors having requested the withdrawal of the Motion otherwise scheduled to be heard on April 6, 2023, it is hereby

ORDERED

That the Debtors' *Motion to Dismiss the Objection of the United States Trustee to the Debtors' Election to Proceed Under Subchapter V of Chapter 11*, as filed March 31, 2023, at Docket Entry No. 45, is withdrawn without prejudice.

***END OF ORDER***

I ASK FOR THIS:

/s/ David Cox
David Cox (VSB#38670)
*david@coxlawgroup.com*
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434-845-2600; 434-845-0727 (Facsimile)
*Counsel for the Debtors*


Seen:

/s/ W. Joel Charboneau
W. Joel Charboneau (VSB #68025)
United States Department of Justice
Office of The United States Trustee
210 First Street, S.W., Suite 505
Roanoke, Virginia 24011
Trial Attorney for the United States Trustee


Seen:

/s/ William E. Callahan, Jr.
William E. Callahan, Jr.
Subchapter V Trustee
10 Franklin Road SE, Suite 900
Roanoke, VA 24011
540-983-9009
callahan@gentrylocke.com