

**SIGNED THIS 21st day of April, 2023**

_Rebecca B. Connelly_
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

In re Tommy Dewayne Dobson                                    Case No. 23-60148
  and Anne Christine Dobson                                   Chapter 11
                    Debtors.

### <u>ORDER</u>

    Commonwealth Building Materials, Inc., having accidentally filed Proof of Claim No. 37-1 in this case without redacting the social security number of one of the debtors in one location on the proof of claim, has moved the Court to restrict public access to the proof of claim as originally filed, which the Court finds proper to do.

    Accordingly, it is hereby **ORDERED** that the Clerk of this Court take appropriate steps to limit access to Proof of Claim No. 37-1 in this case, so as to prevent access to that claim by the public. The creditor has already filed an amended proof of claim, Proof of Claim No. 37-2, which shall remain open to public access.

    The Court's CM/ECF system will serve copies of this order upon counsel for the parties hereto, the Subchapter V Trustee, and the Office of the U. S. Trustee, and no further service of this order is necessary.

### *** END OF ORDER ***

I ASK FOR THIS:

 /s/ Paul J. Feinman   
Paul J. Feinman

VSB #29669
PETTY, LIVINGSTON, DAWSON & RICHARDS
P. O. Box 1080
Lynchburg, VA  24505
Telephone:  434-846-2768
Email:  pfeinman@pldrlaw.com
*Attorney for Central Virginia Federal Credit Union*