

**SIGNED THIS 3rd day of May, 2023**

_____
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

IN RE:
TOMMY DEWAYNE DOBSON                      :          CASE NO. 23-60148
ANNE CHRISTINE DOBSON,                    :          CHAPTER 11
      Debtors.                            :          JUDGE REBECCA CONNELLY

### ORDER GRANTING DEBTORS' MOTION TO EXTEND DEADLINE TO FILE PLAN

Came on to be heard before the Court, Debtors' Motion to Extend Plan Filing Deadline.

Upon consideration of the Motion, and upon the record thereon, the Court finds cause for the

relief requested in the Motion and that such relief is in the best interest of the Debtors, the

bankruptcy estate and all interested parties. After due deliberation thereon and there being good

and sufficient cause it is hereby

ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The deadline for filing a plan of reorganization is hereby extended up to and

including June 2, 2023, unless further extended by order of the Court.

***END OF ORDER***

I ASK FOR THIS:

/s/ David Cox
David Cox (VSB#38670)
*david@coxlawgroup.com*
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434-845-2600; 434-845-0727 (Facsimile)
*Counsel for the Debtors*


Seen:

/s/ W. Joel Charboneau
W. Joel Charboneau (VSB #68025)
United States Department of Justice
Office of The United States Trustee
210 First Street, S.W., Suite 505
Roanoke, Virginia 24011
Trial Attorney for the United States Trustee


Seen:

/s/ William E. Callahan, Jr.
William E. Callahan, Jr.
Subchapter V Trustee
10 Franklin Road SE, Suite 900
Roanoke, VA 24011
540-983-9009
callahan@gentrylocke.com