

**SIGNED THIS 17th day of May, 2023**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

In re:
**TOMMY DEWAYNE DOBSON,**              **Chapter 11**
**ANNE CHRISTINE DOBSON,**              **Case No. 23-60148**
   Debtors.

## ORDER

Tommy Dewayne Dobson and Anne Christine Dobson are debtors who filed a joint chapter 11 petition and elected to proceed under subchapter V of chapter 11 of the Bankruptcy Code. John P. Fitzgerald, III, Acting United States Trustee for Region Four (the "U.S. Trustee"), by counsel, objected to Mr. and Mrs. Dobson's election. For the reasons explained in the Court's Memorandum Opinion, this Court overrules the U.S. Trustee's objection. Accordingly, it is

## ORDERED

That the U.S. Trustee's objection, ECF Doc. No. 40, is **OVERRULED**.

The Clerk is directed to send copies of this Order to the debtors, counsel for the debtors, and counsel for the U.S. Trustee.

**End of Order**