

SIGNED THIS 31st day of May, 2023

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

In re:     TOMMY DEWAYNE DOBSON
            ANNE CHRISTINE DOBSON

            Debtors,           Case No.: 23-60148-RBC
                                                                   Chapter 11

CNH INDUSTRIAL CAPITAL AMERICA LLC

            Movant,

v.

            TOMMY DEWAYN DOBSON
            ANNE CHRISTINE DOBSON

            Respondent

## ORDER GRANTING MOTION TO APPROVE AGREEMENT ON RELIEF FROM THE AUTOMATIC STAY

THIS CAUSE came upon the Motion to Approve Agreement on Relief from the Automatic Stay filed herein by CNH Industrial Capital America LLC ("CNH");

WHEREUPON, it appearing to the Court that the Debtors are in default in payments under the lease relative to the following (hereinafter "Equipment"):

2020 Case Compact Track Loader, Model TR340B, Serial No.: JAFTR340HKM478193

2020 Case Compact Excavator, Model CX57C, Serial No.: TK0000835

WHEREUPON it appearing to the Court that Dobson Homes, Inc., the lessor, and Debtor in Case No.: 23-60158, is desirous of rejecting the lease and surrendering the aforesaid Equipment to CNH; the Court granted relief from stay in that case on May 8, 2023.

WHEREUPON it appearing to the Court that the Debtors herein concur in the request of CNH for relief from stay. Accordingly, it is therefore

**ORDERED** that CNH is granted relief from the automatic stay to the extent necessary to permit CNH to exercise its rights under the Lease Agreement, the UCC Financing Statement and applicable non-bankruptcy law in and to the equipment described in the motion.

**It is further ORDERED** that the fourteen (14) day period provided for in Rule 4001(a)(3) of the Bankruptcy Rules be, and hereby is, waived, and such relief from stay shall become effective immediately upon entry of this Order;

A copy of this Order shall be sent by the Clerk to Carl A. Eason, 200 Bendix Road, Suite 300, Virginia Beach, Virginia 23452, counsel for CNH; who, pursuant to Local Rule 9072-1, shall mail copies of the entered Order to H. David Cox, Cow Law Group, PLLC, 900 Lakeside Drive, Lynchburg, VA 24501; to William E. Callahan, Gentry Locke, PO Box 40013, Roanoke, VA 24011; to Tommy Dewayne Dobson and Anne Christine Dobson at P.O. Box 7181, Charlottesville, VA 22906; and to W. Joel Charboneu, Office of the United States Trustee, 210 First Street, Suite 505, Roanoke, Virginia 24011.

** END OF ORDER**

I ask for this:

   /s/ Carl A. Eason
Carl A. Eason, Esquire
Counsel for CNH
200 Bendix Road, Suite 300
Virginia Beach, VA 23452

Seen and Agreed:

 /s/ H. David Cox (electronic signature affixed with permission given by email dated 5/10/23)
H. David Cox
Cox Law Group, PLLC
900 Lakeside Drive
Lynchburg, VA 24501

Seen:

 /s/ William E. Callahan, Jr. (electronic signature affixed with permission given by email dated 5/10/23)
William E. Callahan, Jr.
Gentry Locke
PO Box 40013
Roanoke, VA 24022-0013