**EXHIBIT B**

## Tommy & Christine Dobson
# 9 Month Personal Financial Summary — 2023

| MONTH | Beginning | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | End of Month Year End Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash on hand (beginning of month) | | $11,243.36 | $8,562.54 | $4,077.02 | $11,115.82 | $12,467.77 | $13,897.45 | $15,933.40 | $20,311.35 | $24,689.30 | $24,466.83 |
| **CASH RECEIPTS (Actual)** | | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Total |
| Tommy - Signature Design & Consulting Income (Salary) | | $0.00 | $0.00 | $2,110.50 | $2,110.50 | $3,048.50 | $3,048.50 | $3,517.50 | $3,517.50 | $2,579.50 | $19,932.50 |
| Tommy - Signature Design & Consulting (Profit Distribution) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | $1,000.00 | $4,000.00 |
| Tommy - Income Plumb Line & Corner Stone (Salary) | | $5,274.88 | $4,219.92 | $4,219.92 | $4,219.92 | $5,274.88 | $4,219.92 | $4,219.92 | $4,219.92 | $4,219.92 | $40,089.20 |
| Tommy - Plumb Line/ Corner Stone (Bonus) | | $0.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $15,000.00 |
| Tommy - Truck / Vehicle Reimbursement | | $0.00 | $575.00 | $575.00 | $575.00 | $575.00 | $575.00 | $575.00 | $575.00 | $575.00 | $4,600.00 |
| Tommy - (P.L./C.S. & SHDC ) Office Rent, Electric, Internet, Tel, Etc Reimbursement | | $0.00 | $0.00 | $2,200.00 | $2,965.82 | $2,965.82 | $2,965.82 | $2,965.82 | $2,965.82 | $2,965.82 | $19,994.92 |
| Tommy - Other | | $687.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $687.53 |
| Christine - Income Signature Design Build Income (Salary) | | $0.00 | $0.00 | $1,678.50 | $1,678.50 | $2,424.50 | $2,424.50 | $2,797.50 | $2,797.50 | $2,051.50 | $15,852.50 |
| Christine - Income Plumb Line & Corner Stone ( Salary) | | $4,193.87 | $3,355.08 | $3,355.08 | $3,355.08 | $4,193.85 | $3,355.08 | $3,355.08 | $3,355.08 | $3,355.08 | $31,873.28 |
| **TOTAL CASH RECEIPTS** | | $10,156.28 | $13,150.00 | $14,139.00 | $14,904.82 | $18,482.55 | $19,088.82 | $18,778.16 | $18,778.16 | $17,532.16 | $89,921.47 |

## Personal Expenses

| CASH PAID OUT (Expenses) | | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **BANKRUPTCY PLAN PAYMENTS** | | | | | | | | | | | |
| Subchapter 5 Plan Payments - Per Month | | $0.00 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $17,500.00 |
| **HOUSING & UTILITIES** | | | | | | | | | | | |
| Mortgage or rent (Shell Point) | | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $50,992.65 |
| 2nd. Mortgage - Atlantic Union | | $0.00 | $0.00 | $0.00 | $1,897.00 | $1,897.00 | $1,897.00 | $1,897.00 | $1,897.00 | $1,897.00 | $11,382.00 |
| Phone | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Electricity ( signed up for lower montly bill - will need to catch up if electrical use not reduced) | | $477.98 | $477.98 | $477.98 | $477.98 | $477.98 | $477.98 | $477.98 | $477.98 | $477.98 | $4,301.82 |
| Gas - L.P. | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Water and sewer | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cable & Internet | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Waste removal (Acct. No. 7466) | | $130.60 | $130.60 | $130.60 | $130.60 | $130.60 | $130.60 | $130.60 | $130.60 | $130.60 | $1,175.40 |
| Maintenance or repairs (Filters, Salt Treatment, Lawn, Etc.) | | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $1,575.00 |
| **TRANSPORTATION** | | | | | | | | | | | |
| Vehicle payment | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vehicle Insurance ( less in April - good driving app) once per yr | | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $1,350.00 |
| Licensing (DMV, Inspections, Etc) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vehicle Fuel | | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $1,125.00 |
| Vehicle Maintenance | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other (Parking Fees, Rentals, Etc.) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **INSURANCE** | | | | | | | | | | | |
| Home (escrowed) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Health | | $2,213.42 | $2,213.42 | $2,213.42 | $2,213.42 | $2,213.42 | $2,213.42 | $2,213.42 | $2,213.42 | $2,213.42 | $19,920.78 |
| Life | | $291.05 | $291.05 | $291.05 | $291.05 | $291.05 | $291.05 | $291.05 | $291.05 | $291.05 | $2,619.45 |
| Other | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **FOOD/HOUSEKEEPING** | | | | | | | | | | | |
| Food and housekeeping supplies | | $1,949.43 | $1,949.43 | $1,949.43 | $1,949.43 | $1,949.43 | $1,949.43 | $1,949.43 | $1,949.43 | $1,949.43 | $17,544.87 |
| **PETS** | | | | | | | | | | | |
| Food / Care | | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $1,800.00 |
| **PERSONAL CARE** | | | | | | | | | | | |
| Medical (Co-pay, Prescriptions, Etc) | | $829.30 | $829.30 | $829.30 | $829.30 | $829.30 | $829.30 | $829.30 | $829.30 | $829.30 | $7,463.70 |
| Clothing | | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| Organization dues or fees | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **ENTERTAINMENT** | | | | | | | | | | | | $0.00 |
| Recreation / Entertainment | | $629.47 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $150.00 | $150.00 | $1,409.47 |
| **MONTHLY SUBTOTAL EXPENSES** | | $12,837.10 | $12,287.63 | $12,287.63 | $14,184.63 | $18,184.63 | $18,184.63 | $17,684.63 | $17,754.63 | $17,754.63 | $141,160.14 |
| Cash on hand (end of month) | | $8,562.54 | $9,424.91 | $5,928.39 | $11,836.01 | $12,765.69 | $14,801.64 | $17,026.93 | $21,334.88 | $24,466.83 | |
| NET MONTHLY (Monthly cash reciepts minus monthly expenses) | | ($2,680.82) | $862.37 | $1,851.37 | $720.19 | $297.92 | $904.19 | $1,093.53 | $1,023.53 | ($222.47) | |