

From:  Roy and Mary Whitley
      1775 Frays Ridge Crossing
      Earlysville, VA  22936

TO:   United States Bankruptcy Court
      For the Western District of Virginia
      Attn:  Bankruptcy Clerk Lynchburg Division
      1101 Court Street
      Rm 166
      Lynchburg, VA  24504

June 5, 2023

Dear Sir or Madam:

We are writing in regard to the following bankruptcy case:

- Case #23-60148
- Debtor:  ~~Dobson Homes, Inc~~ *Tommy Dobson / Anne Dobson*

We are listed as a creditor in this case.  However, our mailing address is incorrect.  The old and new addresses are as follows:

- Old mailing address/incorrect mailing address:
    PO Box 488
    Corolla, NC  27927

- New mailing address/correct mailing address:
    1775 Frays Ridge Crossing
    Earlysville, VA  22936

Best Regards,

*Mary Whitley*                                 *Roy Whitley*
Mary Whitley                                   Roy Whitley