WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TOMMY DEWAYNE DOBSON, and ) | Chapter 11 |
| ANNE CHRISTINE DOBSON, ) | Case No. 23-60148 |
| ) | |
| Debtors. ) | |

**CERTIFICATE OF SERVICE**

    I certify that on June 8, 2023, I caused the United States Trustee's first request for production of documents and and first requests for admission issued in connection with the objection to the confirmation of the plan dated June 2, 2023, to be mailed by First Class mail to:

    David Cox
    900 Lakeside Drive
    Lynchburg, VA 24501

On this same date, I electronically mailed copies of the discovery requests to david@coxlawgroup.com and caused this certificate of service to be electronically filed with the United States Bankruptcy Court for the Western District of Virginia which should have caused notifications of filing to be served on all users of the CM/ECF System that have appeared in this case.

                                                UNITED STATES TRUSTEE
                                                By:/s/ W. Joel Charboneau

W. Joel Charboneau (VSB #68025)
Office of the United States Trustee
210 First Street, S.W., Suite 505
Roanoke, Virginia 24011
540-857-2699
joel.charboneau@usdoj.gov
Trial Attorney for the United States Trustee