**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tommy** | **Dewayne** | **Dobson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Anne** | **Christine** | **Dobson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number (if known)    **23-60148**

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                          12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1.    Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

**1.1.**

**91 Beaver Dam Ct**
Street address, if available, or other description

**Keswick            VA    22947**
City                State   ZIP Code

**Albemarle**
County

**91 Beaver Dam Ct, Keswick, VA 22947**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,510,000.00** | **$1,510,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenants by Entireties**

☐ Check if this is community property (see instructions)

| Debtor 1 | **Tommy Dewayne Dobson** | |
|---|---|---|
| Debtor 2 | **Anne Christine Dobson** | Case number (if known)   **23-60148** |

---

| 1.2. | What is the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|
| **Burial Plot - River View Cemetery** | Check all that apply. | amount of any secured claims on *Schedule D:* |
| **Burial Plot - River View Cemetery** | ☐ Single-family home | *Creditors Who Have Claims Secured by Property.* |

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

County _____

**Current value of the entire property?**
$1,000.00

**Current value of the portion you own?**
$1,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple** _____

☐ Check if this is community property
(see instructions)

---

| 2. | Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................➔ | **$1,511,000.00** |
|---|---|---|

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.

| Make: | **Ford** |
|---|---|
| Model: | **F-150 Lariat** |
| Year: | **2013** |
| Approximate mileage: | **270,476** |

Other information:
**2013 Ford F-150 Lariat (approx. 270,476 miles)**
**Client's Estimated Value: $17,710**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$17,710.00

**Current value of the portion you own?**
$17,710.00

3.2.

| Make: | **Chevrolet** |
|---|---|
| Model: | **Tahoe** |
| Year: | **2007** |
| Approximate mileage: | **316,621** |

Other information:
**2007 Chevrolet Tahoe (approx. 316,621 miles)**
**Client's Estimated Value: $8100**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$8,100.00

**Current value of the portion you own?**
$8,100.00

| Debtor 1 | **Tommy Dewayne Dobson** | |
|---|---|---|
| Debtor 2 | **Anne Christine Dobson** | Case number (if known) __**23-60148**__ |

| 3.3. | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

Make: __**Toyota**__

Check one.

Model: __**Avenza**__

☐ Debtor 1 only

Year: __**2009**__

☐ Debtor 2 only

Approximate mileage: _____

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

| | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|
| | **$7,090.00** | **$7,090.00** |

Other information:

**2009 Toyota Avenza**
**Client's Estimated Value: $7090**

☐ Check if this is community property
(see instructions)

**4.   Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:*  Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**5.   Add the dollar value of the portion you own for all of your entries from Part 2, including any
    entries for pages you have attached for Part 2.  Write that number here............................................➔**    | **$32,900.00** |

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6.   Household goods and furnishings**
    *Examples:*  Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe......  | **See Attached Household Goods and Furnishings Exhibit A** | **$8,519.00** |

**7.   Electronics**
    *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
        music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes.  Describe......  | **See Attached Household Goods and Furnishings Exhibit A** | **$0.00** |

**8.   Collectibles of value**
    *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
        stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes.  Describe......

**9.   Equipment for sports and hobbies**
    *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
        canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes.  Describe......  | **See Attached Household Goods and Furnishings Exhibit A** | **$0.00** |

**10.  Firearms**
    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes.  Describe......

**11.  Clothes**
    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes.  Describe......  | **Clothing** | **$500.00** |

| Debtor 1 | **Tommy Dewayne Dobson** | | |
|---|---|---|---|
| Debtor 2 | **Anne Christine Dobson** | Case number (if known) | **23-60148** |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

- ☐ No
- ☑ Yes.  Describe...... | **See continuation page(s).** | $3,800.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

- ☑ No
- ☐ Yes.  Describe......

**14. Any other personal and household items you did not already list, including any health aids you did not list**

- ☐ No
- ☑ Yes.  Give specific information.............. | **6 Eyeglasses** | $5.00

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here............................................................➔ | $12,824.00

---

## Part 4:    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

- ☐ No
- ☑ Yes.................................................................................................Cash:..................................**$650.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

- ☐ No
- ☑ Yes.............................. | Institution name:

| | | |
|---|---|---|
| 17.1. | Checking account: | **Wells Fargo Checking account** | $2.35 |
| 17.2. | Checking account: | **Wells Fargo Checking account**<br>**Joint w/ daughter** | $1.00 |
| 17.3. | Savings account: | **Wells Fargo Savings account (overdrawn)** | $0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

