IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TOMMY DEWAYNE DOBSON | ) | Case No. 23-60148 |
| ANNE CHRISTINE DOBSON, | ) |  |
|  | ) |  |
| Debtors. | ) |  |

**SUMMARY OF BALLOTS**

Come now, Tommy Dewayne Dobson and Anne Christine Dobson, the debtors and debtors-in-possession (the "Debtors"), by counsel, and submit this summary of the ballots received in connection with the Chapter 11 Plan of Reorganization (the "Plan") filed and proposed by the Debtors in this case on June 2, 2023.

Other than as specified herein, no other creditors or interest holders submitted ballots for or against the Plan prior to the deadline of June 29, 2023, as set by the Order And Notice Under Subchapter V of Chapter 11 Fixing Dates For Hearing On Confirmation Of Plan; Filing Acceptances Or Rejections Of Plan; And Filing Objections To Confirmation Of Plan, as entered by this Court on June 5, 2023 [Doc. No. 86].

The Plan identified the impaired classes under the Plan to include the creditors in Classes 1, 2 & 3.

With respect to the creditors in the impaired Class 1, no ballots were received.

With respect to the creditors in the impaired Class 2, two (2) ballots were received and both creditors voted to reject the Plan.

With respect to the creditors in the impaired Class 3, eighteen (18) ballots were received. Eight (8) creditors voted to accept the Plan, and ten (10) creditors voted to reject the Plan.

A summary of all ballots received is shown below.

| Creditor | Class | Claim Amount As Noted on Ballot | Vote |
|---|---|---|---|
| Stephen & Barbara Ryan | 2 | $328,836.08 | Ballot Rejects Plan |
| Chris & Helen Karls | 2 | $3,350.00 | Ballot Rejects Plan |
| Bradley & Marcy Daniel | 3 | $76,095.11 | Ballot Rejects Plan |
| Kirk Hughes Land Surveyors & Planners | 3 | | Ballot Accepts Plan |
| Jon & Pamela Freedman | 3 | $850,647.33 | Ballot Rejects Plan |
| Roger Hill | 3 | $1,313.19 | Ballot Accepts Plan |
| Affordable Lawns & Landscapes, LLC | 3 | $120.00 | Ballot Accepts Plan |
| Karen Littlefield | 3 | $169,561.29 | Ballot Rejects Plan |
| Terry Lynn | 3 | $575,000.00 | Ballot Rejects Plan |
| Geoffrey & Kristi Elsie | 3 | $150,000.00 | Ballot Rejects Plan |
| Carter Machinery Co, Inc. | 3 | $2,612.28 | Ballot Accepts Plan |
| C & D Doors | 3 | $34,460.00 | Ballot Accepts Plan |
| Melinda Clemente | 3 | $144,973.00 | Ballot Accepts Plan |
| American Express National Bank | 3 | $21,182.24 | Ballot Rejects Plan |
| American Express National Bank | 3 | $30,161.14 | Ballot Rejects Plan |
| Thomas & Elizabeth Rollo | 3 | $235,172.64 | Ballot Rejects Plan |
| Luck Stone Corporation | 3 | $69,089.07 | Ballot Accepts Plan |
| Louis R. Morris | 3 | $307,773.00 | Ballot Rejects Plan |
| Scott & Kimm Bolin | 3 | $375,000.00 | Ballot Rejects Plan |
| Foster Well & Pump Co Inc | 3 | $49,687.00 | Ballot Accepts Plan |

No other creditors or parties in interest voted to accept or reject the Plan.

All ballots that were used in connection with the summary of votes are available for review upon request to the Debtors' counsel.

July 5, 2023                                    Respectfully submitted,
                                                **Anne Christine Dobson**
                                                **Tommy Dewayne Dobson**

                                                By Counsel

By: /s/ David Cox
David Cox (VSB# 38670)
COX LAW GROUP
900 Lakeside Drive
Lynchburg, VA 24501
434/845-2600
david@coxlawgroup.com

## CERTIFICATE OF MAILING

I hereby certify that on July 5, 2023, copies of the foregoing Ballot Summary were served via CM/ECF on all parties listed receiving notice in this case electronically.

Dated: July 5, 2023                             /s/ David Cox