

**SIGNED THIS 12th day of July, 2023**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TOMMY DEWAYNE DOBSON, and ) | Chapter 11 |
| ANNE CHRISTINE DOBSON, ) | Case No. 23-60148 |
| ) | |
| Debtors. ) | |

**CONSENT ORDER WITHDRAWING THE UNITED STATES TRUSTEE'S MOTION FOR ENTRY OF AN ORDER REQUIRING THE DEBTORS TO COMPLY WITH THE REQUIREMENTS OF 11 U.S.C. § 1125**

The matter before the Court is the motion of Gerard R. Vetter, Acting United States Trustee (the "**United States Trustee**"), to require the above-captioned Debtors to comply with the provisions of 11 U.S.C. § 1125 [Docket No. 91][1] (the "**Motion**"). After the filing of the Motion, the Debtors filed an amended plan that addresses certain concerns of the United States Trustee regarding disclosures that the United States Trustee asserted should be provided to parties in interest. With the consent of the parties and the Court finding it proper to do so, it is

---

[1] Docket No. 91 contained an objection to the confirmation of the plan dated June 2, 2023, and a motion to apply 11 U.S.C. § 1125 to this case. The objection to the confirmation of the plan dated June 2, 2023, is moot because the Debtors filed an amended plan on July 9, 2023, and the Court entered an Order on July 11, 2023, setting a deadline for objections to the confirmation of the amended plan.

ORDERED

that the Motion is withdrawn without prejudice and the hearing on the Motion scheduled for July 13, 2023, at 11:00 a.m. is cancelled.

*** END OF ORDER ***

Presented by:
United States Trustee

By: /s/ W. Joel Charboneau

W. Joel Charboneau (VSB #: 68025)
Trial Attorney for the United States Trustee
Office of the United States Trustee
210 First Street, Ste. 505
Roanoke, VA 24011
(540)798-8323 (cell)
Trial Attorney for the United States Trustee

Seen:
Tommy and Anne Dobson

By: /s/ David Cox

David Cox, (VSB #38670)
*David@coxlawgroup.com*
COX LAW GROUP, PLLC
900 Lakeside Drive, Lynchburg, Virginia 24501
434/845-2600, 434/845-0727 (Facsimile)
Counsel for the Debtors

Seen:

Subchapter V Trustee

By: /s/ William E. Callahan, Jr.

William E. Callahan, Jr.
10 Franklin Road SE, Suite 900
Roanoke, VA 24011
540-983-9009
callahan@gentrylocke.com
Subchapter V Trustee