

**SIGNED THIS 19th day of July, 2023**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_Rebecca B. Connelly_
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: ) | |
| ) | |
| **TOMMY DEWAYNE DOBSON** ) | Chapter 11 |
| **ANNE CHRISTINE DOBSON**, ) | Case No. 23-60148 |
| 91 Beaver Dam Court ) | |
| Keswick, VA 22947 ) | |
| xxx-xx-7152 ) | |
| xxx-xx-6517 **)** | |
| ) | |
| Debtors. ) | |
| _____) | |
| ) | |
| **TOMMY DEWAYNE DOBSON** ) | |
| **ANNE CHRISTINE DOBSON**, ) | |
| ) | |
| Debtors/Objecting Party, ) | |
| ) | |
| v. ) | |
| ) | |
| **BETTER LIVING, INC.**, ) | |
| ) | |
| Claimant/Respondent. ) | |
| _____) | |

**ORDER SUSTAINING DEBTORS'
OBJECTION TO PROOF OF CLAIM #19**

1

This matter came before the Court upon the objection (the "Objection"), as filed by Tommy Dewayne Dobson and Anne Christine Dobson, the debtors and debtors-in-possession in the above captioned Case (the "Debtors"), to proof of claim number 19 (the "Claim") filed by Better Living, Inc., (the "Claimant"), requesting entry of an order disallowing the Claim as a secured claim and allowing the Claim as an unsecured claim instead. The Court finds that the Claimant was given notice of the Debtors' Objection but failed to file timely any response to the same.

Upon the consideration of the Court, it is hereby

ORDERED, ADJUDGED and DECREED

1. The Objection is SUSTAINED, and the Claim is disallowed as a secured claim and allowed, instead, as an unsecured claim.

2. This matter having been resolved by this Order, the hearing on the Objection scheduled for July 19, 2023, at 11:00 a.m. is cancelled and removed from the Court's hearing docket for that date and time.

**End of Order**

I ask for this:

/s/ David Cox
David Cox (VSB #38670)
COUNSEL FOR THE DEBTORS
*David@coxlawgroup.com*
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, Virginia 24501
434/845/2600
434/845/0727 (Facsimile)