# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOMMY DEWAYNE DOBSON | ) | Case No. 23-60148 |
| ANNE CHRISTINE DOBSON, | ) | |
| | ) | |
| Debtors. | ) | |

## SUMMARY OF BALLOTS RELATED TO
## FIRST AMENDED PLAN FILED JULY 9, 2023

Come now, Tommy Dewayne Dobson and Anne Christine Dobson, the debtors and debtors-in-possession (the "Debtors"), by counsel, and submit this summary of the ballots received in connection with the First Amended Chapter 11 Plan of Reorganization (the "Plan") filed and proposed by the Debtors in this case on July 9, 2023.

Other than as specified herein, no other creditors or interest holders submitted ballots for or against the Plan prior to the deadline of August 3, 2023, as set by the Order And Notice Under Subchapter V of Chapter 11 Fixing Dates For Hearing On Confirmation Of Plan; Filing Acceptances Or Rejections Of Plan; And Filing Objections To Confirmation Of Plan, as entered by this Court on July 11, 2023 [Doc. No. 102].

The Plan identified the impaired classes under the Plan to include the creditors in Classes 1, 2, 3 & 4.

With respect to the creditors in the impaired Class 1 and impaired Class 2, no ballots were received.

With respect to the creditors in the impaired Class 3, one (1) ballot was received, and it voted to reject the Plan.

With respect to the creditors in the impaired Class 4, nineteen (19) ballots were received. Four (4) creditors voted to accept the Plan, and fifteen (15) creditors voted to reject the Plan. A summary of all ballots received is shown below.

| **Creditor** | **Class** | **Claim Amount** | **POC #** | **Vote** |
|---|---|---|---|---|
| Roy & Mary Whitley | 3 | $3,350.00 | | Ballot Rejects Plan |
| Roy & Mary Whitley | 4 | $608,437.40 | 31 | Ballot Rejects Plan |
| Terry Lynn | 4 | $575,000.00 | 10 | Ballot Rejects Plan |
| Hernan Reyes H&P Painting Services LLP | 4 | $72,030.89 | 47 | Ballot Accepts Plan |
| Geoffrey & Kris Elsie | 4 | $150,00.00 | 22 | Ballot Rejects Plan |
| Bradley & Marcy Daniel | 4 | $76,095.11 | | Ballot Rejects Plan |
| Scott & Kimm Bolin | 4 | $371,00.00 | 27 | Ballot Rejects Plan |
| Glen & Nancy Littlefield | 4 | $457,962.00 | 23 | Ballot Rejects Plan |
| Foster Well & Pump Co. Inc. | 4 | $49,687.00 | | Ballot Accepts Plan |
| Andrea Johnson Recycling & Container Rentals | 4 | $6,424.57 | | Ballot Accepts Plan |
| American Express National Bank | 4 | $30,161.14 | 14 | Ballot Accepts Plan |
| American Express National Bank | 4 | $21,182.24 | 13 | Ballot Accepts Plan |
| Michael & Karen Littlefield | 4 | $169,561.29 | 19 & 20 | Ballot Rejects Plan |
| Mary North Airflow Systems, Inc. | 4 | $87,102.26 | | Ballot Rejects Plan |
| Thomas & Elizabeth Rollo | 4 | $235,172.64 | 24 | Ballot Rejects Plan |
| Nancy Mumm | 4 | $789,106.24 | 35 | Ballot Rejects Plan |
| Jonathan & Linda Alexander | 4 | $1,530,523.58 | 38 | Ballot Rejects Plan |
| Michael & Nina Murray | 4 | $1,274,473.68 | 33 | Ballot Rejects Plan |
| Ernest Maier Inc. d/b/a Skyline Brick | 4 | $97,583.45 | 7 | Ballot Rejects Plan |
| Stone Central Inc. t/a Classic Granite & Marble | 4 | $53,990.48 | 29 | Ballot Rejects Plan |

No other creditors or parties in interest voted to accept or reject the Plan.

All ballots that were used in connection with the summary of votes are available for review upon request to the Debtors' counsel.

August 9, 2023

Respectfully submitted,
**Anne Christine Dobson**
**Tommy Dewayne Dobson**

By Counsel

By: /s/ David Cox
David Cox (VSB# 38670)
COX LAW GROUP
900 Lakeside Drive
Lynchburg, VA 24501
434/845-2600
david@coxlawgroup.com

## CERTIFICATE OF MAILING

I hereby certify that on August 9, 2023, copies of the foregoing Ballot Summary were served via CM/ECF on all parties listed receiving notice in this case electronically.

Dated: August 9, 2023            /s/ David Cox