

SIGNED THIS 14th day of August, 2023

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TOMMY DEWAYNE DOBSON, and | )   Chapter 11 |
| ANNE CHRISTINE DOBSON, | )   Case No. 23-60148 |
| | ) |
| Debtors. | ) |

**ORDER CONTINUING THE HEARING ON THE CONFIRMATION OF THE DEBTORS' FIRST AMENDED PLAN**

The matter before the Court is the hearing on the confirmation of the Debtors' first amended plan [Docket No. 101] and the objections thereto [Docket Nos. 117 & 119], which hearing had been scheduled for August 17, 2023, at 11:00 a.m. via Zoom. Finding it appropriate to conduct an in-person, evidentiary hearing on the confirmation of the amended plan and objections thereto, it is

ORDERED

that the hearing on confirmation of the amended plan and objections thereto which is currently scheduled for August 17, 2023, at 11:00 a.m. is rescheduled for and continued to September 18, 2023, at 10:00 a.m. **in-person** in the United States Bankruptcy Court for the Western District of Virginia located at 255 W. Main Street, Charlottesville, Virginia. It is further

1

ORDERED

that the Clerk shall cause copies of this Order to be served on all parties in interest in this case.

\* \* \* END OF ORDER \* \* \*

PRESENTED BY:
United States Trustee
By: /s/ W. Joel Charboneau
W. Joel Charboneau (VSB #68025)
210 First Street, Suite 505
Roanoke, Virginia 24011
540-857-2699
joel.charboneau@usdoj.gov
Trial Attorney for the United States Trustee

SEEN:
Tommy D. and Anne C. Dobson
By: /s/ H. David Cox
H. David Cox (VSB #38670)
*David@coxlawgroup.com*
900 Lakeside Drive, Lynchburg, Virginia 24501
434/845-2600, 434/845-0727 (Facsimile)
Counsel for the Debtors

SEEN:
Terry Lynn
By:/s/ Terry Lynn
Terry Lynn, Esq. (VSB No. 39926)
Law Offices of Terry Lynn PLLC
695 Bent Oaks Drive
PO Box 374
Earlysville, VA 22936
Phone: (434) 964-9152
Fax: (434) 964-9275
Pro Se

SEEN:
Subchapter V Trustee
By: /s/ William E. Callahan, Jr.
William E. Callahan, Jr.
PO Box 40013
Roanoke, VA 24022-0013
540-983-9309
callahan@gentrylocke.com
Subchapter V 11 Trustee

2