

**SIGNED THIS 14th day of September, 2023**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE:
Tommy Dewayne Dobson            Chapter    11
Anne Christine Dobson
                                Case No.   23-60148

    Debtor(s)

### AMENDED ORDER AND NOTICE UNDER SUBCHAPTER V OF CHAPTER 11 FIXING DATES FOR HEARING ON CONFIRMATION OF PLAN; FILING ACCEPTANCES OR REJECTIONS OF PLAN; AND FILING OBJECTIONS TO CONFIRMATION OF PLAN

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to file this case under subchapter V of chapter 11.

On 9/13/2023, the Debtor filed an amended plan of reorganization (the "Plan"). It is ORDERED, and notice is hereby given, that:

1.    The hearing on confirmation of the Plan will be held on 10/19/2023, at 2:00 pm before Judge Connelly. All parties connect using video conference instructions on the court website. The Zoom URL is: https://vawb-uscourtsgov.zoomgov.com/j/1603692643. The Zoom Meeting ID is: 160 369 2643.

2.    Within 7 days after entry of this Order, the Debtor shall mail a copy of this Order, the amended Plan and a ballot conforming to Class Ballot for Accepting or Rejecting Plan of Reorganization (Official Form 314) to all creditors, equity holders and parties in interest, and thereafter, file a certificate of service with the Court, within 7 days of such service, indicating that these documents have been timely mailed.

ONCHSubV

    3.    Acceptances or rejections of the Plan shall be filed not later than 14 days prior to Plan confirmation.  A summary of ballots must be filed by the Debtor with the Court and transmitted to the U.S. Trustee not later than 7 days prior to Plan confirmation.

    4.    Objections to the Plan, pursuant to Rule 3020(b)(1) of the Federal Rules of Bankruptcy Procedure, shall be filed not later than 7 days prior to Plan confirmation.

** End of Order **