

**SIGNED THIS 29th day of September, 2023**

*Rebecca B. Connelly*
_____
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

In re:
**TOMMY DEWAYNE DOBSON,**                        **Chapter 11**
**ANNE CHRISTINE DOBSON,**                        **Case No. 23-60148**
       **Debtors.**

### ORDER

Tommy Dewayne Dobson and Anne Christine Dobson are married individuals who filed a joint case and elected to proceed under subchapter V of chapter 11. The United States Trustee for Region Four, through counsel, moved this Court to convert their case to chapter 7 for cause under section 1112(b) of the Bankruptcy Code.

At the trial on September 18, 2023, after counsel for the U.S. Trustee completed his presentation of evidence, counsel for the debtors requested the Court grant judgment on partial findings pursuant to Federal Rule of Civil Procedure 52(c). For the reasons explained in the Court's Memorandum Opinion, the Court concludes the U.S. Trustee did not prove cause under section 1112(b). The Court grants the motion for judgment on partial findings, and denies the U.S. Trustee's motion to convert. Accordingly, it is

### ORDERED

That the debtors' motion for judgment on partial findings is **GRANTED**, and the U.S. Trustee's motion to convert case, ECF Doc. No. 110, is **DENIED**.

The Clerk is directed to send copies of this Order to the debtors, counsel for the debtors, and counsel for the U.S. Trustee.

### END OF ORDER