**SIGNED THIS 29th day of September, 2023**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br>**TOMMY DEWAYNE DOBSON,**<br>**ANNE CHRISTINE DOBSON,**<br>    Debtors. | **Chapter 11**<br>**Case No. 23-60148** |

## ORDER

Tommy Dewayne Dobson and Anne Christine Dobson are married individuals who filed a joint case and elected to proceed under subchapter V of chapter 11. The United States Trustee for Region Four, through counsel, moved this Court to convert their case to chapter 7 for cause under section 1112(b) of the Bankruptcy Code.

At the trial on September 18, 2023, after counsel for the U.S. Trustee completed his presentation of evidence, counsel for the debtors requested the Court grant judgment on partial findings pursuant to Federal Rule of Civil Procedure 52(c). For the reasons explained in the Court's Memorandum Opinion, the Court concludes the U.S. Trustee did not prove cause under section 1112(b). The Court grants the motion for judgment on partial findings, and denies the U.S. Trustee's motion to convert. Accordingly, it is

**ORDERED**

That the debtors' motion for judgment on partial findings is **GRANTED**, and the U.S. Trustee's motion to convert case, ECF Doc. No. 110, is **DENIED**.

The Clerk is directed to send copies of this Order to the debtors, counsel for the debtors, and counsel for the U.S. Trustee.

**END OF ORDER**

United States Bankruptcy Court

Western District of Virginia

| | |
|---|---|
| In re: | Case No. 23-60148-rbc |
| Tommy Dewayne Dobson | Chapter 11 |
| Anne Christine Dobson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0423-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 29, 2023 | Form ID: pdf003 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Tommy Dewayne Dobson, Anne Christine Dobson, 91 Beaver Dam Court, Keswick, VA 22947-2186 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew S Goldstein | on behalf of Creditor Thomas and Sally Daly agoldstein@mglspc.com  agoldstein@mglspc.com |
| Carl A Eason | on behalf of Creditor CNH Industrial Capital America LLC bankruptcy@wolriv.com |
| Corey Simpson Booker | on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com |
| H. David Cox | on behalf of Defendant Anne Christine Dobson ecf@coxlawgroup.com  CoxLawGroup@jubileebk.net |
| H. David Cox | on behalf of Joint Debtor Anne Christine Dobson ecf@coxlawgroup.com  CoxLawGroup@jubileebk.net |
| H. David Cox | |

| | | |
|---|---|---|
| District/off: 0423-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 29, 2023 | Form ID: pdf003 | Total Noticed: 1 |

H. David Cox
  on behalf of Defendant Tommy Dewayne Dobson ecf@coxlawgroup.com  CoxLawGroup@jubileebk.net

  on behalf of Debtor Tommy Dewayne Dobson ecf@coxlawgroup.com  CoxLawGroup@jubileebk.net

Hannah W. Hutman(436156)
  on behalf of Interested Party Hannah W. Hutman(436156) hhutman@hooverpenrod.com
  VA47@ecfcbis.com;jwhite@hooverpenrod.com

Hannah W. Hutman(436156)
  hhutman@hooverpenrod.com  VA47@ecfcbis.com;jwhite@hooverpenrod.com

Klementina Vasileva Pavlova
  on behalf of Creditor O'Toole Distribution Inc. d/b/a Pella Virginia kpavlova@sandsanderson.com  sryan@sandsanderson.com

Neal L. Walters
  on behalf of Plaintiff Nancy Mumm nwalters@scottkroner.com

Neal L. Walters
  on behalf of Creditor Ernest Maier  Inc. nwalters@scottkroner.com

Paul J Feinman
  on behalf of Creditor CHO Investments LLC pfeinman@pldrlaw.com  p.j.feinman@gmail.com

Paul J Feinman
  on behalf of Creditor Ferguson Enterprises  LLC pfeinman@pldrlaw.com, p.j.feinman@gmail.com

Paul J Feinman
  on behalf of Creditor Commonwealth Building Materials  Inc. pfeinman@pldrlaw.com, p.j.feinman@gmail.com

Paul J Feinman
  on behalf of Creditor Wilson Ready Mix  LLC pfeinman@pldrlaw.com, p.j.feinman@gmail.com

Stephan W. Milo
  on behalf of Creditor Jonathan & Linda Alexander smilo@wawlaw.com
  cholsing@wawlaw.com;ewilson@wawlaw.com;milosr83055@notify.bestcase.com

Stephan W. Milo
  on behalf of Creditor Michael and Nina Murray smilo@wawlaw.com
  cholsing@wawlaw.com;ewilson@wawlaw.com;milosr83055@notify.bestcase.com

Terry Lynn
  on behalf of Creditor Terry Lynn terry@terrylynnlaw.com

Terry Lynn
  on behalf of Plaintiff Terry Lynn terry@terrylynnlaw.com

USTrustee
  USTPRegion04.RN.ECF@usdoj.gov

W. Joel Charboneau
  joel.charboneau@usdoj.gov

William E. Callahan[Ch.11], Jr.
  callahan@gentrylocke.com  knicely@gentrylocke.com;VA45@ecfcbis.com


TOTAL: 23