

**SIGNED THIS 18th day of October, 2023**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_Rebecca B. Connelly_
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TOMMY DEWAYNE DOBSON, and ) | Chapter 11 |
| ANNE CHRISTINE DOBSON, ) | Case No. 23-60148 |
| ) | |
| Debtors. ) | |
| _____) | |

### ORDER CONTINUING THE HEARING ON CONFIRMATION
### OF THE DEBTORS' SECOND AMENDED PLAN

The matter before the Court is the confirmation hearing on Debtors Amended Chapter 11 Plan (Dkt No. 129) (the "Amended Plan"), and the objections to the Amended Plan filed by Terry Lynn (Dkt. No. 159) and the U.S. Trustee (Dkt. No. 160). All matters were originally scheduled to be heard by video conference on October 19, 2023, at 2:00 p.m. Finding it appropriate to conduct an in-person, evidentiary hearing on the confirmation of the amended plan and objections thereto, it is

ORDERED that:

1. The hearing on confirmation of the Amended Plan and objections thereto which is currently scheduled for October 19, 2023, at 2:00 p.m. is rescheduled for and continued to

1

October 31, 2023, at 9:30 a.m., to be held in person in the United States Bankruptcy Court for the Western District of Virginia located at 255 W. Main Street, Charlottesville, Virginia.

    2.    The parties shall file a list of proposed exhibits and witnesses as well as copies of the proposed exhibits on or before 4:00 p.m. on Friday, October 27, 2023, compliant with the Court's instructions for exhibits available at http://www.vawb.uscourts.gov/?q=exhibit-instructions-attorney.  Strict compliance is required to the aforementioned exhibit instructions incorporated herein.

*** END OF ORDER ***

I ask for this:

/s/ David Cox
David Cox
Counsel for the Debtor
VSB 38670
Cox Law Group, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434-845-2600
david@coxlawgroup.com
Counsel for the Debtors

Seen and Agreed:

By: /s/ W. Joel Charboneau
W. Joel Charboneau (VSB No. 68025)
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, Virginia 24011
(540) 857-2806
joel.charboneau@usdoj.gov
Trial Attorney for the United States Trustee

Seen and agreed:

By: /s/ Terry Lynn
Terry Lynn (VSB No. 39926)
Law Offices of Terry Lynn PLLC
695 Bent Oaks Drive
PO Box 374
Earlysville, VA 22936
Phone: (434) 964-9152
Fax: (434) 964-9275
Pro Se


Seen and agreed:

By: /s/ William E. Callahan, Jr.
William E. Callahan, Jr.
PO Box 40013
Roanoke, VA 24022-0013
540-983-9309
callahan@gentrylocke.com
Subchapter V 11 Trustee