

**SIGNED THIS 27th day of October, 2023**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: ) | |
| ) | |
| **TOMMY DEWAYNE DOBSON** ) | Chapter 11 |
| **ANNE CHRISTINE DOBSON**, ) | Case No. 23-60148 |
| 91 Beaver Dam Court ) | |
| Keswick, VA 22947 ) | |
| xxx-xx-7152 ) | |
| xxx-xx-6517 **)** | |
| ) | |
| Debtors. ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | |
| ) | |
| **TOMMY DEWAYNE DOBSON** ) | |
| **ANNE CHRISTINE DOBSON**, ) | |
| ) | |
| Debtors/Objecting Party, ) | |
| ) | |
| v. ) | |
| ) | |
| **STEVE RYAN** ) | |
| and ) | |
| **BARBARA RYAN,** ) | |
| ) | |
| Claimants/Respondents. ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | |

**ORDER SUSTAINING OBJECTION TO
PRIORITY PORTION OF CLAIM NO. 44**

The matter before the Court is the Objection to Claim No. 44 (the "Objection") [Docket

No. 158], filed Tommy Dewayne Dobson and Anne Christine Dobson, the debtors and debtors-

1

in-possession (the "Debtors"), in the above captioned case, on October 2, 2023, requesting entry of an order disallowing the priority portion of the Proof of Claim No. 44 (the "Claim") filed by Steve Ryan and Barbara Ryan.

Upon due consideration of the Court, having reviewed the record and finding no response to the Debtors' Objection, it is hereby

ORDERED, ADJUDGED and DECREED

1. The Objection is SUSTAINED, and the priority portion of the Claim is disallowed.

2. This matter having been resolved by this Order, the hearing on the Objection scheduled for November 2, 2023, at 11:00 am, by Zoom video conferencing is cancelled and removed from the Court's hearing docket.

End of Order

I ASK FOR THIS:

/s/ David Cox
David Cox (VSB #38670)
mailto:david@coxlawgroup.com
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, Virginia 24501
434/845/2600
434/845/0727 (Facsimile)
*Counsel for the Debtor*