## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TOMMY DEWAYNE DOBSON, and ) | Chapter 11 |
| ANNE CHRISTINE DOBSON, ) | Case No. 23-60148 |
| ) | |
| _____Debtors._____) | |
| ) | |
| Terry Lynn, ) | |
| ) | |
|     Movant, ) | |
| ) | |
| *v.* ) | |
| ) | |
| TOMMY DEWAYNE DOBSON, and ) | |
| ANNE CHRISTINE DOBSON, ) | |
| ) | |
| _____Respondents._____) | |

### TERRY LYNN'S EXHIBIT AND WITNESS LIST

Comes now Terry Lynn, by counsel, in connection with the hearing on the confirmation of the Debtors' second amended plan [Docket No. 139] and Terry Lynn's objection thereto [Docket No. 159] and discloses that the following exhibits identified and filed by the U.S. Trustee on October 26, 2023 appear to be complete and the only exhibits needed by Terry Lynn. Counsel for the U.S. Trustee has agreed to the joint use of the exhibits.

| Exhibits | Description | Marked | Admitted |
|---|---|---|---|
| Exhibit A | Above-captioned Debtors' Petition [Docket No. 1] | | |
| Exhibit B | Dobson Homes, Inc. Petition [Case No. 23-60158, Docket No. 1] | | |
| Exhibit C | Balance of Schedules [Docket No. 27] | | |

| | | | |
|---|---|---|---|
| Exhibit D | Amended Schedules [Docket No. 97] | | |
| Exhibit E | February Operating Report [Docket No. 38] | | |
| Exhibit F | March Operating Report [Docket No. 62] | | |
| Exhibit G | April Operating Report [Docket No. 81] | | |
| Exhibit H | May Operating Report [Docket No. 94] | | |
| Exhibit I | June Operating Report [Docket No. 111] | | |
| Exhibit J | July Operating Report [Docket No. 123] | | |
| Exhibit K | August Operating Report [Docket No. 144] | | |
| Exhibit L | September Operating Report [Docket No. 166] | | |
| Exhibit M | 2021 Individual Income Tax Returns | | |
| Exhibit N | 2022 Individual Income Tax Returns | | |
| Exhibit O | 2022 Dobson Homes, Inc. Income Tax Returns **(to be filed after it is received from the Debtors)** | | |
| Exhibit P | 2022 Plumb Line Foundations and Excavating, Inc. Income Tax Return | | |
| Exhibit Q | Plan Dated June 2, 2023 | | |
| Exhibit R | Amended Plan Dated July 9, 2023 | | |
| Exhibit S | Second Amended Plan Dated September 13, 2023 | | |
| Exhibit T | DPOR Certification of Records and Attachments Thereto Regarding Plumb Line Foundations and Excavating, Inc., Anne C. Dobson, "Signature Desing Build," and "Signature Design & Consulting" | | |

| Exhibit U | DPOR Certification of Records and Attachments Thereto Regarding Plumb Line Foundations and Excavating, Inc., Anne C. Dobson, "Signature Desing Build," and "Signature Design & Consulting" | | |
|---|---|---|---|
| Exhibit V | National and Local Standards | | |
| Exhibit W | February 2023 Union Bank Statement for Dobson Homes, Inc. | | |
| Exhibit X | Order Dated September 14, 2023 [Docket No. 131] | | |
| Exhibit Y | Amended Ballot Report [Docket No. 167] | | |
| Exhibit Z | Exemplar Dobson Homes, Inc. Contract | | |

**Expected Witnesses**

Tommy D. Dobson (Debtor)

Anne C. Dobson (Debtor)

**Potential Witnesses**

Any witness called by the Debtors

Any party in interest attending the hearing

Date:        October 27, 2023            RESPECTFULLY SUBMITTED,

TERRY LYNN

BY COUNSEL

*/s/ Terry Lynn, Esq*
Terry Lynn, Esq. (VSB No. 39926)
Law Offices of Terry Lynn PLLC
695 Bent Oaks Drive
PO Box 374
Earlysville, VA 22936
Phone: (434) 964-9152
Fax: (434) 964-9275

## CERTIFICATE OF SERVICE

I hereby certify that on this  27th day of October 2023, I caused the foregoing to be electronically filed with the United States Bankruptcy Court for the Western District of Virginia which should have caused electronic notifications of filing to be served on all registered users of the CM/ECF System that have appeared in this case including Debtors' counsel.

*/s/ Terry Lynn, Esq.*
Terry Lynn, Esq. (VSB # 39926)
Law Offices of Terry Lynn PLLC
695 Bent Oaks Drive
P.O. Box 374
Earlysville, Virginia 22936
Phone: (434) 964-9152
Fax:    (434) 964-9275
E-mail:  terry@terrylynnlaw.com