UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

In re: **Tommy Dewayne Dobson** ) Chapter **11**
**Anne Christine Dobson**
) Case No. **23-60148**
Debtor(s) )

### NOTICE OF INQUIRY

On October 27, 2023 Terry Lynn filed a petition/pleading in the above case. See docket entry #175. The petition/pleading is deficient as set forth below.

- ☐ Form   required but not filed.
- ☐ Pleading improperly styled/formatted (caption, size, margins). *See Local Rule 5005-3.*
- ☐ PDF not flattened. *See Attorney Guidelines on Court's website.*
- ☐ Corporate Resolution not filed with Chapter 11 petition. *Required by Local Rule 1002-1 and Local Rule 1074-1.*
- ☐ NAICS Code not included on petition or not typed in during opening of a business case. *See Attorney Guidelines on Court's website.*
- ☐ Certificate of Credit Counseling docketed with petition. Must be docketed separately
- ☐ Certification of Compliance with 11 USC § 1328 filed. Financial Management Course Certificate required but not filed. Case may be closed without discharge.
- ☐ Incorrect/Incomplete case number, case name, chapter on pleading, date on pleading, or incorrect hearing time.
- ☐ Exhibits referenced in pleading but not attached/filed.
- ☐ Notice of Appearance and Request for Notices filed but creditor name and address not added to CM/ECF during docketing.
- ☐ Docket entry #   incomplete/unreadable or PDF image uploaded incorrectly.
- ☐ Docket entry #   not properly related.
- ☐ Objection to Claims filed. Objection appears not to comply with FRBP 3007(c).
- ☐ No Certification Regarding Balance of Schedules filed. See Local Rule 1007-1.
- ☐ No Certification Regarding Amended Schedules or Statements filed.  See Local Rule 1009-1.
- ☐ Pleading does not match docket text.
- ☐ Document/pleading not signed.
- ☑ Other: Amended plan is filed at docket entry 129, not 139.

This inquiry is for notice only. Please take the corrective action that you deem appropriate.

Dated:   October 30, 2023

James W. Reynolds, Clerk
U.S. Bankruptcy Court

By: /s/            Chase Ross
Deputy Clerk