UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TOMMY DEWAYNE DOBSON, ) | Chapter 11 |
| ANNE CHRISTINE DOBSON, ) | |
| ) | Case No. 23-60148 |
| ) | |

**MOTION TO CONITINUE HEARING ON DEBTORS' OBJECTION TO CLAIM OF THOMAS AND SALLY DALY**

Tommy and Anne Dobson, Debtors herein, and Thomas and Sally Daly, Claimants herein move this Court to continue the hearing on the Debtors' Objection to Claim No. 28 of Thomas and Sally Daly, and for their reasons state as follows:

1. Thomas and Sally Daly filed a response to the Objection to Claim.
2. Counsel for the Debtors and counsel for the Dalys have engaged in settlement negotiations regarding the Objection. Although no settlement has been reached, the parties believe that with additional time they may be able to submit a Consent Order resolving the objection to claim.

WHEREFORE, Tommy and Anne Dobson and Thomas and Sally Daly, move this Court to continue the hearing on the Debtor's Objection to Claim No. 28 until the 20th day of December, 2023.

Date: November 1, 2023

Respectfully submitted,

Cox Law Group, PLLC
H. David Cox, Esq. (VSB #38670)
900 Lakeside Drive
Lynchburg, VA 24501

TOMMY DOBSON
ANNE DOBSON

By: /s/ H. David Cox
    Of Counsel

Magee Goldstein Lasky & Sayers, PC
Andrew S. Goldstein, Esq. (VSB #28421)
Magee Goldstein Lasky & Sayers, P.C.
PO Box 404
Roanoke, VA  24003-0404
Telephone: (540) 343-9800
Facsimile: (540) 343-9898

THOMAS DALY
SALLY DALY

By: /s/ Andrew S. Goldstein
    Of Counsel

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2023, I caused the foregoing to be electronically filed with the United States Bankruptcy Court thereby causing electronic notice upon the United States Trustee and all registered users of CM/ECF that have appeared in this case.

/s/ Andrew S. Goldstein
Andrew S. Goldstein