

**GENTRY LOCKE**
*Attorneys*

Tax ID # 54-0540718

Phone 540-983-9300
Post Office Box 40013
Roanoke, VA 24022-0013

November 2, 2023

William E. Callahan, Subchapter V Trustee
P.O. Box 40013
Roanoke, VA 24022
Attn: William Callahan

**RE:   Tommy and Anne Dobson**

Client: 29004
Case: 14
Invoice: 320527 //199

*For Professional Services Rendered*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 02/15/23 | WECJ: Attend Initial Debtor Interview. | 1.20 | 540.00 |
| 02/21/23 | WECJ: Review order extending deadline and email to D. Cox regarding endorsement. | 0.10 | 45.00 |
| 02/24/23 | WECJ: Review email from D. Cox regarding answers to UST questions. | 0.10 | 45.00 |
| 03/06/23 | WECJ: Review and respond to email from creditor regarding request for schedules. | 0.40 | 180.00 |
| 03/06/23 | WECJ: Attend 341 meeting (1.7); telephone conference with D. Cox regarding issues (0.1). | 1.80 | 810.00 |
| 03/14/23 | WECJ: Telephone conference with C. Booker regarding status of case. | 0.60 | 270.00 |
| 03/16/23 | WECJ: Telephone conference with R. Stevens regarding status of case. | 0.50 | 225.00 |
| 03/22/23 | WECJ: Review monthly operating report. | 0.10 | 45.00 |
| 03/23/23 | WECJ: Telephone conference with D. Cox regarding issues in case. | 0.60 | 270.00 |
| 03/27/23 | WECJ: Review UST subpoena. | 0.20 | 90.00 |
| 03/30/23 | WECJ: Review UST pleadings regarding eligibility and status of case(0.5); review and respond to email from T. Rollo regarding notices and deadlines (0.1). | 0.60 | 270.00 |
| 04/05/23 | WECJ: Research claim vs. debt in Section 1182 analysis (0.6); review and respond to emails with D. Cox regarding case issues (0.2). | 0.80 | 360.00 |
| 04/06/23 | WECJ: Review case regarding status hearing (0.3); appearance at status conference (0.5); telephone conference with D. Cox regarding | 1.60 | 720.00 |

*** Continued on next page ***



EXHIBIT
A



Tax ID # 54-0540718

Phone 540-983-9300
Post Office Box 40013
Roanoke, VA 24022-0013

William E. Callahan, Subchapter V Trustee
11/02/2023
Page 2

Client: 29004
Case: 14
Invoice: 320527

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | plan ideas (0.8). | | |
| 04/24/23 | WECJ: Review Memorandum of Law by UST (0.3); legal research regarding case law (0.3); email to D. Cox regarding same (0.1). | 0.70 | 315.00 |
| 04/25/23 | WECJ: Legal research regarding timing of eligibility analysis (1.5); telephone conference with D. Cox regarding case issues (0.2); email to D. Cox regarding same (0.1) | 1.80 | 810.00 |
| 04/27/23 | WECJ: Emails to D. Cox regarding definition of affiliate. | 0.30 | 135.00 |
| 05/01/23 | WECJ: Review case and case law (1.2); prepare outline for oral argument regarding UST objection to eligibility (0.6). | 1.80 | 810.00 |
| 05/02/23 | WECJ: Revise outline of argument regarding UST objection to Sub V election (0.6); appear at hearing regarding same (1.9). | 2.50 | 1,125.00 |
| 05/05/23 | WECJ: Review complaint regarding nondischargeable debt. | 0.30 | 135.00 |
| 05/09/23 | WECJ: Review and respond to emails with C. Eason regarding order granting relief. | 0.30 | 135.00 |
| 05/10/23 | WECJ: Review revised order regarding relief from stay (0.1); review and respond to email from C. Eason regarding same (0.1). | 0.20 | 90.00 |
| 05/25/23 | WECJ: Review monthly operating report. | 0.10 | 45.00 |
| 06/05/23 | WECJ: Review proposed Subchapter V Plan. | 0.30 | 135.00 |
| 06/09/23 | WECJ: Initial review of UST objection to confirmation. | 0.30 | 135.00 |
| 06/21/23 | WECJ: Review and analyze proposed plan and U.S. Trustee objection to confirmation (0.5); email to D. Cox regarding same (0.1); telephone conference with D. Cox regarding new amended plan (0.4). | 1.00 | 450.00 |
| 06/26/23 | WECJ: Review amended plan. | 0.40 | 180.00 |
| 06/28/23 | WECJ: Review comments by U.S. Trustee regarding amended plan. | 0.20 | 90.00 |
| 06/30/23 | WECJ: Telephone conference with D. Cox regarding potential for sale of house. | 0.10 | 45.00 |
| 07/05/23 | WECJ: Review and respond to email from D. Cox regarding amended plan. | 0.10 | 45.00 |
| 07/07/23 | WECJ: Review objection to plan by T. Lynn. | 0.20 | 90.00 |
| 07/10/23 | WECJ: Telephone conference with D. Cox regarding case issues (0.2); review draft of amended plan (0.6); email to D. Cox regarding comments (0.2). | 1.00 | 450.00 |
| 07/19/23 | WECJ: Telephone conference with M. Garber regarding case issues and UST actions. | 0.50 | 225.00 |
| 07/21/23 | WECJ: Review and respond to emails from D. Cox et al regarding | 0.30 | 135.00 |

