**SIGNED THIS 7th day of November, 2023**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **TOMMY DEWAYNE DOBSON** | ) | Chapter 11 |
| **ANNE CHRISTINE DOBSON**, | ) | Case No. 23-60148 |
| 91 Beaver Dam Court | ) | |
| Keswick, VA 22947 | ) | |
| xxx-xx-7152 | ) | |
| xxx-xx-6517 | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| **TOMMY DEWAYNE DOBSON** | ) | |
| **ANNE CHRISTINE DOBSON**, | ) | |
| | ) | |
| Debtors/Objecting Party, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THOMAS DALY** | ) | |
| and | ) | |
| **SALLY DALY,** | ) | |
| | ) | |
| Claimants/Respondents. | ) | |

### ORDER SUSTAINING OBJECTION TO
### PRIORITY PORTION OF CLAIM NO. 28

The matter before the Court is the objection filed on October 2, 2023 [Docket No. 152]

(the "Objection"), by Tommy Dewayne Dobson and Anne Christine Dobson, the debtors and

1

debtors-in-possession (the "Debtors"), in the above captioned case, requesting entry of an order disallowing the priority portion of the Proof of Claim No. 28 (the "Claim") filed by David Thomas and Sally Daly (the "Claimants") and the Claimants' response to the Objection filed October 26, 2023 [Docket No. 168] (the "Response").

At the hearing on November 2, 2023, the Debtors and Claimants appeared by their counsel and presented and argued their Objection and Response, respectively, to the Court. The Subchapter V Trustee appeared at the hearing and argued in support of the Debtors' Objection. The Court having heard the arguments of parties and having reviewed the Objection, the Response, and the record before it, found that the Debtors satisfied their burden to rebut the presumptive validity of the priority status of the Claim. The burden of proof having shifted to the Claimants, the Claimants failed to prove that the Claimants were entitled to the priority status asserted by the Claimants in the Claim.

Upon the Courts review of the Objection, the Response, the arguments of Debtors' counsel and the Subchapter V Trustee, and the record in the case, it is

ORDERED, ADJUDGED and DECREED that:

1. The Objection is SUSTAINED, and the priority portion of the Proof of Claim No. 28 is disallowed.

2. The relief granted by this Order is limited to the relief sought in the Objection and is without prejudice to rights of any party in interest in this Case to seek further relief from the Court regarding Proof of Claim No. 28.

End of Order

I ASK FOR THIS:

/s/ David Cox
David Cox (VSB #38670)
mailto:david@coxlawgroup.com

COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, Virginia 24501
434/845/2600
434/845/0727 (Facsimile)
*Counsel for the Debtor*


SEEN AND AGREED:

/s/ William E. Callahan, Jr.
William E. Callahan, Jr.
PO Box 40013
Roanoke, VA 24022-0013
540-983-9309
callahan@gentrylocke.com
*Subchapter V 11 Trustee*


SEEN:

/s/ Andrew S. Goldstein
Andrew S. Goldstein (VSB #28421)
MAGEE GOLDSTEIN LASKY & SAYERS, P.C.
PO Box 404
Roanoke, VA 24003-0404
Telephone: (540) 343-9800
Facsimile: (540) 343-9898
agoldstein@mglspc.com