# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TOMMY DEWAYNE DOBSON, and | ) | Chapter 11 |
| ANNE CHRISTINE DOBSON, | ) | Case No. 23-60148 |
| | ) | |
| Debtors. | ) | |

---------------------------------------------------------------

# AMENDED[1]
# NOTICE OF HEARING & DEADLINE TO FILE OBJECTION

PLEASE TAKE NOTICE that the Debtor has requested the entry an order granting the following Motion, a copy of which was mailed to parties on the mailing matrix and filed with the Court on November 8, 2023 at Dkt No. 195:

**FIRST APPLICATION OF COX LAW GROUP, PLLC, FOR ALLOWANCE OF COMPENSATION AND EXPENSE REIMBURSEMENT AS COUNSEL TO THE DEBTOR**

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion has been scheduled in the U.S. Bankruptcy Court for Western District of Virginia as follows:

| Date & Time | Location |
|---|---|
| November 29, 2023, at 11:00 a.m. | The hearing shall be held by video conference. Parties shall NOT appear in person. Any party opposing the motion or otherwise seeking to be heard should read carefully the remainder of this Notice regarding the importance of filing a response and also should join the video conference hearing using the following URL and Meeting ID:<br>**Meeting ID:** 160 369 2643<br>**URL:** https://vawb-uscourts-gov.zoomgov.com/j/1603692643 |

PLEASE TAKE FURTHER NOTICE that, pursuant to pursuant to Local Rule 9013-1(M), **any party wishing to object to the Motion must file a written response to the Motion with the Court and serve such objection upon the undersigned counsel by not less than seven (7) days before the date of the hearing specified in this Notice, and that the failure to file a response by this deadline may result in the Court treating the Motion as uncontested, entering an order granting the Motion prior to the hearing, cancelling the hearing described in this Notice, and / or taking such other action as may be appropriate to further the ends of justice.**

Date: November 14, 2023,        By:    /s/ David Cox
                                              Counsel

David Cox (VSB No. 48765)
COX LAW GROUP, PLLC
900 Lakeside Drive, Lynchburg, VA 24501
Telephone:       434-845-2600

---

[1] This Notice of Hearing is AMENDED solely for the purpose of correcting the time of the hearing.

Facsimile:       434-845-0727
Email:   David@coxlawgroup.com
Counsel for the Debtor

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2023, I filed the foregoing Amended Notice of Hearing using the CM/ECF filing system, causing service by electronic notice upon all parties requesting electronic notice, and on the same date served by First Class Mail to all creditors on the Creditor Matrix.

Dated: November 14, 2023   /s/ David Cox