

Thomas E. Rollo
Elizabeth J. Rollo
6310 Indian Ridge Drive
Earlysville, VA 22936
November 13, 2023

U.S. Bankruptcy Court
1101 Court Street
Room 166
Attn: James W. Reynolds, Clerk of Court, and the Honorable Judge Rebecca Connelly
Lynchburg, VA 24504

Case Number: 23-60148

Dear U.S. Bankruptcy Court:

We are in receipt of William Callahan's (Subchapter V Trustee) request for approval by the Court of compensation and expenses associated with the Chapter 11, Subchapter V Bankruptcy of Tommy Dewayne Dobson, and Anne Christine Dobson. While we do not begrudge Mr. Callahan obtaining fair compensation and reimbursement for expenses associated with this case, we feel we must object to the request at this time. As creditors in this case, it's our understanding we are not permitted to request reimbursement for the monies taken from us and duly owed to us by the Debtors. The question that remains to be answered is where did the monies taken by the Debtors go? Further, with the Debtors seemingly having no ability to make reimbursement to the creditors, where would monies come from to reimburse Mr. Callahan? If this reimbursement request is meant to add Mr. Callahan to the list of creditors for potential reimbursement at some point in the future, then we would not object to this request.

Sincerely,

Thomas E. Rollo

Elizabeth J. Rollo

CC: William E. Callahan, Jr. P.O. Box 40013 Roanoke, VA 24022-0013