Debtors'
Exhibit
#9
12/11/23
23-60148
Page 1 of 29

**Fill in this information to identify the case:**

Debtor Name __Dobson, Tommy Dewayne and Anne Christine__

United States Bankruptcy Court for the: __Western District of Virginia__ ▼

Case number: __23-60148__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11   12/17

Month: __11/1/23 -11/30/23__                    Date report filed: __12/06/2023__
                                                                  MM / DD / YYYY

Line of business: __Construction__              NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                __Christine Dobson__

Original signature of responsible party   __/s/ Christine Dobson__

Printed name of responsible party   __Christine Dobson__

## ▊ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Dobson, Tommy Dewayne and Anne Christine          Case number 23-60148

17. Have you paid any bills you owed before you filed bankruptcy?                     ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                    $  23,321.74

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.                                         $  24,449.26

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.                                       – $  19,690.78

22. **Net cash flow**                                                          + $  4,758.48

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

23. **Cash on hand at the end of the month**                                    = $  28,080.22

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                           $  0.00

   *(Exhibit E)*

Debtor Name  Dobson, Tommy Dewayne and Anne Christine          Case number 23-60148

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25.  **Total receivables**                                                                       $ _____0.00_____

      *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                        _____0_____

27.  What is the number of employees as of the date of this monthly report?          _____0_____

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?            $ _____0.00_____

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00_____

30.  How much have you paid this month in other professional fees?                                      $ _____0.00_____

31.  How much have you paid in total other professional fees since filing the case?                     $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 20,703.20 | — | $ 24,449.26 | = | $ -3,746.06 |
| 33.  **Cash disbursements** | $ 18,062.49 | — | $ 19,690.78 | = | $ -1,628.29 |
| 34.  **Net cash flow** | $ 2,640.71 | — | $ 4,758.48 | = | $ -2,117.77 |

35.  Total projected cash receipts for the next month:                                        $ 20,703.20

36.  Total projected cash disbursements for the next month:                               - $ 18,062.49

37.  Total projected net cash flow for the next month:                                      = $ 2,640.71

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 4 of 29

Debtor Name  Dobson, Tommy Dewayne and Anne Christine

Case number  23-60148

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 5 of 29

### Notes Re: Budget Projections

The Debtors have updated their budget projections to include the revised projections as filed with their Amended Plan filed July 9, 2023.

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 6 of 29

**Exhibit B**
**No. 14 Unexpected Expenses**

These are my (Anne) expenses to go see my mother when she needed help in November from an eye surgery that did not go as planned.

11.2.23 American Air $418.89 trip to see mother - she needed help after eye surgery
11.2.23 American Air $277.89 part of the first aa trip
11.6.23 American Air $48.05 seat assignment
Total unexpected expense $744.83

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 7 of 29

Tommy & Christine Dobson

# 9 Month Personal Financial Summary

**2023**

| MONTH | Beginning | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | End of Month Year End Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash on hand (beginning of month) | | | | | $11,243.36 | $4,479.89 | $1,218.35 | $3,028.00 | $7,568.71 | $10,209.42 | $12,850.13 | $15,490.84 | $18,131.55 | $20,772.26 |

| CASH RECEIPTS (Actual) | | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tommy - Signature Design Build Income (Salary) | | | | | $0.00 | $0.00 | $2,219.93 | $3,329.90 | $3,329.90 | $3,329.90 | $3,329.90 | $3,329.90 | $3,329.90 | $22,199.33 |
| Tommy - Signature Design Build (Profit Distribution) | | | | | $0.00 | $0.00 | $500.00 | $500.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $6,500.00 |
| Tommy - Income Plumb Line & Corner Stone (Salary) | | | | | $5,274.88 | $4,219.90 | $4,219.92 | $4,219.92 | $4,219.92 | $4,219.92 | $4,219.92 | $4,219.92 | $4,219.92 | $39,034.22 |
| Tommy - Plumb Line/ Corner Stone (Profit Distribution) | | | | | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $15,000.00 |
| Tommy - Truck / Vehicle Stipend | | | | | $0.00 | $1,725.00 | $575.00 | $575.00 | $575.00 | $575.00 | $575.00 | $575.00 | $575.00 | $5,750.00 |
| Tommy - (P.L./C.S. & SDB ) Office Rent paid by Corner Stone | | | | | $0.00 | $0.00 | $2,975.00 | $2,975.00 | $2,975.00 | $2,975.00 | $2,975.00 | $2,975.00 | $2,975.00 | $20,825.00 |
| Tommy - Other | | | | | $687.53 | $2,493.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,180.65 |
| Christine - Income Signature Design Build Income (Salary) | | | | | $0.00 | $0.00 | $1,765.53 | $2,648.30 | $2,648.30 | $2,648.30 | $2,648.30 | $2,648.30 | $2,648.30 | $17,655.33 |
| Christine - Income Plumb Line & Corner Stone ( Salary) | | | | | $4,193.87 | $3,355.10 | $3,355.08 | $3,355.08 | $3,355.08 | $3,355.08 | $3,355.08 | $3,355.08 | $3,355.08 | $31,034.53 |
| **TOTAL CASH RECEIPTS** | | | | | **$10,156.28** | **$11,793.12** | **$15,610.47** | **$20,103.20** | **$20,703.20** | **$20,703.20** | **$20,703.20** | **$20,703.20** | **$20,703.20** | **$161,179.07** |

# Personal Expenses

| CASH PAID OUT  (Expenses) | | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BANKRUPTCY PLAN PAYMENTS** | | | | | | | | | | | | | | |
| Subchapter 5 Plan Payments - Per Month | | | | | $2,000.00 | $0.00 | $1,000.00 | $1,000.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $21,500.00 |
| **HOUSING & UTILITIES** | | | | | | | | | | | | | | |
| Mortgage or rent (Shell Point) | | | | | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $50,992.65 |
| 2nd. Mortgage - Atlantic Union | | | | | $0.00 | $0.00 | $0.00 | $1,897.00 | $1,897.00 | $1,897.00 | $1,897.00 | $1,897.00 | $1,897.00 | $11,382.00 |
| Phone | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Electricity | | | | | $477.98 | $479.49 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $5,857.47 |
| Gas - L.P. | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Water and sewer | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cable & Internet | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Waste removal (Acct. No. 7466) | | | | | $130.60 | $65.30 | $129.99 | $129.99 | $129.99 | $129.99 | $129.99 | $129.99 | $129.99 | $1,105.83 |
| Maintenance or repairs (Filters, Salt Treatment, Lawn, Etc.) | | | | | $161.04 | $420.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $3,381.04 |
| Supplies - Misc. | | | | | $0.00 | $35.98 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $385.98 |
| Other - (HOA Dues & Misc. Fee's) | | | | | $845.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $845.05 |
| **Total** | | | | | **$7,280.52** | **$6,666.62** | **$6,945.84** | **$8,842.84** | **$8,842.84** | **$8,842.84** | **$8,842.84** | **$8,842.84** | **$8,842.84** | **$73,950.02** |
| **TRANSPORTATION** | | | | | | | | | | | | | | |
| Vehicle payment | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rental & Misc. | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vehicle Insurance ( less in April - good driving app) once per yr | | | | | $147.72 | $367.08 | $367.18 | $367.18 | $367.18 | $367.18 | $367.18 | $367.18 | $367.18 | $3,085.06 |
| Licensing  (DMV, Inspections, Etc) | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vehicle Fuel | | | | | $114.42 | $63.59 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $528.01 |
| Vehicle Maintenance | | | | | $0.00 | $3,233.81 | $4.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $3,537.81 |
| Other (Parking Fees, Rentals, Etc.) | | | | | $0.00 | $190.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $330.00 |

