**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11, Subchapter V |
| | ) | |
| TOMMY DEWAYNE DOBSON, | ) | |
| ANN CHRISTINE DOBSON, | ) | Case No. **23-60148** |
| | ) | |
|     Debtors. | ) | |
| | ) | |
| WILLIAM E. CALLAHAN, JR., | ) | |
| SUBCHAPTER V TRUSTEE, | ) | |
| | ) | |
|     Objecting Party, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JUANITA HAYDEL, | ) | |
| | ) | |
|     Claimant. | ) | |

**NOTICE OF OBJECTION TO CLAIM N0. 30-1, DEADLINE TO FILE A RESPONSE TO THE OBJECTION AND HEARING ON OBJECTION TO CLAIM**

    **PLEASE TAKE NOTICE** that William E. Callahan, Jr., in his capacity as the Subchapter V Trustee (the "Trustee") in this Case has filed an Objection to Claim No. 30-1 that you filed in the Case. A copy of the Objection is attached to this Notice.

    **PLEASE TAKE FURTHER NOTICE** that the Court may sustain the Objection and disallow your claim you filed in the Case. You should read the Objection carefully and discuss the Objection with your attorney, if you have one.

    **PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to disallow the claim you filed in the Case, you or your attorney must:

    (1) File a written response to the Objection that explains your reasons why your claim should not be disallowed by the Court. Your written response should be sent to: Clerk, United States Bankruptcy Court, Western District of Virginia, 1101 Court Street, Room 166, Lynchburg, Virginia 24504 and sent in sufficient time for the Court to receive your response **by not later than seven days before the date of the hearing described below**; and

(2) attend the hearing on the Objection scheduled to be held on January 18, 2024 at 11:00 a.m. by a Zoom video conference through the following link: URL: https://vawb-uscourts-gov.zoomgov.com/j/1603692643.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 9013-1(M), the failure to timely file a written response to the Objection with the Court at least **seven (7) days** prior to the hearing date shown above may result in the Court treating the Objection as uncontested, entering an order sustaining the Objection and cancelling the hearing described above.

Date: December 12, 2023    WILLIAM E. CALLAHAN, JR., SUBCHAPTER V TRUSTEE FOR TOMMY DEWAYNE DOBSON & ANNE CHRISTINE DOBSON

/s/ William E. Callahan, Jr.
William E. Callahan, Jr., Trustee

William E. Callahan, Jr., Subchapter V Trustee
10 Franklin Road, S.E. Suite 900
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone: (540) 983-9309
Email: callahan@gentrylocke.com

CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2023, I filed the foregoing Notice of Objection to Claim No. 30-1, Deadline to File Response to the Objection and Hearing on Objection to Claim with the Court (the "Notice") and the Objection to Claim described therein (the "Objection") by the CM/ECF system, causing a copy thereof to be served electronically upon the U.S Trustee, counsel for the Debtors and all parties requesting electronic service in this Case, and on the same date I served a copy of the foregoing Notice and Objection upon the captioned Claimants by first class mail, postage prepaid, at the address listed by the Claimants in the Claim described in this Notice.

/s/William E. Callahan, Jr.
William E. Callahan, Jr.