SIGNED THIS 21st day of December, 2023

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

IN RE:
TOMMY DEWAYNE DOBSON         :    CASE NO. 23-60148
ANNE CHRISTINE DOBSON,       :    CHAPTER 11
    Debtors.                 :    JUDGE REBECCA CONNELLY
_____

ORDER CONFIRMING DEBTORS' PLAN
OF REORGANIZATION UNDER 11 U.S.C. 1191(b)
_____

This matter came before the Court on December 11, 2023 (the "Confirmation Hearing"), for the confirmation of the second amended plan of reorganization (including the nonmaterial modifications set forth in this Order, the "Plan") of Tommy Dewayne Dobson and Anne Christine Dobson, the Debtors and Debtors-In-Possession (the "Debtors"), filed with the Court on September 13, 2023, [Dkt No. 129]. The Court entered an Order on October 18, 2023, [Dkt No. 163] scheduling the Plan for a confirmation hearing and setting forth certain deadlines related to the submission of ballots and filing of objections by creditors or parties in interest (the "Noticing Order"). By Order entered October 30, 2023, [Dkt No. 185], the Court continued the confirmation hearing to December 11, 2023. Objections to confirmation were filed by United

1

States Trustee on October 10, 2023 [Dkt No. 160] and by Terry Lynn on October 10, 2023 [Dkt No. 159].

Having considered the the evidence introduced, and the arguments, statements and representations of counsel and parties in interest at the Confirmation Hearing, the Court hereby finds as follows:

A. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding as defined in 28 U.S.C. § 157(b)(2)(L);

B. Notice of the Confirmation Hearing, the Plan, and all other papers filed in support of confirmation of the Plan were served timely upon all creditors and other parties in interest in this bankruptcy case. Such notice and service were proper, adequate, reasonable, and effectuated in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure and the Court's Noticing Order;

C. The Plan complies with the applicable provisions of the Bankruptcy Code, including each of the specific requirements of 11 U.S.C. §1190 and the applicable provisions of 11 U.S.C. §1123 for the contents of a subchapter v small business debtor reorganization plan;

D. The Debtors have complied with the applicable provisions of the Bankruptcy Code;

E. All of the applicable elements of 11 U.S.C. § 1129 required for confirmation of the Plan have been satisfied in order for the Plan to be confirmed under 11 U.S.C. § 1191(b);[1]

---

[1] Confirmation under 11 U.S.C. § 1191(b) does not require compliance with 11 U.S.C. § 1129(a)(8), (10) and (15).

  F. The Court finds that Atlantic Union Bank, the sole Class Two claimant under the Plan, has accepted the Plan notwithstanding the Debtors' receipt of its ballot accepting Plan after the deadline for the same;

  G. The Plan does not discriminate unfairly and is fair and equitable with respect to each class of claims or interests that is impaired under and has not accepted the Plan;

  H. The Plan has been proposed in good faith and not by any means forbidden by law;

  I. Any payment made, or to be made, by the Debtors for services or for costs and expenses in, or in connection with, the case, or in connection with the Plan and incident to the case, has been approved by the Court or is subject to approval of the Court as reasonable;

  J. The Debtors intend to pay in full all creditors holding claims entitled to priority pursuant to 11 U.S.C. §§ 507(a)(l) through (a)(9) of the Bankruptcy Code; and

  K. Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtors.

  Upon the consideration by the Court of the proposed confirmation of the Plan after a hearing on the same, it is ORDERED, ADJUDGED AND DECREED that:

  1. The respective objections filed by the United States Trustee at Docket No. 160 and by Terry Lynn at Docket No. 159 are each overruled.

  2. The Plan complies with all applicable provisions of the Bankruptcy Code and applicable Bankruptcy Rules relating to confirmation and is hereby CONFIRMED under 11 U.S.C. § 1191(b).

  3. All of the executory contracts and unexpired leases designated for assumption under the Plan shall be and hereby are assumed. Those executory contracts and unexpired leases that are not designated for assumption under the Plan or are not othewise addressed by the terms

of this Order, shall be and hereby are rejected. The provisions of this Order shall not adversely affect any lease or executory contract assumed or rejected by prior order of this Court.

    4.    With respect to the Plan provisions related to the Shellpoint Mortgage Servicing ("Shellpoint") claim, the Debtors and Shellpoint agree that the Plan is modified as follows. Article IV, Section 4.1.1 of the Plan provides for the treatment of Shellpoint and such Plan provisions are amended to include the following: (a) The sole impairment to the Shellpoint claim is the total contractual arrearage in the amount of $15,334.13, less the Debtors' installment payment for December, 2023, which the Debtors shall cure in full within 12 months of the Effective Date of Debtors' Plan, with such full payment to include simple interest at 8.5% accruing from the Effective Date until the claim is satisfied. The contractual arrears will be cured in a lump sum payment. The Plan does not otherwise alter or impair any other term of the applicable loan documents (the "Loan Documents") that otherwise determine the claim of Shellpoint as to the Debtors; (b) The Debtors stipulate to the allowance of Proof of Claim No. 40 as filed by Shellpoint and waive any objection to the same; (c) In addition to curing the arrears, all regular contract payments for the mortgage loan to Shellpoint secured by the Residence shall continue to be paid by the Debtors directly to Shellpoint until such time as Shellpoint's claim is fully satisfied in accordance with the Loan Documents by the sale of the Residence or by other means. Notwithstanding the provision in Article VIII, Section 8.2 of the Plan that provides for the Debtors to receive 30 days' notice of their alleged default in payments due under the Plan, nothing in the Plan or this Order alters the due dates, interest rate terms (other than set forth in 4(a)), above, or other contractual terms of the contractual payments required to be paid to Shellpoint per the Loan Documents.

5.    Article I, Section 1.2.1 of the Plan provides for the sale of the Debtors' residence (the "Residence"), and such Plan provisions are amended to include the following: The sale of the Residence as contemplated by this Plan shall require the full payment of the allowed claims according to the payoff balances of the Class One and Class Two mortgage claim holders at the time of the sale of the Residence.

