FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT

JAN 0 8 2024

By _____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11, Subchapter V |
| | ) | |
| TOMMY DEWAYNE DOBSON, | ) | |
| ANN CHRISTINE DOBSON, | ) | Case No. **23-60148** |
| | ) | |
| Debtors. | ) | |
| | ) | |
| WILLIAM E. CALLAHAN, JR., | ) | |
| SUBCHAPTER V TRUSTEE, | ) | |
| | ) | |
| Objecting Party, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS ROLLO, | ) | |
| ELIZABETH ROLLO, | ) | |
| | ) | |
| Claimants. | ) | |

January 4, 2024

Clerk,

United States Bankruptcy Court

Western District of Virginia,

1101 Court Street, Room 166,

Lynchburg, VA 24504

Subject:

Claimants Response to Subchapter V Trustee's Objection to Claim No.24-1

On or about March 25, 2023, Claimants filed a proof of claim in the above captioned matter for Breach of Contract by Tommy Dewayne Dobson and Ann Christine Dobson, d/b/a Dobson Homes. The Claimants filed in the PACER system a copy of the Dobson-Rollo Residential Home Construction Contract as well as an itemized statement of monies owed to the Claimants as a result of the debtor's contract breach.

At no time did the Subchapter V Trustee either object to that filing or request an evidentiary hearing in reference to that filing. It was not until the Claimants objected to the Subchapter V Trustee's request to

the US Bankruptcy Court for reimbursement of expenses, that an objection to the Claimant's filing was filed.

The Claimants hereby reiterate their claim of $246,760.57, as set forth in the itemized statement, attached as Exhibit A, Attached. The amounts therein being amended as set forth below.

On or about June 4, 2021, Claimants entered into a contract with Tommy Dobson, d/b/a Dobson Homes, Inc, for the construction of a new residential home for the total amount of $979,914.00. Claimants paid Dobson Homes $85,000 for the required deposit. See Copy of the Contract, Exhibit B, Attached.

On or about June 19, 2021, Claimants entered into a Residential Construction Loan Agreement with Fulton Bank. See Copy of Residential Construction Loan Agreement, Exhibit C, Attached.

On or about September 9, 2022, Claimants received a call from Tommy Dobson who informed the Claimants he would not be able to finish the construction of our home, thus breaching the contract. Multiple attempts by the Claimants to contact Tommy Dobson between September and November 2022 to resolve the situation were unsuccessful.

As a result of the Debtor's Breach of Contract, Claimants were forced to incur legal fees in the amount of $9,891.94. See Exhibit A, Attached.

As a result of the Debtor's Breach of Contract, Claimants are seeking the return of the portion of their deposit representing 63% of the unfinished residential home construction. See Exhibit A, Attached.

Due to the Debtor's breach of contract, claimants were forced to continue paying rent from September 2022 through July 2023 in the amount of $16,779.65 to City Walk Apartments, Charlottesville, VA. See Exhibit D, Attached. (Payment of rent required by the Contract-See Highlighted Section of the Contract) (Payments shown are taken from Claimants bank checking account statements)

Claimants were also forced to incur storage costs from the Breach of Contract, from September 2022 up to and including July 2023 in the amount of $8,232.96. See Exhibit D, Attached. (Payment of storage costs required by the Contract-See Highlighted Section of the Contract) (Payments shown are taken from Claimants bank checking account statements)

Claimants were also forced to incur construction loan extension fees in the amount of $8,187.50 as a result of the Breach of Contract. See Exhibit E, Attached. (Payment of construction loan extension fees required by the Contract-See Highlighted Section of the Contract)

Claimants as a result of the Debtor's Breach of Contract were also forced to incur the following expenses (See Composite Exhibit F, Attached):

- Plumbing installation costs of $10,012.70 as a result of the Debtor not paying this subcontractor.
- Roofing supplies and installation costs of $16,572.19 as a result of the Debtor not paying the subcontractors and for the Claimants need to provide protection for the existing construction of the home.
- Garage Framing error done by Dobson Homes (determined by new builder) resulting in a cost of $2,000.00.
- Refuse container removal costs of $862.20. These costs resulted from Debtors breach of contract

Claimants placed a Change Order on 02-23-2022 related to the Residential Home Construction Contract with the Debtor for in part, the installation of a Fireplace in the amount of $10,850 and a Trex material deck in the amount of $12,700.00. The Claimants paid the Debtor for the entire Change Order of $54,693.21 on 3/3/2022 however, the Debtor never delivered/installed the Fireplace, or the Deck due to the Debtors breach of contract. Attached, Composite Exhibit G.

As a result of the Debtor's Breach of Contract and his failure to pay subcontractors/suppliers, the Claimants had two Mechanics Liens recorded against their property in the total amount of $121,406.43. The Claimants were able to subsequently negotiate the Framing Contractors Mechanics Lien down to $65,000.00. To resolve the Mechanics Liens, the Claimants were forced to pay from their funds to resolve said liens to allow for the completion of the residential home construction, in the total amount of $107,971.43   See Composite Exhibit H, Attached. (Payment of Mechanics Liens required by the Contract-See Highlighted Section of the Contract)

Wherefore, the Claimants make an adjusted claim against the Debtors in the amount of $246,760.57.

<u>CERTIFICATE OF SERVICE</u>

The Claimants hereby certify that we filed a response to the Clerk, United States Bankruptcy Court, Western District of Virginia, 1101 Court Street, Room 166, Lynchburg, VA 24504 regarding the Subchapter V Trustee's Notice of Objection to Claim 24-1 on 01-04-2024 within the timeframe specified prior to the hearing date (January 18, 2024) and provided a copy of our response by USPS mail, postage prepaid, to the Subchapter V, Trustee, as follows, William E. Callahan, Jr. Subchapter V Trustee, 10 Franklin Road, S.E. Suite 900, P.O. Box 40013, Roanoke, VA 24022-0013.

Thomas E. Rollo

Elizabeth J. Rollo

6310 Indian Ridge Drive

Earlysville, VA 22936

Attachments

## DOBSON HOMES MONIES OWED TO ROLLOS

| Services Paid By Rollo and Owed to Rollo from Dobson | |
|---|---|
| Refuse container removal | $862.20 |
| Plumbing | $10,012.70 |
| Roofing (Supplies-Beacon-$10,502.19; Installation-Clemente Roofing $6,070.00) | $16,572.19 |
| Garage Framing Error | $2,000.00 |
| **Subtotal 1** | **$29,447.09** |
| **Change Orders Paid To Dobson But No Delivery From Dobson** | |
| Fireplace | $10,850.00 |
| Trex Deck | $ 1,850.00 |
| **Subtotal 2**                           **Subtotal 2** | **$ 12,700.00** |
| **Contractual Requirements Owed From Dobson** | |
| Framing (Mechanics Lien amount) resulting from Dobson Homes taking funds from Rollo Construction Loan and not paying the RC Contractor, the Framing Contractor, resulting in Rollo's paying out of pocket to resolve the lien. | $65,000.00 |
| Pella Windows and Doors (Mechanics Lien amount) resulting from Dobson Homes taking funds from Rollo Construction Loan and not paying Pella Windows and Doors, resulting in Rollo's paying out of pocket to resolve the lien. | $42,971.43 |
| Rent (9/22-6/23) | $16,779.65 |
| Storage Units (9/22-6/23) | $8,232.96 |
| Construction loan extension fees (9/22-6/23) | $8,187.50 |
| Original Deposit – 37% of house completed at time of termination = 63% ($85,000 x 63%) | $53,550.00 |
| Legal Fees with Terminating Dobson Homes and resolution of Mechanics Liens | $9,891.94 |
| **Subtotal 3** | **$204,613,48** |
| **TOTAL** | **$246,760.57** |

Exhibit A

DocuSign Envelope ID: 9C1A5B45-BC1C-4A5B-B0E2-B6C173F2E0AE



Exhibit B

**CONSTRUCTION CONTRACT**
(Legally Binding Contract)

THIS CONSTRUCTION CONTRACT ("AGREEMENT") is made this 2nd day of _June, 2021_____, between **DOBSON HOMES INC.** ("CONTRACTOR"), a Virginia registered contractor with Class A registration number 2705 112606A, whose current mailing address, email address, and phone number are **Dobson Homes Inc. / P.O. Box 7181 / Charlottesville, VA 22906 / (434) 591-1188 / info@dobsonhomesva.com** and **Tom & Liz Rollo** jointly and severally (together, here called "OWNER"), whose current mailing address, email address, and phone number are **Indian Ridge Drive, Earlysville Va, 22936, Tom Rollo - clanrollo58@gmail.com, (703) 994-1457; Liz Rollo - elizabethjrollo@gmail.com, (703) 994-1456**

W I T N E S S E T H :

1.    **THE PROPERTY.** Owner has an insurable deed interest in and to that certain real property known as;
Lot ____01200____, Block _____, ____80.92 acres____ Subdivision, _NA_, Albemarle County, Virginia. ("PROPERTY").

2.    **IMPROVEMENTS.** Owner and Contractor intend that Contractor shall construct improvements on the Property in accordance with the terms and provisions of this Agreement to include house built by CONTRACTOR in accordance with the attached Scope of Work, plans and specifications (the "Project Documents"), all of which are specifically incorporated herein by this reference. Contractor shall furnish all equipment, tools and materials and perform all of the labor shown on the Project Documents, all of which have been initialed by the parties and may be collectively referred to herein as the "Plans". In the event of a conflict between any drawings and the specifications, the specifications shall control. The term "Work" as used in this Agreement includes all labor necessary to complete the construction, including site preparation, installation of utilities (including in-house wiring for telephone and cable/internet), construction, paving, landscaping, grading, and walkways together with all materials, fixtures and equipment required for such construction to provide a "turn-key" completed residence built in a good and workmanlike manner according to industry standards, in conformity with the Plans, allowances and with all applicable state and local building codes and ordinances. The Contractor shall perform the Work to the extent it is consistent with the Plans and reasonably inferred from them as being necessary to produce the Work. All materials, supplies, appliances, and other personal property that will be incorporated into the improvements shall become property of the Owner upon closing on the Property. The performance of the Work shall commence ____90 +/- days____, and provided: 1) all applicable permits have been obtained, and 2) weather and ground conditions permit such commencement. In the event that a necessary permit has not been obtained or weather or ground conditions prohibit commencement at such time, the Contractor will commence the Work as soon as reasonably possible after the required permit is received or weather or ground conditions become reasonably suitable. The anticipated time of completion of the Work shall be ____300____ days, provided that the Contractor shall not be held responsible for any actual delays caused by weather, labor shortages, delays in material shipments (unless such delay was occasioned by the Contractor), acts of God, Owner's defaults under this Agreement, or any other causes that are beyond the Contractor's control. Delays resulting from matters beyond Contractor's control do not constitute abandonment. At all times the Contractor shall endeavor to ensure that the Work progresses and is completed in a timely manner. Should the actual completion date extend more than 30 days beyond the projected contract completion date by fault of the Contractor or any subcontractor, the Contractor shall credit Owner with the Owner's rental and storage costs for the period beginning on the 30th day and ending upon actual completion. If penalties are incurred by the lender for the construction loan, any such penalties shall be credited to the final payment for the WORK.

3.    **PURCHASE PRICE.** As consideration for this Agreement and the completion of the Work, the purchase price of the WORK is Nine Hundred Seventy Nine Thousand Nine Hundred Fourteen __AND No/100 DOLLARS,**

| $ | 979,914.00 | **(PURCHASE PRICE)**, and such purchase price shall be paid to CONTRACTOR as follows: |
|---|---|---|
| $ | 85,000.00 | by DEPOSIT by personal check paid to the Contractor within ___ days of the full execution of this Agreement ("DEPOSIT"). |
| $ | 894,914.00 | PER CONSTRUCTION DRAW SCHEDULE, as specified in this Agreement. |
| $ | 979,914.00 | Total |

4.    **ALLOWANCES.** Any work to be performed by CONTRACTOR for which the exact cost has not been determined at the time of execution of this Contract shall be covered by Allowances contained in the Project Documents and specifically set forth on the Scope of Work. These Allowances are included in the total Purchase Price set forth in Section 3 above. If an Allowance is not fully spent, the Contractor shall credit the Owner for the difference between the actual cost and the Allowance amount at the time of Final Payment. If Owner spends more than the Allowance, the Contractor will issue a change order and an amendment to change the sales price. AN UPDATE OF ALLOWANCES USED TO BE REPORTED EVERY 60 DAYS DURING PERIOD OF CONSTRUCTION.

5.    **DEPOSIT; ACCOUNTING; DRAW REQUESTS; MECHANIC'S LIEN AGENT.** Owner shall make the DEPOSIT directly to the Contractor. The Contractor shall apply the Deposit toward the Work and construction of the improvements to the Property only to



DocuSign Envelope ID: 9C1A5B45-BC1C-4A5B-B0E2-B6C173F2E0AE



no other project or undertaking by the Contractor. The Deposit and all other payments made by Owner shall be credited against the final payment of the Purchase Price. If for any reason the contingencies set forth in this Agreement are not satisfied, the Contractor shall credit the Owner the full amount of the deposit minus any costs actually incurred by the Contractor during the contract period to include any incurred permits, plans and surveying cost for this project. At the request of the Owner, the Contractor shall provide an updated accounting of any Allowances, provided, however, that the Contractor shall not be required to provide periodic accountings of the entire project until the accounting provided in connection with final payment. Contractor will provide a draw request to the Owner per O W N E R ' S  approved draw schedule. The requested amount shall conform to the percentage of completion as set forth on the draw schedule as approved by the Owner. The parties agree that Owner's attorney_____T.B.D____shall be the posted Mechanic's Lien Agent for the purposes of this Agreement. Contemporaneous with the progress payments described in this section, the Contractor will provide the Owner with fully executed waivers and releases of mechanic's and material men's liens, in form satisfactory to the O W N E R  and Mechanic's Lien Agent.

6.    **PROGRESS PAYMENTS AND FINAL PAYMENT.**

(A)  Except for the Deposit, the Contractor shall issue to the Owner interim billings/invoices for construction in progress in accordance with the schedule approved by the OWNER attached hereto as Schedule A.  Payment shall be made as approved by the O W N E R . Each such interim billing/invoice shall specify items for which payment is being requested. The requested amount shall conform to the percentage of completion as set forth on Schedule A as approved by the OWNER. S e e  A d d e n d u m .

(B)  Final payment of Purchase Price ("Final Payment") shall be due upon (a) Contractor's receipt of Certificate of Occupancy, temporary or permanent; and (b) a joint inspection of the Property by the Contractor and the Owner, at which time: 1) the improvements on the Property in shall have been constructed in accordance with the Plans, as they may have been amended from time to time, 2) the Property shall be in broom clean and turn-key condition, with all glass scraped, if necessary, and cleaned, completely free of all trash, rubbish, debris, boxes and of the Contractor's equipment as well as any leftover materials and inventory.  The Owner agrees to conduct the joint inspection within three (3) days of Contractor's notice that the Property is ready for inspection.  If the parties identify any deficiencies or incomplete work at the time of such inspection, then the parties shall prepare a list describing the deficiencies or incomplete work, with a fair market value of each item and reasonable timeline for Contractor's completion of each such item specified, provided that there shall be no escrow for touch-up painting or drywall work.  An account equal to one hundred percent (100%) of the total value of all such items shall be held in escrow by the Owner's attorney at the time of Final Payment.  The Contractor shall at this time be paid the remaining balance of the Total Price, as adjusted by any Change Orders, less any escrowed amount.  Thereafter as each item for which an escrow has been established is satisfactorily completed by Contractor and approved in writing by Owner, which approval will not be unreasonably withheld or unduly delayed, the specified value of such item shall be promptly paid by the escrow agent to the Contractor.  The provisions of this paragraph shall survive the Final Payment, and shall not be deemed merged upon completion of the Work.

7.    **OWNER'S PERFORMANCE ABILITY.** OWNER grants CONTRACTOR permission to discuss with Lender all details of "Performance Ability" (defined as OWNER's financial ability to secure a loan and provide the funds due at settlement as set forth in this Agreement). Upon request, OWNER will promptly execute any documents required to evidence this permission and will provide CONTRACTOR with documentary evidence of OWNER's ability to provide the additional funds due at settlement.

