

**SIGNED THIS 19th day of January, 2024**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

|  |  |  |
|---|---|---|
| TOMMY DEWAYNE DOBSON, ANNE CHRISTINE DOBSON, | ) ) ) ) ) | Chapter 11, Subchapter V

Case No. **23-60148** |
| Debtors. | ) ) |  |
| WILLIAM E. CALLAHAN, JR., SUBCHAPTER V TRUSTEE, | ) ) ) ) |  |
| Objecting Party, | ) ) |  |
| v. | ) ) |  |
| CHRIS KARLS, HELEN KARLS, | ) ) ) ) |  |
| Claimants. | ) |  |

### ORDER VACATING ORDER
### SUSTAINING CHAPTER V TRUSTEE'S OBJECTION TO CLAIM NO. 32-1

The matter before the Court is the Order Sustaining the Chapter V Trustee's Objection to Claim No. 31-1 (the "Order") [Docket No. 254] entered by the Court on January 16, 2024.

William E. Callahan, Jr., Trustee, Subchapter V trustee in the above captioned Case (the "Trustee") having informed the Court that after the Court's entry of the Order, the Trustee received information that the Objection to Claim No. 31 and the notice of hearing and the deadline to

1

respond to the Objection to Claim No. 31 was served by mail at an address for the Claimants where the Objection and the notice could not be delivered, and it appearing that cause exists for the Court to vacate the Order, it is hereby ORDERED and DECREED that the Order is VACATED.

***END OF ORDER***

I ask for this:

/s/ William E. Callahan, Jr.
William E. Callahan, Jr., Subchapter V Trustee
10 Franklin Road, S.E., Suite 900
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone: (540) 983-9309
Facsimile: (540) 983-9400
Email: callahan@gentrylocke.com