

**SIGNED THIS 24th day of January, 2024**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11, Subchapter V |
| | ) | |
| TOMMY DEWAYNE DOBSON, | ) | |
| ANNE CHRISTINE DOBSON, | ) | Case No. **23-60148** |
| | ) | |
| Debtors. | ) | |
| | ) | |
| WILLIAM E. CALLAHAN, JR., | ) | |
| SUBCHAPTER V TRUSTEE, | ) | |
| | ) | |
| Objecting Party, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROY WHITLEY, | ) | |
| MARY WHITLEY, | ) | |
| | ) | |
| Claimants. | ) | |

### ORDER VACATING ORDER
### SUSTAINING CHAPTER V TRUSTEE'S OBJECTION TO CLAIM NO. 31-2

The matter before the Court is the Motion to Vacate Order Sustaining the Chapter V Trustee's Objection to Claim No. 31-2, filed by William E. Callahan, Jr., Trustee, Subchapter V trustee in the above captioned Case (the "Trustee"). The Trustee, having received information after the Court's entry of the Order Sustaining the Trustee's Objection to Claim No. 31-2 (the

1

"Order") that the Objection to Claim No. 31-2 and the notice of hearing and the deadline to respond to the Objection to Claim No. 31-2 was served by mail at an address for the Claimants where the Objection, the notice of hearing and the deadline to respond to the Objection to Claim No. 31-2 could not be delivered, and it appearing that cause exists for the Court to vacate the Order, it is hereby ORDERED and DECREED that the Order is VACATED, the hearing on the Objection to Claim No. 31-2 is continued to April 17, 2024 at 2:00 p.m., and the deadline by which the Claimants must file any response to the Objection not less than seven (7) days prior to the hearing on the Objection.

***END OF ORDER***

I ask for this:

/s/ William E. Callahan, Jr.
William E. Callahan, Jr., Subchapter V Trustee
10 Franklin Road, S.E., Suite 900
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone:  (540) 983-9309
Facsimile:  (540) 983-9400
Email:  callahan@gentrylocke.com