

SIGNED THIS 7th day of February, 2024

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11, Subchapter V |
| | ) | |
| TOMMY DEWAYNE DOBSON, | ) | |
| ANNE CHRISTINE DOBSON, | ) | Case No. **23-60148** |
| | ) | |
| Debtors. | ) | |

## ORDER CONTINUING HEARINGS ON CHAPTER V TRUSTEE'S OBJECTIONS TO CLAIMS AND RESPONSES BY CLAIMANTS

The matters before the Court are the (i) the Subchapter V Trustee's Objection to Claim No. 23 and the Response by Glen and Nancy Littlefield, (ii) the Subchapter V Trustee's Objection to Claim No. 24 and the Response by Thomas and Elizabeth Rollo, (iii) the Subchapter V Trustee's Objection to Claim No. 28 and the Response by Thomas and Sally Daly, (iv) the Subchapter V Trustee's Objection to Claim No. 30 and the Response by Juanita Haydel, and (v) the Subchapter V Trustee's Objection to Claim No. 43 and the Response by Louis R. Morris (collectively, the "Objections and Responses"). The Court held a hearing on the Objections and the Responses at which the Subchapter V Trustee and each of the claimants who filed a Response appeared and at which the Court continued the hearings on the Objections and Responses to April 17, 2024 at 2:00 p.m.

The Court finding that cause exists to do so, it is hereby ORDERED that:

1	The hearings on each of the Objections and Responses are continued to April 17, 2024 at 2:00 p.m. by Zoom video conference for the purpose of determining whether it is necessary to hold an in-person evidentiary hearing on one or more of the Objections and Responses.

2.	The Subchapter V Trustee and each of the claimants who have filed a Response shall be permitted to conduct discovery in accordance with the Federal Rules of Bankruptcy Procedure.

3.	The Subchapter V Trustee is directed to serve a copy of this Order to each of the claimants who have filed Responses and certify the service of the Order to the Court.

***END OF ORDER***

I ask for this:


/s/ William E. Callahan, Jr.
William E. Callahan, Jr., Subchapter V Trustee
10 Franklin Road, S.E., Suite 900
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone:  (540) 983-9309
Email:  callahan@gentrylocke.com

Seen without objection:


/s/ Andrew S. Goldstein (by email)
Andrew S. Goldstein, Esq. (Va. Bar No. 28421)
Magee, Goldstein, Lasky & Sayers, P.C.
P.O. Box 404
Roanoke, VA 24003-0404
Telephone:  (540) 393-9800
Email:  agoldstein@mglspc.com
*Counsel for Thomas and Sally Daly*

2