

**LOUIS R. Morris**
**1509 Kinross Lane**
**Keswick, Virginia 22947**
March 26, 2024

Clerk
United States Bankruptcy Court
For the Western District of Virginia
Lynchburg Division
1101 Court Street
Room 166
Lynchburg, Virginia 24504

Dear Sir or Madame:

I am writing in regard to bankruptcy case #23-60148 (Tommy
Dewayne Dobson and Anne Christine Dobson).  My claim number
is 43-1 (Louis R. Morris, Claimant).

I am writing with regard to the upcoming hearing in this
case that is scheduled for April 17, 2024 at 2:00pm.

The purpose of this letter is to emphasize, once again, my
objection to the Trustee's attempt to dismiss my claim in
this case.  My objections were listed and documented in my
letter of January 3, 2024 to the Court.

Furthermore, I would like to point out to the Court and the
Trustee additional objections that I have in this matter
due to events since the last hearing on January 18, 2024.

1. I will not accept the offer proposed by the Trustee in
   his January 19, 2024 email to settle the claims of the
   remaining unsecured creditors. It is inadequate given
   the amount of money lost in this case; payments are
   stretched out over too long a period of time; and the
   proposal is entirely dependent on the good faith of
   the debtors.
2. As I am sure that the Court and the Trustee now know,
   both debtors, Tommy Dewayne Dobson and Anne Christine
   Dobson, were arrested by the Albemarle County Police
   Department on or about February 27, 2024 and charged
   collectively with 12 counts of felony embezzlement.
   Their cases are pending subject to future hearings.

The embezzlement charges are all directly related to the claims/claimants in this bankruptcy case. With all due respect to the Court and the Trustee, I would request that, given the seriousness of the recent charges made against the debtors, any final determination in this bankruptcy case await the final resolution of the charges against the debtors. If the charges are ultimately sustained by a court of law, it would likely mean that this bankruptcy was caused by criminal acts of the debtors rather than bad business decisions or causes beyond their control. Furthermore, the final resolution of the embezzlement charges against the Dobsons may very well impact the debtors' ability to fulfill any bankruptcy plan that may be adopted.

3. As of this date, the unsecured creditors have still not received any financial information from the debtors or any financial reconciliations of their claims as has been promised for many months. I am aware that the trustee has recently requested such information from the debtors, and I ask that I be provided a copy of any such information received. Such information will be vital to determine where the funds paid by the unsecured creditors went to in this case.

4. I would like to request that the debtors produce any and all bank statements that they may have had either jointly or individually for at least the period 1/1/2021 through the date of the bankruptcy filing. Such statements will also be vital to understand the cash flows in this matter and "where the money went to."

I respectfully request that this letter be reviewed by the Court and the Trustee and be made part of my previous objection to the proposed dismissal of my claim in the bankruptcy case of Tommy Dewayne Dobson and Anne Christine Dobson (bankruptcy case #23-60148).

Very truly yours,

Louis R. Morris