

**SIGNED THIS 15th day of April, 2024**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_Rebecca B. Connelly_
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

| | |
|---|---|
| In re: ) | Chapter 11, Subchapter V |
| ) | |
| TOMMY DEWAYNE DOBSON, ) | |
| ANN CHRISTINE DOBSON, ) | Case No. **23-60148** |
| ) | |
| Debtors. ) | |
| ) | |
| WILLIAM E. CALLAHAN, JR., ) | |
| SUBCHAPTER V TRUSTEE, ) | |
| ) | |
| Objecting Party, ) | |
| ) | |
| v. ) | |
| ) | |
| GLEN LITTLEFIELD, ) | |
| NANCY LITTLEFIELD, ) | |
| ) | |
| Claimants. ) | |

## ORDER WITHDRAWING
## CHAPTER V TRUSTEE'S OBJECTION TO CLAIM NO. 23-1

The matter before the Court is the Chapter V Trustee's Objection to Claim No. 23-1 (the "Objection") [Docket No. 225], filed William E. Callahan, Jr., Trustee, Subchapter V trustee in the above captioned Case (the "Trustee").

The Trustee having conducted a review of the bank statements of the Debtor and of Dobson Homes, Inc. and, based on that review, having concluded that grounds more likely than not exist

1

for the Court to find that the corporate veil should be pierced, resulting in the Debtors being personally liable for the claim asserted by the Claimants in Claim No. 23-1, the Claimants having consented to the relief to be granted by this Order, and the Court finding and concluding that cause exists for the Court to grant such relief, it is hereby ORDERED and DECREED that the Objection is hereby WITHDRAWN.

***END OF ORDER***

29004\0014\11791547v1

I ask for this:

/s/ William E. Callahan, Jr.
William E. Callahan, Jr., Subchapter V Trustee
10 Franklin Road, S.E., Suite 900
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone: (540) 983-9309
Facsimile: (540) 983-9400
Email: callahan@gentrylocke.com

Seen and consenting:

/s/ Nancy Littlefield (by email authorization)
Nancy Littlefield, *pro se*
1936 Piper Way
Keswick, VA 22947
Telephone: (571) 344-2752
Email: Nancy.littlefield@gmail.com

and

/s/ Glen Littlefield (by email authorization)
Glen Littlefield, *pro se*
1936 Piper Way
Keswick, VA 22947
Telephone: (571) 344-2752

3