

**SIGNED THIS 15th day of April, 2024**

_Rebecca B. Connelly_
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11, Subchapter V |
| | ) | |
| TOMMY DEWAYNE DOBSON, | ) | |
| ANN CHRISTINE DOBSON, | ) | Case No. **23-60148** |
| | ) | |
| Debtors. | ) | |
| | ) | |
| WILLIAM E. CALLAHAN, JR., | ) | |
| SUBCHAPTER V TRUSTEE, | ) | |
| | ) | |
| Objecting Party, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS DALY, | ) | |
| SALLY DALY, | ) | |
| | ) | |
| Claimants. | ) | |

### ORDER WITHDRAWING
### CHAPTER V TRUSTEE'S OBJECTION TO CLAIM NO. 28-1

The matter before the Court is the Chapter V Trustee's Objection to Claim No. 28-1 (the "Objection") [Docket No. 230], filed William E. Callahan, Jr., Trustee, Subchapter V trustee in the above captioned Case (the "Trustee").

The Trustee having conducted a review of the bank statements of the Debtor and of Dobson Homes, Inc. and, based on that review, having concluded that grounds more likely than not exist

29004\0014\11793598v1

1

2

for the Court to find that the corporate veil should be pierced, resulting in the Debtors being personally liable for the claim asserted by the Claimants in Claim No. 28-1, the Claimants having consented to the relief to be granted by this Order, and the Court finding and concluding that cause exists for the Court to grant such relief, it is hereby ORDERED and DECREED that the Objection is hereby WITHDRAWN.

***END OF ORDER***

29004\0014\11793598v1

I ask for this:

/s/ William E. Callahan, Jr.
William E. Callahan, Jr., Subchapter V Trustee
10 Franklin Road, S.E., Suite 900
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone:  (540) 983-9309
Facsimile:  (540) 983-9400
Email:  callahan@gentrylocke.com


Seen and consenting:

/s/ Andrew S. Goldstein (by email authorization)
Andrew S. Goldstein, Esq. (Va. Bar No. 28421)
Magee, Goldstein, Lasky & Sayers, P.C.
114 Market Street, SE, Suite 210
Roanoke, VA 24011
Telephone: (540) 343-9800
Email: agoldstein@mgls.com
Counsel for Thomas & Sally Daly

29004\0014\11793598v1