# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE: | Case No. 23-60148 |
| Tommy Dewayne Dobson<br>Anne Christine Dobson,<br>Debtors. | Chapter 11, Subchapter V<br><br>Judge Rebecca B. Connelly |

## NOTICE OF HEARING ON
## DEBTORS' MOTION TO APPROVE
## PROPOSED FINAL DISTRIBUTION

**PLEASE TAKE NOTICE** that on November 10, 2025, TOMMY DEWAYNE DOBSON and ANNE CHRISTINE DOBSON (the "Debtors") filed the attached motion (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion has been scheduled in the U.S. Bankruptcy Court for Western District of Virginia as follows:

| Date & Time | Location |
|---|---|
| December 3, 2025 at 11:00 A.M. | The hearing is scheduled to be held by video. All parties connect using video conference instructions on the court website.<br><br>The parties may access the hearing using the following URL: https://vawb-uscourts-gov.zoomgov.com/j/1603692643<br><br>Alternatively, parties may log in to their Zoom account and join the meeting using Meeting ID number 160 369 2643 |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to pursuant to Local Rule 9013-1(M), any party wishing to object to the Motion must file a written response to the Motion with the Court and serve such objection upon the undersigned counsel by not less than seven (7) days before the date of the hearing specified in this Notice, and that the failure to file a response by this deadline may result in the Court treating the Motion as uncontested, entering an order granting the Motion prior to the hearing, cancelling the hearing described in this Notice, and /

or taking such other action as may be appropriate to further the ends of justice.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read the Motion carefully and discuss it with your attorney, if you have one in the Chapter 11 case. (If you do not have an attorney, you may wish to consult one).

Dated: November 10, 2025              Respectfully Submitted,

                                        TOMMY DEWAYNE DOBSON
                                        ANNE CHRISTINE DOBSON
                                        By Counsel

By: /s/ David Cox
David Cox (VSB #38670)
*David@coxlawgroup.com*
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, Virginia 24501
434/845/2600
434/845/0727 (Facsimile)
Counsel for the Debtors


## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice and related Motion was filed with the Court's CM/ECF system, causing these documents to be sent through that system to all parties designated to receive same, and were also mailed on **November 10, 2025,** via first class mail to the parties on the mailing matrix maintained in the Case that will not receive a copy of the foregoing through the Court's CM/ECF system.

Dated: November 10, 2025              Respectfully Submitted,

                                        By: /s/ David Cox
                                           David Cox, Counsel

## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE: : | Case No. 23-60148 |
| : | |
| Tommy Dewayne Dobson : | Chapter 11, Subchapter V |
| Anne Christine Dobson, : | |
| Debtors. : | Judge Rebecca B. Connelly |
| : | |

## MOTION TO APPROVE PROPOSED
## FINAL DISTRIBUTION

Come now, Tommy Dewayne Dobson and Anne Christine Dobson, the reorganized debtors herein (the "Debtors"), by counsel, and hereby file and submit this Motion to Approve Proposed Final Distribution (the "Motion"), and in support thereof respectfully state as follows.

1. On February 7, 2023, the Debtors filed a voluntary petition for relief under Chapter 11, Subchapter V, of the Bankruptcy Code and initiated the above captioned case (the "Case").

2. The Court confirmed the Debtors' amended chapter 11 plan (the "Amended Plan") by Order entered December 22, 2023 (the "Confirmation Order").

3. The Debtors' confirmed Plan[1] became effective on January 21, 2024 (the "Effective Date").

4. In compliance with the Amended Plan, the Debtors have made the plan distributions shown on the attached Exhibit A through the date of this Motion.

5. Through the sale of their home as contemplated by the Amended Plan, the Debtors have sufficient available funds to satisfy the remaining balance of the Total Plan Payments due under their Amended Plan.

---

[1] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them by the Debtors' Amended Plan and/or related amendments to the same.

6. Accordingly, the Debtors have prepared and now request court approval of the Proposed Final Distribution (the "Distribution") attached hereto as Exhibit B in order to complete their financial obligations under their Amended Plan.

7. The Distribution has been prepared pursuant to the terms of the Amended Plan, the Confirmation Order, and it takes into account the Debtors' Schedules, including all amendments thereto, all proofs of claim filed in this case, and any Orders of the Court regarding the same.

8. As of the date of this Motion, the Total Plan Payments remaining to be paid in accordance with this proposed Distribution total $320,000.[2]

9. Part I of the Distribution on Exhibit B reflects the amounts remaining to be paid to allowed administrative and priority claimants. Part II of the Distribution on Exhibit B reflects the amounts to be distributed pro rata to each allowed unsecured creditor.

