# Closing Disclosure

## Closing Information
| | |
|---|---|
| Date Issued | |
| Closing Date | 09/08/2025 |
| Disbursement Date | 09/08/2025 |
| Settlement Agent | Closure Title & Settlement Co., LLC |
| File # | 2025-407 KW |
| Property | 91 Beaver Dam Court<br>Keswick, VA 22947 |
| Sale Price | $1,825,000.00 |

## Transaction Information
| | |
|---|---|
| Borrower | Linda Kirkpatrick and Dennis T. Kirkpatrick<br>52 Jared Drive<br>Robbinsville Township, NJ 08691 |
| Seller | Tommy D. Dobson and Anne C. Dobson |
| Lender | NexBank |

## Summaries of Transactions

### SELLER'S TRANSACTION

| M. Due to Seller at Closing | $1,825,449.90 |
|---|---|
| 01 Sale Price of Property | $1,825,000.00 |
| 02 Sale Price of Any Personal Property Included in Sale | |
| 03 | |
| 04 | |
| 05 | |
| 06 Propane | $308.97 |
| 07 | |
| 08 | |
| **Adjustments for Items Paid by Seller in Advance** | |
| 09 City/Town Taxes | |
| 10 County Taxes | |
| 11 Assessments 09/08/2025 to 12/31/2025 | $140.93 |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |

| N. Due from Seller at Closing | $987,297.71 |
|---|---|
| 01 Excess Deposit | |
| 02 Closing Costs Paid at Closing (J) | $61,753.50 |
| 03 Existing Loan(s) Assumed or Taken Subject to | |
| 04 Payoff of First Mortgage Loan to Shellpoint Mortga.. | $663,664.77 |
| 05 Payoff of Second Mortgage Loan to Atlantic Union Ba.. | $255,169.00 |
| 06 | |
| 07 | |
| 08 Seller Credit | |
| 09 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| **Adjustments for Items Unpaid by Seller** | |
| 14 City/Town Taxes | |
| 15 County Taxes 01/01/2025 to 09/08/2025 | $6,710.44 |
| 16 Assessments | |
| 17 | |
| 18 | |
| 19 | |

### Calculation
| | |
|---|---|
| Total Due to Seller at Closing (M) | $1,825,449.90 |
| Total Due from Seller at Closing (N) | -$987,297.71 |
| Cash to Close ☐ From ☒ To Seller | $838,152.19 |

## Contact Information

**Real Estate Broker (B)**
| | |
|---|---|
| Name | Keller Williams Alliance |
| Address | 3510 Remson Court Ste. 401<br>Charlottesville, VA 22901 |
| ST License ID | 0226036222 |
| Contact | Rob Peery |
| Contact ST License ID | 0225185950 |
| Email | rpeery@kw.com |
| Phone | (434) 220-2200 |

**Real Estate Broker (S)**
| | |
|---|---|
| Name | Fox Realty Group, LLC |
| Address | 2807 Beaverdam Road<br>Keswick, VA 22947 |
| ST License ID | |
| Contact | Lynn Fox |
| Contact ST License ID | |
| Email | lynn@foxrealtygrp.com |
| Phone | (434) 962-1830 |

**Settlement Agency**
| | |
|---|---|
| Name | Closure Title & Settlement Co., LLC |
| Address | 3510 Remson Court<br>Ste 201<br>Charlottesville, VA 22901 |
| ST License ID | 103629 |
| Contact | Shay Brownlee |
| Contact ST License ID | |
| Email | sbrownlee@closuretitle.com |
| Phone | (434) 872-0655 |

**Questions?** If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at
www.consumerfinance.gov/mortgage-closing

# Closing Cost Details

| LOAN COSTS | Seller Paid | |
|---|---|---|
| | At Closing | Before Closing |
| **A. Origination Charges** | | |
| 01  0% of Loan Amount (Points) | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **B. Services Borrower Did Not Shop For** | | |
| 01 | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **C. Services Borrower Did Shop For** | | |
| 01 | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |

## OTHER COSTS

| | |
|---|---:|
| **E. Taxes and Other Government Fees** | |
| 01 Recording Fees Deed: $47.00  Mortgage: $60.00 | |
| 02 Deed of Release to Louisa County Circuit Court Clerk's Office | $26.50 |
| 03 Grantor Tax - County (Deed) to Louisa County Circuit Court Clerk's Office | $912.50 |
| 04 Grantor Tax - State (Deed) to Louisa County Circuit Court Clerk's Office | $912.50 |
| 05 Release - Atlantic Union to Louisa County Circuit Court Clerk's Office | $46.00 |
| 06 Release - Ferguson to Louisa County Circuit Court Clerk's Office | $46.00 |
| 07 | |
| 08 | |
| 09 | |
| 10 | |
| 11 | |
| 12 | |
| **F. Prepaids** | |
| 01 Homeowner's Insurance Premium to State Farm Fire and Casualty Company | |
| 02 Mortgage Insurance Premium | |
| 03 Prepaid Interest | |
| 04 Property Taxes | |
| 05 | |
| **G. Initial Escrow Payment at Closing** | |
| 01 Homeowner's insurance | |
| 02 Mortgage insurance | |
| 03 Property taxes | |
| 04 | |
| 05 | |
| 06 | |
| 07 | |
| 08 | |
| **H. Other** | |
| 01 Coordination/Disbursing/File Archive Fee to Closure Title & Settlement Co., LLC | $150.00 |
| 02 Listing Agent Commission to Fox Realty Group, LLC | $18,250.00 |
| 03 Overnight Mail/Wire Fees @ $25 each to Closure Title & Settlement Co., LLC | $75.00 |
| 04 Payoff Processing Fee @ $45 each to Closure Title & Settlement Co., LLC | $90.00 |
| 05 Release Tracking Fee to Require @ $35 each to Closure Title & Settlement Co., LLC | $70.00 |
| 06 Sellers Attorney Fee to McCallum & Kudravetz, PC | $4,500.00 |
| 07 Selling Agent Commission to Keller Williams Alliance | $36,500.00 |
| 08 Termite/Water Inspections to Martin Pest Solutions | $175.00 |
| 09 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| **J. TOTAL CLOSING COSTS** | $61,753.50 |

Confirm Receipt

*Tommy Dobson*
Tommy Dobson (Sep 8, 2025 16:06:16 EDT)

Tommy D. Dobson                                                                 Date

*Anne C. Dobson*
Anne C. Dobson (Sep 8, 2025 16:11:45 EDT)

Anne C. Dobson                                                                  Date