

**SIGNED THIS 1st day of December, 2025**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 23-60148 |
| | : | |
| Tommy Dewayne Dobson | : | Chapter 11, Subchapter V |
| Anne Christine Dobson, | : | |
|     Debtors. | : | Judge Rebecca B. Connelly |
| | : | |

## ORDER APPROVING PROPOSED FINAL DISTRIBUTION

THIS MATTER is before the Court on the motion (the "Motion") of the reorganized debtors (the "Debtors") for the approval of the proposed final distribution (the "Proposed Final Distribution") filed on November 10, 2025 (Dkt. No. 342). Notice of the Motion and of the opportunity for a hearing was provided to all creditors and parties in interest, and no responses were filed with the Court by the deadline included therein. Upon consideration of the Motion and a review of the docket, the Court finds and concludes that proper and adequate notice of the relief requested has been provided, and for cause shown, it is hereby,

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Debtors' Proposed Final Distribution attached to the Motion as Exhibit B is APPROVED; and it is further

**ORDERED** that the Debtors are authorized to complete and implement the final distributions as proposed; and it is further

**ORDERED** that the Debtors shall file a notice of completion of plan payments after the final distributions have been completed in accordance with paragraph 18 of the Order Confirming Debtors' Plan Of Reorganization Under 11 U.S.C. § 1191(b).

***END OF ORDER***

I ask for this:

/s/ David Cox
David Cox VSB 38670
Cox Law Group, PLLC
900 Lakeside Drive
Lynchburg VA 24501
434-845-3838
Counsel for the Debtors

Seen:

/s/ William E. Callahan, Jr.
William E. Callahan, Jr.
Chapter 11, Subchapter V Trustee


Seen:

/s/ W. Joel Charboneau
W. Joel Charboneau
Office of the United States Trustee