- ☑ No
- ☐ Yes.............................. Institution or issuer name:

| Debtor 1 | **Tommy Dewayne Dobson** | | |
|---|---|---|---|
| Debtor 2 | **Anne Christine Dobson** | Case number (if known) | **23-60148** |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them............................Name of entity:

| Name of entity: | % of ownership: | |
|---|---|---|
| **Shareholder in Dobson Homes, Inc.** <br> **No longer operating** <br> **Corporation filed chapter 7 proceeding 2/8/23, Case No. 23-60158** | **100%** | **Unknown** |
| **Shareholder in Plumb Line Foundations and Excavating, Inc.** | **33.3%** | **$26,700.00** |
| **Dobson & Associates, LLC** <br> **Membership interest in entity that is no longer operating and was formed for a single construction project that was completed in 2022, with no activity thereafter.** <br> **Entity has no assets other than $59.30 in a bank account at time of filing.** | **50%** | **$59.30** |
| **Dobson Services, Inc.** <br> **Sole shareholder in entity that is no longer operating.Entity never became fully operational and was formed prior to COVID for purposes of servicing client homes.** <br> **After the pandemic started, the business only completed a few small jobs.** <br> **Entity had no assets other than $1732.38 as of date of filing.** | **100%** | **$1,732.38** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.

*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them..............................Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| IRA: | **IRA** | **$3,219.00** |
| IRA: | **IRA** | **$3,220.00** |
| Additional account: | **SEP IRA** | **$8,020.00** |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes..............................Institution name or individual:

| Debtor 1 | **Tommy Dewayne Dobson** | | |
|---|---|---|---|
| Debtor 2 | **Anne Christine Dobson** | Case number (if known) | **23-60148** |

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes.............................. Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes.............................. Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes.  Give specific information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes.  Give specific information about them

27. **Licenses, franchises, and other general intangibles**
*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes.  Give specific information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No

☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years......................

Federal:
State:
Local:

29. **Family support**
*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes.  Give specific information

Alimony:
Maintenance:
Support:
Divorce settlement:
Property settlement:

30. **Other amounts someone owes you**
*Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes.  Give specific information

Debtor 1  **Tommy Dewayne Dobson**

Debtor 2  **Anne Christine Dobson**

Case number (if known)  **23-60148**

---

**31.  Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes.  Name the insurance
company of each policy
and list its value.............

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Life Insurance Policy, no cash value** | | **$1.00** |
| **Life Insurance Policy, no cash value** | | **$1.00** |

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No

☐ Yes.  Give specific information

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes.  Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☑ No

☐ Yes.  Describe each claim.........

**35.  Any financial assets you did not already list**

☐ No

☑ Yes.  Give specific information

| | |
|---|---|
| **Potential funds due to debtor, unknown at this time, including State and Federal Tax refunds, potential federal stimulus checks, possible garnishment funds, insurance proceeds, proceeds related to claims or causes of action that may be asserted by the debtor, any claim for earned but unpaid wages, and/or inheritance.** | **$1.00** |

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4.  Write that number here.................................................**  ➡  | **$43,607.03** |

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

---

**37.  Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.

☐ Yes.  Go to line 38.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

☑ No

☐ Yes.  Describe...

**39.  Office equipment, furnishings, and supplies**
*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
desks, chairs, electronic devices

☑ No

☐ Yes.  Describe...

---

Debtor 1   **Tommy Dewayne Dobson**

Debtor 2   **Anne Christine Dobson**                                   Case number (if known)   **23-60148**

---

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe...

41. **Inventory**

☑ No

☐ Yes. Describe...

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe.......Name of entity:                               % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No

    ☐ Yes. Describe....

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here................................................................................➡ | **$0.00** |

---

**Part 6:   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes....

48. **Crops--either growing or harvested**

☑ No

☐ Yes. Give specific information................

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes....

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes....

---

Debtor 1   **Tommy Dewayne Dobson**

Debtor 2   **Anne Christine Dobson**

Case number (if known)   **23-60148**

**51.** **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information...............

**52.** **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**...................................................................................... ➔ ......... **$0.00**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53.** **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.