** Continued on next page **



GENTRY LOCKE
Attorneys

Tax ID # 54-0540718

Phone 540-983-9300
Post Office Box 40013
Roanoke, VA 24022-0013

William E. Callahan, Subchapter V Trustee
11/02/2023
Page 3

Client: 29004
Case: 14
Invoice: 320527

| Date | Professional Services | Hours | Amount |
|---|---|---|---|
| | continued hearings. | | |
| 07/25/23 | WECJ: Review monthly operating report. | 0.20 | 90.00 |
| 07/31/23 | WECJ: Review docket regarding hearing on plan (0.1); email to D. Cox regarding same (0.1). | 0.20 | 90.00 |
| 08/02/23 | WECJ: Review case status regarding monthly UST report (0.1); email to assistant regarding same (0.1). | 0.20 | 90.00 |
| 08/10/23 | WECJ: Review objection to confirmation by T. Lynn (0.2); review order regarding continued hearing on confirmation (0.1). | 0.30 | 135.00 |
| 08/11/23 | WECJ: Review UST objection to plan (0.2); telephone conference with D. Cox regarding plan alternatives (0.5). | 0.70 | 315.00 |
| 08/28/23 | WECJ: Telephone conference with D. Cox regarding possible sale of residence in plan (0.6); email to D. Cox regarding plan term (0.2). | 0.80 | 360.00 |
| 08/30/23 | WECJ: Telephone conference with D. Cox regarding amendment to Plain (0.6); telephone call to N. Walters regarding amended Plan (0.2); telephone conference with N. Littlefield regarding same (0.3); telephone conference with M. Whitely regarding same (0.4); email to D. Cox regarding conversations (0.2); telephone conference with D. Cox regarding same (0.3). | 2.00 | 900.00 |
| 08/31/23 | WECJ: Telephone conference with M. Marquez regarding amended Plan and client position (0.3); email to D. Cox regarding same (0.1). | 0.40 | 180.00 |
| 09/07/23 | WECJ: Telephone conference with D. Cox regarding possible changes to Plan. | 0.20 | 90.00 |
| 09/11/23 | WECJ: Telephone conference with D. Cox regarding new amended plan. | 0.30 | 135.00 |
| 09/16/23 | WECJ: Prepare for hearing on motion to convert and application to employ accountant. | 1.90 | 855.00 |
| 09/18/23 | WECJ: Review Plan and schedules regarding best interests issue (0.9); travel to and from Charlottesville (4.2 x .75 = 3.2); appear at hearing on UST motion to convert (6.7); | 10.80 | 4,860.00 |
| 10/02/23 | WECJ: Review Court Opinion regarding UST motion to convert. | 0.50 | 225.00 |
| 10/03/23 | WECJ: Review debtors' objections to claims. | 0.30 | 135.00 |
| 10/04/23 | WECJ: Telephone conference with D. Cox regarding various issues in case. | 0.80 | 360.00 |
| 10/11/23 | WECJ: Initial review of objections to confirmation of second amended plan. | 0.20 | 90.00 |
| 10/16/23 | WECJ: Review T. Lynn and UST objections to confirmation (0.4); | 1.30 | 585.00 |

** Continued on next page **



**GENTRY LOCKE**
*Attorneys*

Tax ID # 54-0540718

Phone 540-983-9300
Post Office Box 40013
Roanoke, VA 24022-0013

William E. Callahan, Subchapter V Trustee
11/02/2023
Page 4

Client: 29004
Case: 14
Invoice: 320527

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | legal research regarding confirmation issues (0.6); telephone conference with D. Cox regarding confirmation issues and Lynn Adversary Proceeding (0.3). | | |
| 10/17/23 | WECJ: Review and respond to emails regarding plan confirmation hearing date. | 0.10 | 45.00 |
| 10/19/23 | WECJ: Review creditor response to objection to claim. | 0.10 | 45.00 |
| 10/20/23 | WECJ: Review revised order regarding sale of real estate (0.1); review and respond to email regarding same (0.1). | 0.20 | 90.00 |
| 10/20/23 | WECJ: Email to D. Cox regarding response to objections to plan. | 0.10 | 45.00 |
| 10/23/23 | WECJ: Review response to objection to claim (0.2); begin drafting statement regarding confirmation (0.3); telephone conference with D. Cox regarding confirmation (0.3). | 0.80 | 360.00 |
| 10/25/23 | WECJ: Telephone conference with D. Cox regarding feasibility issue resolution and continuance of confirmation hearing. | 0.20 | 90.00 |
| | **Current Hours and Fees** | **43.60** | **$19,620.00** |

| Attorney/Paralegal | Hours | Rate | Amount |
|--------------------|-------|------|--------|
| William E. Callahan Jr. (Partner) | 43.60 | 450.00 | 19,620.00 |
| **Current Fees** | | | **$19,620.00** |

### For Costs Advanced

| Date | Costs Advanced | Units | Rate | Amount |
|------|---------------|-------|------|--------|
| 09/18/23 | Mileage-Travel Expense - FM/249769,09/25/23 - WILLIAM E. CALLAHAN, JR. - (240 miles @ .655 per mile) | | | 157.20 |
| 09/18/23 | Misc. Travel Expense - FM/249769,09/25/23 - WILLIAM E. CALLAHAN, JR. - Parking | | | 13.00 |
| 09/18/23 | Lodging & Meals - Travel Exp. - FM/249769,09/25/23 - WILLIAM E. CALLAHAN, JR. - Meal | | | 8.55 |

** Continued on next page **



Tax ID # 54-0540718

Phone 540-983-9300
Post Office Box 40013
Roanoke, VA 24022-0013

William E. Callahan, Subchapter V Trustee
11/02/2023
Page 5

Client: 29004
Case: 14
Invoice: 320527

| | |
|---|---|
| **Current Costs** | **$178.75** |

| | |
|---|---|
| **TOTAL Invoice Due** | **$19,798.75** |

**Balance Due Upon Receipt**

For questions concerning your account balance, please contact our billing
department at (540) 983-9380 or by email at billing@gentrylocke.com.