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 8 of 29

| MONTH | Beginning | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | End of Month Year End Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | | | $262.14 | $3,854.48 | $441.18 | $487.18 | $487.18 | $487.18 | $487.18 | $487.18 | $487.18 | $7,480.88 |
| **INSURANCE** | | | | | | | | | | | | | | |
| Home (Built Into Mortgage) | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Health | | | | | $2,213.42 | | $2,213.42 | $2,213.42 | $2,213.42 | $2,213.42 | $2,213.42 | $2,213.42 | $2,213.42 | $17,707.36 |
| Life | | | | | $291.05 | $291.05 | $291.05 | $291.05 | $291.05 | $291.05 | $291.05 | $291.05 | $291.05 | $2,619.45 |
| Other | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | | | | | $2,504.47 | $291.05 | $2,504.47 | $2,504.47 | $2,504.47 | $2,504.47 | $2,504.47 | $2,504.47 | $2,504.47 | $20,326.81 |
| **FOOD/HOUSEKEEPING (Groceries, Meals, Etc)** | | | | | | | | | | | | | | |
| Food and housekeeping supplies | | | | | $2,529.78 | $2,124.46 | $1,832.33 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $17,586.57 |
| Total | | | | | $2,529.78 | $2,124.46 | $1,832.33 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $17,586.57 |
| **PETS** | | | | | | | | | | | | | | |
| Food / Care / Veterinarian | | | | | $366.78 | $85.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $1,151.78 |
| Total | | | | | $366.78 | $85.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $1,151.78 |
| **PERSONAL CARE (Medical Co-pay, clothing, etc.)** | | | | | | | | | | | | | | |
| Medical (Co-pay, Prescriptions, Etc) | | | | | $829.30 | $718.66 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $5,047.96 |
| Hair Cut | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Clothing | | | | | $0.00 | $158.83 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $1,208.83 |
| Speacialty Cleaning | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other misc food or beverage | | | | | $0.00 | $42.40 | $15.00 | $15.00 | $15.00 | $15.00 | $15.00 | $15.00 | $15.00 | $147.40 |
| Organization dues or fees | | | | | $202.09 | $0.00 | $33.00 | $33.00 | $33.00 | $33.00 | $33.00 | $33.00 | $33.00 | $433.09 |
| Total | | | | | $1,031.39 | $919.89 | $698.00 | $698.00 | $698.00 | $698.00 | $698.00 | $698.00 | $698.00 | $6,837.28 |
| **ENTERTAINMENT** | | | | | | | | | | | | | | $0.00 |
| Recreation / Entertainment / Holiday | | | | | $745.67 | $914.16 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $2,219.83 |
| Total | | | | | $745.67 | $914.16 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $2,219.83 |
| **Business Costs for Reimbursements** | | | | | | | | | | | | | | |
| Software ( Coconstruct for DHI) | | | | | $199.00 | $199.00 | $199.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $597.00 |
| Total | | | | | $199.00 | $199.00 | $199.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $597.00 |
| **MONTHLY SUBTOTAL EXPENSES** | | | | | $16,919.75 | $15,054.66 | $13,800.82 | $15,562.49 | $18,062.49 | $18,062.49 | $18,062.49 | $18,062.49 | $18,062.49 | $151,650.17 |
| **Cash on hand (end of month)** | | | | | $4,479.89 | $1,218.35 | $3,028.00 | $7,568.71 | $10,209.42 | $12,850.13 | $15,490.84 | $18,131.55 | $20,772.26 | $93,749.14 |
| **NET MONTHLY (Monthly cash reciepts minus monthly expenses)** | | | | | ($5,763.47) | ($3,261.54) | $1,809.65 | $4,540.71 | $2,640.71 | $2,640.71 | $2,640.71 | $2,640.71 | $2,640.71 | $9,528.90 |

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 9 of 29

Tommy & Christine Dobson

# 12 Month Personal Financial Summary

**2024**

| MONTH | Beginning | Jan. - 24 | Feb. - 24 | Mar. - 24 | 24-Apr | 24-May | 24-Jun | 24-Jul | 24-Aug | 24-Sep | 24-Oct | 24-Nov | 24-Dec | End of Month Year End Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash on hand (beginning of month) | | 20,772.26 | 22,151.93 | 23,531.60 | 24,911.27 | 26,290.94 | 27,670.62 | 27,950.29 | 28,229.96 | 28,509.63 | 28,789.30 | 22,151.93 | 22,151.93 | $ 22,431.60 |

| CASH RECEIPTS (Actual) | | Jan. - 24 | Feb. - 24 | Mar. - 24 | 24-Apr | 24-May | 24-Jun | 24-Jul | 24-Aug | 24-Sep | 24-Oct | 24-Nov | 24-Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tommy - Signature Design & Consulting Income (Salary) | | $3,329.90 | $3,329.90 | $3,329.90 | $3,329.90 | $3,329.90 | $3,329.90 | $3,329.90 | $3,329.90 | $3,329.90 | $3,329.90 | $3,329.90 | $3,329.90 | $39,958.80 |
| Tommy - Signature Design & Consulting (Profit Distribution) | | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $19,500.00 |
| Tommy - Income Plumb Line & Corner Stone (Salary) | | $4,219.92 | $4,219.92 | $4,219.92 | $4,219.92 | $4,219.92 | $4,219.92 | $4,219.92 | $4,219.92 | $4,219.92 | $4,219.92 | $4,219.92 | $4,219.92 | $50,639.04 |
| Tommy - Plumb Line/ Corner Stone (Profit Distribution) | | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $37,000.00 |
| Tommy - Truck / Vehicle Reimbursement | | $575.00 | $575.00 | $575.00 | $575.00 | $575.00 | $575.00 | $575.00 | $575.00 | $575.00 | $575.00 | $575.00 | $575.00 | $6,900.00 |
| Tommy - (P.L./C.S. & SHDC ) Office Rent, Electric, Internet, Tel, Etc Reimbursement | | $2,975.00 | $2,975.00 | $2,975.00 | $2,975.00 | $2,975.00 | $2,975.00 | $2,975.00 | $2,975.00 | $2,975.00 | $2,975.00 | $2,975.00 | $2,975.00 | $35,700.00 |
| Tommy - Other | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Christine - Income Signature Design Build Income (Salary) | | $2,648.30 | $2,648.30 | $2,648.30 | $2,648.30 | $2,648.30 | $2,648.30 | $2,648.30 | $2,648.30 | $2,648.30 | $2,648.30 | $2,648.30 | $2,648.30 | $31,779.60 |
| Christine - Income Plumb Line & Corner Stone ( Salary) | | $3,355.08 | $3,355.08 | $3,355.08 | $3,355.08 | $3,355.08 | $3,355.08 | $3,355.08 | $3,355.08 | $3,355.08 | $3,355.08 | $3,355.08 | $3,355.08 | $40,260.96 |
| TOTAL CASH RECEIPTS | | $ 20,703.20 | $ 20,703.20 | $ 20,703.20 | $20,703.20 | $20,703.20 | $22,603.20 | $22,603.20 | $22,603.20 | $22,603.20 | $22,603.20 | $22,603.20 | $22,603.20 | $261,738.40 |

# Personal Expenses

| CASH PAID OUT  (Expenses) | | Jan. - 24 | Feb. - 24 | Mar. - 24 | 24-Apr | 24-May | 24-Jun | 24-Jul | 24-Aug | 24-Sep | 24-Oct | 24-Nov | 24-Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BANKRUPTCY PLAN PAYMENTS** | | | | | | | | | | | | | | |
| Subchapter 5 Plan Payments - Per Month | | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $81,000.00 |
| **HOUSING & UTILITIES** | | | | | | | | | | | | | | |
| Mortgage or rent (Shell Point) | | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $5,665.85 | $67,990.20 |
| 2nd. Mortgage - Atlantic Union | | $1,897.00 | $1,897.00 | $1,897.00 | $1,897.00 | $1,897.00 | $1,897.00 | $1,897.00 | $1,897.00 | $1,897.00 | $1,897.00 | $1,897.00 | $1,897.00 | $22,764.00 |
| Phone | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Electricity | | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $8,400.00 |
| Gas - L.P. | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Water and sewer | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cable & Internet | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Waste removal (Acct. No. 7466) | | $129.99 | $129.99 | $129.99 | $129.99 | $129.99 | $129.99 | $129.99 | $129.99 | $129.99 | $129.99 | $129.99 | $129.99 | $1,559.88 |
| Maintenance or repairs (Filters, Salt Treatment, Lawn, Etc.) | | $161.04 | $161.04 | $161.04 | $161.04 | $161.04 | $161.04 | $161.04 | $161.04 | $161.04 | $161.04 | $161.04 | $161.04 | $1,932.48 |
| | | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $600.00 |
| | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | | $8,603.88 | $8,603.88 | $8,603.88 | $8,603.88 | $8,603.88 | $8,603.88 | $8,603.88 | $8,603.88 | $8,603.88 | $8,603.88 | $8,603.88 | $8,603.88 | $103,246.56 |
| **TRANSPORTATION** | | | | | | | | | | | | | | |
| Vehicle payment | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rental & Misc. | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vehicle Insurance ( less in April - good driving app) once per yr | | $367.18 | $367.18 | $367.18 | $367.18 | $367.18 | $367.18 | $367.18 | $367.18 | $367.18 | $367.18 | $367.18 | $367.18 | $4,406.16 |
| Licensing  (DMV, Inspections, Etc) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vehicle Fuel | | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $600.00 |
| Vehicle Maintenance | | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $600.00 |
| Other (Parking Fees, Rentals, Etc.) | | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $240.00 |
| Total | | $487.18 | $487.18 | $487.18 | $487.18 | $487.18 | $487.18 | $487.18 | $487.18 | $487.18 | $487.18 | $487.18 | $487.18 | $5,846.16 |
| **INSURANCE** | | | | | | | | | | | | | | |
| Home (Built Into Mortgage) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Health | | $2,213.42 | $2,213.42 | $2,213.42 | $2,213.42 | $2,213.42 | $2,213.42 | $2,213.42 | $2,213.42 | $2,213.42 | $2,213.42 | $2,213.42 | $2,213.42 | $26,561.04 |
| Life | | $291.05 | $291.05 | $291.05 | $291.05 | $291.05 | $291.05 | $291.05 | $291.05 | $291.05 | $291.05 | $291.05 | $291.05 | $3,492.60 |
| Other | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 10 of 29