6.    In Article III, Section 3.4 related to the elimination of classes for voting purposes, the words, "or as to which no vote is cast," are stricken from the Plan.

7.    For the specific and limited purposes of determining the "nonexempt net proceeds" required in Section 8.2 in the Event of Default and the "nonexempt net proceeds" necessary to satisfy the Lump Sum Payment as defined in and required by Section 1.2.2 of the Plan, the Debtors do not assert their tenants by the entireties exemption in the proceeds of the sale of their Residence. For the avoidance of doubt, the Debtors preserve and do not waive their right to assert any tenants by the entireties exemption to which they may be entitled for any other purposes in this case, including but not limited to the conversion of the case or in the event the Plan is modified, or as may otherwise be asserted by the Debtors.

8.    Subject to the requirements of the Plan as amended by this Order, the Debtors are hereby authorized to act as the disbursing agent for all payments remitted under this confirmed Plan on behalf of the Debtors.

9.    The declaration signed pursuant to 28 U.S.C. § 1746 stating that all required funds have been distributed or identifying any defaults required by Article I, Section 1.8, shall also include a detailed ledger describing each payment made by the Debtors under the Plan as part of the distribution together with a copy of the monthly statement issued by the financial institution for the account on which payments were made, to the Subchapter V Trustee.

10. An Event of Default in Article VIII, Section 8.2, subparagraph (a) is amended and replaced with the following:

> The failure of the Debtors to make any payment or distribution when due under the Plan or to provide the declaration and ledger required under Article I, Section 1.8, which failure shall continue for a period of thirty (30) days or more after written notice from a creditor or the Subchapter V Trustee to the Debtors and Debtors' counsel (in accordance with section 10.8 of this Plan if the notice is from a creditor or the Subchapter V Trustee) and also to the Subchapter V Trustee (if the notice is from a creditor) regarding the default; and,

11. In the event that the Debtors are granted a discharge, such discharge order shall not otherwise discharge the claim of Terry Lynn to the extent such claims is determined to be nondischargeable under the Adversary Proceeding Case No. 23-06013 that is currently pending and that was originally filed on May 4, 2023.

12. The Debtors and any other required party shall perform any act necessary for the consummation of the Plan.

13. The effective date (the "Effective Date") of the Plan shall be 30 days after the date of this Order confirming the Plan.

14. Any proof of claim objections must be filed within the later of 60 days of: (a) the Effective Date or (b) the filing of a proof of claim or amendment.

15. Requests for payment of administrative expense claims existing as of the Effective Date this Plan must be filed with the Bankruptcy Court and served on the Debtors no later than forty-five (45) days after the Effective Date.

**Any entity that is required to, but fails, to file a request for allowance of an administrative expense claim on or before the deadline referenced above shall be forever barred from asserting such administrative expense claim against the Debtors, and the holder thereof shall be enjoined from commencing or continuing any action, employment**

**of process, or act to collect, offset, or recover amounts asserted against the Debtors for such administrative expense claim.**

16.     All professionals employed in this case pursuant to §§ 327, 328, or 1103 of the Bankruptcy Code, and/or the Subchapter V Trustee who may seek an award of a professional fee claim incurred through and including the Effective Date shall, unless otherwise ordered by the Bankruptcy Court, file their respective final applications for allowance of compensation for services rendered and reimbursement of expenses incurred by the date that is no later than forty-five (45) days after the Effective Date.

17.     The Debtors have filed all required periodic operating reports due through the hearing on the confirmation of the Plan. The Debtors shall file operating reports for the period of December 1 through the Effective Date.

18.     Upon completion of all payments under the Plan, Debtors shall file a notice of completion of all payments under the Plan and may file a motion for discharge, served on all holders of allowed claims, the Subchapter V Trustee and the United States Trustee, in which the Debtors shall certify that the Debtors (i) have satisfied the standards set forth in 11 U.S.C. § 1192 of the Code; and (ii) have completed all payments under the Plan due within the first 3 years of the Effective Date. Unless a party timely objects and the Court sustains the objection to the motion for discharge, the Debtors shall be granted a discharge.

19.     The Subchapter V Trustee shall continue to serve in the Case until the Debtors are granted a discharge.

20.     For the avoidance of doubt, as used in the Plan, the terms "Debtors," "Debtors and/or Reorganized Debtors," and "debtors and/or Reorganized Debtors" refer to the

Reorganized Debtors to the extent that the Plan provisions relate to post-confirmation matters or events.

21. The Court retains jurisdiction as set forth in the Plan.

IT IS FURTHER ORDERED that to the extent there are conflicting provisions in the Plan, this Order shall govern.

**END OF ORDER**

I ask for this:

/s/ David Cox
David Cox
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434-845-2600
434-845-0727 fax
*Counsel for the Debtors and Debtors in Possession*


Seen:

/s/ W. Joel Charboneau
W. Joel Charboneau (VSB #68025)
United States Department of Justice
Office of The United States Trustee
210 First Street, S.W., Suite 505
Roanoke, Virginia 24011
540-857-2699 (Office)
Joel.Charboneau@usdoj.gov
*Trial Attorney for the Office of the United States Trustee*

Seen without objection:

/s/ William E. Callahan, Jr.
William E. Callahan, Jr.
*Subchapter V Trustee*
10 Franklin Road SE, Suite 900
Roanoke, VA 24011
540-983-9009
Callahan@gentrylocke.com

Seen:

/s/ Terry Lynn
Terry Lynn, Esq. (VSB # 39926)
Law Offices of Terry Lynn PLLC
695 Bent Oaks Drive
P.O. Box 374
Earlysville, Virginia 22936
Phone: (434) 964-9152
Fax: (434) 964-9275
terry@terrylynnlaw.com
*Pro se*

Seen and agreed :

/s/ Barry Spear
Barry Spear
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond VA 23229
Tel: (804) 282-0463
Cell: (804) 248-9778
Fax: (804) 282-0541
mailto:Barry.Spear@bww-law.com
*Counsel to Shellpoint Mortgage Servicing*