8.    **FINANCING CONTINGENCY.** If one or more loan amount(s) are set forth in Section 3, then this Agreement is contingent upon the OWNER obtaining one or more written commitment(s) for a loan(s) secured by deed(s) of trust on the PROPERTY in the amount(s) as set forth in Section 3. OWNER agrees to make a quick faith, complete written application(s) for such financing (including the payment of any required application, credit report, appraisal and other advance fees) within 5 business days of the date of this Agreement, and promptly furnish the Lender all requested documentation and to diligently pursue in good faith obtaining written commitment(s) for such financing. OWNER shall promptly send by mail or fax a copy of any written loan commitment or notice of disapproval.  If OWNER receives such commitment(s) for the financing set forth in Section 3, OWNER agrees to accept same, send a copy of the acceptance to CONTRACTOR and to pay all fees and execute all documents to close and fund the loan. In the event that the Loan commitment contains contingencies that are unacceptable to the Contactor in its absolute and sole discretion, then either party may at any time subsequent to that date terminate this Agreement by providing written notice thereof to the other party, in which event neither party shall have any further rights, duties or obligations pursuant hereto. Failure to diligently pursue obtaining the Loan shall be deemed a material breach of this Agreement. Should the commitment(s) contain conditions, including, but not limited to sale of other owned property or elimination of debt, OWNER agrees to be responsible for and assumes the risk of fulfilling any such conditions. The failure to satisfy any such conditions or the termination or expiration of such commitment(s), for any reason, shall not release the OWNER from his obligations under this Agreement unless notated as a contingency item. If OWNER does not obtain such commitment(s) and so notifies CONTRACTOR in writing before 5:00 p.m. local time on____T.B.D.___, then this Agreement shall terminate and the DEPOSIT shall be refunded to OWNER, less any actual, incurred expenses (for example, permits, design fees). If no notice with regard to the commitment is received by CONTRACTOR by the above deadline (or such later time as the parties may agree in writing), the CONTRACTOR shall have the absolute right to (a) deem the financing contingency satisfied, or (b) terminate this Agreement by mailing to OWNER written notice of such termination and returning the DEPOSIT. If OWNER fails to obtain timely loan commitment(s) because of (i) material misstatements made by OWNER about his financial or credit

DocuSign Envelope ID: 9C1A5B45-BC1C-4A5B-B0E2-B6C173F2E0AE



Dobson Homes
BUILDING QUALITY FAMILY HOMES

status, (ii) the failure of OWNER to make timely application or to diligently and in good faith pursue obtaining such financing, or (iii) the failure of OWNER to cooperate with his lender in processing the mortgage loan or application, then CONTRACTOR may declare OWNER to be in default and shall be entitled to recover all damages, including attorney's fees. In such case, CONTRACTOR may avail itself of any legal or equitable rights and remedies, including, but not limited to, application of the DEPOSIT to such damages.

9.   **SUBSTITUTIONS AND SELECTIONS.** After consultation with Owner and with the permission of Owner, CONTRACTOR reserves the right to make such changes or substitutions of equal value and quality in the construction in CONTRACTOR's judgment as may be required by material shortages, to avoid delays, other reasons beyond the direct control of CONTRACTOR or as required, authorized or approved by Lender or governmental agencies having jurisdiction thereof provided, however, that the Contractor shall give Owner at least five (5) days advance written notice of its intent to substitute any material component of the Work during which time Owner may select its own substitute materials, goods, etc. In the event of an out of stock ALLOWANCE item the Owner shall promptly make alternative selections from immediately available stock at any local supplier, in which event a change order shall be entered into reflecting any variance, and the Purchase Price shall be adjusted accordingly. If, in the case of an Allowance, the Owner is unavailable or fails to make an alternative selection within seven (7) days of receipt of notice, then the CONTRACTOR reserves the right to make such changes or substitutions of equal value and quality in the construction in CONTRACTOR's judgment as may be required by material shortages, to avoid delays, other reasons beyond the direct control of CONTRACTOR or as required, authorized or approved by Lender or governmental agencies having jurisdiction thereof. When possible and applicable as determined by CONTRACTOR, OWNER may make selections from CONTRACTOR's samples or from CONTRACTOR's suppliers, as directed by CONTRACTOR. All selections must be made in accordance with Contractor's reasonable construction schedule. Contractor shall give as much advance written notice as reasonably possible in connection with its need for any selection.

10.   **MODIFICATIONS/CHANGE ORDERS.** This Agreement, together with the exhibits, amendments and change orders, contains the entire agreement between the parties and shall not be modified, except in writing, signed by CONTRACTOR and OWNER. Neither party is bound by any oral statement or representation made by the party or its agents. If OWNER is husband and wife, the signature of either spouse on a change order shall be deemed to bind the other spouse. Should additions and/or changes be made, the date of completion may be altered. Any additional charge for the changes or any change in the completion date shall be noted on the change order. Unless otherwise specified by CONTRACTOR in the change order, all additional charges for change orders shall be paid in cash to CONTRACTOR at the time of signing the change order in order to make it effective. If any change order results in a decrease in the Purchase Price, the amount of the Final Payment will reflect a credit for such decrease. Each change order may contain more than one actual change. Allowance overages shall be handled as change orders.

11.   **CONTRACTOR RESPONSIBILITIES.** The Contractor shall apply, pay for, and obtain all necessary building, occupancy, and other governmental permits and licenses which may be required in connection with the Work and for the use and occupancy of the Property and shall notify the Owner immediately if any component of the Plans prevents Contractor from obtaining any such permit. The Contractor shall be solely responsible for all construction means, methods, techniques, sequences and procedures, and shall pay for all labor, materials, tools, equipment, and machinery required for the proper completion and execution of the work. The Contractor warrants to the Owner that all materials, fixtures and equipment incorporated in the Work shall be new (unless otherwise specified in the Plans and Project Documents), and that the Work will be of good quality according to industry standards, and in conformity with the Plans and applicable building codes. The Contractor hereby indemnifies the Owner against all liabilities, claims, losses and expenses, including Owner's reasonable attorney's fees, for personal injury or property damage arising out of or caused by any act or omission of Contractor, his subcontractors, agents, or employees arising in or about the Property at any time the Work is conducted, except that Contractor assumes no liability for any accidents or injuries to Owner, Owner's family, or assigns who visit the Property. The Contractor further agrees to use proper care and caution in the performance of its work so as not cause damage to any adjacent property. The Contractor shall indemnify and hold the Owner harmless from any liabilities, claims, or demands for damage to such adjacent property. The Contractor shall remedy any defects due to faulty materials or workmanship and pay for any damage to other work resulting therefrom, which shall appear within a period of 5 years from the date of issuance of the Certificate of Occupancy by the local governing agency. In the event that Owner gives his permission for Work on the Property to be done by another person or entity other than the Contractor during the construction and the warranty period, both parties acknowledge that the Contractor shall not be liable for defective Work performed by the third party, damages to Contractor's Work caused by the third party, presence or lack of insurance, or for enforcing safety upon the third party.

12.   **WARRANTY.** Unless agreed upon otherwise in writing, the materials and workmanship in the new dwelling on the PROPERTY are warranted by CONTRACTOR to be sufficiently (a) free from structural defects, so as to pass without objection in the trade, and (b) constructed in a workmanlike manner, so as to pass without objection in the trade, for a period of 1 years from time of possession by the OWNER, whichever occurs first. Owner understands that the Contractor cannot extend any manufacturers warranties since the assembly of these items are done outside Contractor's supervision and control, if any manufacturers warranties are voided due to improper installation and improper craftsmanship by the Contractor, the Contractor will assume such warranty and replace at CONTRACTORS cost. THIS WARRANTY CANNOT BE TRANSFERRED EXCEPT WITH WRITTEN APPROVAL OF CONTRACTOR.
    EXCEPT AS SET FORTH ABOVE, CONTRACTOR EXCLUDES AND DISCLAIMS AND OWNER WAIVES ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE WARRANTIES OF GOOD WORKMANSHIP, HABITABILITY, MERCHANTABILITY, AND FITNESS FOR A PARTICULAR PURPOSE, INCLUDING ALL WARRANTIES SET FORTH IN VIRGINIA CODE §55-70.1. CONTRACTOR MAKES NO REPRESENTATION OF AND DISCLAIMS ANY WARRANTY AS TO THE PRESENCE OR LACK OF RADON, MOLD OR OTHER HAZARDOUS ENVIRONMENTAL CONDITIONS OR AS TO THE EFFECT OF RADON, MOLD OR

DocuSign Envelope ID: 9C1A5B45-BC1C-4A5B-B0E2-B6C173F2E0AE



ANY SUCH CONDITION ON THE PROPERTY OR ITS RESIDENTS. OWNER WAIVES ANY WARRANTIES WHICH COULD BE CONSTRUED TO COVER THE PRESENCE OF RADON, MOLD OR OTHER HAZARDOUS ENVIRONMENTAL CONDITIONS. THE ONLY WARRANTIES WHICH CONTRACTOR PROVIDES TO THE OWNER ARE THOSE CONTAINED IN THE PRECEDING PARAGRAPH OF THIS SECTION.

When repairs are required pursuant to the above warranty, the OWNER shall send a written list to CONTRACTOR. Correction of appropriate warranted items shall be made by CONTRACTOR as expeditiously as possible allowing a reasonable time for scheduling. The OWNER is encouraged to wait a reasonable time to allow detection of a complete call-back list before submitting, except in the event of emergencies, issues of safety or conditions which are likely to require substantially more repairs if the work is delayed. All requests for warranty work must be in writing.

Separate manufacturers' warranties cover items such as appliances. CONTRACTOR will transfer those warranties to OWNER at time of settlement and OWNER's sole remedy for defects in such items shall be against such manufacturer.

As stated above, CONTRACTOR has provided a warranty for materials and workmanship, but CONTRACTOR shall not be responsible for any damages caused by radon, mold, fungus or by some other agent, to include but not be limited to damage to personal property, personal injury, loss of income, emotional distress, death, loss of use, loss of value, and adverse health effects, or any other effects. OWNER hereby waives all such claims. Contractor shall install a Radon Evacuation System per specs.

13.    **INSURANCE.**
A.    **Worker Compensation/General Liability.** CONTRACTOR agrees to maintain appropriate liability and workers compensation insurance and hold OWNER harmless from any liability or claims arising from personal injury that may occur on the PROPERTY prior to settlement, except where such injury occurs as a result of the intentional acts or gross negligence of OWNER, their agents or invitees.

B.    **Risk of Loss.** The risk of loss or damage to the improvements on the PROPERTY by fire, acts of God or other casualty remains with CONTRACTOR until Final Payment. Building materials price increase due to an act of God event such as, Pandemic's, Hurricanes, Tornadoes, Floods, etc are to be passed on to Owner at Contractor's cost with out any mark-up on such materials.

C.    **Builder's Risk Insurance.** The Owner shall provide property damage (hazard) insurance during construction with an amount of coverage in effect that will at minimum coincide with the amount paid to the Contractor at any time during the Work. Additionally the Owner shall, prior to the commencement of construction, arrange for "builders risk" insurance providing coverage against vandalism and malicious mischief, covering all improvements to be erected and all materials, supplies, appliances and other personal property to be incorporated into the improvements that are to be erected upon the property which are on or about the property, in an amount that is equal to the Purchase Price.

14.    **GENERAL CONDITIONS.**
A.    **Exterior Doors.** Metal exterior doors are not designed to have storm doors installed on them. CONTRACTOR will not be responsible for warping or damage to an exterior door due to installation of a storm door.

B.    **Rock, Unanticipated Condition.** If during the course of construction of the foundation and/or water lines, wells, sewer lines or septic systems, rock, hazardous materials or any other unanticipated condition or materials are encountered which require special equipment or procedures for removal or abatement, OWNER agrees to pay all costs connected therewith, CONTRACTOR will notify OWNER when such circumstances are encountered and provide an estimate for the additional expenses anticipated to be incurred.

C.    **Grading, Siting.** The grading of the PROPERTY and siting of the improvements shall be made by the determination of Contractor in consultation with Owner, such final grading and siting to be acceptable to Owner in its absolute and sole discretion. CONTRACTOR is not responsible for trees that die after settlement.

D.    **Existing Trees.** CONTRACTOR will remove only trees necessitated by construction.

E.    **Driveway.** CONTRACTOR will install the driveway one time only as per specifications and is not responsible for reshaping or the addition of gravel or pavement after settlement. CONTRACTOR shall not be responsible for damage to paved driveways caused by OWNER's agents or movers.

F.    **Seeding.** CONTRACTOR will seed, sod and straw and is not responsible for reshaping, reseeding or installing new straw after settlement. Seeded or Sod lawns are not guaranteed after settlement. Contractor will seed & straw, sod, install shrub package per design T.B.D. according to allowances. New lawns will require maximum maintenance by OWNER until established.

G.    **Shrubs and New Trees.** Shrubs and new trees are not guaranteed after occupancy by OWNER. Shrubs will not be replaced unless written notice is given at Final Payment of dead shrubbery. Plants require watering in cold weather as well as during warm periods. (Shrubbery typically have a 1 year warranty from nursery, but not guaranteed.)

H.    **Landscaping and Paving Escrows.** Due to weather conditions, at CONTRACTOR's option, driveway paving, seeding and setting of shrubs in yards of houses completed during the months of November through March may be delayed until said yards have sufficiently dried in the Spring in which event 100% of the purchase price will be escrowed with the CONTRACTOR's attorney until completion of said paving and landscaping work as certified by CONTRACTOR. The opinion of CONTRACTOR's attorney as to release of escrow shall be conclusive. CONTRACTOR will, as near as practical, complete paving and landscaping work in the same order in which the houses are settled upon, taking into consideration CONTRACTOR's scheduling and work patterns.

I.    **Basement Waterproofing.** CONTRACTOR will treat all basement walls with waterproofing with a 10 year manufacturer warranty. CONTRACTOR does not guarantee against damp spots due natural condensation.

J.    **Sill Cocks.** CONTRACTOR is not responsible for the replacement of sill cocks, the damage of which is caused by freezing. It is OWNER's responsibility to disconnect hoses during cold weather after settlement.

K.    **Displaying Property.** CONTRACTOR reserves the right to display the PROPERTY to the public until occupancy by Owner.

L.    **Utilities during Construction.** The Contractor shall be responsible for payment of all utility accounts prior to the issuance of the temporary Certificate of Occupancy. Prior to Final Payment the Contractor shall fill the propane fuel tank, if applicable, provided that the Owner shall, at the time of Final Payment, reimburse the Contractor for the Contractor's cost of the fuel. Oil and propane tanks are personal property belonging to the fuel supplier and shall not convey pursuant to this Agreement. CONTRACTOR is responsible for water and sewer hookup fees where jurisdictions apply, unless otherwise stated.

M.    **Termite Protection.** CONTRACTOR will provide OWNER with a certificate from a licensed exterminator stating that the

DocuSign Envelope ID: 9C1A5B45-BC1C-4A5B-B0E2-B6C173F2E0AE



Dobson Homes

soil has been appropriately treated or appropriate protection has been provided to prevent termite infestation for at least one year from the treatment date.

**N. Leftover Materials.** All materials, supplies and equipment which are left over from the construction of this home are the property of Owner. Contractor shall leave PROPERTY clean, neat, and free of all construction material, equipment and debris at the completion of construction. Touchup paint, tiles, hardwood flooring, stone, etc. for repairs shall be left by Contractor.

15.    **REQUIRED STATUTORY DISCLOSURES.**

**A. Occupancy.** Unless this paragraph is marked through, OWNER intends to occupy the PROPERTY as a principal residence.

**B. Mechanic's Lien.** Notice: Virginia Law (43-1 et seq.) permits persons who have performed labor or furnished materials for the construction, removal, repair or improvement of any building or structure to file a lien against the PROPERTY. This lien may be filed at any time after the work is commenced or the material is furnished, but not later than the earlier of (i) 90 days from the last day of the month in which the lienor last performed work or furnished materials or (ii) 90 days from the time the construction, removal, repair, or improvement is terminated. AN EFFECTIVE LIEN FOR WORK PERFORMED PRIOR TO THE DATE OF SETTLEMENT MAY BE FILED AFTER SETTLEMENT. LEGAL COUNSEL SHOULD BE CONSULTED. Resolution of all Mechanic's liens is solely the responsibility of the Contractor. Contemporaneous with the progress payments described in Section 6, the Contractor will provide the Owner with fully executed waivers and releases of mechanic's and material men's liens, in form satisfactory to Lender and Mechanic's Lien Agent. See Addendum.