10. The Debtors intend to complete the Distribution following the entry of an Order approving the same as requested by this Motion.

WHEREFORE, the Debtors request approval of the proposed Distribution or such other and further relief as the Court may deem appropriate.

Date: November 10, 2025

Tommy Dewayne Dobson
Anne Christine Dobson

By: /s/ David Cox
Debtors' counsel

DAVID COX

---

[2] The amount remaining is calculated as follows:

| | |
|---|---:|
| Total Plan Payments required under Plan | $ 451,500.00 |
| Less Monthly Plan Payments paid through Closing of the Debtors' real estate | $ (107,500.00) |
| Lump Sum Payment under Paragraph 1.2 of Plan | $ 344,000.00 |
| Less Monthly Plan Payments paid since Closing of the Debtors' real estate | $ (24,000.00) |
| Remaining balance of Total Plan Payments subject to this Distribution | $ 320,000.00 |

VSB 38670
COX LAW GROUP, PLLC
Counsel for Debtors
900 Lakeside Drive
Lynchburg, VA 24501
david@coxlawgroup.com
434-845-3838

EXHIBIT A
PLAN DISTRIBUTIONS THROUGH
DATE OF MOTION

### SUMMARY OF PAYMENTS BY PLAN PAYMENT

| Date | Callahan | CLG | IRS | Luisa Co | NewRez LLC | Atlantic Union | TOTAL | Notes |
|---|---|---|---|---|---|---|---|---|
| Jan-24 | $ 11,000.00 | | | | | | $ 11,000.00 | Paid from CLG Trust Acct (from Sub V Escrow payments paid by Debtors preconfirmation |
| Mar-24 | $ 2,488.52 | | $ 1,011.48 | | | | $ 3,500.00 | |
| Apr-24 | $ 2,488.52 | | $ 1,011.48 | | | | $ 3,500.00 | |
| May-24 | $ 2,488.52 | | $ 1,011.48 | | | | $ 3,500.00 | |
| Jun-24 | $ 2,615.86 | | $ 1,011.48 | | | | $ 3,627.34 | In addition, the Debtors paid into CLG Trust Acct $1,372.66 to ensure Jan 2025 lump sum payments could be paid |
| Jul-24 | $ 1,994.26 | | $ 1,011.48 | | | | $ 3,005.74 | In addition, the Debtors paid into CLG Trust Acct $1.994.26 to ensure Jan 2025 lump sum payments could be paid |
| Aug-24 | $ 1,994.26 | | $ 1,011.48 | | | | $ 3,005.74 | In addition, the Debtors paid into CLG Trust Acct $1,994.26 to ensure Jan 2025 lump sum payments could be paid |
| Sep-24 | | | $ 1,011.48 | | | | $ 1,011.48 | In addition, the Debtors paid into CLG Trust Acct $3,988.52 to ensure Jan 2025 lump sum payments could be paid |
| Oct-24 | | | $ 1,011.48 | | | | $ 1,011.48 | In addition, the Debtors paid into CLG Trust Acct $3,988.52 to ensure Jan 2025 lump sum payments could be paid |
| Nov-24 | | | $ 1,011.48 | | | | $ 1,011.48 | In addition, the Debtors paid into CLG Trust Acct $6,988.52 to ensure Jan 2025 lump sum payments could be paid |
| Dec-24 | | | $ 1,011.48 | | | | $ 1,011.48 | In addition, the Debtors paid into CLG Trust Acct $6,988.52 to ensure Jan 2025 lump sum payments could be paid |
| Jan-25 | | | $ 1,011.48 | $ 593.25 | $ 16,637.53 | $ 17,073.00 | $ 35,315.26 | |
| Feb-25 | $ 3,603.66 | $ 1,994.26 | $ 1,011.48 | $ 1,390.60 | | | $ 8,000.00 | |
| Mar-25 | $ 4,994.26 | $ 1,994.26 | $ 1,011.48 | | | | $ 8,000.00 | |
| Apr-25 | $ 3,494.26 | $ 3,494.26 | $ 1,011.48 | | | | $ 8,000.00 | |
| May-25 | $ 2,546.63 | $ 1,453.37 | $ 4,000.00 | | | | $ 8,000.00 | |
| Jun-25 | $ 3,000.00 | $ 1,000.00 | $ 4,000.00 | | | | $ 8,000.00 | |
| Jul-25 | $ 3,000.00 | $ 1,000.00 | $ 4,000.00 | | | | $ 8,000.00 | |
| Aug-25 | $ 3,000.00 | $ 1,000.00 | $ 4,000.00 | | | | $ 8,000.00 | |
| Sep-25 | $ 3,000.00 | $ 1,000.00 | $ 4,000.00 | | | | $ 8,000.00 | |
| Oct-25 | $ 577.97 | $ 3,422.03 | $ 4,000.00 | | | | $ 8,000.00 | |
| TOTALS | $ 52,286.72 | $ 16,358.18 | $ 38,160.72 | $ 1,983.85 | $ 16,637.53 | $ 17,073.00 | $ 142,500.00 | |