**54.** **Add the dollar value of all of your entries from Part 7. Write that number here**............................. ➔ **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55.** **Part 1: Total real estate, line 2**................................................................ ➔ ......... **$1,511,000.00**

**56.** **Part 2: Total vehicles, line 5**                    **$32,900.00**

**57.** **Part 3: Total personal and household items, line 15**          **$12,824.00**

**58.** **Part 4: Total financial assets, line 36**             **$43,607.03**

**59.** **Part 5: Total business-related property, line 45**          **$0.00**

**60.** **Part 6: Total farm- and fishing-related property, line 52**      **$0.00**

**61.** **Part 7: Total other property not listed, line 54**       +    **$0.00**

**62.** **Total personal property.**   Add lines 56 through 61.................... **$89,331.03**   Copy personal property total ➔ +   **$89,331.03**

**63.** **Total of all property on Schedule A/B.**   Add line 55 + line 62................................................................ **$1,600,331.03**

| Debtor 1 | **Tommy Dewayne Dobson** | | |
|---|---|---|---|
| Debtor 2 | **Anne Christine Dobson** | Case number (if known) | **23-60148** |

**12.** Jewelry (details):

| | |
|---|---|
| **Rings, Watch, 10 Earrings, 5 Necklaces, 4 Bracelets** | **$300.00** |
| **Wedding rings** | **$3,500.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tommy** | **Dewayne** | **Dobson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Anne** | **Christine** | **Dobson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number **23-60148**
(if known)

☑ Check if this is an
   amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

## Part 1:    Summarize Your Assets

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B................................................... | **$1,511,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................ | **$89,331.03** |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................. | **$1,600,331.03** |

## Part 2:    Summarize Your Liabilities

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D...... | **$1,366,274.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F............................ | **$0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............ + | **$6,839,185.41** |
| | **Your total liabilities** | **$8,205,459.41** |

## Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I.................................................................. | **$13,500.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J...................................................................... | **$11,982.76** |

| Debtor 1 | **Tommy Dewayne Dobson** | |
|---|---|---|
| Debtor 2 | **Anne Christine Dobson** | Case number (if known)  **23-60148** |

## Part 4:    Answer These Questions for Administrative and Statistical Records

**6.    Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑  Yes

**7.    What kind of debt do you have?**

☐  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.    From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

_____

**9.    Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

Total claim

**From Part 4 on *Schedule E/F,* copy the following:**

9a.   Domestic support obligations.  (Copy line 6a.)                                      _____

9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.)      _____

9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)   _____

9d.   Student loans.  (Copy line 6f.)                                                          _____

9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)                _____

9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)   **+** _____

9g.   **Total.**   Add lines 9a through 9f.                                                   _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tommy** | **Dewayne** | **Dobson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Anne** | **Christine** | **Dobson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number **23-60148**
(if known)

☑ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Tommy Dewayne Dobson**          X **/s/ Anne Christine Dobson**
  Tommy Dewayne Dobson, Debtor 1          Anne Christine Dobson, Debtor 2

Date **06/26/2023**                  Date **06/26/2023**
  MM / DD / YYYY                    MM / DD / YYYY

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Tommy**          **Dewayne**          **Dobson** | |
| | First Name        Middle Name        Last Name | |
| Debtor 2 | **Anne**          **Christine**          **Dobson** | |
| (Spouse, if filing) | First Name        Middle Name        Last Name | |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA** | | |
| Case number (if known) | **23-60148** | |

☑ Check if this is an amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**
    ☑ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**
    ☑ No
    ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
    *(Community property states and territories)* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☑ No
    ☐ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:   Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☑ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions |
| From January 1 of the current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips | $0.00 | ☑ Wages, commissions, bonuses, tips | $0.00 |
| | ☑ Operating a business | | ☑ Operating a business | |
| For last calendar year: (January 1 to December 31, **2022** ) YYYY | ☑ Wages, commissions, bonuses, tips | $40,384.61 | ☑ Wages, commissions, bonuses, tips | $21,538.44 |
| | ☑ Operating a business | | ☑ Operating a business | |
| For the calendar year before that: (January 1 to December 31, **2021** ) YYYY | ☑ Wages, commissions, bonuses, tips | $144,230.00 | ☐ Wages, commissions, bonuses, tips | $83,077.00 |
| | ☐ Operating a business | | ☑ Operating a business | |

| Debtor 1 | **Tommy Dewayne Dobson** | |
|---|---|---|
| Debtor 2 | **Anne Christine Dobson** | Case number (if known) __23-60148__ |

**5.** **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No

☐ Yes. Fill in the details.

---

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

**6.** **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7.** **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ No

☐ Yes.  List all payments to an insider.

**8.** **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes.  List all payments that benefited an insider.

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**

Case number (if known) __**23-60148**__

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☑ Yes.  Fill in the details.