| MONTH | Beginning | Jan. - 24 | Feb. - 24 | Mar. - 24 | 24-Apr | 24-May | 24-Jun | 24-Jul | 24-Aug | 24-Sep | 24-Oct | 24-Nov | 24-Dec | End of Month Year End Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | 2,504.47 | $2,504.47 | $2,504.47 | $2,504.47 | $2,504.47 | $2,504.47 | $2,504.47 | $2,504.47 | $2,504.47 | $2,504.47 | $2,504.47 | $2,504.47 | $30,053.64 |
| **FOOD/HOUSEKEEPING (Groceries, Meals, Etc)** | | | | | | | | | | | | | | |
| Food and housekeeping supplies | | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $22,200.00 |
| Total | | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $22,200.00 |
| **PETS** | | | | | | | | | | | | | | |
| Food / Care / Veterinarian | | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $1,200.00 |
| Total | | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $1,200.00 |
| **PERSONAL CARE (Medical Co-pay, clothing, etc.)** | | | | | | | | | | | | | | |
| Medical (Co-pay, Prescriptions, Etc) | | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $1,200.00 |
| Hair Cut | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Clothing | | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $1,800.00 |
| Medical (Co-pay, Prescriptions, Etc) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other misc food or beverage | | $15.00 | $15.00 | $15.00 | $15.00 | $15.00 | $15.00 | $15.00 | $15.00 | $15.00 | $15.00 | $15.00 | $15.00 | $180.00 |
| Organization dues or fees | | $33.00 | $33.00 | $33.00 | $33.00 | $33.00 | $33.00 | $33.00 | $33.00 | $33.00 | $33.00 | $33.00 | $33.00 | $396.00 |
| Total | | $698.00 | $698.00 | $698.00 | $698.00 | $698.00 | $698.00 | $698.00 | $698.00 | $698.00 | $698.00 | $698.00 | $698.00 | $8,376.00 |
| **ENTERTAINMENT** | | | | | | | | | | | | | | |
| Recreation / Entertainment / Holiday | | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $960.00 |
| Total | | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $960.00 |
| **ENTERTAINMENT** | | | | | | | | | | | | | | |
| Software ( Coconstruct for DHI) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **MONTHLY SUBTOTAL EXPENSES** | | $19,323.53 | $19,323.53 | $ 19,323.53 | $ 19,323.53 | $ 19,323.53 | $ 22,323.53 | $ 22,323.53 | $ 22,323.53 | $ 22,323.53 | $ 22,323.53 | $ 22,323.53 | $ 22,323.53 | $419,964.72 |
| **Cash on hand (end of month)** | | $ 22,151.93 | $ 23,531.60 | $ 24,911.27 | $ 26,290.94 | $ 27,670.62 | $ 27,950.29 | $ 28,229.96 | $ 28,509.63 | $ 28,789.30 | $ 22,151.93 | $ 22,151.93 | $ 22,431.60 | |
| **NET MONTHLY (Monthly cash recepts minus monthly expenses)** | | $ 1,379.67 | $ 1,379.67 | $ 1,379.67 | $ 1,379.67 | $ 1,379.67 | $ 279.67 | $ 279.67 | $ 279.67 | $ 279.67 | $ 279.67 | $ 279.67 | $ 279.67 | |

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 11 of 29

Tommy and Anne DIP checking account

Debits

| Date | Payee | Amount | Description |
|---|---|---|---|
| 10.31.23 | chiropractor | $ 10.00 | dr. visit |
| 11.6.23 | Anthem | $ 2,423.58 | Health Insurance |
| 11.6.23 | DXL | $ 186.23 | Jason - Grandson clothing |
| 11.6.23 | Walmart | $ 117.06 | food razor lotion etc out of town for wedding |
| 11.6.23 | Northwest liquer | $ 68.80 | Gift for couple |
| 11.6 | Tailwind | $ 63.61 | food at airport - possibly - but not sure |
| 11.6.23 | jakes ribs | $ 54.84 | food after wedding |
| 11.6 | cvs | $ 49.80 | medicine Anne Dobson |
| 11.6. | american air | $ 48.05 | seat assignment |
| 11.6 | lgad bisoux | $ 38.05 | food airport |
| 11.6 | Delta | $ 30.00 | baggage fee |
| 11.6 | braums | $ 29.59 | icecream |
| 11.6 | bisoux | $ 22.84 | food airport |
| 11.6. | Loves | $ 21.24 | fuel |
| 11.6 | starbucks | $ 20.51 | coffee |
| | mcdonalds | $ 19.89 | lunch in chickasha |
| | food hall | $ 10.00 | LGA airport food/ snacks |
| | bisoux | $ 8.25 | food airport |
| 10.28.23 | Shear Power | $ 245.00 | **hair appt check #1009** |
| 11.3.23 | walmart | $ 136.70 | chickasha walmart - |
| 11.3 | mcdonalds | $ 23.41 | food in chickasha |
| 11.2.23 | cville ortho | $ 30.00 | cd copay |
| 11.2.23 | american air | $ 418.89 | trip to see mother - she needed help after eye surgery |
| 11.2.23 | american air | $ 277.89 | part of the first aa trip |
| 11.2.23 | costco | $ 47.31 | groceries |
| 11.2.3 | Delta | $ 30.00 | baggage fee |
| 11.2.23 | mcdonalds | $ 24.20 | lunch |
| 11.1.23 | Jimmy Johns | $ 11.12 | lunch |
| 11.1.23 | giant | $ 4.57 | grocery |
| 10.30.23 | David Cox | $ 1,000.00 | check# 1011 November US Trustee pmt - mailed on 10.31.23 |
| 11.6. | Animal Medical | $ 300.07 | vet bill |
| 11.6. | LGA | $ 82.35 | lunch at airport |
| 11.6. | Foodlion | $ 57.54 | groceries |
| 11.6. | Cville Airport | $ 52.00 | parking |
| 11.8.23 | DMV | $ 46.75 | registration |
| 11.6 | foodlion | $ 48.99 | groceries |
| 11.6.23 | Corner Stone | $ 23.97 | check #1012 Video charges 19.98 plus 3.99 |
| 11.8.23 | Forest Green | $ 280.00 | check # 1013 Lawn Care |
| 11.9.233 | foodlion | $ 75.44 | groceries/ household |
| 11.9.23 | Cville orthopoedic | $ 30.00 | Anne Copay for PT |
| 11.9.23 | Protective Life | $ 58.14 | life insuarnce |
| 1st of mon | Shellpoint | $ 5,665.85 | mortgage payment conf # 43924182 |
| 11.14.23 | FOOTHILLS | $ 51.03 | FACIAL MEDICINE FOR ROCESCIA |
| 11.14.23 | budget toll | $ 23.75 | toll fees while in rental car |
| | asea | $ 161.58 | supplements |
| 11.13.23 | chewy | $ 76.95 | dog medicine |
| | Walmart | $ 261.48 | groceries and household |
| 11.9.23 | Walmart | $ 155.05 | groceries and household |
| | jimmy johns | $ 37.15 | lunch |
| | olive garden | $ 33.24 | lunch |
| 11.9.23 | checkers | $ 31.86 | lunch |
| | chick filet | $ 16.54 | lunch |
| | chick filet | $ 16.32 | lunch |