United States Bankruptcy Court

Western District of Virginia

| | |
|---|---|
| In re: | Case No. 23-60148-rbc |
| Tommy Dewayne Dobson | Chapter 11 |
| Anne Christine Dobson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0423-6 | User: admin | Page 1 of 7 |
| Date Rcvd: Dec 22, 2023 | Form ID: pdf001 | Total Noticed: 199 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tommy Dewayne Dobson, Anne Christine Dobson, 91 Beaver Dam Court, Keswick, VA 22947-2186 |
| cr | + | Ernest Maier, Inc., c/o Neal L Walters Esq, PO Box 2737, Charlottesvillle, VA 22902-2737 |
| cr | #+ | Louis R. Morris, 3190 Prestwick Place, Keswick, VA 22947-9114 |
| cr | + | O'Toole Distribution Inc. d/b/a Pella Virginia, 2207 Station Road, Richmond, VA 23224, UNITED STATES 23234-5132 |
| cr | + | Terry Lynn, The Law Offices of Terry Lynn PLLC, 695 Bent Oaks Drive, P.O. Box 374, Earlysville, VA 22936-0374 |
| cr | + | Wilmington Trust, National Association, not in its, 8100 Three Chopt Rd., Suite 240, Richmond, VA 23229-4833 |
| 5133519 | + | A G Dillard Inc., PO Box 7427, Charlottesville, VA 22906-7427 |
| 5133520 | + | A. C. Fox Paving, 1605 Hunters Lodge Rd, Troy, VA 22974-4341 |
| 5133521 | + | Advanced Concrete Foundation Inc., 3798 Three Notch Rd, Louisa, VA 23093-2719 |
| 5133522 | + | Affordable Lawns & Landscapes LLC, 910 Thessalonia Rd, Bremo Bluff, VA 23022-2225 |
| 5133523 | + | Airflow Systems, Inc., 1134 Rose Hill Drive, Charlottesville, VA 22903-5128 |
| 5133524 | + | Al's Concrete Pumping, 9457 Cross Country Rd, Mineral, VA 23117-2900 |
| 5133525 | + | Allied Portables, PO Box 93, Charlottesville, VA 22902-0093 |
| 5133528 | + | Anthem Health, PO Box 11792, Newark, NJ 07101-4792 |
| 5149084 | + | Aric Holsinger, 108 Bethany Lane, Crozet, Va 22932-1574 |
| 5133529 | + | Aric and Lara Holsinger, 108 Bethany Lane, Crozet, VA 22932-1574 |
| 5164934 | + | Atlantic Union Bank, PO Box 5568, Glen Allen, VA 23058-5568 |
| 5133533 | + | Belew's Hauling & Excavating, 1891 Payne Mill Rd, Troy, VA 22974-3618 |
| 5133534 | + | Better Living, Inc., PO Box 7627, Charlottesville, VA 22906-7627 |
| 5133535 | + | Blue Ridge Soil Consulting Inc., PO Box 418, Ruckersville, VA 22968-0418 |
| 5133537 | + | Bradley and Marcy Daniel, c/o James P. Cox III, Esq, 310 4th Street NE, PO Box 298, Charlottesville, VA 22902-0298 |
| 5133536 | + | Bradley and Marcy Daniel, 938 Apero Way, El Dorado Hills, CA 95762-7732 |
| 5133538 | + | Brother2s Construction LLC, 3703 Lancaster Ring Rd., Fredericksburg, VA 22408-7710 |
| 5133539 | + | Browns HVAC LLC, 2138 Martin Kings Rd, Scottsville, VA 24590-4261 |
| 5133540 | + | C2C Resources, LLC, 1455 Lincoln Pkwy E Ste. 550, Atlanta, GA 30346-2288 |
| 5133545 | + | CGM - Classic Granite & Marble, 1355 Anderson Hwy, Powhatan, VA 23139-8002 |
| 5150211 | + | CHO Investments LLC, c/o Paul J. Feinman, Petty, Livingston, Dawson & Richards, P. O. Box 1080, Lynchburg, VA 24505-1080 |
| 5148536 | + | CNH Industrial Capital America LLC, c/o Carl A. Eason, Esq., Wolcott Rivers Gates, 200 Bendix Road, Ste 300, Virginia Beach, VA 23452-1396 |
| 5133542 | + | Cardinal Home Center, 322 Washington Street, Madison, VA 22727-3019 |
| 5133543 | + | Carter Machinery Company, PO Box 751053, Charlotte, NC 28275-1053 |
| 5133548 | + | Chris Neese Hauling & Excavating LLC, 1135 Tanbark Dr., Afton, VA 22920-2711 |
| 5133547 | + | Chris and Helen Karls, 3154 Keswick Ln., Keswick, VA 22947-2707 |
| 5133549 | + | Christopher P Hopkins, dba C&D Doors, 18278 Verling Dr., Gordonsville, VA 22942-8888 |
| 5133550 | + | Clemente Roofing, 84 Jessica St, Crimora, VA 24431-2309 |
| 5133552 | + | Commonwealth Building Materials, PO Box 935993, Atlanta, GA 31193-5993 |
| 5147909 | + | Commonwealth Building Materials, Inc., c/o Paul J. Feinman, Petty, Livingston, Dawson & Richards, P. O. Box 1080, Lynchburg, VA 24505-1080 |
| 5133553 | + | Creations Unlimited, Inc, PO Box 704, Stuarts Draft, VA 24477-0704 |
| 5139292 | + | Creditors Collection Service, PO Box 21504, Roanoke, VA 24018-0152 |