16.    **MISCELLANEOUS.** (A) CONTRACTOR shall comply with all local requirements for building permits, inspections and zoning. (B) The laws of the State of Virginia shall govern the interpretation, validity, and construction of the terms and conditions of the Contract. For matters of interpretation: To the extent handwritten or typewritten terms conflict with printed terms, the handwritten or typewritten terms shall prevail and unless otherwise specified herein "days" means calendar days. (C) The parties to this Agreement mutually agree that it shall be binding upon them, each of their respective heirs, personal representatives, successors and assigns. (D) The invalidity of any provision of this Agreement shall not affect the validity or enforceability of any other provisions hereof. (E) The captions of this Agreement are for the convenience of the parties and shall not be considered as a material part hereof. (F) All of the provisions of this Agreement shall survive Final Payment. (G) This Agreement may be signed in one or more counterparts, each of which shall be deemed to be an original and all of which together shall constitute one and the same document. (H) Documents delivered by facsimile machine shall be considered as originals. (I) Any notices required to be given herein shall be in writing and either hand delivered or by certified mail to the parties at their respective addresses set forth above or such other address as designated by notice. Delivery shall be deemed to be the actual date of receipt, or in the case of certified mail, three days after mailing. (J) This Agreement shall not be modified, except in writing, signed by the CONTRACTOR and OWNER. (K) This Agreement may not be assigned by the Contractor without prior written consent of the Owner in its absolute and sole discretion.

17.    **OTHER TERMS.** (Use this space for allowances and additional terms included but not specified in Contract).
1. - SEE ATTACHED SCOPE OF WORK DETAILS AND PAYMENT DRAW SCHEDULE

WITNESS the following signatures and seals.

| | | |
|---|---|---|
| _____ day of _____ 6/4/2021 _____, 2021 | _Thomas T. Rollo_ 99E91FEB91D34E7... | (SEAL) |
| | | Owner |
| _____ day of _____ 6/4/2021 _____, 2021 | _Elizabeth J Rollo_ AC25957B9C744C9... | (SEAL) |
| | | Owner |
| _____ day of _____ 6/3/2021 _____, 2021 | Dobson Homes, Inc. By: _Tommy Dobson_ 608BEE3F5A5D440... | (SEAL) |
| | | Contractor |

DocuSign Envelope ID: 9C1A5B45-BC1C-4A5B-B0E2-B6C173F2E0AE

PERMIT #: _____

**Dobson Homes, Inc**
**SCHEDULE OF ADVANCES**

Dobson Signature Homes
BUILDING QUALITY FAMILY HOMES

DDA Acount # _____   Closing Date _____

Loan Number _____   Inspection Fee _____

Borrower Ph# _____
Builder Ph # 434-591-1188

Borrower/Builder   DOBSON HOMES, INC.

| Lot | Lot - 49 | | Phase | PH 2 | Section | P2A 22 | Subdivision | Indian Springs Subdivision |

Unit Number   NA          Street   3117 Darby Rd.          City   Keswick, Va 22947

Sales Price  $           979,914.00      Contract Amount  $   979,914.00   Appraised Value ___   Loan-to-Value   NA

Less:   Lot   Lot - 49 _____                                   Lot Cost  $  ___   -
        Construction Amount _____     advanced in accordance with following schedule   Less
        Total Loan _____               Equity  $  ___   -
                                             Lot Advance  $  ___   -

| Items Completed | % | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th | 11th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Permits, Clear lot, Excavation, Rgh Driveway | 10% | | | | | | | | | | | |
| 2. Footings | 2% | | | | | | | | | | | |
| 3. Foundation | 7% | | | | | | | | | | | |
| 4. Outside studs, Plates | 3% | | | | | | | | | | | |
| 5. Outside window and door frames | 2% | | | | | | | | | | | |
| 6. Inside Suds, ceiling joist | 3% | | | | | | | | | | | |
| 7. Wall Sheathing | 2% | | | | | | | | | | | |
| 8. Roof Framing | 2% | | | | | | | | | | | |
| 9. Roof Sheathing - Felt | 2% | | | | | | | | | | | |
| 10. Permanent Roof | 2% | | | | | | | | | | | |
| 11. Windows | 3% | | | | | | | | | | | |
| 12. Rough in plumbing | 3% | | | | | | | | | | | |
| 13. Bath wall tile tubs | 1% | | | | | | | | | | | |
| 14. Rough- in wiring | 2% | | | | | | | | | | | |
| 15. Rough In heat | 3% | | | | | | | | | | | |
| 16. Insulation walls/floors | 1% | | | | | | | | | | | |
| 17. Siding / Veneer | 5% | | | | | | | | | | | |
| 18. Fireplace | 1% | | | | | | | | | | | |
| 19. Exterior Trim | 2% | | | | | | | | | | | |
| 20. Exterior Prime | 1% | | | | | | | | | | | |
| 21. Drywall /plaster rough | 3% | | | | | | | | | | | |
| 22. Drywall /Plaster finish | 3% | | | | | | | | | | | |
| 23. Furnace | 1% | | | | | | | | | | | |
| 24. Outside Doors | 2% | | | | | | | | | | | |
| 25. Septic tank - sewer water | 5% | | | | | | | | | | | |
| 26. Inside trim | 2% | | | | | | | | | | | |
| 27. Inside doors | 4% | | | | | | | | | | | |
| 28. Cabinets | 2% | | | | | | | | | | | |
| 29. Interior Paint - Prime | 2% | | | | | | | | | | | |
| 30. Interior Paint - complete | 3% | | | | | | | | | | | |
| 31. Plumbing fixtures | 1% | | | | | | | | | | | |
| 32. Wiring Complete /Fixtures | 1% | | | | | | | | | | | |
| 33. Bath Floor tile/vinyl | 4% | | | | | | | | | | | |
| 34. Floor Cover carpet | 2% | | | | | | | | | | | |
| 35. Exterior Concrete | 1% | | | | | | | | | | | |
| 36. Exterior Paint complete | 1% | | | | | | | | | | | |
| 37. Insulation/Ceiling | 1% | | | | | | | | | | | |
| 38. Fin. Grade-grass landscaping | 2% | | | | | | | | | | | |
| 39. Appliances | 1% | | | | | | | | | | | |
| 40. Compressor | 1% | | | | | | | | | | | |
| 41. Miscellaneous | | | | | | | | | | | | |
| TOTAL THIS INSPECTION | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |

Inspector Initials
Date of Inspection          Closing Attorney _____   Phone # _____
Builder deposit required =        $   85,000.00      Title Work Contact _____   Phone # _____
DISBURSEMENTS TO PAY AFTER DEPOSIT $   879,919.00

| DATE | DISB. NO. | TITLE WORK IN | % COMP | LAND & CIOSING ADVANCE | CONSTRUCTION ADVANCE | TOTAL PREVIOUS ADVANCES | UNDISBURSED | RECEIVED BY |
|---|---|---|---|---|---|---|---|---|
| Deposit | 0 | | 0% | | 85,000.00 | $   - | $   894,914.00 | |
| | 1 | | 0% | | 0.00 | | $   894,914.00 | |
| | 2 | | 0% | | 0.00 | $   - | $   894,914.00 | |
| | 3 | | 0% | | 0.00 | $   - | $   894,914.00 | |
| | 4 | | 0% | | 0.00 | $   - | $   894,914.00 | |
| | 5 | | 0% | | 0.00 | $   - | $   894,914.00 | |
| | 6 | | 0% | | 0.00 | $   - | $   894,914.00 | |
| | 7 | | 0% | | 0.00 | $   - | $   894,914.00 | |
| | 8 | | 0% | | 0.00 | $   - | $   894,914.00 | |
| | 9 | | 0% | | 0.00 | $   - | $   894,914.00 | |
| | 10 | | 0% | | 0.00 | $   - | $   894,914.00 | |
| | 11 | | | | 0.00 | $   - | $   894,914.00 | |

DocuSigned by: _Thomas F. Gill_   6/4/2021
Borrower

DocuSigned by: _Elizabeth J Rolls_  6/4/2021
Borrower

DocuSign Envelope ID: 9C1A5B45-BC1C-4A5B-B0E2-B6C173F2E0AE

Dobson Homes, Inc
91 Beaver Dam Ct.
Keswick, Va 22947
O: (434) 591-1188

# PROPOSAL

**Dobson Signature Homes**
BUILDING QUALITY FAMILY HOMES

**Tom and Liz Rollo**
Lot - 49
Indian Springs Subdivision
Date: 06/01/21

**Job Address:**
Indian Ridge Drive
Earlysville, VA 22936
TOTAL FINISHED S.F.: 2,867

Scope of Work: ITEMS IN RED = REVISED FROM 5/10/21 BUDGET PROPOSAL

| # | | Price List w/ Options | Base Home Price no options |
|---|---|---|---|
| | **General:** | | |
| 1 | 2,867 s.f, 3.5 Bath Custom Home (1962 finished s.f. on 1st. Flr. & 905 finished s.f. on 2nd. Flr. & 610 s.f. Garage Slab Foundation with 123 s.f. Front Porch.) Total Finished S.F. - 2,867 S.F. ; (400 s.f. Natural Thin Stone Allowance; 4300 s.f. siding Allowance; 5,200 s.f. HD Asphalt Shingle Roof Allowance.) | $ 779,900.00 | $ 779,900.00 |
| 2 | Lot Cost . | By Owner | |
| 3 | Closing Costs and Interest allowance | By Owner | |
| 4 | **Options:** | | |
| 5 | Unfinished Walk out basement with 9'-0" Walls. (1,962 S.F.) | $ 36,900.00 | |
| 6 | Metal Roof Accents - Location: Front Porch (250 s.f. allowance.) If selected $2,500.0 | Declined | |
| 7 | Standing Seam Metal Roof in lieu of HD Architectural Shingle | NA | |
| 8 | Increase 1st Floor 200 S.F | NA | |
| 9 | Make 1st. Floor Walls 10'-0" Tall w/ 8'-0" Tall Interior Doors. 1962 s.f. & 15 interior doors.) If selected $14,995.00 | $ 14,995.00 | |
| 10 | Add additional 400 s.f. of exterior stone. (Total Exterior Stone Allowance with option -800 s.f.) If selected $8,80 | T.B.D. | |
| 11 | Haul in additional dirt for rear "Walk-out Terrace" (Dirt Hauling - (30) loads Truck hauling only, Loader time added to increase Excavation Allowance optio | $ 3,850.00 | |
| 12 | 42" Wood Burning Fireplace insert w/ Gas ligh-in for future Log Set w/ Natural stone Surround & Hearth w/ 6" x 8" Oak Mantle. (Great Room | $ 10,850.00 | |
| 13 | Add Specialty Interior trim details; (Ship Lap, Wainscoting, etc.) to interior walls - 20 L.F. up to 10' tall allowance. Locations T.B.D | $ 1,565.00 | |
| 14 | Finish Basement Recreation Room - 500 s.f. ($33,300.00 & finishes to match Ist. Floor specification | T.B.D. | |
| 15 | Finish Basement Guest Bedroom & W.I.C. - 264 s.f. ($14,652.00 & finishes to match Ist. Floor specifications | T.B.D. | |
| 16 | Finish Media Room with LVT/CARPET Flooring. - 549 s.f ($18,830.00 Increases & finishes to match 1st. Floor specifications.) | T.B.D. | |
| 17 | Finish Basement Bath. - 60 s.f ($9,780.00 Increase Existing allowance; Plumbing - $800.00, Granite - $835.00 , Lighting - $400.00, Tile - $2,800.00, etc.) | T.B.D. | |
| 18 | Finish Exercise Room - 320 s.f ($17,760.00 LVT or Rubber Flooring added to Carpet/LVT Allowance below | T.B.D. | |
| 19 | Finish Basement Wine Cellar with Stone & Natural wood accents & Brick or Stone Floor & with-out Climate Control. (100 s. | T.B.D. | |
| 20 | Add Additional (20) Recessed Lights @ $115 Each If selected $2,300.00 | Declined | |
| 21 | 20 KW back-up Generator option. | $ 10,250.00 | |
| 22 | Whole House Surge protecto | $ 600.00 | |
| 23 | Increase Concrete Patio Slar from 144 s.f. to 400 s.f. (Custom color concrete) If selected $5,016.0 | $ 2,816.00 | |
| 24 | Upgrade Master Bedroom from Carpet to 3",4",5" Random width" White Oak" sand and finish wood flooring. (300 S.f. including closets @ $6.00) Part of Wood Flooring Allowance (Increased Allowance) | $ 1,800.00 | |
| 25 | Covered Porch off the rear of the home - 452 s.f. | $ 36,942.00 | |
| 26 | Add Rear Uncovered Deck with Trex Decking with-out stairs to Terrace grade below - T.B.I | T.B.D. | |
| 27 | 4'-0" Wide Pressure Treated Stair w/ Trex Decking Treads & Powder Coated Aluminum Rails Up to 19 Riser's. ($6,995.00 | NA | |
| 28 | Upgrade all Drywall to 5/8" in lieu of 1/2". (Note - 5/8" is standard on all ceilings & garage walls | NA | |
| 29 | 42" Wood Burning Fireplace insert w/ Gas ligh-in for future Log Set w/ Natural stone Surround & Hearth w/ 6" x 8" Oak Mantle. (Hearth Rm | T.B.D. | |
| 30 | Add Utility sink in basement Mechanical Room or Garage @ $69 | T.B.D. | |
| 31 | Add Zone Damper system to basement leve | $ 3,600.00 | |
| 32 | Add Steam Humidifier to HVAC System | $ 2,230.00 | |
| 33 | Add HVAC Zone to Master Bedroom | T.B.D. | |
| 34 | Add HVAC Electronic Air Cleaner | $ 2,350.00 | |
| 35 | Add HVAC UV light Air scrubber. (Up to 5,000 s.f.) | T.B.D. | |
| 36 | Increase HVAC Allowance for an 18 SEER unit | T.B.D. | |
| 37 | Increase Appliance Allowance | $ 5,000.00 | |
| 38 | Add (4) 6" x 8" Oak Beam's in Kitchen Ceiling or Equivalen | $ 5,200.00 | |
| 39 | Increase Cabinet Allowance | $ 5,000.00 | |
| 40 | Add Tree Clearing Allowance | $ 3,750.00 | |
| 41 | Increase Excavation Allowance | $ 6,250.00 | |
| | Increase Driveway Stone (#3'S, 57'S, 21A'S, etc.) | $ 4,230.00 | |
| 42 | Increase Back-fill Allowance | $ 2,500.00 | |
| 43 | Increase Final Grade Allowance | $ 5,000.00 | |
| 44 | Increase Driveway Paving Allowance - (Increased to accommodate Tar & Chip & Cobblestone border & Transition Strip options. Up to 5,000 S.I | $ 11,250.00 | |
| 45 | Dig Utility service line ditch allowance | $ 1,315.00 | |
| 46 | Whole House Gas Package | $ 1,050.00 | |
| 47 | Upgrade Bedrooms #2 & #3 from Carpet to 3",4",5" Random width "White Oak" sand and finish wood flooring. (800 s.1 | T.B.D. | |
| 47 | Upgrade 3", 4", 5" Random width White Oak Flooring to 5" White Oak Including PSL Glue. (Kitchen, DR, Study, Hallway & Living Room | T.B.D. | |
| 47 | Increase Landscape Allowance | Declined | |
| 48 | Add HVAC & Utility Equipment Privacy Fence Allowanc | $ 9,000.00 | |
| 49 | Add Custom Built-Ins in Great Room & Mud Room (18'-0") Exact Design T.B.D. & Part of Built-In Allowanc | T.B.D. | |
| 50 | Add Coffered Ceiling in Great Roon | T.B.D. | |
| 51 | Increase Exterior Door Allowance | $ 1,300.00 | |
| 52 | Architectural Review Board Application & Fee's - Allowance (Landscrape plans, Application Fee's, & Grading Plan | $ 3,000.00 | |
| 53 | Architectural Design - Allowance (Floor Plans, Engineering & Elevation' | $ 1,435.00 | |
| 54 | Increase Trash/Debris Hauling allowance. | NA | |
| 55 | Exterior Decorative Brackets, Boxes, Corbels, etc. Trim Materials & Labor Allowance - (15) c | T.B.D. | |
| 56 | Install Dog Run Fenced in area Allowanc | T.B.D. | |
| 57 | Add (2) Entry 30" wide x 72" tall Natural Stone Column with LED lights - 12" x 12" x 8" Column Block with 6"-8" Natural Thin Stone 2 tier cap with (2) L1 light per column. (If selected - $6,700.00) | T.B.D. | |
| 58 | Increase Window Allowance | $ 3,200.00 | |
| 59 | Increase Granite allowance | Declined | |
| 60 | Add 2nd. HVAC Equipment for Basement only. (Required when Basement & 1st. Floor HVAC Unit size is larger than 5 Ton | Declined | |
| 61 | Upgrade 4,300 s.f. of Siding to Brick | T.B.D. | |
| 62 | Add Breezeway from garage to home. (80' x 16' = 160 s.f.) - Covered Breezeway Porch w/ Dimensional Asphalt Shingle roofing over 1/2" osb roof sheathing over Roof Trusses supported by 10" painted posts with 3" Blue Stone perimeter banding with 3,000 psi concrete finish flooring over 8" concrete walls with Stucco Finish Veneer. | T.B.D. | |
| 63 | Add Mini-Split system to detached garage allowance | NA | |
| 64 | Add Cobblestone Border with Cobblestone Transition Entrance to Driveway Courtyard. (If Selected - $4,500.00 | T.B.D. | |
| 65 | Media & Network Allowance Package - (11) Speaker's, (4) HD Camera's, Installation of (2) T.V.'s by other's & Installation of a Mesh Wireless Network system by other's. (Network Cabinet, Network Switch, Speakers & Camera's are the only equipment provided) If selected $10,800 | T.B.D. | |
| 66 | Chimney Cap Allowance - (1) x $1,200.00 | $ 1,200.00 | |
| 67 | 42" Gas Fireplace insert w/ Mantle Surround & Stone Hearth. (Study | NA | |
| 68 | 42" Wood Burning Fireplace Insert w/ Gas ligh-In for future Log Set and Mantle Surround & Stone Hearth. (Screen Porc | T.B.D. | |
| 69 | Increase Mirror & Shower Door Allowance. (Upgrade Mirrors & Add (2) additional Shower Door | Declined | |
| 70 | Add Additional S.F. to Garage Bay and increasing (1) door to a 2' x 8' door. (610 s.f. base + 144 s.f. for half bay = 754 s.f.) If selected, $6,696.00 | $ 6,696.00 | |
| 71 | Increase Light Fixture Allowance | Declined | |
| 72 | Increase Front Door Allowance | Declined | |
| 73 | Increase Plumbing allowance | NA | |
| 74 | Add Irrigation Well Allowance | T.B.D. | |
| 75 | Add Shutter Allowance | T.B.D. | |
| 76 | Existing Well Credit (Well Drilled, but still need pump, water line to home, pressure tank, & sediment filte | $ (4,000.00) | |
| 77 | Increase Security System Allowance | T.B.D. | |
| 78 | Heated Tile Flooring ($35.00 per S.F. - 100 s.f. = $2,500.00) | T.B.D. | |
| 79 | | | |
| 80 | **Total Options:** | $ 200,014.00 | |
| 81 | **Total Price Including Options** | $ 979,914.00 | |