### SUMMARY OF PAYMENTS ORGANIZED BY CLAIMANT

| Claimaint | Description | Allowed Claim | | Amount Paid | Remaining | Notes |
|---|---|---|---|---|---|---|
| Callahan (ORDER 11/30/23) | SubV Trustee - 1st Award/Claim | | $ 19,708.75 | $ 19,708.75 | $ - | |
| Callahan (ORDER 2/20/24) | SubV Trustee - 2nd Award/Claim | | $ 32,577.97 | $ 32,577.97 | $ - | |
| Callahan (ORDER 5/23/25) | SubV Trustee - 3rd Award/Claim | | $ 30,408.00 | $ - | $ 30,408.00 | |
| CLG (ORDER 11/27/23) | Debtor's atty - 1st Award/Claim | | $ 40,100.59 | $ 16,358.18 | $ 23,742.41 | Note actual award was $130,178.59, less $90,078.00 from Retainer, left balance for plan of $40,100.59 |
| CLG (ORDER 3/29/24) | Debtor's atty - 2nd Award/Claim | | $ 29,540.32 | $ - | $ 29,540.32 | |
| IRS | claim w/ interest | 7.0% | $ 170,833.03 | $ 38,160.72 | $ 132,672.31 | Note, with interest this amount is $156,108.13 |
| Shellpoint | claim w/ interest | 8.5% | $ 15,334.13 | $ 16,637.53 | $ - | |
| Atlantic Union Bank | claim w/o interest | 0.0% | $ 9,485.00 | $ 9,485.00 | $ - | |
| Atlantic Union Bank | claim w/o interest | 0.0% | $ 7,588.00 | $ 7,588.00 | $ - | |
| Louisa County | claim w/ interest | 10.0% | $ 1,744.41 | $ 1,983.85 | $ - | |