**Case title**
**Commonwealth Building Materials Inc. v. Dobson Homes, et al**

Case number __**CL22-1733**__

**Nature of the case**
**Complaint**

**Court or agency**
**Albemarle Co. Circuit Court**
Court Name
**501 E Jefferson St.**
Number    Street

**Charlottesville      VA      22902**
City                          State    ZIP Code

**Status of the case**
☑ Pending
☐ On appeal
☐ Concluded

---

**Case title**
**Terry Lynn v. Dobson Homes, et al**

Case number __**CL23-16**__

**Nature of the case**
**Complaint**

**Court or agency**
**Albemarle Co. Circuit Court**
Court Name
**501 E Jefferson St.**
Number    Street

**Charlottesville      VA      22902**
City                          State    ZIP Code

**Status of the case**
☑ Pending
☐ On appeal
☐ Concluded

---

**Case title**
**Bradley & Marcy Daniel v. Dobson Homes, et al**

Case number __**003CL22001434-00**__

**Nature of the case**
**Summons to Answer Interrogatories**

**Court or agency**
**Albemarle Co. Circuit Court**
Court Name
**501 E Jefferson St.**
Number    Street

**Charlottesville      VA      22902**
City                          State    ZIP Code

**Status of the case**
☑ Pending
☐ On appeal
☐ Concluded

---

**Case title**
**Michael P. Murray v. Dobson Homes, et al**

Case number __**003CL22001784-00**__

**Nature of the case**
**Complaint**

**Court or agency**
**Albemarle Circuit Court**
Court Name
**501 E Jefferson St.**
Number    Street

**Charlottesville      VA      22902**
City                          State    ZIP Code

**Status of the case**
☑ Pending
☐ On appeal
☐ Concluded

---

**Case title**
**O'Toole Distribution v. Dobson Homes, et al**

Case number __**CL23-80-8**__

**Nature of the case**
**Complaint**

**Court or agency**
**City of Richmond Circuit Court**
Court Name
**400 N 9th St.**
Number    Street

**Richmond      VA      23219**
City                  State    ZIP Code

**Status of the case**
☑ Pending
☐ On appeal
☐ Concluded

---

| Debtor 1 | **Tommy Dewayne Dobson** | | |
|---|---|---|---|
| Debtor 2 | **Anne Christine Dobson** | Case number (if known) | **23-60148** |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Virginia Contractors Supply Inc. v. Dobson Homes, et al**<br><br>Case number **003CL22001755-00** | **Complaint** | **Albemarle Circuit Court**<br>Court Name<br>**501 E Jefferson St.**<br>Number    Street<br><br>**Charlottesville**    **VA**    **22902**<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Kenneth Belew v. Dobson**<br><br>Case number **GV22002747-00** | **Warrant in Debt** | **Albemarle Co Gen Dist Court**<br>Court Name<br>**501 E. Jefferson St.**<br>Number    Street<br><br>**Charlottesville**    **VA**    **22902**<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Ferguson Enterprises v. Dobson Homes, et al**<br><br>Case number **CL23000087-00** | **Garnishment** | **Lynchburg Circuit Court**<br>Court Name<br>**900 Court St**<br>Number    Street<br><br>**Lynchburg**    **VA**    **24505**<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Commonwealth of VA v. Tommy Dobson**<br><br>Case number **GC23000213** | **Charge under VA Code 18.2-200.1** | **Charlottesville Gen Dist Court**<br>Court Name<br>**606 E. Market St.**<br>Number    Street<br><br>**Charlottesville**    **VA**    **22902**<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Commonwealth of VA v. Tommy Dobson**<br><br>Case number **GC23000214** | **Charge under VA Code 18.2-200.1** | **Charlottesville Gen Dist Court**<br>Court Name<br>**606 E. Market St.**<br>Number    Street<br><br>**Charlottesville**    **VA**    **22902**<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Commonwealth of VA v. Tommy Dobson**<br><br>Case number **GC23000215** | **Charge under VA Code 18.2-200.1** | **Charlottesville Gen Dist Court**<br>Court Name<br>**606 E. Market St.**<br>Number    Street<br><br>**Charlottesville**    **VA**    **22902**<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor 1 | **Tommy Dewayne Dobson** | | |
|---|---|---|---|
| Debtor 2 | **Anne Christine Dobson** | Case number (if known) | **23-60148** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes.  Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes.  Fill in the details for each gift or contribution.