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 12 of 29

| Date | Payee | Amount | Description |
|---|---|---|---|
| | travel store | $ 14.37 | snacks at airport |
| | Fenns Store | $ 6.89 | seltzers |
| | prime video | $ 5.99 | movie |
| | Dollar Tree | $ 1.61 | birthday cards |
| 15th | United of Omaha | $ 140.66 | life insuarnce |
| 11.15.23 | lowes | $ 50.54 | Tuerk job - expences to be reimbursed |
| 11.15.23 | lowes | $ 379.90 | Tuerk |
| 11.15.23 | papasitos | $ 30.08 | food |
| 11.15.23 | mcdonalds | $ 17.34 | lunch |
| 11.15.23 | Walmart | $ 72.69 | groceries |
| 11.15.23 | Othorpedic | $ 30.00 | PT deductible Anne D. |
| 11.15.23 | Ric parking | $ 42.00 | parking |
| 11.15.23 | wegman | $ 19.26 | medicine Anne Dobson |
| 11.15.23 | wegman | $ 9.35 | vegetables |
| 11.15.23 | starbucks | $ 3.30 | coffee |
| 11.16.23 | Atlantic Union Bank | $ 1,897.00 | check #1015 2nd mtg pmt pmt for loan acct # 7400971670 |
| 11.20.23 | costco | $ 475.16 | groceries / household |
| 11.20.23 | foodlion | $ 84.87 | groceries/ household |
| 11.20.23 | costco | $ 82.52 | groceries/ household |
| 11.20.23 | bjs | $ 77.39 | food |
| 11.20.23 | foodlion | $ 46.39 | groceries/ household |
| 11.20.23 | cvs | $ 29.22 | medicine. |
| 11.20.23 | cvs | $ 10.35 | medicine |
| 11.15.23 | Corner Stone | $ 24.55 | reimbuse for Raising Caines check #1014 |
| 11.21 | uva | $ 30.00 | copay - CD neurology |
| 11.22 | walmart | $ 67.94 | groceries/ household |
| 11.22 | starbucks | $ 10.42 | cofffee |
| 11.22 | taco bell | $ 19.41 | lunch |
| 11.22 | cville orthopedic | $ 30.00 | copay |
| 11.24.23 | Prudential | $ 92.25 | life insuarnce |
| 11.24 | costco | $ 174.31 | groceries/ household |
| 11.24 | gfoodlion | $ 69.28 | groceries/ household |
| 11.27.23 | foodlion | $ 99.71 | groceries/ household |
| 11.27.23 | Walmart | $ 138.52 | groceries/ household |
| 11.29 | Walmart | $ 79.50 | groceries/ household |
| 11.28.23 | Podiatrist | $ 42.64 | Need to ask TD what this is for |
| 11.29 | prime video | $ 15.99 | movie |
| 11.27 | Allstate | $ 428.95 | vehicle insurance |
| 11.27 | physical medicine | $ 30.00 | Anne Dr. appt review shoulder |
| 11.27 | dr sawyer | $ 20.75 | dr appt review neck xrays TD |
| 11.30.23 | transfer to tax acct | $ 1,503.00 | transfer to DIP tax account 10% of consult 7,100.00, utilities 350.00, truck stip |
| | lowes | $ 105.26 | household supplies |
| | foodlion | $ 61.46 | groceries/ household |
| | cvs | $ 30.48 | medicine |
| 11.27.23 | arbys | $ 20.66 | lunch |
| | mcdonalds | $ 11.34 | lunch |
| | | **$ 19,690.78** | |

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 13 of 29

Deposits / Credits

| Date | Amount | Description |
|------|--------|-------------|
| 11.2.23 | $ 838.78 | Anne paycheck from 10.26.23 |
| 11.13.23 | $ 40.00 | check from Ronda - pay back from Ronda for food |
| 11.13.23 | $ 838.78 | Anne paycheck from 11.2.23 |
| 11.13.23 | $ 1,054.97 | Tommy paycheck from 11.2.23 |
| 11.16.23 | $ 1,054.98 | tommy paycheck from 11.9.23 |
| 11.16.23 | $ 838.77 | Anne paycheck from 11.9.23 |
| 11.16.23 | $ 38.95 | reimbursed from CS for Advance Auto check was from 7.13.23 |
| 11.16.23 | $ 13.20 | reimbursed from CS for stamps check was from 7.25.23 |
| 11.16.23 | $ 23.36 | reimbursement from CS for office supplies - check was from 7.25.23 |
| 11.17.23 | $ 11.20 | reimbursement |
| | $ 838.78 | anne paycheck |
| | $ 1,054.97 | Tommy paycheck |
| 11.22.23 | $ 1,054.97 | Tommy Dobson paycheck dated 11.22.23 |
| 11.22.23 | $ 838.78 | Anne Dobson paycheck dated 11.22.23 |
| 11.30.23 | **$ 7,100.00** | payment from CB to TD - November consulting |
| 11.30.23 | **$ 350.00** | pmt from CS for Utilities |
| 11.30.23 | **$ 575.00** | Truck stipend |
| 11.30.23 | **$ 4,380.00** | pmt from Tuek for consulting |
| 11.30.23 | **$ 2,625.00** | office rent |
| 11.30.23 | $ 40.00 | check from Ronda to reimburse food /drink |
| 11.30.23 | $ 838.77 | Anne paycheck 11.30.23 |
| | **$ 24,449.26** | |

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 14 of 29

**Deposits and Credits Dobson DIP TAX account**

11.30.23    Transferred from checking account    $  1,503.00

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 15 of 29



**First Bank & Trust Company**
The Bank That Puts You First.

Online Banking Log-in

```
                                    Date 11/30/23        Page      1
                                    Primary Account          ████1151
                                    C 31          Enclosures     27
Tommy D Dobson
Anne Christine Dobson
Debtor-In-Possession Case: 23-60148
91 Beaver Dam Ct
Keswick VA 22947
```