Case 23-60148    Doc 241    Filed 12/24/23    Entered 12/25/23 00:21:15    Desc Imaged
Certificate of Notice    Page 11 of 16

| District/off: 0423-6 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: pdf001 | Total Noticed: 199 |

| | | |
|---|---|---|
| 5133561 | + | DKP Contruction LLC, 13458 Lock Loop, Woodbridge, VA 22192-4447 |
| 5133556 | + | Davenport & Valley Insulation, PO Box 534451, Atlanta, GA 30353-4451 |
| 5133557 | + | David Roberts and David Spencer, 409 Fennel Rd, Crozet, VA 22932-2320 |
| 5133558 | + | Davis Appliances LLC, 1202 E. High St., Charlottesville, VA 22902-4926 |
| 5133559 | + | Davis Pest Management, 12331 Spotswood Trail, Ruckersville, VA 22968-2856 |
| 5133560 | + | DeHaan & Bach, 25 Whitney Dr., Ste. #106, Milford, OH 45150-8400 |
| 5139293 | + | Department of Motor Vehicles, 5517 S Laburnum Avenue, Richmond, VA 23231-4430 |
| 5133562 | + | Dobson Homes, Inc., 91 Beaver Dam Ct., Keswick, VA 22947-2186 |
| 5133564 | + | Eco Marble & Granite Inc., 4297 Carolina Ave, Richmond, VA 23222-1403 |
| 5136788 | + | Ernest Maier Inc d/b/a Skyline Brick, c/o Neal L Walters, PO Box 2737, Charlottesville VA 22902-2737 |
| 5136997 | + | Ernest Maier, Inc. dba Skyline Brick, c/o Neal L. Walters, Esquire, 418 East Water Street, Charlottesville, VA 22902-5242 |
| 5133566 | + | Farrish Plumbing, 3796 Glenmore Rd, Scottsville, VA 24590-6364 |
| 5133567 | + | Ferguson Enterprises, PO Box 417592, Boston, MA 02241-7592 |
| 5147911 | + | Ferguson Enterprises, LLC, c/o Paul J. Feinman, Petty, Livingston, Dawson & Richards, P. O. Box 1080, Lynchburg, VA 24505-1080 |
| 5133568 | + | Financial Recovery, Inc., PO Box 21107, Roanoke, VA 24018-0112 |
| 5133569 |   | Fireside Hearth & Home, PO Box 414845, Elkridge, MD 21075 |
| 5139294 | + | Fireside Hearth and Home, Attn: Kathy McKenzie, 6671 Santa Barbara Road #J, Elkridge, MD 21075-5842 |
| 5133570 | + | Flameless Specialties Inc., 512 Brookway Dr., Charlottesville, VA 22901-3711 |
| 5133571 | + | Foster Well & Pump Co., PO Box 260, Earlysville, VA 22936-0260 |
| 5133573 |   | Frank & Debbie Hollowell, c/o Peter Caramanis, Esq, 200-C, 200 Garret St., Charlottesville, VA 22902 |
| 5133572 | + | Frank & Debbie Hollowell, 560 Drumin Road, Keswick, VA 22947-9217 |
| 5133574 | + | Fullerton & Knowles, 12642 Chapel Rd, Clifton, VA 20124-1953 |
| 5133575 | + | Gene T. Gibson, dba Gibson Backhoe, c/o W. Jeffrey Dalton CPA, 3052 Berkmar Drive, Ste. A, Charlottesville, VA 22901-3406 |
| 5147041 | + | Geoffrey J Elsie and Kristi L Elsie, 415 4th St NE, Charlottesville, VA 22902-4744 |
| 5133576 | + | Gerald V 'Kirk' Hughes, dba Kirk Hughes & Associates, 220 East High St., Charlottesville, VA 22902-5177 |
| 5133577 | + | Glen and Nancy Littlefield, 1936 Piper Way, Keswick, VA 22947-9107 |
| 5133578 | + | Green For Life Environmental, 26999 Central Park Blvd Ste. 200, Southfield, MI 48076-4145 |
| 5133579 | + | H&P Painting Services LLC, 924 Henry Ave., Charlottesville, VA 22903-5272 |
| 5133580 | + | H&P Services, 924 Henry Ave., Charlottesville, VA 22903-5272 |
| 5133581 | + | Homestead Building Systems, Inc., 10109 Piper Lane, Bristow, VA 20136-1418 |
| 5133584 | + | Jamerson's Plumbing, 821 Self Rd, Scottsville, VA 24590-6376 |
| 5133585 | + | Jason Williams, 4104 Ruritan Lake Rd, Palmyra, VA 22963-5027 |
| 5162451 | + | Jeffrey S. Haynes, Haynes Patrick Law Group, P.C., 375 Four Leaf Lane, Suite 202, Charlottesville, VA 22903-6905 |
| 5133586 | + | Jerry Sikman Flooring Inc., 1575 Overlook Dr, Charlottesville, VA 22903-9621 |
| 5133587 | + | Jessica Primm, dba Jessica Primm Landscape Architecture, PO Box 1422, Charlottesville, VA 22902-1422 |
| 5133590 | + | Jon and Pamela Freedman, c/o David W. Thomas, Esq, 310 4th Street NE, PO Box 298, Charlottesville, VA 22902-0298 |
| 5137073 | + | Jonathan & Linda Alexander, c/o Stephan W. Milo, Esq., Wharton Aldhizer & Weaver PLC, 125 S Augusta St Ste 2000, Staunton, VA 24401-4386 |
| 5133592 | + | Jonathan and Linda Alexander, c/o Kristina M. Hofmann, Esq., DeLoria & Hofmann LLP, 2216 Ivy Rd., Suite 202, Charlottesville, VA 22903-4966 |
| 5133591 | + | Jonathan and Linda Alexander, 1042 Carodon Drive, Ruckersville, VA 22968-3185 |
| 5147040 | + | Joseph W Wright III, 415 4th St NE, Charlottesville, VA 22902-4744 |
| 5139295 | + | Juanita Haydel, 3405 Valewood Drive, Oakton, VA 22124-2225 |
| 5149229 | + | LOUSIA COUNTY, HENRY B. WASH, TREASURER, 1 WOOLFOLK AVE, SUITE 202, LOUSIA, VA 23093-4278 |
| 5133593 | #+ | Landscape Supply, PO Box 12706, Roanoke, VA 24027-2706 |
| 5133594 | + | Lawrence Equipment, PO Box 335, Cloverdale, VA 24077-0335 |
| 5133596 | + | Local Storage Fluvanna, 21 Burns Plaza, Palmyra, VA 22963-3170 |
| 5133597 | + | Louis R. Morris, 1509 Kinross Lane, Keswick, VA 22947-9112 |
| 5133598 | + | Louis R. Morris, c/o James P. Cox, Esq., 310 4th Street NE, PO Box 298, Charlottesville, VA 22902-0298 |
| 5133599 | + | Luck Ecosystems, PO Box 22696, New York, NY 10087-2696 |
| 5141477 | + | Luck Stone Corporation, Fullerton & Knowles, PC, 12642 Chapel Road, Clifton, VA 20124-1953 |
| 5133600 | + | Luck Stone Corporation, PO Box 22696, New York, NY 10087-2696 |
| 5133602 | + | MAUA, Inc., 181 Whitney Lane, Bumpass, VA 23024-3443 |
| 5133601 |   | Marco Metals LLC, 4776 S. Valley Pike, Harrisonburg, VA 22801 |
| 5144540 | + | Matthew D. Huebschman, 3807 Brandon Ave., Suite 2425, Roanoke, VA 24018-1445 |
| 5133603 | + | Mayank and Sejal Gala, 131 Hancock Dr., Ruckersville, VA 22968-3553 |
| 5133604 | + | Mayank and Sejal Gala, c/o Thaddeus L. Lyman, Esq., 619 E High St., Charlottesville, VA 22902-5135 |
| 5146993 | + | Michael & Karen Littlefield, 1951 Lewis Mountain Road, Charlottesville, VA 22903-2436 |
| 5133607 | + | Michael G and Karen R. Littlefield, 1951 Lewis Mountain Rd., Charlottesville, VA 22903-2436 |
| 5139316 | + | Michael and Nina Murray, c/o Stephan W. Milo, Esq., Wharton Aldhizer & Weaver PLC, 125 S Augusta St Ste 2000, Staunton, VA 24401-4386 |
| 5133606 | + | Michael and Nina Murray, c/o Michael E. Derdeyn, Esq, PO Box 2057, Charlottesville, VA 22902-2057 |
| 5133605 | + | Michael and Nina Murray, 1619 Old Trail Drive, Crozet, VA 22932-3342 |