DocuSign Envelope ID: 9C1A5B45-BC1C-4A5B-B0E2-B6C173F2E0AE

| # | Description | ( PRICE ABOVE): | Price List w/ Options | Base Home Price no options |
|---|---|---|---|---|
| | | | $ 7,835.00 | $ 6,450.00 |
| 83 | ARCHITECTURAL DESIGN & CAD SERVICES | | $ 750.00 | $ 750.00 |
| 84 | ARCHITECTURAL REVIEW BOARD APPLICATION & DESIGN FEE'S | | $ 1,315.00 | $ - |
| 85 | UTILITY SERVICES (digging & installation of Power & T.V. Phone) | | $ 4,550.00 | $ 4,550.00 |
| 86 | TRASH DEBRIS HAULING & REMOVAL | | $ 3,017.00 | $ 1,067.00 |
| 87 | GAS UTILITIES (L.P. & Natural Gas installation & Material; 100 gallons of L.P. included.) | | $ 2,575.00 | $ 2,575.00 |
| 88 | SURVEYING & LOT RESEARCH (Site Plan, Grading Plan. Home Site points, etc.) | | $ 600.00 | $ 600.00 |
| 89 | ENGINEERING & EROSION CONTROL (Silt Fence, Sediment traps, rip rap, etc . Final design to be completed after grading /site plan completion.) | | $ 4,545.00 | $ 8,545.00 |
| 90 | WELL/WATER METER TAPP FEE'S | | $ 10,475.00 | $ 10,475.00 |
| 91 | SEPTIC/SEWER TAPP FEE'S (For a Septic System with 6 lines. and 200' of 4" gravity main , plus AOSE permit, & Health Permit.) | | $ 3,750.00 | $ - |
| 92 | CLEARING | | $ 10,000.00 | $ 3,750.00 |
| 93 | EXCAVATION (Including dirt/hauling some dirt HAULING included, final dirt needs to be determined and to b led out to client at builders cost ) | | $ 6,110.00 | $ 1,880.00 |
| 94 | DRIVEWAY STONE (#3'S, 57'S, 21A'S, etc.) | | $ 3,000.00 | $ 3,000.00 |
| 95 | BACKFILL | | $ 9,250.00 | $ 4,250.00 |
| 96 | FINAL GRADE | | $ 5,800.00 | $ 5,800.00 |
| 97 | FRONT DOOR ASSEMBLY. (Aberdeen) | | $ 28,640.00 | $ 25,440.00 |
| 98 | EXTERIOR WINDOWS. ( Andersen 400 Min. Specifications - (32) Windows Opening's + Installation Labor & Materials $795 ea.) | | $ 6,300.00 | $ 5,000.00 |
| 99 | EXTERIOR DOORS EXCLUDING FRONT DOOR. (Andersen 200 for Formal Area's & Therma-Tru for Informal Area's or Equivalent - (3) Formal Door Opening's & (2) Informal Door | | $ 5,180.00 | $ 5,180.00 |
| 100 | INTERIOR DOOR ALLOWANCE. (28) opening's all solid core w/ ball bearing hinges.) | | $ 5,900.00 | $ 4,720.00 |
| 101 | OVERHEAD GARAGE DOORS. (1) 9' x 8' ~ (1) 16' x 8' | | $ 10,850.00 | $ 10,850.00 |
| 102 | WOOD BURNING & GAS FIREPLACE SYSTEMS (Fireplace unit, venting, cast stone surround, mantle & hearth or equivalent) | | $ 1,200.00 | $ - |
| 103 | CHIMNEY CAP & SHROUDS | | $ 8,700.00 | $ 8,700.00 |
| 104 | PLUMBING FIXTURES. (Sinks & Tub Shower Faucets, Toilets, Tubs, water heaters, recirculation pump) | | $ 26,500.00 | $ 25,325.00 |
| 105 | HVAC SYSTEMS (17 SEER DUAL FUEL BSMNT & 1ST FLR & 17 SEER STRAIGHT HEAT PUMP 2ND. FLR.) | | $ 6,500.00 | $ 6,500.00 |
| | LIGHT FIXTURES AND FANS. (STANDARD) | | $ 4,600.00 | $ 4,600.00 |
| | RECESSED LIGHT FIXTURES (40 4 20 = 60 (a) $115.00 EACH.) | | $ 10,350.00 | $ - |
| | DECK WHOLE HOUSE GENERATOR (Cost is $10,350.00 plus fuel for tank) | | Not included | Not included |
| | HOUSE VACUUM. | | $ 25,900.00 | $ 20,900.00 |
| | KITCHEN AND BATH CABINETS. (Cabinets and Installation) | | $ 8,390.00 | $ 8,390.00 |
| | KITCHEN AND BATH COUNTERTOPS. | | $ 9,000.00 | $ - |
| | BUILT-INS - CABINETS. | | $ 10,900.00 | $ 10,900.00 |
| 112 | INTERIOR TRIM PACKAGE. (Window/Door Casings, Base bd, Crown, Shelving, etc.) | | $ 2,940.00 | $ 1,805.00 |
| 113 | INTERIOR TRIM SUB LABOR (Installation of Int. Doors, Window/Door Casings, Base Bd, Crown, Shelving, etc. per final Trim Scope) | | T.B.D. | |
| 113 | INTERIOR STAIR RAILING SYSTEMS. (Newel Posts, Railing's, Balusters, etc.) | | | |
| 114 | EXTERIOR RAILING ALLOWANCE | | $ 8,700.00 | $ 6,565.00 |
| 115 | EXTERIOR SHUTTER ALLOWANCE (M&L) | | $ 8,400.00 | $ 6,335.00 |
| 116 | FINISH FLOORING - TILE & MARBLE (Showers, Back splash, Floors Material) | | $ 5,820.00 | $ 4,390.00 |
| 117 | FINISH FLOORING - TILE & MARBLE (Showers, Back splash, Finish Labor) | | $ 20,337.00 | $ 20,337.00 |
| 118 | FINISH FLOORING - CARPET/LVT ( Above Ground: 905 s.f.   Basement only: 1 | | $ 4,582.00 | $ 4,582.00 |
| 119 | FINISH FLOORING - 3",4", 5" WHITE OAK SAND & FINISH W/ 3 FINISH COATS.(Total s.f. plus sand & finish stairs) | | $ 3,665.00 | $ 3,665.00 |
| 120 | SPECIAL ELECTRONICS - MEDIA & SECURITY ROUGH-IN ONLY: NO EQUIPMENT. | | $ 15,400.00 | $ 10,400.00 |
| 121 | EXTERIOR & INTERIOR LOCKS AND BATH ACCESSORIE'S/DOOR HARDWARE. | | $ 3,225.00 | $ 3,225.00 |
| 122 | APPLIANCES. (Installation & Appliances) | | $ 2,790.00 | $ 2,390.00 |
| 123 | MIRRORS & SHOWER ENCLOSURES. (Master Shower Door only, plus bath mirrors.) | | $ 4,400.00 | $ 1,584.00 |
| 124 | WALKWAY S.F. (288 S.F.) | | $ 3,225.00 | $ 14,500.00 |
| 125 | PATIO S.F. (144 + 456 = 600 S.F.) | | $ 4,984.00 | $ 4,984.00 |
| 126 | LANDSCAPING (Seed & Straw, Landscaping, Mulch, Top soil, Shrubs.) | | NA | NA |
| 127 | DRIVEWAY S.F. (2,800 S.F.) | | T.B.D. | - |
| 128 | WALL PAPER. | | | |
| 129 | WATER TREATMENT SYSTEM - AVG. Cost - $4,200.00 | | | |
| 130 | | | $ 779,900.00 | $ 779,900.00 |
| 131 | | | $ 200,014.00 | $ - |
| 132 | Total House price with out options selected options above: | | $ 979,914.00 | $ 779,900.00 |
| 133 | Total Options selected above: | | | |
| 133 | Total Home Price with selected options and Allowances above: | | | |



*Exhibit C*

# Fulton Bank, N.A.

310 Old Ivy Way, Suite 101, Charlottesville, VA  22903

## Underwriting Conditional Approval

06/18/2021

| Lender | |
|---|---|
| Lender: **Fulton Bank, N.A.** | |
| Contact: | |
| Phone: **800-385-8664**      Fax: | |
| Loan #: **3800040975** | |

| Borrower | Underwriting |
|---|---|
| Borrower: **Rollo, Thomas E**<br><br>Co-Borr: **Rollo, Elizabeth J** | Approved: **06/16/2021**<br>Underwriter: **James Bowman**<br>Processor: **Christina Tordoff** |

| Subject Property | Lock |
|---|---|
| Property: **Lot 49, Indian Ridge Drive**<br>            **Earlysville, VA  22936**<br>Property Type:  **PUD**    Units:  **1**<br>Project Type:   **E_PUD** | Note Rate: **3.375%**      Qual Rate: **3.375%**<br>Expires:    **08/09/2021** |

**Thank you for choosing Fulton Bank for your financing needs. It is a pleasure to inform you that your application for a mortgage loan has been approved with the following terms and conditions:**

## Loan Information

| | | | |
|---|---|---|---|
| Approved Loan Amount: | $655,000.00 | Loan Program: | **Fulton Bank - SP CP 30 YR Fixed** |
| Subordinate Finance Amount: | $ | Purpose: | **ConstructionToPermanent** |
| Note Rate: | **3.375%** | Loan Type: | **Conventional** |
| Sales Price: | $ | Occupancy: | **PrimaryResidence** |
| Amortization Type: | **Fixed** | | |
| LTV / CLTV: | **57.663% / 57.663%** | Term / Due In: | **360 / 360** |
| Lien Position: | **First Lien** | Margin: | **%** |
| Proposed P & I: | **$2,895.73** | | |

**The Expiration Date of the Commitment Letter is the earlier of the Rate Lock Expiration Date or the Document Expiration Date. Lock expires: 08/09/2021, Documents expire: 05/30/2021**

## Approval Conditions



The lender must receive an acceptable Title Insurance Binder and Closing Service Letter from the title insurance company fifteen (15) five (5) days prior to settlement, and an ALTA Short Form Residential Loan Policy at closing. Please use this name and address for the above documents:

Fulton Bank, N.A.

Its Successors and/or Assigns as Their Interests May Appear

One Penn Square

Lancaster, PA 17602

A homeowner's insurance policy is required for the mortgage amount or 100% of the full replacement cost from an insurance company with an acceptable financial stability rating. The deductible may not exceed $1,000.00. The declaration page and paid receipt must be provided to the Lender at least fifteen business days prior to settlement,  The mortgagee/payee clause must read:

Fulton Bank, N.A.

Its Successors and/or Assigns as Their Interest May Appear

P.O. Box 200058

Kennesaw, GA 30156-9246

See next page for additional conditions.

Please sign this Commitment Letter and return with all conditions required as requested.

I/We hereby accept the terms and conditions of this commitment.

DocuSigned by:

*Thomas E Rollo*    6/19/2021 | 04:24:29 PDT

210F754FAAB04F8...

_____

Thomas Rollo

DocuSigned by:

*Elizabeth J Rollo*    6/19/2021 | 04:23:33 PDT

18116EA8F29E482...

_____

Elizabeth Rollo

George C Brannock, Loan Officer

434-242-7218

CBrannock@FultonMortgageCompany.com

_____

Underwriter/Authorized Approval Signature



All documentation must be returned using one of the following methods:

- Email: ctordoff@fultonmortgagecompany.com
- Online portal
- Mail:

  4429 Bonney Road, Suite 310, Virginia Beach, VA 23462

  Attn:  Christina Tordoff

If you have any additional questions, you may contact Christina Tordoff at 757-963-7207

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **OPEN CONDITIONS** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

**Fulton Bank, N.A.**
Borrower:   **Rollo, Thomas E**
Co-borrower: **Rollo, Elizabeth J**

---

**Prior to Approval ( "PTA" ) Conditions:**

Appraisal - Satisfactory Form 1004 interior/exterior appraisal, with all required attachments/photos; all conditions/repairs must be satisfied prior to closing.  The value required is $1,135,914.

Income - Tax Return Verification - Lender to obtain IRS tax transcripts prior to closing for the past two years tax return filings, to verify the income documentation provided by the customer, and to verify no undisclosed losses or IRS debt owed.

Construction - Rental expense during construction - Please provide a satisfactory signed letter explaining your living situation during construction, including a temporary address, if applicable.  If renting during construction, a copy of your lease is required to confirm the monthly rent, and the application must be resubmitted to underwriting for approval

Assets - Bank Statements - Copy of your most recent two months consecutive bank statements for all bank accounts, showing the $85,000  down payment to the builder has cleared your bank account, and showing assets of at least $250,936; a satisfactory written, signed explanation and documentation are required for all large/unusual deposits in order to verify an acceptable source of funds.

Construction - Permits - Provide well and septic permits or perc tests to show lot will support the proposed dwelling.  Permits and/or perc tests must reference the number of bedrooms that the lot will support

Construction - Site plan - Site Plan, signed and sealed by a Surveyor, indicating the location of the proposed house on the lot

Income - Pay Stubs - Satisfactory copy of your most recent pay statement from US Office of Personnel Management verifying income as stated on the application.  (May not be older than 60 days at settlement.)

---

**Prior to Funding ( "PTF" ) Conditions:**

Credit - Pre-Closing Credit - Satisfactory pre-closing credit report re-verification to be obtained within 15 days of closing evidencing no new credit has been obtained.  New credit inquiries will require a satisfactory explanation from the borrower to verify no new debt has been opened. If new debt has been opened, the payment must be included in the debt ratios which may result in loan commitment being rescinded.

Property - Hazard Declaration Page w/ Paid Receipt - A homeowners insurance policy is required for at least the mortgage amount, or 100% of the full replacement cost.  The declaration page and paid receipt must be presented to Fulton Mortgage Company at least fifteen (15) business days prior to your scheduled settlement date.  Please provide the name and telephone number of your insurance agent:

Insurance Agency Name and Telephone Number

Construction - Builder's Liability Insurance - Builder's Commercial General Liability Insurance is required. The lender must be listed as the Certificate Holder, and the subject property listed in the description of work.  If construction has started, Builder's Risk Insurance will also be required.