**EXHIBIT B**
**PROPOSED DISTRIBUTION**

|  |  |  |  |  |  |  | Balance to be paid under Plan |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | $ 320,000.00 |
| **PART I:** |  |  |  |  |  |  |  |
| **ADMIN/ PRIORITY CLAIMANTS** | Claim No. if any or Order date | Remaining Balance Due | PERCENTAGE PAID | PROPOSED DISTRIBUTION | NOTES, IF ANY |  |  |
| William Callahan, Subchapter V Trustee | 5/23/2025 | $ 30,408.00 | 100 | $ 30,408.00 |  |  |  |
| Cox Law Group, PLLC | 11/27/2023 | $ 23,742.41 | 100 | $ 23,742.41 |  |  |  |
| Cox Law Group, PLLC | 3/29/2024 | $ 29,540.32 | 100 | $ 29,540.32 |  |  |  |
| Internal Revenue Service | 12 | $ 156,108.13 | 100 | $ 156,108.13 | paid w/ interest at 7% |  |  |
|  |  |  |  | $ 239,798.86 |  |  |  |
|  |  |  |  |  |  |  | $ (239,798.86) less Admin/Priority Claims |
| **PART II:** |  |  |  |  |  |  |  |
| **ALLOWED UNSECURED CREDITOR/CLAIMANTS** | Claim No. if any or Order date | CLAIM AMOUNT | PERCENTAGE PAID | PROPOSED DISTRIBUTION | NOTES, IF ANY |  |  |
| AIDVANTAGE ON BEHALF DEPT. EDU LOAN SERVICES | 48 | $44,305.87 | 1.7958% | $795.63 |  |  |  |
| Allied Portables |  | $3,915.00 | 1.7958% | $70.30 |  |  |  |
| AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP | 13 | $21,182.24 | 1.7958% | $380.38 |  |  |  |
| AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP | 14 | $30,161.14 | 1.7958% | $541.62 |  |  |  |
| BETTER LIVING, INC. | 19 | $180,093.77 | 1.7958% | $3,234.06 |  |  |  |
| CARTER MACHINERY COMP. | 17 | $2,612.28 | 1.7958% | $46.91 |  |  |  |
| CGM- CLASSIC GRANITE AND MARBLE | 29.2 | $53,990.48 | 1.7958% | $969.54 |  |  |  |
| CHO INVESTMENTS LLC | 41 | $17,711.85 | 1.7958% | $318.06 |  |  |  |
| CHRIS AND HELEN KARLS | 32 | $540,859.39 | 1.7958% | $9,712.55 |  |  |  |
| CNH INDUSTRIAL CAPITAL AMERICA LLC | 34 | $96,486.69 | 1.7958% | $1,732.67 |  |  |  |
| COMMONWEALTH BUILDING MATERIALS, INC | 37.2 | $34,952.17 | 1.7958% | $627.66 |  |  |  |
| Credence Resource Management, LLC |  | $400.00 | 1.7958% | $7.18 |  |  |  |
| Credit Control Corporation |  | $400.00 | 1.7958% | $7.18 |  |  |  |
| Credit Control Corporation |  | $350.00 | 1.7958% | $6.29 |  |  |  |
| DIRECTV, LLC | 16 | $593.47 | 1.7958% | $10.66 |  |  |  |
| ERNEST MAIER INC D/B/A SKYLINE BRICK | 7 | $97,583.45 | 1.7958% | $1,752.37 |  |  |  |
| FERGUSON ENTERPRISES, LLC | 36 | $145,899.90 | 1.7958% | $2,620.02 |  |  |  |
| Fireside Hearth & Home |  | $44,825.91 | 1.7958% | $804.97 |  |  |  |
| GLEN AND NANCY LITTLEFIELD | 23 | $457,962.00 | 1.7958% | $8,223.91 |  |  |  |
| H&P PAINTING SEWRVICES LLC | 47 | $72,030.89 | 1.7958% | $1,293.50 |  |  |  |
| John and Lina McMurry |  | $10,000.00 | 1.7958% | $179.58 |  |  |  |
| Jon and Pamela Freedman |  | $13,410.00 | 1.7958% | $240.81 |  |  |  |
| JPMORGAN CHASE BANK, N.A | 9 | $19,433.68 | 1.7958% | $348.98 |  |  |  |
| JUANITA HAYDEL | 30 | $228,813.80 | 1.7958% | $4,108.95 |  |  |  |
| LOUIS R. MORRIS | 43 | $307,773.00 | 1.7958% | $5,526.87 |  |  |  |
| Louisa County |  | $610.25 | 1.7958% | $10.96 |  |  |  |
| Louisa County |  | $214.55 | 1.7958% | $3.85 |  |  |  |
| LUCK STONE CORP. | 11 | $69,089.07 | 1.7958% | $1,240.68 |  |  |  |
| LVNV Funding, LLC | 1 | $315.90 | 1.7958% | $5.67 |  |  |  |
| MIDLAND CREDIT MANAGEMENT, INC | 15 | $88,403.08 | 1.7958% | $1,587.51 |  |  |  |
| O/TOOLE DIST. INC D/B/A PELLA VA | 42 | $193,518.39 | 1.7958% | $3,475.13 |  |  |  |
| Phydos Clinic |  | $60.00 | 1.7958% | $1.08 |  |  |  |
| Rexel, Inc. |  | $1,380.00 | 1.7958% | $24.78 |  |  |  |
| ROY AND MARY WHITLEY | 31 | $608,437.40 | 1.7958% | $10,926.09 |  |  |  |
| T MOBILE | 5 | $400.63 | 1.7958% | $7.19 |  |  |  |
| TERRY LYNN | 10 | $530,000.00 | 1.7958% | $9,517.54 |  |  |  |
| THE SHERWIN-WILLIAMS COMPANY | 8 | $11,736.83 | 1.7958% | $210.77 |  |  |  |
| THOMAS AND ELIZABETH ROLLO | 24 | $235,172.64 | 1.7958% | $4,223.14 |  |  |  |
| THOMAS AND SALLY DALY | 28 | $240,000.00 | 1.7958% | $4,309.83 |  |  |  |
| Troy's Auto & Diesel |  | $838.79 | 1.7958% | $15.06 |  |  |  |
| UVA MEDICAL CENTER | 2 | $451.17 | 1.7958% | $8.10 |  |  |  |
| UVA PHYSICIANS GROUP | 3.2 | $30.00 | 1.7958% | $0.54 |  |  |  |
| VA CONTRACTORS SUPPLY , INC. | 6 | $54,728.55 | 1.7958% | $982.79 |  |  |  |
| WELLS FARGO BANK, N.A | 4 | $4,998.95 | 1.7958% | $89.77 |  |  |  |
|  |  | $4,466,133.18 |  | $80,201.14 |  |  | -$80,201.14 less Unsec Claims |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  | 0.00 |