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

## Part 7:   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Cox Law Group PLLC**<br>Person Who Was Paid | **$9922.00 comprised of the following charges: $8080.00 in attorney's fees, $74.00 in credit report costs, $30.00 in credit counseling costs, and $1738.00 for the chapter 11 filing fee** | **2/7/23** | **$9,922.00** |
| **900 Lakeside Drive**<br>Number      Street | | | |
| **Lynchburg        VA    24501**<br>City                State    ZIP Code | | | |
| <br>Email or website address | | | |
| <br>Person Who Made the Payment, if Not You | | | |

Debtor 1   **Tommy Dewayne Dobson**
Debtor 2   **Anne Christine Dobson**                                          Case number (if known)  **23-60148**

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

## Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☑ Yes. Fill in the details.

|  | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **The Local Storage Group** <br> Name of Storage Facility | _____ <br> Name | **Personal papers/memorabilia and files for Dobson Homes, Inc.** | ☐ No <br> ☑ Yes |
| **21 Burns Plaza** <br> Number    Street | _____ <br> Number    Street |  |  |
| _____ |  |  |  |
| **Palmyra       VA    22963** <br> City           State  ZIP Code | _____ <br> City              State  ZIP Code |  |  |

Debtor 1    **Tommy Dewayne Dobson**
Debtor 2    **Anne Christine Dobson**                                    Case number (if known)   **23-60148**

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☒ Yes.  Fill in the details.

|  | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Dobson Homes, Inc.**<br>Owner's Name |  | **business related files of Dobson Homes, Inc.** |  |
| **PO Box 7181**<br>Number      Street | **The Local Storage Group**<br>Number      Street |  |  |
|  | **21 Burns Plaza** |  |  |
| **Charlottesville      VA    22906**<br>City                State  ZIP Code | **Palmyra          VA    22963**<br>City                State  ZIP Code |  |  |

|  | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **See Attached Exhibit B-SOFA No.23**<br>Owner's Name |  | **See Attached Exhibit B - SOFA No. 23** | **$3,071.00** |
| <br>Number      Street | **91 Beaver Dam Ct**<br>Number      Street |  |  |
| <br>City                State  ZIP Code | **Keswick          VA    22947**<br>City                State  ZIP Code |  |  |

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes.  Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes.  Fill in the details.

| Debtor 1 | **Tommy Dewayne Dobson** |
|---|---|
| Debtor 2 | **Anne Christine Dobson** |

Case number (if known)  **23-60148**

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes.  Fill in the details.

## Part 11:    Give Details About Your Business or Connections to Any Business

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

---

**Dobson Homes, Inc.**
Business Name

**PO Box 7181**
Number    Street

**Charlottesville    VA    22906**
City                State    ZIP Code

Describe the nature of the business
**Residential building contractor**

Name of accountant or bookkeeper
**Hoffman & Associates, P.C.**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  **2  0 – 5  9  8  3  3  0  1**

Dates business existed

From    **2006**    To    **02/2023**

---

**Plumb Line Foundations & Excavating**
Business Name

**250 E. High St.**
Number    Street

**Charlottesville    VA    22902**
City                State    ZIP Code

Describe the nature of the business
**Foundation and excavating contracting business**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  **8  6 – 3  5  4  0  1  3  3**

Dates business existed

From    **4/28/21**    To    **ongoing**

---

**Dobson & Associates, LLC**
Business Name

**91 Beaver Dam Ct**
Number    Street

**Keswick    VA    22947**
City            State    ZIP Code

Describe the nature of the business
**Entity is no longer operating and was formed for a single construction project that was completed in 2022, with no activity thereafter.**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  **8  6 – 2  4  0  9  5  0  8**

Dates business existed

From    **2/5/21**    To    **5/31/23**

---

**Dobson Services, Inc.**
Business Name

**91 Beaver Dam Ct**
Number    Street

**Keswick    VA    22947**
City            State    ZIP Code

Describe the nature of the business
**Entity never became fully operational and was formed prior to COVID for purposes of servicing client homes. After the pandemic started, the business only completed a few small jobs. Status as corp terminated by SCC 2/28/22**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  **8  4 – 3  2  9  5  6  9  8**

Dates business existed

From    **10/8/19**    To    **2/28/22**

---

| Debtor 1 | **Tommy Dewayne Dobson** | |
|---|---|---|
| Debtor 2 | **Anne Christine Dobson** | Case number (if known) **23-60148** |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

---

**Part 12:  Sign Below**

---

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**X /s/ Tommy Dewayne Dobson**                **X /s/ Anne Christine Dobson**
Tommy Dewayne Dobson, Debtor 1                Anne Christine Dobson, Debtor 2

Date    **06/26/2023**                        Date    **06/26/2023**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____   Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).