## CHECKING ACCOUNTS

```
Regular Checking              Number of Enclosures              27
Account Number       ████1151 Statement Dates  11/01/23 thru 11/30/23
Previous Balance     23,321.74 Days in the Statement Period      30
   21 Deposits/Credits 24,449.26 Average Ledger            17,323.22
   99 Checks/Debits  19,690.78 Average Collected          16,318.12
Service Charge            .00
Interest Paid             .00
Ending Balance      28,080.22
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $75.00 |
| Total Returned Item Fees | $.00 | $.00 |

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|
| 11/02 | First Teller Deposit | 838.78 |
| 11/13 | First Teller Deposit | 40.00 |
| 11/13 | First Teller Deposit | 838.78 |
| 11/13 | First Teller Deposit | 1,054.97 |
| 11/16 | First Teller Deposit | 13.20 |
| 11/16 | First Teller Deposit | 23.36 |
| 11/16 | First Teller Deposit | 38.95 |
| 11/16 | First Teller Deposit | 838.77 |
| 11/16 | First Teller Deposit | 1,054.98 |
| 11/17 | First Teller Deposit | 11.20 |
| 11/17 | First Teller Deposit | 838.78 |
| 11/17 | First Teller Deposit | 1,054.97 |
| 11/22 | First Teller Deposit | 838.78 |
| 11/22 | First Teller Deposit | 1,054.97 |
| 11/30 | First Teller Deposit | 40.00 |
| 11/30 | First Teller Deposit | 350.00 |
| 11/30 | First Teller Deposit | 575.00 |
| 11/30 | First Teller Deposit | 838.77 |
| 11/30 | First Teller Deposit | 2,625.00 |
| 11/30 | First Teller Deposit | 4,380.00 |
| 11/30 | First Teller Deposit | 7,100.00 |

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 16 of 29



Online Banking Log-in

Date 11/30/23      Page      2
Primary Account      ████1151
Enclosures                27

Tommy D Dobson
Anne Christine Dobson
Debtor-In-Possession Case: 23-60148
91 Beaver Dam Ct
Keswick VA 22947

Regular Checking                    ████1151  (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 11/01 | POS DEB 1548 10/31/23 00047522<br>GIANT 0251<br>GIANT 0251<br>CHARLOTTESVIL VA | 4.57- |
| 11/01 | DBT CRD 1319 10/30/23 59486503<br>CHIROPRACTIC FAMILY WE<br>CHARLOTTESVIL VA | 10.00- |
| 11/01 | DBT CRD 1326 10/31/23 63965081<br>JIMMY JOHNS - 3218<br>CHARLOTTESVIL VA | 11.12- |
| 11/02 | DBT CRD 0913 11/01/23 11989180<br>MCDONALD S F12453<br>CHARLOTTESVIL VA | 24.20- |
| 11/02 | DBT CRD 1201 11/01/23 12980970<br>DELTA AIR    Baggage Fe<br>800-2211212   VA | 30.00- |
| 11/02 | DBT CRD 1026 11/01/23 55977242<br>COSTCO WHSE #1184<br>CHARLOTTESVIL VA | 47.31- |
| 11/02 | DBT CRD 1328 10/31/23 65030136<br>AMERICAN AIR0018039985<br>FORT WORTH    TX | 277.89- |
| 11/02 | DBT CRD 1328 10/31/23 65039787<br>AMERICAN AIR0018039985<br>FORT WORTH    TX | 418.89- |
| 11/02 | DBT CRD 0714 11/01/23 40962220<br>CHARLOTTESVILLE ORTHOP<br>434-2448412   VA | 30.00- |
| 11/03 | DBT CRD 2309 11/02/23 49512784<br>MCDONALD S F5183<br>CHICKASHA    OK | 23.41- |
| 11/03 | POS DEB 2253 11/02/23 00012499<br>WM SUPERCENTER #113<br>Wal-Mart Super Cen<br>CHICKASHA    OK | 136.70- |
| 11/06 | DBT CRD 1506 11/02/23 23807232<br>LGAD BISOUX MARKET<br>FLUSHING    NY | 8.25- |
| 11/06 | DBT CRD 1253 11/02/23 43994008<br>LGA C FOOD HALL D<br>FLUSHING    NY | 10.00- |

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 17 of 29



_Online Banking Log-in_

| | |
|---|---|
| Date 11/30/23 | Page    3 |
| Primary Account | ████1151 |
| Enclosures | 27 |

Tommy D Dobson
Anne Christine Dobson
Debtor-In-Possession Case: 23-60148
91 Beaver Dam Ct
Keswick VA 22947

Regular Checking                ████1151  (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 11/06 | DBT CRD 1223 11/04/23 26051905<br>MCDONALD S F5183<br>CHICKASHA      OK | 19.89- |
| 11/06 | DBT CRD 1505 11/04/23 23445223<br>STARBUCKS STORE 67887<br>CHICKASHA      OK | 20.51- |
| 11/06 | POS DEB 0523 11/05/23 00361649<br>Love s #0245 Outside<br>Love s  0245 Outsi<br>OKLAHOMA CITY OK | 21.24- |
| 11/06 | DBT CRD 1344 11/02/23 74556022<br>LGAD BISOUX<br>866-5083558    NY | 22.84- |
| 11/06 | DBT CRD 1319 11/03/23 59867305<br>044 BRAUMS STORE<br>CHICKASHA      OK | 29.59- |
| 11/06 | DBT CRD 0925 11/04/23 19376676<br>DELTA AIR    Baggage Fe<br>800-2211212    OK | 30.00- |
| 11/06 | DBT CRD 1331 11/02/23 66985275<br>LGAD BISOUX<br>866-5083558    NY | 38.05- |
| 11/06 | DBT CRD 0950 11/04/23 34286582<br>AMERICAN AI 0010638534<br>800-433-7300  TX | 48.05- |
| 11/06 | POS DEB 1659 11/05/23 00605489<br>FOOD LION #0253<br>FOOD LION  0253<br>CHARLOTTESVIL VA | 48.99- |
| 11/06 | POS DEB 1213 11/04/23 00158740<br>CVS/PHARMACY #06 06224--1<br>CVS/PHARMACY  06 0<br>CHICKASHA      OK | 49.80- |
| 11/06 | DBT CRD 2012 11/04/23 43789011<br>JAKE S RIB<br>CHICKASHA      OK | 54.84- |
| 11/06 | DBT CRD 1036 11/02/23 61810369<br>TAILWIND CHO<br>CHARLOTTESVIL VA | 63.61- |
| 11/06 | DBT CRD 2100 11/02/23 72337595<br>NORTHWEST 10TH LIQUOR | 68.80- |

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 18 of 29



**First Bank**
**& Trust Company**
The Bank That Puts You First.

*Online Banking Log-in*

```
                                  Date 11/30/23      Page    4
                                  Primary Account        ████1151
                                  Enclosures             27
```

Tommy D Dobson
Anne Christine Dobson
Debtor-In-Possession Case: 23-60148
91 Beaver Dam Ct
Keswick VA 22947

Regular Checking            ████1151  (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| | OKLAHOMA CITY OK | |
| 11/06 | POS DEB 2047 11/04/23 61277500 | 117.06- |
| | WAL-MART #0113 | |
| | 2403 PONDEROSA | |
| | CHICKASHA      OK | |
| 11/06 | DBT CRD 1551 11/03/23 50633289 | 186.23- |
| | DESTINATION XL # 9155 | |
| | OKLAHOMA CITY OK | |
| 11/06 | CORP PYMT  ANTHEM BLUE I16O | 2,423.58- |
| | CCD        FL00037084 | |
| 11/07 | DBT CRD 1525 11/05/23 71250860 | 52.00- |
| | CHVL ALB AIRPORT | |
| | CHARLOTTESVLE VA | |
| 11/07 | DBT CRD 1529 11/06/23 73476843 | 57.54- |
| | FOOD LION #0253 | |
| | CHARLOTTESVIL VA | |
| 11/07 | DBT CRD 1119 11/05/23 23692326 | 82.35- |
| | LGA E SUNDAY SUPPER TR | |
| | 866-5083558    NY | |
| 11/07 | DBT CRD 1510 11/06/23 62529874 | 300.07- |
| | WWW.AMCCHARLOTTESVILLE | |
| | 143-42958757   VA | |
| 11/08 | VEHICLE  VIRGINIA DMV ECK | 46.75- |
| | WEB | |
| 11/09 | POS DEB 1648 11/08/23 00339565 | 75.44- |
| | FOOD LION #0253 | |
| | FOOD LION  0253 | |
| | CHARLOTTESVIL VA | |
| 11/09 | DBT CRD 0757 11/08/23 02650643 | 30.00- |
| | CHARLOTTESVILLE ORTHOP | |
| | 434-2448412   VA | |
| 11/09 | INS. PREM. PROTECTIVE LIFE | 58.14- |
| | PPD | |
| 11/13 | DBT CRD 1156 11/11/23 45974885 | 1.61- |
| | DOLLAR TREE | |
| | ARTESIA       NM | |
| 11/13 | DBT CRD 0742 11/10/23 93387752 | 5.99- |
| | Prime Video Channels | |
| | amzn.com/bill WA | |
| 11/13 | DBT CRD 1241 11/11/23 72996374 | 6.89- |
| | FENN S COUNTRY MARK | |

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 19 of 29



# First Bank & Trust Company
### The Bank That Puts You First.

<u>Online Banking Log-in</u>

```
Date 11/30/23        Page     5
Primary Account      ████1151
Enclosures                 27
```

Tommy D Dobson
Anne Christine Dobson
Debtor-In-Possession Case: 23-60148
91 Beaver Dam Ct
Keswick VA 22947

Regular Checking              ████1151  (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| | ARTESIA      NM | |
| 11/13 | DBT CRD 1028 11/09/23 93022691<br>DFW TV5 TRAVEL STORE<br>DFW INTER AIR TX | 14.37- |
| 11/13 | DBT CRD 0822 11/10/23 17307788<br>CHICK-FIL-A #03187<br>CHARLOTTESVLE VA | 16.32- |
| 11/13 | DBT CRD 0749 11/09/23 97739951<br>CHICK-FIL-A #03187<br>CHARLOTTESVLE VA | 16.54- |
| 11/13 | DBT CRD 1418 11/11/23 30879548<br>CHECKERS #3960<br>ZION CROSSROA VA | 31.86- |
| 11/13 | DBT CRD 1411 11/11/23 26793991<br>OLIVE GARDEN ZK 002121<br>LUBBOCK      TX | 33.24- |
| 11/13 | DBT CRD 1529 11/10/23 73426376<br>JIMMY JOHNS - 3218<br>CHARLOTTESVIL VA | 37.15- |
| 11/13 | POS DEB 1128 11/11/23 78524600<br>WAL-MART #3427<br>604 NORTH 26TH STR<br>ARTESIA      NM | 155.05- |
| 11/13 | POS DEB 1612 11/11/23 44121900<br>WAL-MART #4682<br>164 CAMP CREEK PAR<br>GORDONSVILLE  VA | 261.48- |
| 11/13 | DBT CRD 2346 11/10/23 08095505<br>CHEWY.COM<br>800-672-4399  FL | 76.95- |
| 11/13 | DBT CRD 0300 11/11/23 24255363<br>ASEA LLC<br>801-973-7499  UT | 161.58- |
| 11/14 | DBT CRD 0800 11/13/23 04476265<br>ETOLL BGT U65305470<br>800-482-0159  OK | 23.75- |
| 11/14 | DBT CRD 0858 11/12/23 39011876<br>FOOTHILLS PROFESSIONAL<br>480-4964444    AZ | 51.03- |
| 11/14 | ACH PMT    NEWREZ-SHELLPOIN<br>TEL | 5,665.85- |



Debtors'
Exhibit
#9
12/11/23
23-60148
Page 20 of 29



The Bank That Puts You First.

*Online Banking Log-in*