| | | |
|---|---|---|
| District/off: 0423-6 | User: admin | Page 3 of 7 |
| Date Rcvd: Dec 22, 2023 | Form ID: pdf001 | Total Noticed: 199 |

| | | |
|---|---|---|
| 5133608 | + | Miguel Navarro, dba First Class Painting, 1631 Crenshaw Court, Charlottesville, VA 22901-1382 |
| 5133609 | + | Miguel Trujillo, dba M.T. Stone & Stucco LLC, 100 Dorset Court, Charlottesville, VA 22911-8336 |
| 5133610 | + | Morris Tile, PO Box 6446, Richmond, VA 23230-0446 |
| 5133611 | + | Nancy Mumm, Trustee, C/O Neal L Walters Esq, PO Box 2737, Charlottesville VA 22902-2737 |
| 5133612 | + | O'Reilly Auto Parts, 1242 Richmond Rd., Charlottesville, VA 22911-3515 |
| 5150260 | | O'Toole Distribution Inc. d/b/a Pella Virginia, Sands Anderson PC, Attn: Klementina V. Pavlova, Esq., P.O. Box 1998, Richmond, VA 23218-1998 |
| 5133613 | + | O'Toole Distribution, Inc., 2207 Station Rd, Richmond, VA 23234-5132 |
| 5133614 | + | Pedro Matias, 2480 Ponderosa Trail, Charlottesville, VA 22903-7829 |
| 5133615 | + | Pella Windows & Doors, 2207 Station Road, North Chesterfield, VA 23234-5132 |
| 5133616 | | Peter and Theresa Reines, 1406 Queenscroft, Keswick, VA 22947 |
| 5139296 | + | Phydos Clinic, 1011 East Jefferson Street, Ste. 2, Charlottesville, VA 22902-5354 |
| 5133617 | + | Plumb Line Foundations & Excavating, 91 Beaver Dam Ct, Keswick, VA 22947-2186 |
| 5133618 | + | Precision Gass Piping LLC, 68 Branchland Court, Ruckersville, VA 22968-9545 |
| 5133619 | + | Quarles Petroleum Inc., PO Box 745736, Atlanta, GA 30374-5736 |
| 5133621 | + | RC Contractor LLC, 227 Shamrock Dr., Charlottesville, VA 22903-3736 |
| 5133624 | + | RMC Design LLC, 4996 Fairwinds Ct, Crozet, VA 22932-3153 |
| 5133622 | + | Rexel, Inc., 1197A 5th St. SW, Charlottesville, VA 22902-6466 |
| 5133623 | + | Ricoh USA, Inc., PO Box 827577, Philadelphia, PA 19182-7577 |
| 5133625 | + | Roy and Mary Whitley, 1775 Frays Ridge Crossing, Earlysville, VA 22936-1886 |
| 5133626 | + | Ruben Gatica Larrea, 360 Minor Ridge Rd, Charlottesville, VA 22901-1652 |
| 5133628 | + | Salmon Masonry, Concrete Division, 14640 Jefferson Hwy, Bumpass, VA 23024-3520 |
| 5140443 | | Sands Anderson PC, 1111 East Main Street, P.O. Box 1998, Richmond, VA 23218-1998 |
| 5148997 | + | Scott and Kimberly Bolin, 152 Muirfield Dr, Ponte Vedre Beach, FL 32082-3932 |
| 5133631 | + | Sherwin Williams Co, 12787 Booker T. Washington Hwy, Ste. 105, Hardy, VA 24101-3975 |
| 5133632 | + | Skyline Brick, 4700 Annapolis Rd, Bladensburg, MD 20710-1202 |
| 5133633 | + | Staples, 243 Ridge Mcintire Rd, Charlottesville, VA 22903-5043 |
| 5133634 | | Steve & Barbara Ryan, c/o Peter J. Caramanis, 200-C, 200 Garrett St., Charlottesville, VA 22902 |
| 5139297 | | Steve & Barbara Ryan, c/o Peter J. Caramanis, Esq., 200-C, 200 Garrett Street, Charlottesville, VA 22902 |
| 5133635 | + | Steve and Barbara Ryan, 8 Fleetwood Dr., Palmyra, VA 22963-2652 |
| 5133639 | + | Sylvia Bailey, 4303 Ragged View Ct., Charlottesville, VA 22903-9338 |
| 5133640 | + | T&A Drywall, 2495 Ponderosa Trail, Charlottesville, VA 22903-7829 |