Construction - Foundation Survey - Foundation survey is required prior to funding past the foundation draw.

Construction - Recert prior to modification - Satisfactory completion of the property per plans and specs, with final inspection on Fannie Mae Form 1004D and photos by the appraiser.  An update of value on Fannie Mae Form 1004D from the appraiser is also required if the date of the modification is more than 120 days after the effective date of the appraisal.

**At Closing ( "AC" ) Conditions:**

Closing - Survey - Satisfactory survey for the subject property, or survey endorsement to the title policy.

Closing - Maximum PITIA - Proposed housing payment (PITI) may not exceed $3,873.73  or this commitment letter will be rescinded.  The loan application will need to be resubmitted to underwriting for review to determine if the mortgage request can be re-approved with the higher payment.

Closing - 4506-T - IRS Form 4506-T, Request for Transcript of Tax Return, to be signed by the borrowers for their personal returns.

Assets - Cash to Close - The Closing Disclosure for this mortgage must show that the borrowers do not owe more than $250,936 at closing.  If additional assets are required for closing, sufficient assets must be verified with the most recent two months consecutive bank statements, and the application must be resubmitted to underwriting for re-approval.  All large/unusual deposits must be documented to show an acceptable source of funds.

Closing - Sign Tax Returns - Borrower must sign and date all tax returns in the mortgage file.

Misc - Occupancy Affidavit - All borrowers must sign an occupancy certification at closing.  For owner-occupied or second homes, the borrowers must certify that they will occupy the property as their primary residence within 60 days of closing.  For investment properties, the borrowers must certify that they will not be occupying the property.

Misc - No Changes to Credit, etc. - Note:  Any changes to the applicant's credit history, employment, and/or assets, or changes to the property, may cause this approval to be rescinded.  Please note that any changes to the loan terms, product, or loan structure must be made in writing and received by your loan officer a minimum of five business days prior to closing, or closing may be delayed.

Closing - Undisclosed Debt Disclosure - Undisclosed debt disclosure to be signed at closing, to verify the borrowers have not incurred any additional debt, and to certify that all debts are listed on the application.

Construction - Escrow no PMI - An escrow account will be established for the payment of your real estate taxes and insurance at conversion to permanent financing

Closing - Sale of Current Home - Final, signed Closing Disclosure for the sale and settlement of 1018 Harbour Pointe Drive, New Bern, NC 28560 with net proceeds of at least $0 after pay off of Wells Fargo xx3826.

Construction -  Changes to Contract - The bank, prior to closing on your loan, must approve any changes to your construction contract. The mortgage amount may not be increased after closing.

Construction - Builder to sign - Builder to sign Important Notice - Extension Requests and Owner and Contractor Instructions

Construction - Loan Agreement - Lender's construction loan agreement and disbursement schedule to be signed.  Requirements outlined in Lender's construction loan agreement, construction note rider, and construction mortgage rider will apply during construction.

Construction - Special Portfolio Fixed - 'The monthly payments will be interest-only during the construction period.



# Rollo Payments for Rent, Storage September 2022 - June 2023 Per Contract

| Date | Amount | Description |
|---|---|---|
| 6/12/2023 | -104 * | PURCHASE AUTHORIZED ON 06/09 FSP*NORTH CHARLOTT 434-974-6464 VA S3831604586747S3 CARD 6316 |
| 6/5/2023 | -695.7 * | Hilldrup WEB PAY 230602 P96-14-2 Thomas E. Rollo |
| 6/2/2023 | -1699.85 * | City Walk Apartm WEB PMTS 060223 8CHJS8 Thomas E Rollo |
| 5/26/2023 | -123.99 * | PURCHASE AUTHORIZED ON 05/24 SAF NOB LEAKE SQUA 434-7710824 VA S5831444560842D9 CARD 6316 |
| 5/11/2023 | -695.7 * | Hilldrup WEB PAY 230510 P96-14-2 Thomas E. Rollo |
| 5/2/2023 | -1706.9 * | City Walk Apartm WEB PMTS 050223 8K6X1B Thomas E Rollo |
| 4/26/2023 | -123.99 * | PURCHASE AUTHORIZED ON 04/24 SAF NOB LEAKE SQUA 434-7710824 VA S3831146202T2382 CARD 6316 |
| 5/11/2023 | -104 * | PURCHASE AUTHORIZED ON 04/13 FSP*NORTH CHARLOTT 434-974-6464 VA S30310351167022S6 CARD 6316 |
| 4/14/2023 | -104 * | PURCHASE AUTHORIZED ON 04/13 FSP*NORTH CHARLOTT 434-974-6464 VA S30310351167022S6 CARD 6316 |
| 4/5/2023 | -695.7 * | Hilldrup WEB PAY 230404 P96-14-2 Thomas E Rollo |
| 4/3/2023 | -123.99 * | PURCHASE AUTHORIZED ON 03/30 SAF NOB LEAKE SQUA 434-7710824 VA S30308947310D187 CARD 6316 |
| 4/3/2023 | -1697.24 * | City Walk Apartm WEB PMTS 033123 6L0TK9 Thomas E Rollo |
| 3/10/2023 | -104 * | PURCHASE AUTHORIZED ON 03/09 FSP*NORTH CHARLOTT 434-974-6464 VA S3830685411813399 CARD 6316 |
| 3/3/2023 | -1709.2 * | City Walk Apartm WEB PMTS 030923 4GQ0CY9 Thomas E Rollo |
| 3/3/2023 | -695.7 * | Hilldrup WEB PAY 230302 P96-14-2 Thomas E Rollo |
| 2/27/2023 | -123.99 * | PURCHASE AUTHORIZED ON 02/25 SAF NOB LEAKE SQUA 434-7710824 VA S3030556014147927 CARD 6316 |
| 2/10/2023 | -104 * | PURCHASE AUTHORIZED ON 02/09 FSP*NORTH CHARLOTT 434-974-6464 VA S3030040646403161 CARD 6316 |
| 2/3/2023 | -1712.55 * | City Walk Apartm WEB PMTS 020323 1RPWQ0 Thomas E Rollo |
| 2/3/2023 | -695.7 * | Hilldrup WEB PAY 230202 P96-14-2 Thomas E Rollo |
| 1/25/2023 | -104.99 * | PURCHASE AUTHORIZED ON 01/23 SAF NOB LEAKE SQUA 434-7710824 VA S5830237355535590 CARD 6316 |
| 1/10/2023 | -104 * | PURCHASE AUTHORIZED ON 01/09 FSP*NORTH CHARLOTT 434-974-6464 VA S465000572734542 CARD 6316 |
| 1/5/2023 | -695.7 * | Hilldrup WEB PAY 230104 P96-14-2 Thomas E Rollo |
| 1/3/2023 | -1618.57 * | City Walk Apartm WEB PMTS 010323 2H1SM9 Thomas E Rollo |
| 12/12/2022 | -104 * | PURCHASE AUTHORIZED ON 12/09 FSP*NORTH CHARLOTT 434-974-6464 VA S5582349375480220235 CARD 6316 |
| 12/2/2022 | -1607.79 * | City Walk Apartm WEB PMTS 120222 N8TGH9 Thomas E Rollo |
| 12/2/2022 | -695.7 * | Hilldrup WEB PAY 221201 P96-14-2 Thomas E Rollo |
| 11/10/2022 | -52 * | PURCHASE AUTHORIZED ON 11/09 FSP*NORTH CHARLOTT 434-974-6464 VA S3823134653180236 CARD 6316 |
| 11/3/2022 | -695.7 * | Hilldrup WEB PAY 221102 P96-14-2 Thomas E Rollo |
| 11/2/2022 | -1666.77 * | City Walk Apartm WEB PMTS 110222 KVNYC9 Thomas E Rollo |
| 10/4/2022 | -1662.08 * | City Walk Apartm WEB PMTS 100422 X9V499 Thomas E Rollo |
| 10/4/2022 | -695.7 * | Hilldrup WEB PAY 221003 P96-14-2 Thomas E Rollo |
| 9/2/2022 | -1698.7 * | City Walk Apartm WEB PMTS 090222 69W159 Thomas E Rollo |
| 9/2/2022 | -695.7 * | Hilldrup WEB PAY 220901 P96-14-2 Thomas E Rollo |

| Total: | | |
|---|---|---|
| Rent | | -$16,779.65 |
| Storage | | -$6,957.00 |
| Storage | | -$780.00 |
| Storage | | -$495.96 |



Exhibit D

*Exhibit E*

---

2398

☑ **Track your expenses...**
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other:_____

☐ TAX-DEDUCTIBLE ITEM

8/11/2022

*Fulton Mortgage Company*

*One Thousand Six Hundred Thirty Seven and 50/100*

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 1,637.50 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

38000409175

*Const Loan Escrow Pmt*

NOT NEGOTIABLE

For added security, your name and account number do not appear on this copy.

---

2399

☑ **Track your expenses...**
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other:_____

☐ TAX-DEDUCTIBLE ITEM

7/19/2022

*Fulton Mortgage Company*

*One Thousand Six Hundred Thirty Seven*

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 1,637.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

38000409175

*Const Loan Escrow Pmt*

NOT NEGOTIABLE

For added security, your name and account number do not appear on this copy.

---

2442

☑ **Track your expenses...**
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other:_____

☐ TAX-DEDUCTIBLE ITEM

1/13/2023

*Fulton Mortgage Company*

*Two Thousand One Hundred and 00/100*

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 2,113.40 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

NOT NEGOTIABLE

For added security, your name and account number do not appear on this copy.

**Sheet1**   **Sheet2**   **Sheet3**

## CONSTRUCTION LOAN EXTENSION INVOICE

**FULTON MORTGAGE COMPANY**
**Attn:  Judy Galloway**
A Division of Fulton Bank, N.A.
4429 Bonney Road, Suite 310
Virginia Beach, VA  23462

Thomas Rollo                                      MLN#

                                              PAYMENT DUE
                                                   $1,637.50

RE:        Lot 49 Indian Ridge Drive
           Earlysville, Va

EXTENSION INFORMATION/CALCULATION:

| FROM DATE | ENDING ON DATE | MORTGAGE AMOUNT | | EXTENSION FEE % | EXTENSION FEE DUE |
|---|---|---|---|---|---|
| 8/26/22 | 9/26/22 | $655,000.00 | X | 0.25% | $1,637.50 |

*Paid In Full*
*Check # 2398*
*8/11/2022*

Sheet1    Sheet2    Sheet3

## CONSTRUCTION LOAN EXTENSION INVOICE

**FULTON MORTGAGE COMPANY**
Attn:  Judy Galloway
A Division of Fulton Bank, N.A.
4429 Bonney Road, Suite 310
Virginia Beach, VA  23462

Thomas Rollo

MLN#

**PAYMENT DUE**
$1,637.50

RE:   Lot 49 Indian Ridge Drive
      Earlysville, Va

EXTENSION INFORMATION/CALCULATION:

| FROM DATE | ENDING ON DATE | MORTGAGE AMOUNT | | EXTENSION FEE % | EXTENSION FEE DUE |
|---|---|---|---|---|---|
| 9/26/22 | 10/26/22 | $655,000.00 | X | 0.25% | $1,637.50 |

Paul A. Field
9/19/2022

# 2399

**Sheet1**   Sheet2   Sheet3

## CONSTRUCTION LOAN EXTENSION INVOICE

**FULTON MORTGAGE COMPANY**
Attn: Judy Galloway
A Division of Fulton Bank, N.A.
4429 Bonney Road, Suite 310
Virginia Beach, VA  23462

MLN#

Thomas Rollo

PAYMENT DUE
$1,637.50

RE:    Lot 49 Indian Ridge Drive
       Earlysville, Va

EXTENSION INFORMATION/CALCULATION:

| FROM DATE | ENDING ON DATE | MORTGAGE AMOUNT | | EXTENSION FEE % | EXTENSION FEE DUE |
|---|---|---|---|---|---|
| 1/26/23 | 7/26/23 | $655,000.00 | X | 0.25% | $4,912.50 |

* Extension for 6 months with 3 months charge @ $1,637.50 each o

PJF
1/13/2023
# 2442

*Exhibit F*

# INVOICE

**Date:** 8/11/22

**Jamersons Plumbing**
/ Phillip Jamerson
821 Self Road
Scottsville, VA 24590
Cell: 434-987-8698

**To:** Dobson Homes, Inc.
91 Beaver Dam Drive
Keswick, VA 22947

**Attention:** Tommy

**Work Order#** 0662

**Job:** Rollo Residence

**Work Description:** Plumbing: Rough in

Material/Labor

**Total Amount:** $8,212.70

**Thank You**

*COPY*

$5612.70
- 1412.70 2/22/2023
$3600.00
- 1800.00
$1800.00 3/20/2023

11/22/2022
$ 10,012.70

11/22/2022
Check # 2431 $2,500.00
12/12/2022
Check # 2437 $1,500.00

$6012.70  1/19/2023
- 1000.00

Total of
Invoices:
0662  $ 8,212.70
0663  $ 1,025.00
0668  $ 775.00

$ 2,500.00

$ 7,512.70
12/12/2022

# INVOICE

**Date:** 8/11/22

**Jamersons Plumbing**
/ Phillip Jamerson
821 Self Road
Scottsville, VA 24590
Cell: 434-987-8698

**To:** Dobson Homes, Inc.
91 Beaver Dam Drive
Keswick, VA 22947

**Attention:** Tommy

**Job:** Rollo Residence

**Work Order#** 0662

# 0663

**Work Description:** Plumbing: Extra:  Install sink in garage and sink in mach. Room.
An extra ice maker and a  pot filler.
Add outdoor shower

Material/Labor

**Total Amount:** $1,025.00

**Thank You**

# INVOICE

**Date:** 9/15/22

**Jamersons Plumbing**
/ Phillip Jamerson
821 Self Road
Scottsville, VA 24590
Cell: 434-987-8698

**To:** Dobson Homes, Inc.
91 Beaver Dam Drive
Keswick, VA 22947

**Attention:** Tommy

**Work Order#** 0668

**Job:** Rollo Residence

**Work Description:** Plumbing: Extra:  Move basement bath plumbing.
Hook up vent and waterlines.

Material/Labor

**Total Amount:** $775.00

**Thank You**



# FINAL LIEN WAIVER

STATE OF _Virginia_,

COUNTY/CITY OF _Albemarle_, to-wit;

Original Contract Amount: $ _10,012.70_
Approved Change Order: $ _—_
Adjusted Contract Amount: $ _____
Previous Payment: $ _8,212.70_
Current Payment: $ _1,800.00_
Contract Balance: $ _10,012.70_

TO:   **CHICAGO TITLE INSURANCE COMPANY** (Title Insurer)
**Fulton Bank, N. A.** (Lender)
or Thomas E. Rollo and Elizabeth J. Rollo (Owners)
(Contractor)

The UNDERSIGNED being duly sworn states that he is the _____ _Owner_ _____ (title) of
_____ (firm) who has a contract with and
furnishing _Jamersons Plumbing_ for the improvements being erected on real estate known and
identified as **4.85 acres, Indian Springs, Earlysville, VA 22936** located in / Albemarle, Commonwealth of
Virginia, and owned by and . _Thomas E. Rollo and Elizabeth J. Rollo_

The UNDERSIGNED, for and in consideration of the sum of _Ten Thousand Twelve and Seventy Cents_
_____ ($ _10,012.70_ ) in payment of invoice
or application dated _8/11/2022_ , and other good and valuable consideration, the
receipt of which is hereby acknowledged, does hereby waive and release any and all liens or claims or right of lien
on the aforementioned property and improvements now or hereafter assertable thereon, and on monies or other
consideration due or to become due on account of labor or services, materials, fixtures or apparatus heretofore
furnished, or which may be furnished at any time hereafter.

The UNDERSIGNED, respectfully warrants that the contract status set forth above is an accurate statement, and no
other sums are claimed, that all laborers, subcontractors, and suppliers employed by him have been past-paid all
amounts previously due and will be paid all in full due out of this payment on receipt and that none of such laborers,
subcontractors or suppliers is or will be entitled to claim or assert any claims against the above described real estate
or the improvements thereon for labor or materials furnished to or for the account of the undersigned.

Signed this _12th_ day of _April_ , 202_3_.

By: _Phillip Jamerson_
Title: _Sole Proprietor_

Signed and sworn to before me this _12th_ day of _April_
_Phillip Jamerson_ as _____ for .