```
                                    Date 11/30/23      Page      6
                                    Primary Account    ████1151
                                    Enclosures              27

        Tommy D Dobson
        Anne Christine Dobson
        Debtor-In-Possession Case: 23-60148
        91 Beaver Dam Ct
        Keswick VA 22947
```

Regular Checking                    ████1151  (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 11/15 | DBT CRD 0758 11/14/23 03319341<br>MCDONALD S F12453<br>CHARLOTTESVIL VA | 17.34- |
| 11/15 | DBT CRD 0925 11/14/23 55401381<br>PAPPASITOS S CANTINA<br>DALLAS      TX | 30.08- |
| 11/15 | POS DEB 1422 11/15/23 00642418<br>LOWE S #02862<br>LOWE S  02862<br>GORDONSVILLE  VA | 50.54- |
| 11/15 | POS DEB 1828 11/14/23 15516200<br>WAL-MART #4682<br>164 CAMP CREEK PAR<br>GORDONSVILLE  VA | 72.69- |
| 11/15 | POS DEB 1408 11/15/23 00561947<br>LOWE S #02862<br>LOWE S  02862<br>GORDONSVILLE  VA | 379.90- |
| 11/15 | INS PREM  UNITED OF OMAHA<br>PPD | 140.66- |
| 11/16 | DBT CRD 1005 11/14/23 79345076<br>STARBUCKS C21 DFW<br>DALLAS      TX | 3.30- |
| 11/16 | DBT CRD 0835 11/15/23 25090152<br>WEGMANS CHARLOTTES #12<br>CHARLOTTESVIL VA | 9.35- |
| 11/16 | DBT CRD 0833 11/15/23 24205820<br>WEGMANS CHARLOTTES #12<br>CHARLOTTESVIL VA | 19.26- |
| 11/16 | DBT CRD 1355 11/14/23 17305757<br>RIC PARKING<br>RICHMOND     VA | 42.00- |
| 11/16 | DBT CRD 0712 11/15/23 75567454<br>CHARLOTTESVILLE ORTHOP<br>434-2448412  VA | 30.00- |
| 11/20 | POS DEB 1820 11/18/23 00607368<br>CVS/PHARMACY #01 01551--1<br>CVS/PHARMACY  01 0<br>CHARLOTTESVIL VA | 10.35- |
| 11/20 | POS DEB 1252 11/19/23 00449418<br>CVS/PHARMACY #01 01551--1 | 29.22- |

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 21 of 29

# First Bank & Trust Company
## The Bank That Puts You First.

Online Banking Log-in

```
Date 11/30/23          Page      7
Primary Account        ████1151
Enclosures                   27
```

Tommy D Dobson
Anne Christine Dobson
Debtor-In-Possession Case: 23-60148
91 Beaver Dam Ct
Keswick VA 22947

Regular Checking                 ████1151  (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
|       | CVS/PHARMACY  01 0<br>CHARLOTTESVIL VA | |
| 11/20 | DBT CRD 1400 11/19/23 20287851<br>FOOD LION #1186<br>CHARLOTTESVIL VA | 46.39- |
| 11/20 | DBT CRD 1638 11/18/23 15127340<br>BJ S RESTAURANTS 593<br>CHARLOTTESVIL VA | 77.39- |
| 11/20 | DBT CRD 1336 11/19/23 06190076<br>COSTCO WHSE #1184<br>CHARLOTTESVIL VA | 82.52- |
| 11/20 | DBT CRD 1257 11/19/23 82434166<br>FOOD LION #0253<br>CHARLOTTESVIL VA | 84.87- |
| 11/20 | DBT CRD 1517 11/18/23 66573946<br>COSTCO WHSE #1184<br>CHARLOTTESVIL VA | 475.16- |
| 11/21 | DBT CRD 1349 11/20/23 13651121<br>UVA HS CLINIC<br>CHARLOTTESVIL VA | 30.00- |
| 11/22 | POS DEB 1627 11/21/23 99626700<br>WAL-MART #4682<br>164 CAMP CREEK PAR<br>GORDONSVILLE  VA | 67.94- |
| 11/24 | DBT CRD 1022 11/21/23 89406437<br>STARBUCKS STORE 49086<br>CHARLOTTESVIL VA | 10.42- |
| 11/24 | DBT CRD 0939 11/22/23 63900777<br>TACO BELL 039731<br>CHARLOTTESVIL VA | 19.41- |
| 11/24 | DBT CRD 1517 11/22/23 66398675<br>FOOD LION #0253<br>CHARLOTTESVIL VA | 69.28- |
| 11/24 | DBT CRD 1424 11/22/23 34737558<br>COSTCO WHSE #1184<br>CHARLOTTESVIL VA | 174.31- |
| 11/24 | DBT CRD 0711 11/22/23 75114562<br>CHARLOTTESVILLE ORTHOP<br>434-2448412   VA | 30.00- |
| 11/24 | INS PREM PRUDENTIAL<br>TEL | 92.25- |

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 22 of 29



**First** **Bank**
**& Trust Company**
The Bank That Puts You First.

Online Banking Log-in