| 5133641 | + | T&N Printing, 205 12th Street NE, Charlottesville, VA 22902-5404 |
| 5133643 | + | TC2 Design Inc., 261 Oak Park Rd, Ste. 201, Madison, VA 22727-4218 |
| 5149231 | + | TROYS AUTO & DIESEL, 100 SHADWELL HEIGHTS ROAD, CHARLOTTESVILLE, VA 22911-3606 |
| 5138219 | + | Terry Lynn, P.O. Box 374, Earlysville, VA 22936-0374 |
| 5133644 | + | Terry Lynn, 4106 Earlysville Rd, Earlysville, VA 22936-2501 |
| 5133645 | + | The Harriston Group LLC, PO Box 1084, Harrisonburg, VA 22803-1084 |
| 5139298 | + | The Local Storage Group, 21 Burns Plaza, Palmyra, VA 22963-3170 |
| 5133646 | + | The Luchair Co., 261 Thornrose Ave, Staunton, VA 24401-3168 |
| 5133647 | + | The Sherwin Williams Co., 341 Towncenter Lane, Ste. 100, Charlottesville, VA 22911-5618 |
| 5140548 | + | The Sherwin-Williams Company, c/o Solodar & Solodar, Attys, 4825 Radford Ave Suite 201, Richmond VA 23230-3532 |
| 5133651 | + | Thomas Marsh, 76 Windy Acres Loop, Afton, VA 22920-2726 |
| 5133648 | + | Thomas and Elizabeth Rollo, 6310 Indian Ridge Drive, Earlysville, VA 22936-1643 |
| 5133650 | + | Thomas and Sally Daly, c/o James Hundley, Esq., 5501 Staples Mill Road, Richmond, VA 23228-5438 |
| 5144209 | + | Thomas and Sally Daly, c/o Andrew S. Goldstein, PO Box 404, Roanoke, VA 24003-0404 |
| 5133649 | + | Thomas and Sally Daly, 4 Dolphin Rd., New City, NY 10956-6307 |
| 5133652 | + | Tiger Fuel Co., PO Box 1607, Charlottesville, VA 22902-1607 |
| 5133653 | + | Town Flooring, 3285 Berkmar Dr, Charlottesville, VA 22901-1475 |
| 5139299 | | Truist Bank, 214 N. Tyson Street, Charlotte, NC 28202 |
| 5133654 | | Union Bank & Trust, 3643 S 48th Lincoln St., Lincoln, NE 68506 |
| 5133657 | + | Van Der Linde Crane Services LLC, 3073 Craigs Store Road, Afton, VA 22920-2841 |
| 5133658 | | Van Der Linde Recycling, 820 Hydraulic Rd, Ste. 1, Charlottesville, VA 22901 |
| 5133660 | + | Virginia Asphalt Services Inc, 499 Burchs Creed Rd, Crozet, VA 22932-3606 |
| 5133661 | + | Virginia Contractors Supply, Inc., 9106 Owens Drive, Manassas, VA 20111-4803 |
| 5133662 | + | Wakefield Law, PLLC, 881 Harrison Street, SE, Leesburg, VA 20175-4033 |
| 5133664 | + | White Cap, LP, PO Box 4852, Orlando, FL 32802-4852 |
| 5192919 | + | Wilmington Trust, National, Association, not in its individual capac, BWW Law Group, LLC, 8100 Three Chopt Rd., Suite 240 Richmond, VA 23229-4833 |
| 5133665 | + | Wilson Ready Mix, PO Box 1347, Harrisonburg, VA 22803-1347 |
| 5147907 | + | Wilson Ready Mix, LLC, c/o Paul J. Feinman, Petty, Livingston, Dawson & Richards, P. O. Box 1080, Lynchburg, VA 24505-1080 |
| 5133666 | + | Witmer's Boom Pumping LLC, 188 Coffman Rd, Weyers Cave, VA 24486-2108 |
| 5133667 | + | Witmer's Concrete Pumping LLC, 188 Coffman Rd, Weyers Cave, VA 24486-2108 |

Case 23-60148   Doc 241   Filed 12/24/23   Entered 12/25/23 00:21:15   Desc Imaged
                          Certificate of Notice   Page 13 of 16

| District/off: 0423-6 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: pdf001 | Total Noticed: 199 |

| 5146240 | #+ | peter & theresa reines, 3510 Wedgewood Ct, Keswick, VA 22947-9180 |