_Joshua Peck_
Notary Public

My Commission Expires: _06/30/2025_

Registration Number: _79306_
_#7930643_   _JMP_

NOTARY PUBLIC
JOSHUA M. PECK
REG. #7930643
MY COMMISSION
EXPIRES
6/30/2025
COMMONWEALTH OF VIRGINIA
2023



**BEACON**

DATE 10/26/22  TIME  7:15:43

SALES ORDER
ACKNOWLEDGEMENT

| | |
|---|---|
| PAYMENT TYPE | C.O.D. |
| DOCUMENT NUMBER | LN04802 |
| DOCUMENT DATE | 10/26/22 |
| CUSTOMER NUMBER | 254142 |
| WAREHOUSE | 517 |

BEA004 PAGE NO.
2

Order by: TOM ROLLO

SPECIAL INSTRUCTIONS

LIFT UP WEDNESDAY

**REMIT TO**
CHARLOTTESVILLE BRANCH
BEACON BUILDING PRODUCTS
PO BOX 100639
ATLANTA, GA 30384-0639

**SOLD TO**
CHARLOTTESVILLE BRANCH
BEACON BUILDING PRODUCTS
1738 SCOTTSVILLE RD
CHARLOTTESVILLE, VA 22902
Phone # 434 295 0442

**WAREHOUSE**
CHARLOTTESVILLE BRANCH
BEACON BUILDING PRODUCTS
CHARLOTTESVILLE, VA 22902

**SHIP TO**
6310 INDIAN RIDGE DRIVE
LOT 49 INDIAN SPRINGS
EARLYSVILLE, VA 22936

| CUSTOMER P.O. NUMBER | JOB NAME | JOB NUMBER | WTR | SALES | ORDER DATE | SHIPPING METHOD | ETA DATE |
|---|---|---|---|---|---|---|---|
| 7031117 | | | 589 | JGS | 10/26/22 | OUR TRUCK | 11/02/22 |

| LINE NO | PRODUCT NUMBER/DESCRIPTION | UOM | ORDERED | SHIPPED | BO | UNIT PRICE | DISCOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 005 | TRIOSS734<br>560384<br>C08 001 001 / F03 001 001<br>36/PALLET<br>100LF | TRI O SHINGLE STARTER 7-3/4"<br>24PALLET/TL 864PC/TL | BDL | 4 | 4 | 0 | 52.5000 | | 210.00 |

END OF ORDER

| NO. CTNS | WEIGHT | SHIPPED VIA | SHIP DATE | PICKED BY | FILLED BY | PACKED BY | CHECKED BY | RECEIVED BY | DATE RECEIVED | |
|---|---|---|---|---|---|---|---|---|---|---|
| 15,422 | | | | | | | | | | |

☐ PREPAID  ☐ COLLECT  ☐ PICK UP

MERCHANDISE CANNOT BE RETURNED WITHOUT PRIOR AUTHORIZATION
Any shortages or discrepancies concerning this order must be reported within 24 hours

| | |
|---|---|
| AMOUNT | 9,878.62 |
| TAX | 523.57 |
| Freight | .00 |
| OTHER | 100.00 |
| TOTAL DUE | 10,502.19 |

BEA

**BEACON**

HEMI 10

SOLD TO

BEACON HOMES INC *Rollo* (517)
BEACON BUILDING PRODUCTS
PO BOX 100639
ATLANTA, GA 30384-0639

P-O-BOX-7101 *4400 City Walk Way*
CHARLOTTESVILLE, VA 22906 *2.28.02*

434 591 1188

WAREHOUSE

CHARLOTTESVILLE BRANCH
BEACON BUILDING PRODUCTS
1738 SCOTTSVILLE RD
CHARLOTTESVILLE, VA 22902
Phone # 434 295 0442

SHIP TO

BEACON HOMES INC *Rollo* (517)
6310 INDIAN RIDGE DRIVE
LOT 49 INDIAN SPRINGS
EARLYSVILLE, VA 22936

| CUSTOMER P.O. NUMBER | JOB NAME | JOB NUMBER | WTR | SALES | ORDER DATE | SHIPPING METHOD |
|---|---|---|---|---|---|---|
| 7031117 | | 589 | JGS | 10/26/22 | OUR TRUCK | |

DATE 10/26/22 TIME 7:15:43

SALES ORDER ACKNOWLEDGMENT

| PAYMENT TYPE | C.O.D. |
|---|---|
| DOCUMENT NUMBER | LN04802 |
| DOCUMENT DATE | 10/26/22 |
| CUSTOMER NUMBER | 254142 |
| WAREHOUSE | 517 |

Order by: TOM ROLLO

SPECIAL INSTRUCTIONS

LIFT UP WEDNESDAY

PTA DATE 11/02/22

BEA00# PAGE NO. 1

| LINE NO | PRODUCT NUMBER & DESCRIPTION | UOM | ORDERED | SHIPPED | BO | UNIT PRICE | DISCOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 001 | GAFTMBLNBAHDZPG | BDL | 208 | 208 | 0 | 37.4900 | | 7797.92 |
| | 656449 GAF BA TMBLINE HDZ PEWTER GRAY | | | | | | | |
| | F02 001 001 | | | | | | | |
| 002 | GAFCOBRA20NG | RL | 10 | 0 | 10 | 55.1500 | | 551.50 |
| | 028287 04765552BA | | | | | | | |
| | C05 001 001 GAF COBRA VENT 20'10.5"NAIL GUN | | | | | | | |
| | TRANSFER BR 409 BALTIMORE TIMBERLINE 3BDL/SQ | | | | | | | |
| | 2005 RIDGE VENT 20' X 10.5" | | | | | | | |
| | 36SL/PAL | | | | | | | |
| 003 | TRIPSWA6TB | PC | 52 | 52 | 0 | 10.1200 | | 526.24 |
| | 557536 TRI ALUM EDGE F5 5" STD WHT | | | | | | | |
| | C17 001 001 F-5WA6TB STANDARD WHITE | | | | | | | |
| 004 | GAFSARMOPG | BDL | 12 | 12 | 0 | 66.0800 | | 792.96 |
| | 443933 GAF MO SEAL-A-RIDGE PEWTER GRAY | | | | | | | |
| | C09 001 001 / F03 001 001 MOBILE PLASTIC WRAPPER | | | | | | | |
| | 2SLF/BDL | | | | | | | |

CONTINUED:

| PREPAID | | NO. CTNS | WEIGHT | SHIPPED VIA | SHIP DATE | PICKED BY | FILLED BY | PACKED BY | CHECKED BY | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| COLLECT | | 15,422 | | | | | | | | |
| PICKUP | | | | RECEIVED BY | | DATE RECEIVED | | | AMOUNT TAX | |

MERCHANDISE CANNOT BE RETURNED WITHOUT PRIOR AUTHORIZATION
Any shortage or discrepancies concerning this order must be reported within 24 hours

MNSA

BEA

Sale

Entry Method: Chip

Total: $ 10,502.19

Appr Code: 004790
Batch#: 360001

Approved Online
VISA

**CLEMENTE**
NEW ROOFS
RE-ROOFS
EMERGENCY REPAIRS

MELINDA & EMILIO CLEMENTE

Nov 15, 2022

6810 Indian Ridge Dr.
lot 49

52/pieces of Dripedge @ 8.00/ea $416.00

208 Bundles @ $15.00/ea $3120.00

install Flashing 164 LF @ 1.50 $246.00

counter Flash 164 LF @ 12.00 $1,968.00

Rolled Ridg vent 80LF @ 4.00 $320.00

Total
6,070.00

Check # 2405
11/17/2022
Paid In Full

Experience | Licensed & Insured



THOMAS E ROLLO
ELIZABETH J ROLLO
4000 CITY WALK WAY APT 408
CHARLOTTESVILLE, VA 22902

2405
68-54/514-7464

Date 11/17/2022

Pay to the
Order of: Clemente Roofing    $ 6,070.00

Six Thousand Seventy and ——— oo/100 Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Virginia
wellsfargo.com

For: Roof 630 Fox-Ridge 05
Gabl in Bell

Thomas S. Rollo

**FINAL LIEN WAIVER**

STATE OF _Virginia_ ,

COUNTY/CITY OF _Albemarle_ , to-wit;

Original Contract Amount: $ _6,070.00_
Approved Change Order: $ _____
Adjusted Contract Amount: $ _____
Previous Payment: $ _____
Current Payment: $ _6,070.00_
Contract Balance: $ _0.00_

TO:   **CHICAGO TITLE INSURANCE COMPANY** (Title Insurer)
   **Fulton Bank, N. A.** (Lender)
   or Thomas E. Rollo and Elizabeth J. Rollo (Owners)
   (Contractor)

The UNDERSIGNED being duly sworn states that he is the _Owner_ (title) of _Clemente Roofing_ (firm) who has a contract with  for furnishing _Roofing Installation_ for the improvements being erected on real estate known and identified as **4.85 acres, Indian Springs, Earlysville, VA 22936** located in / Albemarle, Commonwealth of Virginia, and owned by and _Thomas E. Rollo and Elizabeth J. Rollo_.

The UNDERSIGNED, for and in consideration of the sum of _Six Thousand Seventy and zero cents_ ($ _6,070.00_ ) in payment of invoice or application dated _11/18/2022_ , and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby waive and release any and all liens or claims or right of lien on the aforementioned property and improvements now or hereafter assertable thereon, and on monies or other consideration due or to become due on account of labor or services, materials, fixtures or apparatus heretofore furnished, or which may be furnished at any time hereafter.

The UNDERSIGNED, respectfully warrants that the contract status set forth above is an accurate statement, and no other sums are claimed, that all laborers, subcontractors, and suppliers employed by him have been past-paid all amounts previously due and will be paid all in full due out of this payment on receipt and that none of such laborers, subcontractors or suppliers is or will be entitled to claim or assert any claims against the above described real estate or the improvements thereon for labor or materials furnished to or for the account of the undersigned.

Signed this ~~3t~~ 18 day of ~~Dec.~~ Jan , ~~2022~~ 2023

By: _Melinda Clemente_
Title: _Owner_

Signed and sworn to before me this _18th_ day of _January_ , ~~2022~~ 2023 by _Melinda Clemente_ as _Owner_ for .

_Anthony Mansour_
Notary Public

ANTHONY MANSOUR
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
REGISTRATION #7878962
MY COMM. EXPS: MARCH 31, 2024
My Commission Expires: _03/31/2024_

Registration Number: #7878962

FNTG 08 Final Lien Waiver (August 2010)



# CHANGE ORDER

**True Living, LLC.**
140 S Pantops Dr. #102
Charlottesville, VA 22911
P. 540.406.0686
F. 877.538.6502
email: Accounting@BuildWithTrue.com

| Change Order # | 1 |
|---|---|
| Date | 1/16/23 |

| Project Name: | Rollo Residence |
|---|---|
| **True Living Project Manager** | Brandon Flasco |
| **Customer Requesting Change** | Tom and Liz |

| Change Order Request Signatures | Sign Here | Date |
|---|---|---|
| Buyer | Thos Rollo | 1/19/2023 |
| Buyer | | |
| True Living Project Manager | | |

For Office Use

| Description of Request | Est. Cost |
|---|---|
| Add framing change to existing garage door opening to accomodate 20' x 9' garage door | $2,000.00 |
| Delete satin finish on walls | -$1,500.00 |
| Add custom color flat paint - interior walls | $2,000.00 |
| Add 6 outlets in unfinished 2nd floor bonus rm ($150@ - credit 1) | $750.00 |
| Add 2 flood lights ($450 each) | $900.00 |
| Add 1 switched receptacle in screen porch for rope lights | $325.00 |
| Add electrical for mirror light in primary bath vanity | $0.00 |
| Add 3 recessed lights in primary bath in lieu of front porch recessed | $0.00 |
| | $4,475.00 |

**THOMAS E ROLLO**
**LIZABETH J ROLLO**
00 CITY WALK WAY APT 408
HARLOTTESVILLE, VA 22902

2446
68-54/514 7464

Date 1/19/2023

Pay to the order of _True Living_ $ 4,475.00

_Four Thousand Four Hundred Seventy Five_ Dollars

WELLS FARGO  Wells Fargo Bank, N.A.
Virginia
wellsfargo.com

Change Order 1

Photo Safe Deposit

PAID IN FULL
1/19/23

| | Date |
|---|---|
| Buyer X  Thos E. Rollo | 1/19/2023 |
| Buyer X | |
| True Living Project Manager | |
| True Living Final Approval | 1/19/23 |

Change orders are due upon acceptance. Please indicate method of payment. Payment of change order constitutes your signature, approval, acceptance of change order.

Tommy Dobson

Dobson Signature Homes

91 Beaverdam Court

Keswick, VA 22947


12/5/2022


Dear Tommy,

Attached are paid receipts for the back monthly container rents (August-October 2022) as well as a paid receipt for the container rent (November 2022) as well as for the container removal and contents disposal of the container left on our property by Dobson Signature Homes.  The account is now closed out.

I respectfully request reimbursement for these expenses that total $862.20.  Please send the reimbursement as soon as possible.

Sincerely yours,



Thomas E. Rollo

4000 City Walk Way

Apt 408

Charlottesville, VA 22902

 **Gmail**

Tom Rollo <clanrollo58@gmail.com>

## Copy of payment receipt from Container Rentals LLC

Fri, Dec 2, 9:16 AM

**Intuit** <do_not_reply@intuit.com>
To: <clanrollo58@gmail.com>, <billing@vanderlinderecycling.com>

**Dear Thomas E Rollo / Dobson Homes**

Below is the sales receipt provided to you by Container Rentals LLC

### Container Rentals LLC

Receipt

2820 HYDRAULIC RD CHARLOTTESVILLE VA 22901

| | | | |
|---|---|---|---|
| | | Amount | $632.2 |
| Transaction Type | Sale | | |
| Cardholder Name | Thomas E Rollo / Dobson Homes | Credit Card Number | ......2698 |
| Card Type | Visa | | |
| Date & Time | 12/02/2022 - 06:15 PST | Authorization Code | 31956D |
| Transaction ID | MS0135166197 | | |

**Thank you for your order,**
Container Rentals LLC

billing@vanderlinderecycling.com

No additional transfer fees or taxes apply.

Payment services brought by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819

For more information about Intuit Payments' money transmission licenses, please visit
https://www.intuit.com/legal/licenses/payment-licenses/

Please do not reply to this message as we are unable to respond to questions at this e-mail address.

**van der Linde Recycling and Container Rentals**

2820 Hydraulic Rd, Suite 1
Charlottesville, VA  22901
(434) 589-1948
billing@vanderlinderecycling.com

# INVOICE

BILL TO
Dobson Homes
PO Box 7181
Charlottesville, VA 22906

| | |
|---|---|
| INVOICE | 103832 |
| DATE | 12/01/2022 |
| TERMS | Net 30 |
| DUE DATE | 12/31/2022 |

JOB SITE
(30-0507A)  Spring Forest Ln

JOB NAME
Indian Springs Lot 49

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Haul<br>CONTAINER PICKUP | 1 | 330.00 | 330.00 |
| | Tipping<br>C&D Material | 3.24 | 55.00 | 178.20 |
| | Rental<br>Daily November/December | 31 | 4.00 | 124.00 |

Please include your invoice number on ALL checks and/or
correspondence. Thank you!

Effective January 1, 2022 we will no longer mail out paper
invoices or statements.

For your convenience our terms and conditions are posted on
our website www.containerrentalsllc.com

| | |
|---|---|
| SUBTOTAL | 632.20 |
| TAX | 0.00 |
| TOTAL | 632.20 |
| PAYMENT | 632.20 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

This contains confidential information. If you are not the named addressee do not disseminate, distribute or copy this e-mail. Notify sender if you receive this in error and delete from your system. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

Tom Rollo <clanrollo58@gmail.com>

 Gmail

---

## Copy of payment receipt from Container Rentals LLC

Wed, Nov 30, 12:55 PM

**Intuit** <do_not_reply@intuit.com>
To: <clanrollo58@gmail.com>, <billing@vanderlinderecycling.com>

**Dear Thomas E Rollo / Dobson Homes**

Below is the sales receipt provided to you by Container Rentals LLC

| | Receipt |
|---|---|
| **Container Rentals LLC** | |
| 2820 HYDRAULIC RD CHARLOTTESVILLE VA 22901 | |

| | | | |
|---|---|---|---|
| | | Amount | $230.0 |
| **Transaction Type** | Sale | | |
| | | Credit Card Number | ......2698 |
| **Cardholder Name** | Thomas E Rollo / Dobson Homes | | |
| **Card Type** | Visa | | |
| **Date & Time** | 11/30/2022 - 09:54 PST | Authorization Code | 15469D |
| **Transaction ID** | MS0134581194 | | |

**Thank you for your order,**
Container Rentals LLC

billing@vanderlinderecycling.com

No additional transfer fees or taxes apply.