```
Date 11/30/23        Page      8
Primary Account      ████1151
Enclosures              27
```

Tommy D Dobson
Anne Christine Dobson
Debtor-In-Possession Case: 23-60148
91 Beaver Dam Ct
Keswick VA 22947

Regular Checking          ████1151  (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 11/27 | POS DEB 1305 11/27/23 00470773<br>FOOD LION #1536<br>FOOD LION  1536<br>CHARLOTTESVIL VA | 99.71- |
| 11/27 | POS DEB 1840 11/24/23 27152140<br>WAL Wal-Mart Super 002303<br>4682 WAL-SAMS<br>GORDONSVILLE  VA | 138.52- |
| 11/28 | DBT CRD 1438 11/27/23 43207725<br>DR. DANIEL W SAWYER MD<br>CHARLOTTESVLE VA | 20.75- |
| 11/28 | DBT CRD 1532 11/27/23 75604858<br>LOY*PHYSICALMEDICINEAS<br>866-263-8525  MD | 30.00- |
| 11/28 | INS PREM   ALLSTATE INS CO<br>PPD | 428.95- |
| 11/29 | DBT CRD 1709 11/28/23 33618158<br>Prime Video Channels<br>amzn.com/bill WA | 15.99- |
| 11/29 | DBT CRD 0758 11/28/23 02974617<br>USFAS<br>Charlotesvill VA | 42.64- |
| 11/29 | POS DEB 1834 11/28/23 63690000<br>WAL-MART #4682<br>164 CAMP CREEK PAR<br>GORDONSVILLE  VA | 79.50- |
| 11/30 | DBT CRD 1015 11/29/23 85522533<br>MCDONALD S F12453<br>CHARLOTTESVIL VA | 11.34- |
| 11/30 | DBT CRD 1139 11/28/23 35995840<br>ARBYS 0571<br>CHARLOTTESVIL VA | 20.66- |
| 11/30 | DBT CRD 0943 11/29/23 66305960<br>CVS/PHARMACY #01551<br>CHARLOTTESVIL VA | 30.48- |
| 11/30 | DBT CRD 1533 11/29/23 76002874<br>FOOD LION #0253<br>CHARLOTTESVIL VA | 61.46- |
| 11/30 | DBT CRD 1435 11/29/23 41090460<br>LOWES #02862*<br>540-832-1220  VA | 105.26- |



Debtors'
Exhibit
#9
12/11/23
23-60148
Page 23 of 29



**Bank**
**& Trust Company**
The Bank That Puts You First.

*Online Banking Log-in*

Date 11/30/23          Page        9
Primary Account          ████1151
Enclosures                    27

Tommy D Dobson
Anne Christine Dobson
Debtor-In-Possession Case: 23-60148
91 Beaver Dam Ct
Keswick VA 22947

Regular Checking                ████1151   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 11/30 | Transfer from REG CK | 1,503.00- |
|       | 0001 to REG CK          0002 | |

## CHECKS

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 11/03 | 1009 | 245.00 | 11/08 | 1012 | 23.97 | 11/17 | 1014 | 24.55 |
| 11/07 | 1011* | 1,000.00 | 11/08 | 1013 | 280.00 | 11/20 | 1015 | 1,897.00 |

*Indicates Skip In Check Numbers

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 23,296.05 | 11/13 | 18,748.56 | 11/22 | 15,155.38 |
| 11/02 | 23,306.54 | 11/14 | 13,007.93 | 11/24 | 14,759.71 |
| 11/03 | 22,901.43 | 11/15 | 12,316.72 | 11/27 | 14,521.48 |
| 11/06 | 19,640.10 | 11/16 | 14,182.07 | 11/28 | 14,041.78 |
| 11/07 | 18,148.14 | 11/17 | 16,062.47 | 11/29 | 13,903.65 |
| 11/08 | 17,797.42 | 11/20 | 13,359.57 | 11/30 | 28,080.22 |
| 11/09 | 17,633.84 | 11/21 | 13,329.57 | | |

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 24 of 29

**Remote Deposit**                                    **Credit**

First Bank and Trust Company RDA Ser
*Mobile Consumer Capture Dobson, Anne*
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:        11/2/2023
Items:       1
Amount:   $838.78
Batch ID:   19300021546
Account ID: 286617 1380317
Acct Num:   █████1151
AuxOnUs:   1567424046

First Teller Deposit   Date: 11/02   Amount: $838.78

---

**Remote Deposit**                                    **Credit**

First Bank and Trust Company RDA Ser
*Mobile Consumer Capture Dobson, Anne*
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:        11/13/2023
Items:       1
Amount:   $1,054.97
Batch ID:   19590130018
Account ID: 286617 1380317
Acct Num:   █████1151
AuxOnUs:   1575395654

First Teller Deposit   Date: 11/13   Amount: $1,054.97

---

**Remote Deposit**                                    **Credit**

First Bank and Trust Company RDA Ser
*Mobile Consumer Capture Dobson, Anne*
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:        11/13/2023
Items:       1
Amount:   $838.78
Batch ID:   19590130090
Account ID: 286617 1380317
Acct Num:   █████1151
AuxOnUs:   1575397006

First Teller Deposit   Date: 11/13   Amount: $838.78

---

**Remote Deposit**                                    **Credit**

First Bank and Trust Company RDA Ser
*Mobile Consumer Capture Dobson, Anne*
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:        11/13/2023
Items:       1
Amount:   $40.00
Batch ID:   19590130150
Account ID: 286617 1380317
Acct Num:   █████1151
AuxOnUs:   1575390210

First Teller Deposit   Date: 11/13   Amount: $40.00

---

**Remote Deposit**                                    **Credit**

First Bank and Trust Company RDA Ser
*Mobile Consumer Capture Dobson, Anne*
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:        11/16/2023
Items:       1
Amount:   $1,054.98
Batch ID:   19412563002
Account ID: 286617 1380317
Acct Num:   █████1151
AuxOnUs:   1570101474

First Teller Deposit   Date: 11/16   Amount: $1,054.98

---

**Remote Deposit**                                    **Credit**

First Bank and Trust Company RDA Ser
*Mobile Consumer Capture Dobson, Anne*
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:        11/16/2023
Items:       1
Amount:   $838.77
Batch ID:   19412563050
Account ID: 286617 1380317
Acct Num:   █████1151
AuxOnUs:   1570102930

First Teller Deposit   Date: 11/16   Amount: $838.77

---

**Remote Deposit**                                    **Credit**

First Bank and Trust Company RDA Ser
*Mobile Consumer Capture Dobson, Anne*
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:        11/16/2023
Items:       1
Amount:   $38.95
Batch ID:   19412563202
Account ID: 286617 1380317
Acct Num:   █████1151
AuxOnUs:   1570105214

First Teller Deposit   Date: 11/16   Amount: $38.95

---

**Remote Deposit**                                    **Credit**

First Bank and Trust Company RDA Ser
*Mobile Consumer Capture Dobson, Anne*
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:        11/16/2023
Items:       1
Amount:   $13.20
Batch ID:   19412563338
Account ID: 286617 1380317
Acct Num:   █████1151
AuxOnUs:   1570107422

First Teller Deposit   Date: 11/16   Amount: $13.20

---

**Remote Deposit**                                    **Credit**

First Bank and Trust Company RDA Ser
*Mobile Consumer Capture Dobson, Anne*
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:        11/16/2023
Items:       1
Amount:   $23.36
Batch ID:   19412563410
Account ID: 286617 1380317
Acct Num:   █████1151
AuxOnUs:   1570100274

First Teller Deposit   Date: 11/16   Amount: $23.36

---

**Remote Deposit**                                    **Credit**

First Bank and Trust Company RDA Ser
*Mobile Consumer Capture Dobson, Anne*
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:        11/17/2023
Items:       1
Amount:   $838.78
Batch ID:   19707550050
Account ID: 286617 1380317
Acct Num:   █████1151
AuxOnUs:   1570755050

First Teller Deposit   Date: 11/17   Amount: $838.78

---

**Remote Deposit**                                    **Credit**

First Bank and Trust Company RDA Ser
*Mobile Consumer Capture Dobson, Anne*
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:        11/17/2023
Items:       1
Amount:   $1,054.97
Batch ID:   19420654602
Account ID: 286617 1380317
Acct Num:   █████1151
AuxOnUs:   1570706990

First Teller Deposit   Date: 11/17   Amount: $1,054.97

---

**Remote Deposit**                                    **Credit**

First Bank and Trust Company RDA Ser
*Mobile Consumer Capture Dobson, Anne*
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:        11/17/2023
Items:       1
Amount:   $11.20
Batch ID:   19420654654
Account ID: 286617 1380317
Acct Num:   █████1151
AuxOnUs:   1570750050

First Teller Deposit   Date: 11/17   Amount: $11.20

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 25 of 29

**Remote Deposit**                    **Credit**

First Bank and Trust Company RDA Ser
Mobile Consumer Capture Dobson, Anne
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:      11/22/2023
Items:     1
Amount:    $838.78
Batch ID:  1944877658G
Account ID: 286617 1380317
Acct Num:        1151
AuxOnUs:   1502390202

First Teller Deposit   Date: 11/22   Amount: $838.78

**Remote Deposit**                    **Credit**

First Bank and Trust Company RDA Ser
Mobile Consumer Capture Dobson, Anne
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:      11/22/2023
Items:     1
Amount:    $1,054.97
Batch ID:  1944877663B
Account ID: 286617 1380317
Acct Num:        1151
AuxOnUs:   1502399062

First Teller Deposit   Date: 11/22   Amount: $1,054.97

**Remote Deposit**                    **Credit**

First Bank and Trust Company RDA Ser
Mobile Consumer Capture Dobson, Anne
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:      11/30/2023
Items:     1
Amount:    $7,100.00
Batch ID:  1950337058
Account ID: 286617 1380317
Acct Num:        1151
AuxOnUs:   1506970462

First Teller Deposit   Date: 11/30   Amount: $7,100.00

**Remote Deposit**                    **Credit**

First Bank and Trust Company RDA Ser
Mobile Consumer Capture Dobson, Anne
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:      11/30/2023
Items:     1
Amount:    $350.00
Batch ID:  1950337931D
Account ID: 286617 1380317
Acct Num:        1151
AuxOnUs:   1507191978

First Teller Deposit   Date: 11/30   Amount: $350.00

**Remote Deposit**                    **Credit**

First Bank and Trust Company RDA Ser
Mobile Consumer Capture Dobson, Anne
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:      11/30/2023
Items:     1
Amount:    $575.00
Batch ID:  1950337938B
Account ID: 286617 1380317
Acct Num:        1151
AuxOnUs:   1507190904

First Teller Deposit   Date: 11/30   Amount: $575.00

**Remote Deposit**                    **Credit**

First Bank and Trust Company RDA Ser
Mobile Consumer Capture Dobson, Anne
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:      11/30/2023
Items:     1
Amount:    $2,625.00
Batch ID:  1950337974b
Account ID: 286617 1380317
Acct Num:        1151
AuxOnUs:   1507199998

First Teller Deposit   Date: 11/30   Amount: $2,625.00

**Remote Deposit**                    **Credit**

First Bank and Trust Company RDA Ser
Mobile Consumer Capture Dobson, Anne
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:      11/30/2023
Items:     1
Amount:    $40.00
Batch ID:  1950338006B
Account ID: 286617 1380317
Acct Num:        1151
AuxOnUs:   1507201998

First Teller Deposit   Date: 11/30   Amount: $40.00

**Remote Deposit**                    **Credit**

First Bank and Trust Company RDA Ser
Mobile Consumer Capture Dobson, Anne
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:      11/30/2023
Items:     1
Amount:    $838.77
Batch ID:  1950338017D
Account ID: 286617 1380317
Acct Num:        1151
AuxOnUs:   1507212302

First Teller Deposit   Date: 11/30   Amount: $838.77

**Remote Deposit**                    **Credit**

First Bank and Trust Company RDA Ser
Mobile Consumer Capture Dobson, Anne
711 W Main St
Abingdon, VA 24210
267-623-2323

Date:      11/30/2023
Items:     1
Amount:    $4,380.00
Batch ID:  1950338046
Account ID: 286617 1380317
Acct Num:        1151
AuxOnUs:   1507218050

First Teller Deposit   Date: 11/30   Amount: $4,380.00

TOMMY D & ANNE CHRISTINE DOBSON                1009
DEBTOR-IN-POSSESSION CASE: 23-60148
OPERATING ACCOUNT
91 BEAVER DAM CT
KESWICK, VA 22947

Date  10/28/2023

Pay to the
Order of  Shear Power          $ 245.00

Two hundred forty five +00/100  Dollars

First Bank & Trust Company

For                          Christine Dobson

1009 Date: 11/03   Amount: $245.00

TOMMY D & ANNE CHRISTINE DOBSON                1011
DEBTOR-IN-POSSESSION CASE: 23-60148
OPERATING ACCOUNT
91 BEAVER DAM CT
KESWICK, VA 22947

Date  10/30/2023

Pay to the
Order of  David Cox          $ 1,000.00

One thousand dollars +00/100  Dollars

First Bank & Trust Company

For US Trustee November Pmt    Anne Christine Dobson

1011 Date: 11/07   Amount: $1,000.00

TOMMY D & ANNE CHRISTINE DOBSON                1012
DEBTOR-IN-POSSESSION CASE: 23-60148
OPERATING ACCOUNT
91 BEAVER DAM CT
KESWICK, VA 22947

Date  11/6/2023

Pay to the
Order of  Corner Stone Foundations + Excavating  $ 23.97

Twenty-three dollars +97/100  Dollars

First Bank & Trust Company  Accidental on 11/6/23

For 19.98 Plus 3.99 Reimb charges   Anne C. Dobson

1012 Date: 11/08   Amount: $23.97

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 26 of 29

**TOMMY D & ANNE CHRISTINE DOBSON**
**DEBTOR-IN-POSSESSION CASE: 23-60148**
**OPERATING ACCOUNT**
91 BEAVER DAM CT
KESWICK, VA 22947

1013

Date: 11/7/2023

Pay to the Order of: Forest Green Lawn Care    $280.00

Two hundred eighty +00/100 Dollars

**First Bank & Trust Company**

For Lawn Care    Anne Christine Dobson

1013   Date: 11/08   Amount: $280.00

**TOMMY D & ANNE CHRISTINE DOBSON**
**DEBTOR-IN-POSSESSION CASE: 23-60148**
**OPERATING ACCOUNT**
91 BEAVER DAM CT
KESWICK, VA 22947

1014

Date: 11/15/23

Pay to the Order of: Corner Store    $24.55

Twenty four dollars + 55/100 Dollars

**First Bank & Trust Company**

For Raising Caines Reimb.    Anne Christine Dobson

1014   Date: 11/17   Amount: $24.55

**TOMMY D & ANNE CHRISTINE DOBSON**
**DEBTOR-IN-POSSESSION CASE: 23-60148**
**OPERATING ACCOUNT**
91 BEAVER DAM CT
KESWICK, VA 22947

1015

Date: 11/16/2023

Pay to the Order of: Atlantic Union Bank    $1,897.00

One thousand eight hundred ninety seven +00/100 Dollars

**First Bank & Trust Company**

2nd mtg. For: loan Acct# 7400971670    Anne Christine Dobson

1015   Date: 11/20   Amount: $1,897.00

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 27 of 29

**Change of Name or Address Request**
Please indicate correct name and address as you wish it to appear on our records:

Mail To: **First Bank & Trust**
         **Attn: Customer Operations**
         **P.O. Box 1000**
         **Abingdon, VA 24212-1000**

Name                    City, State, Zip

Second Name (If Joint Account)    Telephone        Social Security #    **Phone: 276-623-2265**

Street Address          Signature of Account Holder(s)

Cut here and return to the address above

| Step 1 | Step 3 | Step 4 |
|---|---|---|

**Step 1**
In your checkbook, make the following entries so that all transactions are recorded on both your records and the Bank's

**Add**
Any deposits/credits shown on this statement but not in your checkbook.

**Subtract**
Any withdrawals/debits on this statement but not entered in your checkbook.

**Step 2**
List deposits not on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | |

**Step 3**
List checks outstanding.

| Check Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | |

**Step 4**
Reconcile your account:

1. Bank statement balance.    $ _____

2. Total amount of deposits
   not shown on statement.    $ _____

3. Add line 1 and 2.           $ _____

4. Total amount of checks
   outstanding                 $ _____

5. Subtract line 4 from line 3  $ _____

Line 5 must be equal to your checkbook balance

*Attention Telephone Banking Customers: On Wednesday, November 18th, we will be enhancing First Bank and Trust's telephone banking system. You can still enjoy all the current features plus new capabilities, including speech recognition and greater access to accounts and information – including loans. Please note that you will need to re-establish your PIN the first time you call the enhanced system. Learn more about these upgrades and find the new telephone banking phone number at www.firstbank.com.*

**Electronic Services Information** (for <u>Consumer Accounts Only</u>)
In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

we will investigate your complaint and correct any error promptly. If we take more than 10 days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**First Bank & Trust Company**
The Bank That Puts You First
www.FirstBank.com | Member FDIC

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 28 of 29



# First Bank
# & Trust Company
### The Bank That Puts You First.

*Online Banking Log-in*