TOTAL: 160

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5133518 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 20:58:26 | 84 Lumber, PO Box 365, Eighty Four, PA 15330-0365 |
| 5139291 | + | Email/Text: g20956@att.com | Dec 22 2023 20:49:00 | AT&T, PO Box 6463, Carol Stream, IL 60197-6463 |
| 5133530 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 20:58:27 | AT&T, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5133531 | | Email/Text: bankruptcy@atlanticunionbank.com | Dec 22 2023 20:49:00 | Atlantic Union Bank, Attn: Bankruptcy Dept, PO Box 176, Blacksburg, VA 24063 |
| 5171333 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 22 2023 20:58:31 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 300001, Greenville, TX 75403-3001 |
| 5143470 | | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 20:58:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5133526 | + | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 20:58:28 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5139811 | + | Email/Text: bankruptcy@atlanticunionbank.com | Dec 22 2023 20:49:00 | Atlantic Union Bank, 1051 East Cary Street, Suite 1200, Richmond, VA 23219-4044 |
| 5133532 | + | Email/Text: bankruptcy@bbandt.com | Dec 22 2023 20:49:00 | BB&T, PO Box 580048, Charlotte, NC 28258-0048 |
| 5133544 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Dec 22 2023 20:49:00 | CAT Financial, PO Box 13834, Newark, NJ 07188 |
| 5133551 | + | Email/Text: nafaxhrbk@cnhind.com | Dec 22 2023 20:49:00 | CNH Industrial Capital, PO Box 71264, Philadelphia, PA 19176-6264 |
| 5133555 | | Email/Text: bankruptcy@credcontrol.com | Dec 22 2023 20:49:00 | Credit Control Corporation, Attn: Bankruptcy, PO Box 120570, Newport News, VA 23612 |
| 5133541 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2023 20:58:26 | Capital One Services, LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5133554 | + | Email/Text: bankruptcy@credencerm.com | Dec 22 2023 20:49:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 5133563 | | Email/Text: DEbankruptcy@domenergy.com | Dec 22 2023 20:49:00 | Dominion Energy, PO BOX 26543, Richmond, VA 23290 |
| 5144312 | | Email/Text: G06041@att.com | Dec 22 2023 20:49:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5133565 | + | Email/Text: bankruptcy@ercopco.com | Dec 22 2023 20:49:00 | Elizabeth River Tunnels, 309 County St, Portsmouth VA 23704-3701 |
| 5133583 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2023 20:49:00 | Internal Revenue Service***, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5133546 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2023 20:58:30 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 5140818 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 22 2023 20:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5171526 | | Email/Text: bkr@taxva.com | Dec 22 2023 20:49:00 | Louisa County Treasurer, PO BOX 523, Louisa, VA 23294 |
| 5134976 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 20:58:21 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 23-60148    Doc 241    Filed 12/24/23    Entered 12/25/23 00:21:15    Desc Imaged
Certificate of Notice    Page 14 of 16

| District/off: 0423-6 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: pdf001 | Total Noticed: 199 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 5144108 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2023 20:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5133620 | + | Email/Text: bknotice@raslavrar.com | Dec 22 2023 20:49:00 | RAS LaVrar, LLC, 1133 S. University Dr. 2nd Fl, Fort Lauderdale, FL 33324-3303 |
| 5133627 | + | Email/PDF: pa_dc_claims@navient.com | Dec 22 2023 20:58:21 | Sallie Mae, Inc, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 5133629 | + | Email/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com | Dec 22 2023 20:49:00 | Sentara Martha Jefferson Hos., 500 Martha Jefferson Dr., Charlottesville, VA 22911-4668 |
| 5192861 | + | Email/Text: ecfbnc@aldridgepite.com | Dec 22 2023 20:49:00 | Shellpoint Mortgage Servicing, c/o Evan Durkovic, ALDRIDGE PITE, LLP, Six Piedmont Center, 3525 Piedmont Road N.E., Suite 700, Atlanta, GA 30305-1608 |
| 5133630 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 22 2023 20:49:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 5133638 | ^ | MEBN | Dec 22 2023 21:23:17 | Sunbelt Rentals, PO Box 409211, Atlanta, GA 30384-9211 |
| 5133642 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Dec 22 2023 20:58:21 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 5136883 | | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2023 20:58:22 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5135069 | + | Email/Text: RPFBSCANNING@UVAHEALTH.ORG | Dec 22 2023 20:49:00 | UVA MEDICAL CENTER, P.O. BOX 743977, ATLANTA, GA 30374-3977 |
| 5135068 | + | Email/Text: RPFBSCANNING@UVAHEALTH.ORG | Dec 22 2023 20:49:00 | UVA PHYSICIANS GROUP, P.O. BOX 743977, ATLANTA, GA 30374-3977 |
| 5133655 | ^ | MEBN | Dec 22 2023 21:23:17 | University of Virginia Health System, PO Box 743977, Atlanta, GA 30374-3977 |
| 5133656 | + | Email/Text: va_tax_bk@harriscollect.com | Dec 22 2023 20:49:00 | Va Department Of Taxation*, Attn: Bankruptcy, P O Box 2156, Richmond, VA 23218-2156 |
| 5133659 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 22 2023 20:49:00 | Verizon****, 500 Technology Dr. # 550, Weldon Spring, MO 63304-2225 |
| 5135291 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 22 2023 20:58:27 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4938 |
| 5133663 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 22 2023 20:58:30 | Wells Fargo-pl&l, MAX F8234F-02F, PO Box 10438, Des Moines, IA 50306-0438 |
| 5150182 | | Email/Text: mtgbk@shellpointmtg.com | Dec 22 2023 20:49:00 | Wilmington Trust, N.A. Trustee (See 410), c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CNH Industrial Capital America LLC |
| cr | | Elizabeth J Rollo |
| acc | | Hoffman & Associates, PC |
| cr | | Jonathan & Linda Alexander |
| cr | | Mary Whitley |
| cr | | Michael and Nina Murray |
| cr | | Roy Whitley |
| cr | | Shellpoint Mortgage Servicing |

| District/off: 0423-6 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: pdf001 | Total Noticed: 199 |