Payment services brought by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819

For more information about Intuit Payments' money transmission licenses, please visit
https://www.intuit.com/legal/licenses/payment-licenses/

Please do not reply to this message as we are unable to respond to questions at this e-mail address.

**van der Linde Recycling and Container Rentals**

2820 Hydraulic Rd, Suite 1
Charlottesville, VA  22901
(434) 589-1948
billing@vanderlinderecycling.com

# INVOICE

BILL TO
Dobson Homes
PO Box 7181
Charlottesville, VA 22906

| | |
|---|---|
| INVOICE | 100933 |
| DATE | 10/31/2022 |
| TERMS | Net 30 |
| DUE DATE | 11/30/2022 |

JOB SITE
(30-0507A)  Spring Forest Ln

JOB NAME
Indian Springs Lot 49

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Rental | 31 | 2.50 | 77.50 |
| | Daily | | | |

Please include your invoice number on ALL checks and/or correspondence. Thank you!

Effective January 1, 2022 we will no longer mail out paper invoices or statements.

For your convenience our terms and conditions are posted on our website www.containerrentalsllc.com

| | |
|---|---|
| SUBTOTAL | 77.50 |
| TAX | 0.00 |
| TOTAL | 77.50 |
| PAYMENT | 77.50 |
| BALANCE DUE | **$0.00** |
| | PAID |

This contains confidential information. If you are not the named addressee do not disseminate, distribute or copy this e-mail. Notify sender if you receive this in error and delete from your system. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

**van der Linde Recycling and Container Rentals**

2820 Hydraulic Rd, Suite 1
Charlottesville, VA  22901
(434) 589-1948
billing@vanderlinderecycling.com

## INVOICE

BILL TO
Dobson Homes
PO Box 7181
Charlottesville, VA  22906

| INVOICE | 98195 |
|---------|-------|
| DATE | 09/30/2022 |
| TERMS | Net 30 |
| DUE DATE | 10/30/2022 |

JOB SITE
(30-0507A)  Spring Forest Ln

JOB NAME
Indian Springs Lot 49

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | | 30 | 2.50 | 75.00 |
| | Rental | | | |
| | September | | | |

| | |
|---|---|
| SUBTOTAL | 75.00 |
| TAX | 0.00 |
| TOTAL | 75.00 |
| PAYMENT | 75.00 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

Please include your invoice number on ALL checks and/or correspondence. Thank you!

Effective January 1, 2022 we will no longer mail out paper invoices or statements.

For your convenience our terms and conditions are posted on our website www.containerrentalsllc.com

This contains confidential information. If you are not the named addressee do not disseminate, distribute or copy this e-mail. Notify sender if you receive this in error and delete from your system. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

**van der Linde Recycling and Container Rentals**

2820 Hydraulic Rd, Suite 1
Charlottesville, VA  22901
(434) 589-1948
billing@vanderlinderecycling.com

## INVOICE

BILL TO
Dobson Homes
PO Box 7181
Charlottesville, VA  22906

| | |
|---|---|
| INVOICE | 94667 |
| DATE | 08/31/2022 |
| TERMS | Net 30 |
| DUE DATE | 09/30/2022 |

JOB NAME
Indian Springs Lot 49

JOB SITE
(30-0507A) Spring Forest Ln

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Rental Daily | 31 | 2.50 | 77.50 |

| | |
|---|---|
| SUBTOTAL | 77.50 |
| TAX | 0.00 |
| TOTAL | 77.50 |
| PAYMENT | 77.50 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

Please include your invoice number on ALL checks and/or correspondence. Thank you!

Effective January 1, 2022 we will no longer mail out paper invoices or statements.

For your convenience our terms and conditions are posted on our website www.containerrentalsllc.com

This contains confidential information. If you are not the named addressee do not disseminate, distribute or copy this e-mail. Notify sender if you receive this in error and delete from your system. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

Tom Rollo <clanrollo58@gmail.com>

 Gmail

---

## Copy of payment receipt from Container Rentals LLC

Wed, Nov 30, 12:55 PM

**Intuit** <do_not_reply@intuit.com>
To: <clanrollo58@gmail.com>, <billing@vanderlinderecycling.com>

### Dear Thomas E Rollo / Dobson Homes

Below is the sales receipt provided to you by Container Rentals LLC

Receipt

## Container Rentals LLC

2820 HYDRAULIC RD CHARLOTTESVILLE VA 22901

| | | |
|---|---|---|
| | **Amount** | $230.0 |
| **Transaction Type** | Sale | |
| | **Credit Card Number** | ......2698 |
| **Cardholder Name** | Thomas E Rollo / Dobson Homes | |
| **Card Type** | Visa | |
| | **Authorization Code** | 15469D |
| **Date & Time** | 11/30/2022 - 09:54 PST | |
| **Transaction ID** | MS0134581194 | |

**Thank you for your order,**
Container Rentals LLC

billing@vanderlinderecycling.com

No additional transfer fees or taxes apply.

Payment services brought by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819

For more information about Intuit Payments' money transmission licenses, please visit
https://www.intuit.com/legal/licenses/payment-licenses/

Please do not reply to this message as we are unable to respond to questions at this e-mail address.

**van der Linde Recycling and Container Rentals**

2820 Hydraulic Rd, Suite 1
Charlottesville, VA  22901
(434) 589-1948
billing@vanderlinderecycling.com

## INVOICE

BILL TO
Dobson Homes
PO Box 7181
Charlottesville, VA  22906

| | |
|---|---|
| INVOICE | 100933 |
| DATE | 10/31/2022 |
| TERMS | Net 30 |
| DUE DATE | 11/30/2022 |

JOB NAME
Indian Springs Lot 49

JOB SITE
(30-0507A) Spring Forest Ln

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | | 31 | 2.50 | 77.50 |
| | Rental | | | |
| | Daily | | | |

| | |
|---|---|
| | 77.50 |
| SUBTOTAL | 0.00 |
| TAX | 77.50 |
| TOTAL | 77.50 |
| PAYMENT | |
| | **$0.00** |
| BALANCE DUE | PAID |

Please include your invoice number on ALL checks and/or
correspondence. Thank you!

Effective January 1, 2022 we will no longer mail out paper
invoices or statements.

For your convenience our terms and conditions are posted on
our website www.containerrentalsllc.com

This contains confidential information. If you are not the named addressee do not disseminate, distribute or copy this e-mail. Notify sender if you receive
this in error and delete from your system. Finally, the recipient should check this email and any attachments for the presence of viruses. The company
accepts no liability for any damage caused by any virus transmitted by this email.

**van der Linde Recycling and Container Rentals**

2820 Hydraulic Rd, Suite 1
Charlottesville, VA  22901
(434) 589-1948
billing@vanderlinderecycling.com

## INVOICE

BILL TO
Dobson Homes
PO Box 7181
Charlottesville, VA  22906

| | |
|---|---|
| INVOICE | 98195 |
| DATE | 09/30/2022 |
| TERMS | Net 30 |
| DUE DATE | 10/30/2022 |

JOB SITE
(30-0507A) Spring Forest Ln

JOB NAME
Indian Springs Lot 49

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | | 30 | 2.50 | 75.00 |
| | Rental September | | | |

| | |
|---|---|
| | 75.00 |
| SUBTOTAL | 0.00 |
| TAX | 75.00 |
| TOTAL | 75.00 |
| PAYMENT | |
| BALANCE DUE | **$0.00** |
| | **PAID** |

Please include your invoice number on ALL checks and/or
correspondence. Thank you!

Effective January 1, 2022 we will no longer mail out paper
invoices or statements.

For your convenience our terms and conditions are posted on
our website www.containerrentalsllc.com

This contains confidential information. If you are not the named addressee do not disseminate, distribute or copy this e-mail. Notify sender if you receive
this in error and delete from your system. Finally, the recipient should check this email and any attachments for the presence of viruses. The company
accepts no liability for any damage caused by any virus transmitted by this email.

**van der Linde Recycling and Container Rentals**

2820 Hydraulic Rd, Suite 1
Charlottesville, VA  22901
(434) 589-1948
billing@vanderlinderecycling.com

# INVOICE

| BILL TO | | INVOICE | 94667 |
|---|---|---|---|
| Dobson Homes | | DATE | 08/31/2022 |
| PO Box 7181 | | TERMS | Net 30 |
| Charlottesville, VA  22906 | | DUE DATE | 09/30/2022 |

JOB NAME
Indian Springs Lot 49

JOB SITE
(30-0507A)  Spring Forest Ln

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Rental<br>Daily | 31 | 2.50 | 77.50 |

| | |
|---|---|
| SUBTOTAL | 77.50 |
| TAX | 0.00 |
| TOTAL | 77.50 |
| PAYMENT | 77.50 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

Please include your invoice number on ALL checks and/or
correspondence. Thank you!

Effective January 1, 2022 we will no longer mail out paper
invoices or statements.

For your convenience our terms and conditions are posted on
our website www.containerrentalsllc.com

This contains confidential information. If you are not the named addressee do not disseminate, distribute or copy this e-mail. Notify sender if you receive
this in error and delete from your system. Finally, the recipient should check this email and any attachments for the presence of viruses. The company
accepts no liability for any damage caused by any virus transmitted by this email.

# INVOICE

**Date:** 8/11/22

**Jamersons Plumbing**
/ Phillip Jamerson
821 Self Road
Scottsville, VA 24590
Cell: 434-987-8698

**To:** Dobson Homes, Inc.
91 Beaver Dam Drive
Keswick, VA 22947

**Attention:** Tommy

**Work Order#** 0662

**Job:** Rollo Residence

**Work Description:** Plumbing: Rough in

Material/Labor

**Total Amount:** $8,212.70

**Thank You**



$5612.70
- 1412.70   2/23/2023
$3600.00
-1800.00
$1800.00   3/20/2023

11/22/2022
$ 10,012.70

Total of
Invoices:
0662  $ 8212.70
0663  $ 1,025.00
0668  $  775.00

11/22/2022
Check # 2431  $2,500.00
12/12/2022
Check # 2437  $1,500.00

$6012.70   .1.9/2023

$ 2,500.00

$ 7,512.70
12/2/2022

# INVOICE

**Date:** 8/11/22

**Jamersons Plumbing**
/ Phillip Jamerson
821 Self Road
Scottsville, VA 24590
Cell: 434-987-8698

**To:** Dobson Homes, Inc.
91 Beaver Dam Drive
Keswick, VA 22947

**Attention:** Tommy

**Work Order# 0662**

# 0663

**Job:** Rollo Residence

**Work Description:** Plumbing: Extra: Install sink in garage and sink in mach. Room.
An extra ice maker and a pot filler.
Add outdoor shower

Material/Labor

**Total Amount:** $1,025.00

**Thank You**

2/25/22, 2:54 PM                              Gmail - Change Order / Allowance Reconciliation payment request

 Gmail        *Exhibit G*                    Tom Rollo <clanrollo58@gmail.com>

## Change Order / Allowance Reconciliation payment request

christine dobson <christinedobson68@gmail.com>                    Wed, Feb 23, 2022 at 8:14 PM
To: Elizabeth Rollo <elizabethjrollo@gmail.com>
Cc: Tom Rollo <clanrollo58@gmail.com>, Tommy Dobson <tommydobson73@gmail.com>

Hello Elizabeth and Tom!

I hope you are well and having a great week so far!

We have prepared your allowance reconciliations and change orders for the following.
Please see attached for details and let us know if you have any questions.

1. Specialty Custom Exterior Door Allowance Reconciliation credit ($30.00)
2. Exterior Door Allowance Reconciliation $14,709.00
3. Exterior Window Allowance Reconciliation credit ($118.30)
4. Add Pressure Treated Stair with Trex Decking Treads & Powder Coated Aluminum Rails $1,850.00
5. Add Wood Burning Fireplace to Screen Porch $10,850.00
6. Increased Finished and Unfinished SF Reconciliation $27,432.51

2.23.22 Total allowance reconciliation and changes $54,693.21

Thank you,
Christine Dobson

**6 attachments**

  Specialty Custom Exterior Door Allowance Reconciliation credit amount -30.00.pdf
  94K

  Exterior Door Allowance Reconciliation amount $14,709.00.pdf
  98K

  Exterior Window Allowance Reconciliation credit amount -118.30.pdf
  95K

  Add Pressure Treated Stair with Trex Decking Treads & Powder Coated Aluminum Rails amount
  $1,850.00.pdf
  96K

  Add Wood Burning Fireplace to Screen Porch. amount $10,850.00.pdf
  69K

  Increased Finished and Unfinished SF Reconciliation amount $27,432.51.pdf
  108K

| Rollo Home Build-Dobson Homes Contract Change Order Paid 02/23/2022 | |
|---|---|
| | |
| Custom Exterior Door Allowance Reconciliation Credit | ($30.00) |
| Exterior Door Allowance Reconciliation | $14,709.00 |
| Exterior Window Allowance Reconciliation Credit | ($118.30) |
| Add Pressure Treated Stair with Trex Decking Treads & Powder Coated Aluminum Rails | $1,850.00 |
| Add Wood Burning Fireplace To Screen Porch | $10,850.00 |
| Increased Finished Unfinished SF Reconciliation Paragraph 15 | $27,432.51 |
| | |
| Totals (all columns) | $54,693.21 |



## Dobson Homes
### BUILDING QUALITY FAMILY HOMES.

## 45212: Specialty Custom Exterior Door Package Allowance Reconciliation:
### Status: Approved - Billed

**Document Date:** Friday, January 21, 2022

Dobson Homes Inc
Po box 7181
Charlottesville, VA 22906
(434) 531-4976
Class A Contractors Licence # 2705 112606A

**Project:** DH-Rollo
Indian Ridge Drive
Lot 49 Indian Springs Subdivision
Earlysville, Va 22936

Summary of Change Order Requests or Allowance overage or Underage below: Please sign and remit payment for all Change Order's & Allowance Overages to insure no schedule delay's.

### Line Items

| Category | Selection | Choice | Price (Incl. adj. tax) | Allowance | Difference (Incl. tax) |
|---|---|---|---|---|---|
| 45000 - Exterior Doors & Windows. (Including Hardware) | 45212: Specialty Custom Exterior Door Package | 45212: Specialty Custom Exterior Door Package Allowance Reconciliation: Front Door Allowance: Front Door Costs including Installation & Installation Materials, $5,780.00  Front Door Allowance Reconciliation Credit: (-$30.00) | -$30.00 | | -$30.00 |
| **Total** | | | | | -$30.00 |

### Effect on Contract Total

| | |
|---|---|
| **Contract Price** | $979,914.00 |
| **Total from other approved change orders** (45210: Exterior Door Package Allowance Reconciliation:) | $14,709.00 |
| **Total from this change order** | -$30.00 |
| **Total including Change Orders\*** | $994,593.00 |

\* May not include other change orders that have been approved since this change order was created

**Terms:** Due Upon Reciept

Thanks for your Business!

### Approvals

_____                    1/21/2022
**Team Member:** Tommy Dobson                  **Date**

Return to previous page

Copyright 2005-2021 CoConstruct, LLC. All rights reserved.



## 45210: Exterior Door Package Allowance Reconciliation:

**Status: Approved - Billed**

**Document Date:** Friday, January 21, 2022

Dobson Homes Inc
Po box 7181
Charlottesville, VA 22906
(434) 531-4976
Class A Contractors Licence # 2705 112606A

**Project:** DH-Rollo
Indian Ridge Drive
Lot 49 Indian Springs Subdivision
Earlysville, Va 22936

Summary of Change Order Requests or Allowance overage or Underage below: Please sign and remit payment for all Change Order's & Allowance Overages to insure no schedule delay's.

## Line Items

| Category | Selection | Choice | Price (incl. adj. tax) | Allowance | Difference (incl. tax) |
|---|---|---|---|---|---|
| 45000 - Exterior Doors & Windows. (Including Hardware) | 45210: Exterior Door Package | 45210: Exterior Door Package Allowance Reconciliation: Allowance: $6,300.00: (3) Formal Ext. Doors + (4) Informal Ext. Doors = (7) Doors Total<br>Total Costs including Installation & Installation Materials: $21,009.00: (7) Formal Ext. Doors + (4) Informal Ext. Doors = (12) Doors Total.<br><br>Exterior Door Package Allowance Reconciliation Overage: $14,709.00<br><br>To be specified by client<br>Exterior Door Package<br>$0.00<br>Pella Exterior Door Quote<br>$18,589.00<br>Exterior Door Package per Opening Allowance<br>$0.00<br>Exterior Door's Installation Hardware, Flashing Tape, Silicone, & Misc.<br>$1,045.00<br>Install Exterior Doors - Per opening<br>$1,375.00<br>Profit<br>$0.00<br>Tax<br>$0.00<br>Revised Budget<br>$21,009.00 | $14,709.00 | | $14,709.00<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>$14,709.00 |
| **Total** | | | | | |

## Effect on Contract Total

| | |
|---|---|
| | $979,914.00 |
| Contract Price | $14,709.00 |
| Total from this change order | $994,623.00 |
| Total including Change Orders* | |

* May not include other change orders that have been approved since this change order was created

**Terms:** Due Upon Reciept

Thanks for your Business!