```
                                        Date 11/30/23        Page      1
                                        Primary Account            ████1160
                                        C 31              Enclosures
         Tommy D Dobson
         Debtor-In-Possesson Case: 23-60148
         Tax Account
         91 Beaver Dam Ct
         Keswick VA 22947
```

## CHECKING ACCOUNTS

```
Regular Checking                        Number of Enclosures              0
Account Number            ████1160      Statement Dates  11/01/23 thru 11/30/23
Previous Balance          3,493.50      Days in the Statement Period     30
     1 Deposits/Credits   1,503.00      Average Ledger              3,543.60
       Checks/Debits           .00      Average Collected           3,543.60
Service Charge                 .00
Interest Paid                  .00
Ending Balance            4,996.50
```

### DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|------|-------------|--------|
| 11/30 | Transfer from REG CK | 1,503.00 |
|  | 0001 to REG CK      0002 | |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 11/01 | 3,493.50 | 11/30 | 4,996.50 |

Debtors'
Exhibit
#9
12/11/23
23-60148
Page 29 of 29

**Change of Name or Address Request**
Please indicate correct name and address as you wish it to appear on our records:

**Mail To: First Bank & Trust**
**Attn: Customer Operations**
**P.O. Box 1000**
**Abingdon, VA 24212-1000**

Name

City, State, Zip

Second Name (If Joint Account)

Telephone

Social Security #

**Phone: 276-623-2265**

Street Address

Signature of Account Holder(s)

Cut here and return to the address above

**Step 1**
In your checkbook, make the following entries so that all transactions are recorded on both your records and the Bank's

**Add**
Any deposits/credits shown on this statement but not in your checkbook.

**Subtract**
Any withdrawals/debits on this statement but not entered in your checkbook.

**Step 2**
List deposits not on your statement.

| Date | Amount |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| **Total** | |

**Step 3**
List checks outstanding.

| Check Number | Amount |
|--------------|--------|
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
| **Total**    |        |

**Step 4**
Reconcile your account:

1. Bank statement balance.     $ _____

2. Total amount of deposits not shown on statement.     $ _____

3. Add line 1 and 2.     $ _____

4. Total amount of checks outstanding     $ _____

5. Subtract line 4 from line 3   $ _____

Line 5 must be equal to your checkbook balance

*Attention Telephone Banking Customers: On Wednesday, November 18th, we will be enhancing First Bank and Trust's telephone banking system. You can still enjoy all the current features plus new capabilities, including speech recognition and greater access to accounts and information – including loans. Please note that you will need to re-establish your PIN the first time you call the enhanced system. Learn more about these upgrades and find the new telephone banking phone number at www.firstbank.com.*

**Electronic Services Information** (for <u>Consumer Accounts Only</u>)
In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

we will investigate your complaint and correct any error promptly. If we take more than 10 days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**First Bank & Trust Company**
The Bank That Puts You First
www.FirstBank.com | Member FDIC