| | | |
|---|---|---|
| cr | | Thomas E Rollo |
| 5140137 | | 2207 Station Road, Richmond, VA 23224 |
| 5133636 | | Steve and Barbara Ryan, c/o Peter J. Caramanis, Esq. |
| cr | *+ | Aric Holsinger, 108 Bethany Lane, Crozet, VA 22932-1574 |
| cr | *+ | Atlantic Union Bank, 1051 East Cary Street, Suite 1200, Richmond, VA 23219-4044 |
| cr | *+ | CHO Investments LLC, c/o Paul J. Feinman, Petty, Livingston, Dawson & Richards, PO Box 1080, Lynchburg, VA 24505-1080 |
| cr | *+ | Commonwealth Building Materials, Inc., c/o Paul J. Feinman, Petty, Livingston, Dawson & Richards, PO Box 1080, Lynchburg, VA 24505-1080 |
| cr | *+ | Ferguson Enterprises, LLC, c/o Paul J. Feinman, Petty, Livingston, Dawson & Richards, PO Box 1080, Lynchburg, VA 24505-1080 |
| cr | *+ | Thomas and Sally Daly, c/o Andrew S. Goldstein, PO Box 404, Roanoke, VA 24003-0404 |
| cr | *+ | Wilson Ready Mix, LLC, c/o Paul J. Feinman, Petty, Livingston, Dawson & Richards, PO Box 1080, Lynchburg, VA 24505-1080 |
| 5143471 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5149230 | *+ | LOUSIA COUNTY, HENRY B. WASH, TREASURER, 1 WOOLFOLK AVE, SUITE 202, LOUSIA, VA 23093-4278 |
| 5144109 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5133527 | ##+ | Annie Hyder, 3679 Red Foz Lane, Keswick, VA 22947-2623 |
| 5133582 | ##+ | HydroGeo Environmental LLC, 418 East Main St, Charlottesville, VA 22902-5236 |
| 5133588 | ##+ | John and Lina McMurry, 2350 N. Spring Ct., Lafayette, CO 80026-2738 |
| 5133589 | ##+ | Jon and Pamela Freedman, 3300 Rosewood Ln., Charlottesville, VA 22903-9359 |
| 5133595 | ##+ | LC Marshall & Sons Landscaping, 432 Mosely Drive, Charlottesville, VA 22903-4310 |
| 5133637 | ##+ | Story House Real Estate, Kristin Sorotki, 2248 Ivy Rd, Charlottesville, VA 22903-4977 |
| 5133668 | ##+ | Yan L. Chan, dba DD&T Custom Woodworking, Inc., 792 S. Villier Court, Virginia Beach, VA 23452-3848 |

TOTAL: 11 Undeliverable, 10 Duplicate, 7 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2023                    Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2023 at the address(es) listed below:**

**Name**     **Email Address**

Andrew S Goldstein
    on behalf of Creditor Thomas and Sally Daly agoldstein@mglspc.com  agoldstein@mglspc.com

Barry Spear
    on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity but solely as trustee for Sequoia Mortgage Trust 2017-5 c/o Shellpoint Mortgage Servicing barry.spear@bww-law.com, Bankruptcy@bww-law.com

Carl A Eason
    on behalf of Creditor CNH Industrial Capital America LLC bankruptcy@wolriv.com

Corey Simpson Booker
    on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com

H. David Cox
    on behalf of Debtor Tommy Dewayne Dobson ecf@coxlawgroup.com  CoxLawGroup@jubileebk.net

H. David Cox
    on behalf of Defendant Anne Christine Dobson ecf@coxlawgroup.com  CoxLawGroup@jubileebk.net

H. David Cox
    on behalf of Joint Debtor Anne Christine Dobson ecf@coxlawgroup.com  CoxLawGroup@jubileebk.net

Case 23-60148    Doc 241    Filed 12/24/23    Entered 12/25/23 00:21:15    Desc Imaged
Certificate of Notice    Page 16 of 16

| District/off: 0423-6 | User: admin | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: pdf001 | Total Noticed: 199 |

| | | |
|---|---|---|
| H. David Cox | | on behalf of Defendant Tommy Dewayne Dobson ecf@coxlawgroup.com CoxLawGroup@jubileebk.net |
| Hannah W. Hutman(436156) | | hhutman@hooverpenrod.com VA47@ecfcbis.com;jwhite@hooverpenrod.com |
| Hannah W. Hutman(436156) | | on behalf of Interested Party Hannah W. Hutman(436156) hhutman@hooverpenrod.com VA47@ecfcbis.com;jwhite@hooverpenrod.com |
| Klementina Vasileva Pavlova | | on behalf of Creditor O'Toole Distribution Inc. d/b/a Pella Virginia kpavlova@sandsanderson.com sryan@sandsanderson.com |
| Neal L. Walters | | on behalf of Plaintiff Nancy Mumm nwalters@scottkroner.com |
| Neal L. Walters | | on behalf of Creditor Ernest Maier Inc. nwalters@scottkroner.com |
| Paul J Feinman | | on behalf of Creditor Commonwealth Building Materials Inc. pfeinman@pldrlaw.com, p.j.feinman@gmail.com;cread@pldrlaw.com |
| Paul J Feinman | | on behalf of Creditor Wilson Ready Mix LLC pfeinman@pldrlaw.com, p.j.feinman@gmail.com;cread@pldrlaw.com |
| Paul J Feinman | | on behalf of Creditor CHO Investments LLC pfeinman@pldrlaw.com p.j.feinman@gmail.com;cread@pldrlaw.com |
| Paul J Feinman | | on behalf of Creditor Ferguson Enterprises LLC pfeinman@pldrlaw.com, p.j.feinman@gmail.com;cread@pldrlaw.com |
| Stephan W. Milo | | on behalf of Creditor Jonathan & Linda Alexander smilo@wawlaw.com cholsing@wawlaw.com;ewilson@wawlaw.com;hvanlear@wawlaw.com;egindhart@wawlaw.com;milosr83055@notify.bestcase.com |
| Stephan W. Milo | | on behalf of Creditor Michael and Nina Murray smilo@wawlaw.com cholsing@wawlaw.com;ewilson@wawlaw.com;hvanlear@wawlaw.com;egindhart@wawlaw.com;milosr83055@notify.bestcase.com |
| Terry Lynn | | on behalf of Plaintiff Terry Lynn terry@terrylynnlaw.com |
| Terry Lynn | | on behalf of Creditor Terry Lynn terry@terrylynnlaw.com |
| USTrustee | | USTPRegion04.RN.ECF@usdoj.gov |
| W. Joel Charboneau | | joel.charboneau@usdoj.gov |
| William E. Callahan[Ch.11], Jr. | | callahan@gentrylocke.com knicely@gentrylocke.com;VA45@ecfcbis.com |
| William E. Callahan[Ch.11], Jr. | | on behalf of Trustee William E. Callahan[Ch.11] Jr. callahan@gentrylocke.com, knicely@gentrylocke.com;VA45@ecfcbis.com |

TOTAL: 25