## Approvals

| | 1/21/2022 |
|---|---|
| **Team Member:** Tommy Dobson | **Date** |

Return to previous page

Copyright 2005-2021 CoConstruct, LLC. All rights reserved.



## Dobson Homes
### BUILDING QUALITY FAMILY HOMES.

## 45220: Exterior Window Package Allowance Reconciliation
### Status: Approved - Billed

**Document Date:** Friday, January 21, 2022

Dobson Homes Inc
Po box 7181
Charlottesville, VA 22906
(434) 531-4976
Class A Contractors Licence # 2705 112606A

**Project:** DH-Rollo
Indian Ridge Drive
Lot 49 Indian Springs Subdivision
Earlysville, Va 22936

Summary of Change Order Requests or Allowance overage or Underage below: Please sign and remit payment for all Change Order's & Allowance Overages to insure no schedule delay's.

### Line Items

| Category | Selection | Choice | Price (Incl. adj. tax) | Allowance | Difference (Incl. tax) |
|---|---|---|---|---|---|
| 45000 - Exterior Doors & Windows. (Including Hardware) | 45220: Exterior Window Package | 45220: Exterior Window Package Allowance Reconciliation Allowance - $28,640.99 Window Costs including Installation & Installation materials. $28,521.70 | -$118.30 | | -$118.30 |
| | | Window Allowance Credit (-$118.30) | | | -$118.30 |
| **Total** | | | | | |

### Effect on Contract Total

| | |
|---|---|
| | $979,914.00 |
| **Contract Price** | $14,679.00 |
| **Total from other approved change orders** (45210: Exterior Door Package Allowance Reconciliation:, 45212: Specialty Custom Exterior Door Package Allowance Reconciliation:) | |
| **Total from this change order** | -$118.30 |
| **Total including Change Orders*** | $994,474.70 |

* May not include other change orders that have been approved since this change order was created

**Terms:** Due Upon Reciept

Thanks for your Business!

### Approvals

_____    1/21/2022

**Team Member:** Tommy Dobson    Date

Return to previous page

Copyright 2005-2021 CoConstruct, LLC. All rights reserved.



**Dobson Homes**
BUILDING QUALITY FAMILY HOMES.

# 43310 - Add 5'-0" Wide Pressure Treated Stair w/ Trex Decking Treads & Powder Coated Aluminum Rails

**Status:** Approved - Billed

**Document Date:** Saturday, January 22, 2022

Dobson Homes Inc
Po box 7181
Charlottesville, VA 22906
(434) 531-4976
Class A Contractors Licence # 2705 112606A

**Project:** DH-Rollo
Indian Ridge Drive
Lot 49 Indian Springs Subdivision
Earlysville, Va 22936

Summary of Change Order Requests or Allowance overage or Underage below: Please sign and remit payment for all Change Order's & Allowance Overages to insure no schedule delay's.

## Line Items

| Category | Selection | Choice | Price (Incl. adj. tax) | Allowance | Difference (Incl. tax) |
|---|---|---|---|---|---|
| 43000 - Deck Systems | 43310 - Add 5'-0" Wide Pressure Treated Stair w/ Trex Decking Treads & Powder Coated Aluminum Rails Up to 5 Riser's. | 43310 - Add 5'-0" Wide Pressure Treated Stair w/ Trex Decking Treads & Powder Coated Aluminum Rails Up to 5 Riser's. Price: $1,850.00 | $1,850.00 | | $1,850.00 |
| **Total** | | | | | $1,850.00 |

## Effect on Contract Total

| | |
|---|---|
| **Contract Price** | $979,914.00 |
| **Total from other approved change orders** (45210: Exterior Door Package Allowance Reconciliation:, 45212: Specialty Custom Exterior Door Package Allowance Reconciliation:, 45220: Exterior Window Package Allowance Reconciliation, 00 - Increased Finished &amp; Unfinished S.F. Reconciliation, 41319 - Add Wood Burning Fireplace to Screen Porch.) | $52,843.21 |
| **Total from this change order** | $1,850.00 |
| **Total including Change Orders\*** | $1,034,607.21 |

\* May not include other change orders that have been approved since this change order was created

**Terms:** Due Upon Reciept

Thanks for your Business!

## Approvals

**Team Member:** Tommy Dobson

1/22/2022

**Date**

Return to previous page

Copyright 2005-2021 CoConstruct, LLC. All rights reserved.



## 41319 - Add Wood Burning Fireplace to Screen Porch.

**Status:** Approved - Billed

**Document Date:** Saturday, January 22, 2022

Dobson Homes Inc
Po box 7181
Charlottesville, VA 22906
(434) 531-4976
Class A Contractors Licence # 2705 112606A

**Project:** DH-Rollo
Indian Ridge Drive
Lot 49 Indian Springs Subdivision
Earlysville, Va 22936

Summary of Change Order Requests or Allowance overage or Underage below: Please sign and remit payment for all Change Order's & Allowance Overages to insure no schedule delay's.

## Line Items

| Category | Selection | Choice | Price (incl. adj. tax) | Allowance | Difference (incl. tax) |
|---|---|---|---|---|---|
| 41319 - Wood Burning & Gas Fireplace Insert Systems | 41213: Interior Fireplace Stone Material - Screen Porch | 41213: Interior Fireplace Stone Material Allowance - Screen Porch | $1,819.74 | | $1,819.74 |
| | | Price: $1,819.74 | | | |
| | 41317 - Fireplace Mantle Material - Screen Porch | 1317 - Fireplace Mantle Material Allowance - Screen Porch | $915.37 | | $915.37 |
| | | Price: $915.37 | | | |
| | 41319: Wood Burning & Gas Fireplace Insert Systems Allowance - Screen Porch | 41319: Wood Burning & Gas Fireplace Insert Systems Allowance - Screen Porch Client Information Add Wood Burning Fireplace to Screen Porch. Allowance Summary Below: 40221: Framing Materials: $750.00 40301: Framing Labor: $800.00 41213: Interior Stone Material - $1,819.74 41317 - Fireplace Mantle Material - $915.37 41319: Wood Burning & Gas Fireplace Insert Systems - $5,550.00 44314: Stucco Labor & Materials: $1,014.89 | $8,114.89 | | $8,114.89 |
| | | Price: $750.00 + $800.00 + $5,550.00 + $1,014.89 = $8,114.89 | | | $10,850.00 |
| **Total** | | | | | |

## Effect on Contract Total

| | |
|---|---|
| | $979,914.00 |
| Contract Price | $14,560.70 |
| **Total from other approved change orders** (45210: Exterior Door Package Allowance Reconciliation:, 45212: Specialty Custom Exterior Door Package Allowance Reconciliation:, 45220: Exterior Window Package Allowance Reconciliation) | $10,850.00 |
| Total from this change order | $1,005,324.70 |
| **Total including Change Orders\*** | |

\* May not include other change orders that have been approved since this change order was created

**Terms:** Due Upon Reciept

Thanks for your Business!

**Approvals**

_____      1/22/2022
**Team Member:** Tommy Dobson          **Date**

Return to previous page

Copyright 2005-2021 CoConstruct, LLC. All rights reserved.



# 00 - Increased Finished & Unfinished S.F. Reconciliation

### Status: Approved - Billed

**Document Date:** Saturday, January 22, 2022

**Dobson Homes Inc**
Po box 7181
Charlottesville, VA 22906
(434) 531-4976
Class A Contractors Licence # 2705 112606A

**Project:** DH-Rollo
Indian Ridge Drive
Lot 49 Indian Springs Subdivision
Earlysville, Va 22936

Summary of Change Order Requests or Allowance overage or Underage below: Please sign and remit payment for all Change Order's & Allowance Overages to insure no schedule delay's.

## Line Items

| Category | Selection | Choice | Price (Incl. adj. tax) | Allowance | Difference (Incl. tax) |
|---|---|---|---|---|---|
| 00 - Increase Interior/Exterior Square Footage | 00 - Increase Finish S.F. on 1st. Floor from 1,962 s.f. to 2,065 S.F. Adding 103 S.F. (103 s.f. x $125 per s.f.) | 00 - Increase Finish S.F. on 1st. Floor from 1,962 s.f. to 2,065 S.F. Adding 103 S.F. (103 s.f. x $125 per s.f.) | $12,875.00 | | $12,875.00 |
| | | Price: 103 s.f. x $125.00 = $12,875.00 | | | |
| | 00 - Increase Finish S.F. on 2nd. Floor from 905 s.f. to 1,033 s.f. Adding 128 S.F. (128 s.f. x $125 per s.f.) | 00 - Increase Finish S.F. on 2nd. Floor from 905 s.f. to 1,033 s.f. Adding 128 S.F. (128 s.f. x $125 per s.f.) | $16,000.00 | | $16,000.00 |
| | | Price: $16,000.00 | | | |
| | 00 - Increase Garage S.F. from (610 + 144) = 754 s.f. to 833 s.f. adding an additional 79 s.f. at $59.93 per s.f. | 00 - Increase Garage S.F. from (610 + 144) = 754 s.f. to 833 s.f. adding an additional 79 s.f. at $59.93 per s.f. | $4,735.08 | | $4,735.08 |
| | | Price: $4,735.08 | | | |
| | 00 - Increase Unfinished S.F. to Basement Option from 1,962 s.f. to 2,065 s.f. Adding a total of 103 s.f. to unfinished Basement Option. | 00 - Increase Unfinished S.F. to Basement Option from 1,962 s.f. to 2,065 s.f. Adding a total of 103 s.f. to unfinished Basement Option. Client Information | $1,937.43 | | $1,937.43 |
| | | Price: 103 s.f. x $18.81 s.f. = $1,937.43 | | | |
| | 00 - PR Discount per S.F. for Adding additional finished S.F. on 1st. & 2nd. Floor (231 s.f.) at $30 per s.f. PR Discount. | 00 - PR Discount per S.F. for Adding additional finished S.F. on 1st. & 2nd. Floor (231 s.f.) at $30 per s.f. PR Discount. | -$6,930.00 | | -$6,930.00 |
| | | Price: (-$6,930.00) | | | |
| | 00 - PR Discount per S.F. for Adding additional S.F. to Attached Garage ($15 per s.f. PR Discount) | 00 - PR Discount per S.F. for Adding additional S.F. to Attached Garage ($15 per s.f. PR Discount) | -$1,185.00 | | -$1,185.00 |
| | | Price: (-$3,345.00) | | | |
| **Total** | | | | | $27,432.51 |

## Effect on Contract Total

| | |
|---|---|
| | $979,914.00 |
| **Contract Price** | $25,410.70 |
| **Total from other approved change orders** (45210: Exterior Door Package Allowance Reconciliation:, 45212: Specialty Custom Exterior Door Package Allowance Reconciliation:, 45220: Exterior Window Package Allowance Reconciliation, 41319 - Add Wood Burning Fireplace to Screen Porch.) | |
| **Total from this change order** | $27,432.51 |

| **Total including Change Orders*** | $1,032,757.21 |
|---|---|

*\* May not include other change orders that have been approved since this change order was created*

**Terms:** Due Upon Reciept

Thanks for your Business!

## Approvals

_(signature)_

_____

**Team Member:** Tommy Dobson

1/22/2022

_____

**Date**

Return to previous page

Copyright 2005-2021 CoConstruct, LLC. All rights reserved.

11/16/22, 7:54 AM

Account Detail - Wells Fargo

# Check Details

**Item 24 of 99**    Show partial image*    🖨 Print

| | |
|---|---|
| Check Number | 2383 |
| Date Posted | 03/03/22 |
| Check Amount | $54,693.21 |



‹ Previous    ⇄ Flip    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

*Exhibit H*

VIRGINIA:  IN THE CIRCUIT COURT FOR THE COUNTY OF ALBEMARLE

THOMAS E. ROLLO

and

ELIZABETH ROLLO,

       Petitioners

                                   Case No.: CL22001649-00

v.

PELLA WINDOWS & DOORS (DBA O'TOOLE DISTRIBUTION),

       Respondent.

In Re:  Mechanics Lien

       Instrument # 202200011430

### FINAL ORDER

       Petitioners, by counsel, moved this court to enter a final order removing this matter from the Court's docket, upon evidence that all matters of controversy between the parties is resolved and it appearing proper to do so, it is hereby

       ORDERED that this matter be removed from the active docket of this Court and placed among the closed files.

ENTER: _Cheryl V. Higgins_

DATE: _4-25-23_

I ASK FOR THIS:

_M. Barnes_

Mary Ann Barnes 29779
Tucker Griffin Barnes
307 West Rio Road
Charlottesville, Virginia 22901
(434) 951-0871
(434) 951-0870 fax
mbarnes@tgblaw.com
Counsel for Petitioners

a true copy TESTE:
JON R. ZUG, CLERK
by: _____
Deputy Clerk

SEEN AND *Agreed*;

James W. Curry 38825
Nguyen Ballato
2201 Libbie Avenue
Richmond Virginia 23230
(804)716-5702
(804) 786-7676
jcurry@nblawplc.com
Counsel for Respondent

CASHIER'S CHECK

6880302407

0068803
Office AU #
Remitter/
Operator I.D.    THOMAS ROLLO
u264689

11-24
1210(8)

PAY TO THE ORDER OF ***NGUYEN/BALLATO***

**Forty-Two Thousand Nine Hundred Seventy-One and 43/100 -US Dollars ** **$42,971.43**

March 14, 2023

VOID IF OVER US $ 42,971.43

Payee Address: 2201 LIBBIE AVE RICHMOND VA 23230- US
Memo: ATTN: JAMES CURRY ACCOUNT # 202020583
Rele ase of Rella Lien - Rollo

WELLS FARGO BANK, N.A.
1420 ROLKIN CT
CHARLOTTESVILLE, VA 22911
FOR INQUIRIES CALL (480) 394-3122

Authorized Signature

⑆6880302407⑈ ⑆121000248⑆ 4861 009181⑆

VIRGINIA: IN THE CIRCUIT COURT FOR THE COUNTY OF ALBEMARLE

THOMAS E. ROLLO

and

ELIZABETH ROLLO,

      Petitioners

                                        Case No.: CL22001647-00

v.

RC CONTRACTORS LLC

      Respondent.

In Re: Mechanics Lien

      Instrument # 202200011190

## FINAL ORDER

Petitioners, by counsel, moved this court to enter a final order removing this matter from the Court's docket, upon evidence that all matters of controversy between the parties are resolved and it appearing proper to do so, it is hereby

ORDERED that this matter be removed from the active docket of this Court and placed among the closed files.

ENTER: _____

DATE: _____4.25.2023_____

I ASK FOR THIS:

_M. Barnes_

Mary Ann Barnes 29779
Tucker Griffin Barnes
307 West Rio Road
Charlottesville, Virginia 22901
(434) 951-0871
(434) 951-0870 fax
mbarnes@tgblaw.com
Counsel for Petitioners

A true copy TESTE:
JON R. ZUG, CLERK
by: _____
                       Deputy Clerk

SEEN AND *agreed*;

David W. Thomas 73700
Michie Hamlett
310 4th Street, N.E. 2nd Floor
Charlottesville, Virginia 22902
(434)951-7224
(434) 961-7244 fax
dthomas@michiehamlett.com
Counsel for Respondent



CASHIER'S CHECK

6880302391

February 27, 2023

**$65,000.00**

PAY TO THE ORDER OF ***RC CONTRACTOR LLC***

**Sixty-Five Thousand and 00/100 -US Dollars **

0068803
Office AU #          11-24
Operator ID:         1210(8)
Remitter:            THOMAS ROLLO
Operator I.D:        k0162294

Payee Address: 227 SHAMROCK RD CHARLOTTESVILLE VA 22903- US
Memo: FRAMING RELEASE

WELLS FARGO BANK, N.A.
1420 ROLKIN CT
CHARLOTTESVILLE, VA 22911
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 65,000.00

Authorized Signature

⑈6880302391⑈ ⑆121000248⑆ 4861⑈ 0094181⑈